STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, California 94612
Telephone: (510) 637-3500

Counsel for Defendant LUCERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES LUCERO,<br><br>    Defendant. | No. CR 16-00107 HSG<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING DATE TO JUNE 27, 2016<br><br>Hearing Date: April 25, 2016<br>Time:    2:00 p.m. |

   The above-captioned matter is set on March 14, 2016 before this Honorable Court for a status hearing. For the reasons set forth below, the parties jointly request that the Court continue this matter to June 27, 2016 and that the Court exclude time under the Speedy Trial Act.

   On March 15, 2016, Mr. Lucero was charged in a two count indictment with the un-permitted filling of wetlands, a violation of 18 U.S.C. §§ 1311 and 1319(c)(2)(A). He faces up to three years imprisonment for each count. Mr. Lucero made his initial appearance before the Honorable Donna M. Ryu on March 21, 2016. The magistrate court released Mr. Lucero on an unsecured bond.

1    The upcoming status conference hearing would be Mr. Lucero's first district court
2 appearance. The parties jointly request that the Court continue this status hearing to June 27,
3 2016. On March 30 and on April 8, 2016 the defense received voluminous discovery from the
4 government: approximately ten thousand pages of discovery, 22 audio recordings, 58 jail calls
5 and 15 video clips. There are four DVD's that were produced that the defense is still trying to
6 access with the appropriate software. Given the voluminous nature of these materials, counsel
7 for Mr. Lucero needs additional time to assess and to review this discovery. In addition, after
8 reviewing the discovery, defense counsel will need sufficient time to research and to investigate
9 the case, to assess the federal sentencing guidelines and to meet with Mr. Lucero. Finally,
10 defense counsel will be on leave and unavailable from June 6 through June 24, 2016.

11    For all these reasons, the defense requests additional time to prepare, and the parties agree
12 that it is appropriate to continue this case until June 27, 2016. The parties stipulate and agree
13 that the ends of justice served by this continuance outweigh the best interest of the public and the
14 defendant in a speedy trial. The parties further agree that the failure to grant this continuance
15 would unreasonably deny the defendant continuity of counsel and would deny counsel for the
16 defendant the reasonable time necessary for effective preparation, taking into account the
exercise of due diligence.

17    Accordingly, the parties agree that the period of time from April 25, 2016 until June 27,
18 2016 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
19 3161(h)(7)(A) and (B)(iv), for continuity of defense counsel and for effective preparation of
20 counsel, taking into account the exercise of due diligence.

22 DATED: April 20, 2016              /S/
                                      PHILIP KEARNEY
23                                    Assistant United States Attorney

24

25 DATED: April 20, 2016              /S/
                                      ANGELA M. HANSEN
26                                    Assistant Federal Public Defender

# ORDER

1. Given that the government recently produced voluminous discovery to defense counsel and that the defense will need sufficient time to review the discovery and to investigate the case and the applicable Sentencing Guidelines;

2. Given that the defense will need time to discuss this case and the evidence with the defendant;

3. Given that these above-listed tasks are necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that defense counsel is unavailable for three weeks in June and that the failure to grant this continuance would deny the defendant continuity of counsel; and

5. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, it is hereby ordered that the status hearing date of April 25, 2016, scheduled at 2:00 p.m., is vacated and reset for June 27, 2016 at 2:00 p.m.  It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 25, 2016 until June 27, 2016.

April 21, 2016

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge