BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP J. KEARNEY (CABN 114978)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7203
    Fax: (415) 436-7234
    E-Mail: philip.kearney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00107-HSG |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXCLUDING TIME FROM JUNE 27, 2016 TO AUGUST 15, 2016 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| JAMES PHILIP LUCERO, | |
| Defendant. | |

    The defendant, James Philip Lucero, represented by Assistant Federal Defender Angela Hansen, and the government, represented by Philip J. Kearney, Assistant United States Attorney, appeared before the Court on June 27, 2016, for a status hearing on the Indictment.

    The matter was continued to August 15, 2016 at 2:00 p.m., for further status and motions setting. Counsel for the defendant requested that time be excluded under the Speedy Trial Act between June 27, 2016 and August 15, 2016, to allow for further analysis of the discovery, and to allow for the effective preparation of counsel.  The government agreed with this request.

    The parties consequently jointly request that time be excluded under the Speedy Trial Act between June 27, 2016, and August 15, 2016, to allow for the effective preparation of counsel, taking

~~Proposed~~ Order Excluding Time
CR 16-00107-HSG

1    into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

2    SO STIPULATED:

3

4                                                      BRIAN J. STRETCH
                                                       United States Attorney
5

6        DATED: June 29, 2016                          ___/s/_____
                                                       PHILIP KEARNEY
7                                                      Assistant United States Attorney

8

9        DATED: June 29, 2016                          ___/s/_____
                                                       ANGELA HANSEN
10                                                     Attorney for James Philip Lucero

11

12

13                                     ORDER

14          Based upon the stipulation of counsel and for good cause shown, the Court finds that failing to

15   exclude the time between June 27, 2016 and August 15, 2016 would deny defendant the reasonable time

16   necessary for effective preparation of counsel, taking into account the exercise of due diligence,

17   pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by

18   excluding the time between June 27, 2016 and August 15, 2016 from computation under the Speedy

19   Trial Act outweighs the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS

20   HEREBY ORDERED that the time between June 27, 2016 and August 15, 2016 shall be excluded from

21   computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(B)(iv).

22

23

24   DATED:  June 29, 2016                    _Haywood S. Gilliam Jr._
                                              HAYWOOD S. GILLIAM JR.
25                                            United States District Court Judge

26

27

28   Proposed Order Excluding Time
     CR 16-00107-HSG