# EXHIBIT A1



ID of Waters of the U.S. with Fill Impacts (September 9, 2014)
Newark Areas 3 & 4 (2596-07)
September 2014

JL-000008