1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  PHILIP J. KEARNEY (CABN 114978)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7203
7     Fax: (415) 436-7234
      E-Mail: philip.kearney@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13 UNITED STATES OF AMERICA,                )   NO. CR 16-00107-HSG
                                            )
14       Plaintiff,                            )
                                            )   **ORDER EXCLUDING TIME FROM OCTOBER**
15   v.                                    )   **24, 2016 TO NOVEMBER 14, 2016 FROM**
                                            )   **CALCULATIONS UNDER THE SPEEDY**
16 JAMES PHILIP LUCERO,                     )   **TRIAL ACT (18 U.S.C. § 3161)**
                                            )
17                                          )
                                            )
18       Defendant.                            )
                                            )
19

20        The defendant, James Philip Lucero, represented by Assistant Federal Defender Angela Hansen,

21 and the government, represented by Philip J. Kearney, Assistant United States Attorney, appeared before

22 the Court on October 24, 2016, for a hearing on defense motions to dismiss. The Court made an initial

23 determination on the motions and indicated a written order would be forthcoming.

24        The matter was continued to November 14, 2016 at 2:00 p.m., for a joint submission by the

25 parties regarding the necessity of a pre-trial hearing on the issue of federal jurisdiction. Counsel for both

26 parties requested that time be excluded under the Speedy Trial Act between October 24, 2016 and

27 November 14, 2016, to allow for further research into the propriety of a pre-trial jurisdictional

28 determination, and to allow for the effective preparation of counsel. Both parties and the Court further

~~Proposed~~ Order Excluding Time
CR 16-00107-HSG

agreed that the time period between October 24, 2016, and November 14, 2016, would be excluded from calculations under the Speedy Trial Act to allow for the research and preparation of potential pre-trial motions on this issue pursuant to 18 U.S.C. § 3161(h)(1)(D).

The parties consequently jointly request that time be excluded under the Speedy Trial Act between October 24, 2016 and November 14, 2016, to allow for the effective preparation of counsel and the litigation of potential pre-trial motions, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:

|  |  |
|---|---|
|  | BRIAN J. STRETCH |
|  | United States Attorney |
| DATED: October 25, 2016 | /s/ |
|  | PHILIP KEARNEY |
|  | Assistant United States Attorney |
| DATED: October 25, 2016 | /s/ |
|  | ANGELA HANSEN |
|  | Attorney for James Philip Lucero |

## ORDER

Based upon the stipulation of counsel and for good cause shown, the Court finds that failing to exclude the time between October 24, 2016 and November 14, 2016, would deny defendant the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between October 24, 2016 and November 14, 2016, from computation under the Speedy Trial Act outweighs the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between October 24, 2016 and November 14, 2016,

~~Proposed~~ Order Excluding Time
CR 16-00107-HSG

1  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(B)(iv).  IT IS
2  FURTHER HEREBY ORDERED that the time between October 24, 2016 and November 14, 2016 shall
3  be excluded from computation under the Speedy Trial Act to allow for the research and preparation of
4  the described potential pre-trial motions pursuant to 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. §
5  3161(h)(7)(B)(iv).

7  DATED:  October 28, 2016
8                                       HAYWOOD S. GILLIAM JR.
                                     United States District Court Judge