# EXHIBIT D

Government's Exhibit



JL-000172



JL-000058



JL-021748



09.08.2014 16:07

JL-002014