UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES PHILIP LUCERO,<br><br>        Defendant. | Case No. 16-cr-00107-HSG-1<br><br>**ORDER REGARDING MOTION IN LIMINE TO ENFORCE COURT'S ORDER EXCLUDING EVIDENCE PRODUCED AFTER DISCOVERY DEADLINE**<br><br>Re: Dkt. No. 124 |

The Court **DENIES** Defendant's motion *in limine* regarding enforcement of the Court's prior discovery deadline as to: (1) Government witness Daniel Miller; (2) Government exhibits 4 through 16 and 19, pertaining to records and other materials; and (3) Government exhibit 1032, pertaining to a padlock and link. *See* Dkt. No. 124 at 2–4, 5. The Government does not oppose Defendant's request to exclude the other exhibits listed in Defendant's motion, i.e., Government exhibits 398 through 411, 829 through 863, 888, and NOAA and USGS materials. *See id.* at 4–6; Dkt. No. 127. Defendant's motion is therefore **GRANTED** as to those exhibits.

**IT IS SO ORDERED.**

Dated: 1/31/2018

*[signature]*

HAYWOOD S. GILLIAM, JR.
United States District Judge