1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DC 439353)
3  Chief, Criminal Division

4  PHILIP J. KEARNEY (CABN 114978)
   SHIAO LEE (CABN 257413)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7023
      Fax: (415) 436-7234
8     E-mail: philip.kearney@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 16-00107 HSG |
|---|---|
| Plaintiff, | ) **AMENDED WITNESS LIST OF THE UNITED** ) **STATES** |
| v. | ) Trial: February 5, 2018 ) Court: Courtroom No. 4 |
| JAMES PHILIP LUCERO | ) Hon. Haywood S. Gilliam, Jr. |
| Defendant. | ) |

The United States hereby provides this notice of witnesses it expects to call in its case-in-chief. Witnesses indicated below who are expected to provide expert testimony will be the subject of a separate expert disclosure.

**A.    Government's Case in Chief**

The United States expects to call the below witnesses in its case-in-chief. The United States is working with the defense to potentially streamline this list through stipulations where appropriate.

| No. | Witness | Subject of Testimony |
|---|---|---|
| 1. | Carin High, Co-Chair of Citizens Committee to Complete the Refuge (CCCR) | Familiarity with Newark Area 4, including CCCR's history with the site; observations and initial reports of fill activity. |
| 2. | Daniel Delois Miller, CCCR member | Familiarity with Newark Area 4 site, including observations of dumping activity during August/September 2014. Photographs and mapping of fill placement. |
| 3. | Lieutenant Vincent Kimbrough, Newark Police Department (NPD) | Response to Newark Area 4 Site on September 8, 2014, and NPD's initial investigation of the dumping acitivty. |
| 4. | Officer Karl Fredstrom | Participation in the NPD investigation including the administration of photo line-ups. |
| 5. | Tim Steele, Senior Vice President of Real Estate Development for The Sobrato Organization | Description of Sobrato Family and Newark Partners LLC ownership of Newark Area 4 site, including efforts to analyze and legally obtain permission to develop the site. Discovery of fill material on the property and observation of dumping activity; initial contact with Austin Lucero, Kevin Olivero, and James Lucero. Receipt of faxed note from James Lucero. Discussion of historic water levels/water movement on Newark Area 4 site, site maintenance, and security. |
| 6. | Robert Tersini, Assistant Development Manager of Real Estate Development for The Sobrato Organization | Discovery of fill material on property and observation of dumping activity, initial contact with Austin Lucero, Kevin Olivero, and James Lucero. Discussion of site security and condition of northern and southern fill areas before and after dumping. Observations re basic hydrology within Newark Area 4. |
| 7. | Chuck Wall, CEO at Creative Security Company, Inc. | Identification of James Lucero, and security related to the Newark Area 4 property. |
| 8. | Ryan Amaya, Vice President at Kier & Wright Civil Engineers & Surveyors, Inc. | Expert witness whose firm performed a site survey of Newark Area 4. Testimony will cover initial commission with the Sobrato Organization, and location, elevation, and mapping of Newark Area 4. |
| 9. | Kelly Hardwicke, H.T. Harvey & Associates | Expert witness who participated in her firm's analysis of Newark Area 4, including soil sampling, vegetation identification, and wetland delineation. Will also discuss pre- and post- dump conditions of the site, historical records relating to site, site hydrology, nexus between the site and Mowry Slough, and details of her firm's report prepared on behalf of the Sobrato Family for submission to the U.S. Army Corps of Engineers. |
| 10. | Brian J. Cleary, H.T. Harvey & Associates | Photographer who will authenticate images taken of Newark Area 4. |
| 11. | Patrick Boursier, H.T. Harvey & Associates | Expert witness who worked on his firm's analysis of Newark Area 4, including soil sampling, vegetation identification, and wetland delineation. Will also discuss pre- and post- dump conditions of the site, historical records relating to site, site hydrology, nexus between the site and Mowry Slough, and details of his firm's report prepared on |

UNITED STATES' AMENDED WITNESS LIST
CR 16-107 HSG

| No. | Witness | Subject of Testimony |
|---|---|---|
|  |  | behalf of the Sobrato Family for submission to the U.S. Army Corps of Engineers, as well as past environmental impact reports. |
| 12. | Daniel Martel, former U.S. Army Corps of Engineers (USACE) | Expert witness whose work for the USACE and contributed to the initial 2007 jurisdictional determination (JD). Will also discuss his pre and post-dumping analysis of vegetation, soil, and hydrology of the Newark Area 4 site, including his wetland delineation. |
| 13. | Peter Stone, Technical Director, Operational Oceanographic Products and Services (CO-OPS), U.S. Department of Commerce, National Ocean and Atmospheric Administration (NOAA), U.S. Department of Commerce, National Ocean and Atmospheric Administration (NOAA) | NOAA custodian who will authenticate tables of observed water level data for Station 9414519 (Mowry Slough). |
| 14. | Ryan Longhenry, Climate and Land Use Department, Earth Resources Observation & Science Center, U.S Geological Survey | Will authenticate USGS aerial imagery of Newark Area 4 site. |
| 15. | Terry Huffman, Ph.D., Huffman-Broadway Group | Expert witness, wetlands regulatory scientist, and owner of the Huffman-Broadway Group. Will discuss character, geology, biology, and hydrology of the Newark Area 4, including soil sampling, vegetation identification, and wetland delineation. Will also discuss pre- and post- dump conditions of the site, historical records relating to site, site hydrology, nexus between the site and Mowry Slough, and details included in his firm's Clean Water Act Jurisdictional Analysis and Determination. |
| 16. | Robert Huffman, Huffman-Broadway group | Employee of Huffman-Broadway Group who will testify about his firm's navigability study conducted of Mowry Slough, and aspects of the physical analyses of Newark Area 4 in his firm's Clean Water Act Jurisdictional Analysis and Determination. |
| 17. | Robert Coats, Ph.D., Hydroikos, Ltd. | Expert witness and hydrologist who will discuss flow rates of waters within and between the Northern and Southern fill areas and between those fill areas and Mowry Slough, as well as general site characteristics. |
| 18. | Duncan Knudsen | Employee of Aquifer Sciences, Inc., who took water samples from selected wetland areas and Mowry Slough and delivered them for analysis to McCampbell Analytical, Inc. |
| 19. | Angela Rydelius | Expert witness and Laboratory Manager of McCampbell Analytical, Inc., will testify regarding her laboratory's analysis of the water samples collected by Duncan Knudsen. |
| 20. | Gary Deghi | Expert witness and Environmental scientist who will discuss the use of the Newark Area 4 site and Mowry Slough by water birds. |
| 21. | Sara Rodriguez, Google Earth Custodian | Will authenticate historic Google satellite imagery of Newark Area 4. |
| 22. | Robert Romero, Alameda Public Works Agency | Civil engineer with the County of Alameda Public Works Agency who installed a drainage culvert and tideflex gate in 2009 from Newark Area 4 into Mowry Slough. He will discuss the basic hydrology of the site behind the installation. |
| 23. | Katerina Galacatos, U.S. Army Corps of Engineers' (USACE) South Coast Branch Chief | Expert witness who will describe the process by which the USACE issues jurisdictional determinations (JDs), grants site permits, and her work specifically in Newark Area 4 including site visits, the USACE's 2007 JD, and the USACE's work regarding the recertification of the |

| No. | Witness | Subject of Testimony |
|---|---|---|
|  |  | site in 2013. |
| 24. | Kevin Olivero, Golden Gate Equipment Rentals | Will describe his relationship with the defendant and all aspects of the fill activity on the Newark Area 4 site, including but not limited to equipment rental, negotiations with trucking companies, location, frequency, timing, and documentation of the dumping, as well as the payments generated by the operation. |
| 25. | Humberto Valdez | Will describe his relationship with the defendant, the timeline of the dumping operation, and the locations with Newark Area 4 that were dumped on. |
| 26. | Sloan Brooks, President of Road Machinery | Will discuss his rental of a bulldozer for use on the Newark Area 4 site, the timeline of the use of the bulldozer, and GPS coordinates relating to the operation of the bulldozer. |
| 27. | Eric Martinez | Will discuss his operation of a bulldozer for the defendant on the Newark Area 4 property. |
| 28. | Michael Lucero | Will discuss providing a parcel map for the Newark Area 4 property to the defendant. |
| 29. | John A. Sobrato, Chairman of The Sobrato Organization | Will describe his efforts to develop Newark Area 4; his failure to grant Lucero (or anyone else) permission to dump fill on the site; and his failure to recognize the 'permission note' produced by Lucero. |
| 30. | John Michael Sobrato, Chief Executive Officer of The Sobrato Organization | Will describe his efforts to develop Newark Area 4; his failure to grant Lucero (or anyone else) permission to dump fill on the site; and his failure to recognize the 'permission note' produced by Lucero. |
| 31. | Michael Siri | Member of Newark Partners, LLC, who will testify that he did not give defendant permission to dump fill on the site, as well as the basic history of the site including site hydrology. |
| 32. | John Arrillaga | Member of Newark Partners, LLC who will testify that he did not give defendant permission to dump fill on the site. |
| 33. | Richard Peery | Member of Newark Partners, LLC who will testify that he did not give defendant permission to dump fill on the site. |
| 34. | Masouda "Sabrina" Hamidi, Economy Trucking Services, Inc. | Will describe her initial meeting with Lucero and Olivero regarding allowing Economy Trucking to dump at Newark Area 4, including a discussion of where on the property to dump and dumping fees. Will also discuss the number of truckloads taken to the site by Economy trucking drivers, and payments made in support of the dumping. |
| 35. | Bhupinder "Kevin" Singh, Economy Trucking Services, Inc. | Will describe his initial meeting with James Lucero and Kevin Olivero regarding allowing Economy Trucking to dump at Newark Area 4. Will also discuss the number of truckloads taken to the site by Economy trucking drivers, and payments made in support of the dumping. |
| 36. | Preet Johal, Economy Trucking | President of Economy Trucking who will describe the number of loads drivers working for and contracted by her firm deposited in the Newark Area 4 site; as well as the billing and payment for those loads. |
| 37. | Dolan Nguyen | Economy Trucking driver who will testify regarding dumping multiple loads of fill at Newark Area 4. |
| 38. | Henry 'Sonny' Victor | Truck driver who will testify about dumping multiple loads of fill at Newark Area 4. |
| 39. | Pritam Singh | Truck Driver who will testify about dumping multiple loads of fill at Newark Area 4. |
| 40. | Jagtar Chandi | Truck Driver who will testify about dumping multiple loads of fill at Newark Area 4. |
| 41. | Fred Poli | Owner of F.A. Poli Trucking & Materials. Will describe his company's dumping activities at Newark Area 4. |

UNITED STATES' AMENDED WITNESS LIST
CR 16-107 HSG

| No. | Witness | Subject of Testimony |
| --- | --- | --- |
| 47. | Brandon Pollack | Employee of Gary Pollack Trucking. Will describe his company's dumping activities at Newark Area 4, his physical observations of the site, and his interactions with Kevin Olivero. |
| 48. | Special Agent Wendy Su, EPA-CID | Will describe her investigation into the dumping activity, as well as the retrieval of physical evidence from the Newark Area 4 site. |
| 42. | Alameda County District Attorney Investigator Cristina Harbison | Will testify regarding her initial investigation of the dumping activity, evidence collection, and photography of impacted areas within Newark Area 4. |
| 43. | FBI SA Susan Sivok | Will testify regarding the FBI's investigation into the dumping at Newark Area 4, and her seizure of physical evidence from the site. |
| 44. | Dave Diehl, FBI Photographer | Will testify to still and video photography taken of Newark Area 4, Mowry Slough, and the San Francisco Bay. |
| 45. | Ed Ledda, FBI Photographer | Will testify to still and video photography taken of Newark Area 4, Mowry Slough, and the San Francisco Bay. |
| 46. | Janine Olivero | Will testify to Golden Gate Equipment rental's billing and payment structure stemming from the dumping that occurred at Newark Area 4. |
| 47. | Kristoffer Pascual | FBI forensic accountant who prepared a financial summary of the defendant's bank account. |
| 48. | Carlos A. Enriquez, Chase Bank | Will authenticate Economy Waste Solutions and Golden Gate Equipment Rental, LLC bank records. |
| 49. | Cortnie Chenowith | FBI forensic accountant who prepared a financial summary of the Oliveros' and Lucero's bank accounts. |
| 50. | William Hawken, Cartographer, National Geodetic Survey (NGS), U.S. Department of Commerce, National Ocean and Atmospheric Administration (NOAA) | NOAA custodian who will authenticate NOAA satellite imagery of the Newark Area 4 area. |
| 51. | Mark Byars, Senior GIS Specialist, Huffman-Broadway Group | GIS specialist who created maps from NOAA and USGS imagery. |

DATED: February 4, 2018

Respectfully Submitted,

ALEX G. TSE
Acting United States Attorney

         /s/
PHILIP J. KEARNEY
SHIAO LEE
Assistant United States Attorneys

UNITED STATES' AMENDED WITNESS LIST
CR 16-107 HSG