UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>JAMES PHILIP LUCERO,<br>　　　　　Defendant. | Case No. 16-cr-00107-HSG-1<br><br>**PROPOSED VERDICT FORM** |

### **COUNT ONE**

We, the jury, find the defendant, JAMES PHILIP LUCERO,

NOT GUILTY or GUILTY

(circle one)

of knowingly discharging and causing to be discharged a pollutant, namely, dirt, soil, and other similar material, from a point source into waters of the United States, namely approximately 3.90 acres of jurisdictional wetlands in the Northern Section of the Site, without a permit issued under Title 33, United States Code, Section 1344, in violation of Title 33, United States Code, Section 1311(a) and 1319(c)(2)(A), as charged in Count One of the Superseding Indictment.

**COUNT TWO**

We, the jury, find the defendant, JAMES PHILIP LUCERO,

NOT GUILTY or GUILTY

(circle one)

of knowingly discharging and causing to be discharged a pollutant, namely, dirt, soil, and other similar material, from a point source into waters of the United States, namely an approximately 1.28 acres within a jurisdictional tributary in the Northern Section of the Site, without a permit issued under Title 33, United States Code, Section 1344, in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(2)(A), as charged in Count Two of the Superseding Indictment.

**COUNT THREE**

We, the jury, find the defendant, JAMES PHILIP LUCERO,

NOT GUILTY or GUILTY

(circle one)

of knowingly discharging and causing to be discharged a pollutant, namely, dirt, soil, and other similar material, from a point source into waters of the United States, namely approximately 7.95 acres of jurisdictional wetlands in the Southern Section of the Site, without a permit issued under Title 33, United States Code, Section 1344, in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(2)(A), as charged in Count Three of the Superseding Indictment.

                                                                                     FOREPERSON