VOLUME 3

PAGES 323 - 479

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BEFORE THE HONORABLE HAYWOOD S. GILLIAM JR., JUDGE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | NO. CR-16-00107 HSG |
| | ) | |
| VS. | ) | FRIDAY, FEBRUARY 9, 2018 |
| | ) | |
| JAMES PHILIP LUCERO, | ) | OAKLAND, CALIFORNIA |
| | ) | |
| DEFENDANT. | ) | JURY TRIAL |
| _____ | ) | |

<u>**REPORTER'S TRANSCRIPT OF PROCEEDINGS**</u>

**APPEARANCES:**

**FOR PLAINTIFF:**            ALEX G. TSE, ESQUIRE
                             ACTING UNITED STATES ATTORNEY
                             450 GOLDEN GATE AVENUE, 11TH FLOOR
                             SAN FRANCISCO, CALIFORNIA  94102
                    BY:  PHILIP J. KEARNEY,
                             SHIAO C. LEE,
                             ASSISTANT UNITED STATES ATTORNEYS


**FOR DEFENDANT:**            FEDERAL PUBLIC DEFENDER'S OFFICE
                             1301 CLAY STREET, SUITE 1350N
                             OAKLAND, CALIFORNIA 94612
                    BY:  ANGELA M. HANSEN,
                             NED SMOCK,
                             ASSISTANT FEDERAL PUBLIC DEFENDERS


**REPORTED BY:**            DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                             OFFICIAL COURT REPORTER


        TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
 1                        I N D E X

 2    GOVERNMENT'S WITNESSES:                    PAGE    VOL.

 3    SIRI, MICHAEL

 4    DIRECT EXAMINATION BY MR. KEARNEY           328      3

 5    CROSS-EXAMINATION BY MR. SMOCK              394      3

 6    REDIRECT EXAMINATION BY MR. KEARNEY         414      3

 7    POLLACK, BRANDON

 8    DIRECT EXAMINATION BY MS. LEE               416      3

 9    MARTINEZ, ERIC (THROUGH INTERPRETER)

10    DIRECT EXAMINATION BY MR. KEARNEY           431      3

11    CROSS-EXAMINATION BY MS. HANSEN             451      3

12    NGUYEN, DOLAN

13    DIRECT EXAMINATION BY MS. LEE               453      3

14    VICTOR, HENRY

15    DIRECT EXAMINATION BY MS. LEE               470      3

16

17

18

19

20

21

22

23

24

25
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

```
1                    E X H I B I T   I N D E X

2    GOVERNMENT'S EXHIBITS:        WITHDRAWN    ID.      EVD.    VOL.

3        0001                                           338      3

4        0034-0001                                      370      3

5          42                                           439      3

6         257                                           352      3

7         258                                           391      3

8         259                                           391      3

9         261                                           391      3

10        263                                           391      3

11        283                                           383      3

12        415 - 429                                     436      3

13        430                                           441      3

14        470                                           434      3

15        659                                           375      3

16        765                                           341      3

17       1093                                           330      3

18

19   DEFENDANT'S EXHIBITS:

20       2100                                           403      3

21       2101                                           407      3

22

23

24

25
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

| | |
|---|---|
| 1 | <u>FRIDAY, FEBRUARY 9, 2018</u>                    8:26 A..M. |
| 2 | P R O C E E D I N G S |
| 3 | (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.) |
| 4 | **THE CLERK:**  REMAIN SEATED.  COME TO ORDER.  THIS |
| 5 | COURT IS NOW IN SESSION WITH THE HONORABLE HAYWOOD S. GILLIAM |
| 6 | PRESIDING. |
| 7 | WE'RE CALLING CR-16-00107, UNITED STATES OF AMERICA VERSUS |
| 8 | JAMES PHILIP LUCERO.  PLEASE STATE YOUR APPEARANCES FOR THE |
| 9 | RECORD. |
| 10 | **MR. KEARNEY:**  YOUR HONOR, PHILIP KEARNEY AND SHIAO |
| 11 | LEE FOR THE UNITED STATES.  GOOD MORNING. |
| 12 | **THE COURT:**  GOOD MORNING. |
| 13 | **MS. HANSEN:**  GOOD MORNING, YOUR HONOR.  ANGELA HANSEN |
| 14 | ON BEHALF OF MR. LUCERO, WHO IS PRESENT. |
| 15 | **MR. SMOCK:**  GOOD MORNING, YOUR HONOR.  NED SMOCK ON |
| 16 | BEHALF OF MR. LUCERO AS WELL. |
| 17 | **THE COURT:**  GOOD MORNING. |
| 18 | ALL RIGHT.  THERE WAS JUST THE ONE FILING FROM YESTERDAY, |
| 19 | BUT BASED ON THE GOVERNMENT'S RESPONSE IT DIDN'T LOOK TO ME |
| 20 | LIKE THERE'S A LIVE ISSUE; IS THAT CORRECT? |
| 21 | **MS. HANSEN:**  CORRECT. |
| 22 | **THE COURT:**  ALL RIGHT. |
| 23 | **MR. KEARNEY:**  THAT'S TRUE. |
| 24 | **MR. SMOCK:**  YOUR HONOR, THE ONE THING I WOULD JUST |
| 25 | SAY, WITH RESPECT TO THE PHOTOGRAPHS THAT WE DISCUSSED |

1    YESTERDAY FROM MR. SIRI, WHEN HE IS ON THE STAND, I'M NOT

2    GOING TO OBJECT TO THE ADMISSION OF THE EXHIBIT SUBJECT TO

3    FUTURE AUTHENTICATION, JUST FOR PURPOSES OF NOT MAKING A LONG

4    RECORD IN FRONT OF THE JURY, BUT I WANT TO PRESERVE THAT

5    OBJECTION.

6              **THE COURT:**  NO, THAT'S FAIR.  IT SEEMS TO ME THE WAY

7    IT WILL FLOW IS, PRESUMING MR. SIRI CAN GIVE A FOUNDATION FOR

8    THE APPEARANCE OF THE SITE THAT'S DEPICTED GENERALLY, THE

9    PHOTO CAN COME IN, BUT THEN WE'LL MAKE SURE THAT THERE IS A

10   PROVE-UP LATER AS TO THE ADMISSIBILITY OF THE PHOTOS.

11             **MR. SMOCK:**  I GUESS THE ONLY THING I WOULD ADD, AND I

12   WOULD IMAGINE THAT THE GOVERNMENT IS INTENDING TO DO THIS, BUT

13   I WILL OBJECT IF THERE IS NOT ANY FOUNDATION AS TO HIM HAVING

14   SEEN THE PROPERTY IN THAT CONDITION.

15             **MR. KEARNEY:**  OF COURSE.

16             **THE COURT:**  FAIR.

17             **MR. KEARNEY:**  THANK YOU.

18             **MR. SMOCK:**  THANK YOU.

19             **THE COURT:**  WHY DON'T WE GET STARTED.  I THINK ALL

20   THE JURORS ARE HERE.

21        (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

22             **THE CLERK:**  YOU MAY BE SEATED.

23             **THE COURT:**  GOOD MORNING, LADIES AND GENTLEMEN.

24   WELCOME BACK.

25             **A JUROR:**  GOOD MORNING.

1          **THE COURT:**  AT THIS TIME WE WILL CONTINUE WITH THE

2    GOVERNMENT'S CASE, AND MR. KEARNEY OR MS. LEE, ARE YOU

3    PREPARED TO CALL YOUR NEXT WITNESS?

4          **MR. KEARNEY:**  WE ARE, YOUR HONOR.  WE CALL

5    MR. MICHAEL SIRI TO THE STAND.

6          **THE CLERK:**  PLEASE COME TO THE WITNESS STAND AND

7    RAISE YOUR RIGHT HAND FOR ME, PLEASE.

8       (**MICHAEL SIRI,** CALLED AS A WITNESS FOR THE GOVERNMENT,

9    HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

10          **THE WITNESS:**  I DO.

11          **THE CLERK:**  YOU MAY BE SEATED AND ONCE SEATED I AM

12    GOING TO ASK THAT YOU PLEASE STATE AND SPELL -- HAVE A SEAT,

13    PLEASE STATE AND SPELL BOTH YOUR FIRST AND LAST NAME.

14          **THE WITNESS:**  MICHAEL SIRI, M-I-C-H-A-E-L, S-I-R-I.

15          **THE CLERK:**  THANK YOU.  AND THERE IS WATER IN THE

16    PITCHER.

17          **THE WITNESS:**  THANK YOU.

18          **THE COURT:**  YOU MAY PROCEED WHENEVER YOU ARE READY,

19    MR. KEARNEY.

20          **MR. KEARNEY:**  THANK YOU.

21                    **DIRECT EXAMINATION**

22    BY MR. KEARNEY:

23    **Q.**  GOOD MORNING.  SIR, PLEASE TELL US WHAT YOUR OCCUPATION

24    IS.

25    **A.**  I'M CURRENTLY A PROPERTY MANAGER.  WE HAVE OUR OWN

1  COMPANY, FAMILY BUSINESS.

2  **Q.**  AND BEFORE YOUR CURRENT OCCUPATION WITH THE FAMILY

3  BUSINESS, DID YOU HAVE A CAREER BEFORE THAT, SIR?

4  **A.**  YES, I WAS EDUCATED AT UNIVERSITY OF CALIFORNIA DAVIS.

5  GOT A BACHELOR'S AND A MASTER'S IN AGRICULTURAL ENGINEERING.

6       AND I WORKED ABOUT A YEAR AND A HALF FOR FMC CORPORATION

7  IN THE VALLEY, IN RIPON, CALIFORNIA.

8  **Q.**  SIR, WHAT IS AGRICULTURAL ENGINEERING, IF YOU CAN TELL US?

9  **A.**  THERE'S SEVERAL BRANCHES OF AG ENGINEERING.  MY SPECIALTY

10  WAS POWER AND MACHINERY.

11       BASICALLY MECHANICAL ENGINEERING PROBLEMS RELATED TO

12  AGRICULTURE.  WE WOULD DO THINGS LIKE WORK OUT PROBLEMS.  FOR

13  INSTANCE, PUMPING NON-NEWTONIAN FLUID LIQUIDS LIKE TOMATO

14  KETCHUP THROUGH PLANTS TO BE PROCESSED, AND ALL THAT KIND OF

15  THING, UP TO BUILDING EQUIPMENT AND HARVESTING MACHINES, WHICH

16  I GOT INTO.  IT WAS MY LINE OF WORK.

17  **Q.**  SIR, IN 2014, WERE YOU A MEMBER OF THE NEWARK PARTNERS?

18  **A.**  YES.

19  **Q.**  AND AS A MEMBER OF THE NEWARK PARTNERS WERE YOU A CO-OWNER

20  OF WHAT WE REFER TO IN THIS CASE AS NEWARK AREA 4?

21  **A.**  YES.

22  **Q.**  SIR, WHEN WERE THE NEWARK PARTNERS FORMED, IF YOU KNOW?

23  **A.**  IT WAS AROUND JUNE OF '06 AND I THINK FORMALLY BY THE

24  STATE IN JULY OF '06.

25       **MR. KEARNEY:**  OKAY.  MAY I APPROACH, YOUR HONOR?

```
 1              THE COURT:  YOU MAY.

 2              MR. KEARNEY:  I WOULD LIKE TO SHOW THIS WITNESS

 3    EXHIBIT 1093-0001.

 4                    (EXHIBIT HANDED TO WITNESS.)

 5    BY MR. KEARNEY:

 6    Q.  MR. SIRI, DO YOU RECOGNIZE THE AREA DEPICTED IN THAT MAP?

 7    A.  YES.

 8    Q.  IS IT A FAIR AND ACCURATE REPRESENTATION OF THE AREA THAT

 9    WE ARE CALLING THE NEWARK AREA 4?

10    A.  YES.

11              MR. KEARNEY:  YOUR HONOR, MAY THAT BE ADMITTED?

12              THE COURT:  ANY OBJECTION?

13              MR. SMOCK:  NO OBJECTION.

14              THE COURT:  EXHIBIT 1093 IS ADMITTED.

15              THE CLERK:  ADMITTED, YOUR HONOR?

16              THE COURT:  YES.

17         (GOVERNMENT'S EXHIBIT 1093 RECEIVED IN EVIDENCE)

18              MR. KEARNEY:  I WILL LET YOU KEEP THIS, PLEASE, IF

19    YOU DON'T MIND.

20                    (DISPLAYED ON SCREEN.)

21    BY MR. KEARNEY:

22    Q.  MR. SIRI, YOU HAVE A COPY IN FRONT OF YOU AND ON THE

23    SCREEN NEXT TO YOU IS AN IMAGE OF NEWARK AREA 4.  HAVE YOU

24    SEEN THIS IMAGE BEFORE, SIR?

25    A.  YES.
```

SIRI – DIRECT / KEARNEY

1   **Q.** AND THERE'S SOME WRITING ON IT.  IS THAT YOUR WRITING?

2   **A.** YES.

3   **Q.** AND WE'LL TALK ABOUT THIS MORE IN DEPTH AS WE GO INTO YOUR

4   TESTIMONY TODAY, BUT JUST GENERALLY SPEAKING, THE AREA IN

5   COLOR ON THAT DIAGRAM, IS THAT THE NEWARK AREA 4 THAT THE

6   NEWARK PARTNERS OWNED BACK IN 2014?

7   **A.** YES.

8   **Q.** THANK YOU.

9       BACK IN 2014, SIR, DID YOU GIVE JAMES LUCERO PERMISSION TO

10  DUMP ANYTHING ON YOUR LAND?

11  **A.** NO.

12  **Q.** BEFORE 2014 HAD YOU EVER HEARD OF MR. JAMES LUCERO?

13  **A.** NO.

14  **Q.** MR. SIRI, WHEN WAS THE FIRST TIME YOU EVER WENT TO THIS

15  PROPERTY?

16  **A.** THE BOTTOM PART OF THE PROPERTY, I WAS PROBABLY -- I WAS

17  FIVE, SIX YEARS OLD --

18          **MR. KEARNEY:**  MAY I APPROACH, YOUR HONOR?  I AM GOING

19  TO PUT THIS WITH THE WITNESS.

20          **THE WITNESS:**  THE BOTTOM PART OF THE PROPERTY, I WAS

21  PROBABLY FIVE OR SIX YEARS OLD THE FIRST TIME I WENT OUT

22  THERE.

23  **BY MR. KEARNEY:**

24  **Q.** THERE'S A LASER POINTER IN FRONT OF YOU, MR. SIRI.  BE

25  CAREFUL NOT TO POINT IT AT YOURSELF.

SIRI – DIRECT / KEARNEY

| | |
|---|---|
| 1 | **A.**  WHAT DO I NEED TO DO TO TURN IT ON? |
| 2 | **Q.**  THERE IS A BUTTON YOU DEPRESS. |
| 3 | **A.**  THERE IT IS. |
| 4 | **Q.**  I WONDER IF YOU COULD JUST -- WHEN YOU SAID "THE BOTTOM |
| 5 | AREA OF THE PROPERTY," I WONDER IF YOU COULD POINT THAT LASER |
| 6 | OVER TO THE -- |
| 7 | **A.**  THAT ONE? |
| 8 | **Q.**  YES. |
| 9 | **A.**  ON THIS ONE? |
| 10 | **Q.**  THE EXHIBIT. |
| 11 | **A.**  I CAN'T SEE WHERE I'M POINTING. |
| 12 | **Q.**  ALL RIGHT.  IS IT NOT WORKING? |
| 13 | **A.**  I JUST CAN'T SEE WHERE I'M POINTING. |
| 14 |                    (PAUSE IN THE PROCEEDINGS.) |
| 15 | **Q.**  I DON'T THINK IT IS YOUR FAULT.  I GUESS THE BATTERY IS |
| 16 | DEAD ON THIS. |
| 17 | **A.**  YOU WANT ME TO GET UP AND MARK IT? |
| 18 | **Q.**  YEAH, COULD YOU, PLEASE, SIR? |
| 19 |     WHEN YOU SAY "THE BOTTOM HALF," JUST SO WE ALL KNOW WHAT |
| 20 | WE ARE TALKING ABOUT. |
| 21 | **A.**  THIS SECTION IN HERE (INDICATING) IS WHAT I AM REFERRING |
| 22 | TO THE FAMILY PURCHASE -- |
| 23 |         **MR. KEARNEY:**  YOUR HONOR, THE RECORD SHOULD REFLECT |
| 24 | THAT THE WITNESS JUST WAS REFERRING TO THE APPROXIMATE BOTTOM |
| 25 | HALF OR THE COLORED PORTION ON THIS EXHIBIT. |

**BY MR. KEARNEY:**

Q.  SO, SIR, BEFORE YOU OWNED PART OF THE PROPERTY, WHICH WE
WILL TALK ABOUT, JUST PHYSICALLY SPEAKING, WHEN WAS THE FIRST
TIME YOU ACTUALLY SET FOOT ON THIS PROPERTY?

A.  I SAID PROBABLY FIVE OR SIX YEARS OLD, MAYBE SEVEN YEARS
OLD, IT WAS FAMILY FRIENDS THAT OWNED THE PROPERTY AT THAT
TIME, AND WE USED TO GO HUNTING ON THE PROPERTY.

Q.  SO THIS IS WHEN YOU WERE FIVE OR SIX YEARS OLD?

A.  YES.

Q.  I DON'T WANT TO GET TOO PERSONAL HERE BUT IN TERMS OF
DECADES, SIR, WHAT DECADE WAS THAT?

A.  THAT WOULD BE ABOUT 1956, 1957.

Q.  ALL RIGHT.  SO SINCE YOUR FIRST TIME ON THE LAND IN THE
LATE '50S OR MID TO LATE '50S, HOW MANY TIMES SINCE THEN WOULD
YOU SAY THAT YOU'VE PHYSICALLY BEEN ON THE NEWARK AREA 4
PROPERTY?

A.  OH, GOLLY, HUNDREDS AND HUNDREDS OF TIMES.

Q.  SO FROM THE 1950S TO CURRENT IS ABOUT SIX DECADES, SIR.
IS THAT A FAIR STATEMENT?

A.  CORRECT.

Q.  WOULD IT BE FAIR TO SAY THAT YOU WENT ONE TIME PER YEAR,
TEN TIMES PER YEAR, TWENTY TIMES PER YEAR?  CAN YOU GIVE US
ANY ESTIMATE?

A.  OH, IN LATER YEARS IT WAS MUCH MORE, BUT I WOULD SAY
PROBABLY A HUNDRED TIMES PER YEAR IN THE LAST GOOD TEN YEARS

1    AT LEAST.

2    **Q.** AND THEN BEFORE THAT, SIR, CAN YOU ESTIMATE FOR US IN THE

3    FIRST FIVE DECADES --

4    **A.** A LITTLE LESS AS IT WAS OWNED BY FAMILY FRIENDS SO WE WERE

5    INVITED TO HUNT, BUT IT WAS I'D SAY MAYBE TEN, TWENTY TIMES A

6    YEAR, THIRTY TIMES A YEAR.

7    **Q.** SO OVER -- SO IT WOULD BE TEN, TWENTY TIMES A YEAR OR

8    THIRTY TIMES A YEAR TIMES 60?

9    **A.** AT LEAST. AS I SAY, IN THE LATER YEARS IT WAS MUCH MORE

10   THAN THAT.

11   **Q.** AND THE PURPOSE -- WHEN YOU STARTED GOING THERE AS A BOY,

12   SIR, AND GOING FORWARD, WHAT WERE THE PURPOSES OF YOUR VISITS

13   TO THE LAND BACK IN THOSE YEARS?

14   **A.** EARLY ON IT WAS HUNTING WITH FRIENDS.  AND THEN AFTER WE

15   PURCHASED THE PROPERTY IN THE EARLY '80S, I WOULD TRAIN DOGS

16   OUT THERE.  WE WOULD HUNT.  I WOULD MANAGE THE FARMING OUT

17   THERE, BOUGHT SEED FOR THE FELLOW WHO FARMED THE GROUND FOR

18   US, AND JUST ALL KINDS OF ACTIVITIES RELATED TO, YOU KNOW,

19   OWNING THAT PROPERTY AND WITH THE PARTNERS THAT WE HAD.

20   **Q.** AND CAN YOU TELL US, AGAIN, WHEN -- WHAT YEAR AND WHAT

21   PORTION OF THE LAND DID YOUR FAMILY BUY?

22   **A.** THE BOTTOM PORTION THAT I OUTLINED WE PURCHASED, I THINK

23   IT WAS '82 OR '83, 1982, '83, AND WE WERE A THIRD OWNER OF

24   THAT WITH RICHARD PEERY AND JOHN ARRILLAGA AND THEIR TRUSTS.

25   MY DAD PUT THIS IN THE CHILDREN'S TRUST, AND THEY INDIVIDUALLY

1    PUT IT IN THEIR CHILDREN'S TRUST AS WELL.

2    **Q.**  SIR, BACK IN THE -- OVER THE YEARS, HOW WOULD YOU

3    TYPICALLY GET ON TO THE PROPERTY?

4    **A.**  MOST TYPICALLY COME DOWN STEVENSON BOULEVARD, THE MAIN

5    ENTRANCE TO THE PROPERTY WAS THERE, THE GATE.  IN THE

6    WINTERTIME IF I HAD TO SERVICE PUMPS OR CHECK ON SITUATIONS, I

7    MIGHT GO DOWN MOWRY AVENUE.  THERE ARE TWO GATES THERE, ONE

8    IMMEDIATELY ADJACENT TO THE RAILROAD TRACKS AND ANOTHER A

9    LITTLE BIT FURTHER DOWN JUST BEYOND THE LAST AUTO DISMANTLER

10   AND BEFORE YOU WENT TO WHAT WE REFER TO AS THE OLD PETERBILT

11   TRACK, TEST TRACK.

12          **MR. KEARNEY:**  MAY I APPROACH, YOUR HONOR, JUST FOR A

13   MOMENT?

14          **THE COURT:**  YOU MAY.

15          **MR. KEARNEY:**  I THINK WE ARE BACK IN BUSINESS WITH

16   THE POINTER.  AGAIN, PRESS THIS.

17   **BY MR. KEARNEY:**

18   **Q.**  SO YOU SAID THAT -- I THINK WE KNOW ABOUT THE STEVENSON

19   GATE AT THIS POINT.  TELL US THE GATES ON MOWRY THAT YOU USED

20   OVER THE YEARS TO ACCESS THE PROPERTY AS WELL.  IF YOU ARE

21   MORE COMFORTABLE STANDING, THAT'S FINE.

22   **A.**  I AM, THANK YOU.

23          THE STEVENSON BOULEVARD GATE WOULD BE --

24          **THE CLERK:**  MR. KEARNEY?

25          **THE WITNESS:**  -- RIGHT ABOUT HERE, THE MAIN GATE, AND

SIRI – DIRECT / KEARNEY

```
 1    THEN THE OTHER TWO GATES WERE DOWN MOWRY AND RAILROAD

 2    TRACKS --

 3              THE REPORTER:  EXCUSE ME.  I CANNOT HEAR.

 4    BY MR. KEARNEY:

 5    Q.  MR. SIRI, IF YOU'D REPEAT THAT EXPLANATION INTO THE MIC,

 6    THAT WOULD BE GREAT.

 7    A.  THE MAIN GATE ON STEVENSON IS RIGHT HERE (INDICATING),

 8    THIS LOCATION.  AND THEN THE GATE ON MOWRY NEAR THE RAILROAD

 9    TRACKS IS HERE (INDICATING).

10        AND THEN THERE'S ANOTHER GATE, LET'S SEE, WHERE WOULD THAT

11    BE.  I GUESS IN THIS AREA RIGHT IN HERE THERE IS A GATE THAT

12    COMES DOWN THE LEVEE ON THE -- ONE OF THE FLOOD CONTROL

13    CHANNELS, AND THAT GATE WE USED AS WELL.

14    Q.  THAT IS THE SAME LEVEE THAT RUNS ALONG MOWRY SLOUGH; IS

15    THAT RIGHT?

16    A.  YES.

17    Q.  YOU CAN PULL UP THE CHAIR AGAIN.  THANK YOU.

18        MR. SIRI, WERE THOSE GATES -- WHAT CONDITION WERE THOSE

19    GATES KEPT IN TYPICALLY OVER THE YEARS?

20    A.  ALWAYS LOCKED UNLESS SOMEBODY BROKE IN AND CUT THE CHAIN,

21    ET CETERA.

22    Q.  I WANT TO TALK TO YOU ABOUT A FEW FEATURES OF THE LAND

23    NOW, IF WE MAY, INCLUDING ITS ELEVATION OVER SEA LEVEL.

24        DO YOU HAVE A SENSE OF WHAT THAT IS, SIR?

25    A.  MOST FAMILIAR IN THAT BOTTOM PORTION THAT I MENTIONED THE
```

SIRI – DIRECT / KEARNEY

1   FAMILY OWNED.  I'D SAY ALONG THE UPPER EDGE OF THAT BOTTOM

2   PIECE IT WAS MAYBE A FOOT TO 3 FEET ABOVE SEA LEVEL, AND THEN

3   AS YOU APPROACHED THE BOTTOM IT WAS PROBABLY AT 00, AT SEA

4   LEVEL.

5   Q.  I'M GOING TO HAVE YOU -- WHEN YOU SAY "THE BOTTOM WAS AT

6   00 SEA LEVEL," CAN YOU REFER TO THAT -- CAN YOU TELL US WHAT

7   YOU'RE TALKING ABOUT?

8   A.  THE HIGHER PORTION OF THE LAND -- IF YOU IMAGINE

9   EVERYTHING SLOPING THIS WAY TOWARDS THE BAY, THE HIGHER

10  PORTION OF THE LAND WOULD BE ALONG THIS EDGE.  AND YOU MIGHT

11  GET 2, 3 FEET ELEVATION HERE ABOVE SEA LEVEL.

12      AND THEN THE LOWEST PORTION ON THE PROPERTY IS ABOUT HERE

13  (INDICATING) AND I BELIEVE THAT'S RIGHT AT SEA LEVEL.

14  Q.  ALL RIGHT.  THE AREA YOU INDICATED WAS 2 TO 3 FEET ABOVE

15  SEA LEVEL, AGAIN, WAS A HORIZONTAL LINE RUNNING KIND OF --

16  THERE WE GO, KIND OF BISECTING THE PROPERTY?

17  A.  YES.

18  Q.  AND THEN WHERE THAT BLUE X AT THE BOTTOM IS, IS THAT THE

19  00 LEVEL?

20  A.  RIGHT.

21  Q.  YOU ALSO MENTIONED THAT THE -- SOMETHING ABOUT THE GENERAL

22  SLOPE OF THE PROPERTY.

23      CAN YOU REPEAT THAT FOR US, PLEASE?

24  A.  GENERALLY, YOU KNOW, YOU CAN TELL BY WATER FLOW, WHEN IT

25  RAINS AND WE GET DRAINAGE ON THE PROPERTY, EVERYTHING KIND OF

1    COMES THIS WAY (INDICATING).

2    **Q.**  AS YOU LOOK AT THIS DIAGRAM, YOU ARE INDICATING KIND OF

3    GENERALLY THE UPPER RIGHT TO LOWER LEFT --

4    **A.**  THAT WOULD BE CORRECT, YES.

5    **Q.**  AND TOWARDS MOWRY SLOUGH.  IS THAT A FAIR STATEMENT?

6    **A.**  YES.  IT'S OUT HERE (INDICATING).

7    **Q.**  GREAT.  THANK YOU.

8        I WOULD LIKE TO PULL UP EXHIBIT 0001-0001, IF I MAY.

9            **MR. KEARNEY:**  MAY I APPROACH, YOUR HONOR?

10           **THE COURT:**  YOU MAY.

11               (EXHIBIT HANDED TO WITNESS.)

12   **BY MR. KEARNEY:**

13   **Q.**  MR. SIRI, I JUST HANDED YOU THE EXHIBIT, WHICH IS A MAP.

14   DO YOU RECOGNIZE THE AREA DEPICTED IN THAT MAP?

15   **A.**  SURE.

16   **Q.**  IS IT A GENERALLY FAIR AND ACCURATE DEPICTION OF THE AREA

17   OF THE BAY THAT'S ON THAT MAP?

18   **A.**  YES.

19           **MR. KEARNEY:**  I WOULD LIKE TO ADMIT THIS, SIR.

20           **MR. SMOCK:**  NO OBJECTION.

21           **THE COURT:**  0001 IS ADMITTED.

22       (GOVERNMENT'S EXHIBIT 0001 RECEIVED IN EVIDENCE)

23   **BY MR. KEARNEY:**

24   **Q.**  MR. SIRI, THIS IS KIND OF A BROADER MAP OF SAN FRANCISCO

25   BAY.  THERE'S A LITTLE BIT OF THE PACIFIC OCEAN IN THERE.  AND

SIRI – DIRECT / KEARNEY

```
 1    THEN OVER ON THE RIGHT PORTION OF THE MAP THERE IS KIND OF

 2    A -- IN HERE (INDICATING) THERE'S A DIFFERENT COLORED PORTION

 3    OF THE MAP; IS THAT CORRECT?

 4    A.  YES.

 5    Q.  WHAT IS THAT DIFFERENT COLORED PORTION ON THE RIGHT SIDE

 6    OF THE MAP?

 7            MR. KEARNEY:  A LITTLE FURTHER OUT, AGENT SU.

 8            THE WITNESS:  WE REFER TO THOSE AS THE EAST BAY

 9    HILLS.

10    BY MR. KEARNEY:

11    Q.  YES, ALL RIGHT.

12        SO YOU SAID THAT THE LAND SLOPES -- THE LAND ITSELF SLOPES

13    DOWN TOWARDS MOWRY SLOUGH.  HOW ABOUT THIS PORTION ON THE EAST

14    BAY FROM THE EAST BAY HILLS DOWN TO THE LAND ITSELF?

15    A.  I WOULD SAY THE DRAINAGE IS ALL THAT DIRECTION COMING OFF

16    THAT SLOPE OF THE HILLS DOWN TOWARDS THE BAY.

17    Q.  ALL RIGHT.  IF WE CAN GO BACK TO EXHIBIT 1093-0001,

18    PLEASE.

19                    (DISPLAYED ON SCREEN.)

20        NOW, WE'VE HEARD SOME TESTIMONY ALREADY IN THIS CASE ABOUT

21    MOWRY SLOUGH.  MR. SIRI, I WANT TO TALK TO YOU ABOUT IT, IF I

22    MAY.  DO YOU SEE MOWRY SLOUGH DEPICTED ON THIS EXHIBIT?

23    A.  YES.

24    Q.  I WONDER JUST WITH THE POINTER, COULD YOU SHOW IT TO US,

25    PLEASE?
```

1    **A.**   MOWRY SLOUGH IS --

2              **THE CLERK:**  HE NEEDS TO USE THE MIC.

3              **MR. KEARNEY:**  AGAIN, THE MICROPHONE, IF YOU COULD.

4              **THE WITNESS:**  MOWRY SLOUGH IS THIS (INDICATING).  AND

5    IT'S THE FINE LINE DOWN BELOW THIS YELLOW LINE.  IT'S A VERY

6    NARROW CHANNEL ANY MORE.

7    **BY MR. KEARNEY:**

8    **Q.**   ALL RIGHT.  MOWRY SLOUGH RUNS DOWN TO THE BAY FROM THE

9    LAND; IS THAT A FAIR STATEMENT?

10   **A.**   I'M SORRY?

11   **Q.**   MOWRY SLOUGH RUNS ALL THE WAY TO THE BAY FROM THE LAND; IS

12   THAT A FAIR STATEMENT?

13   **A.**   TO THE BAY -- CORRECT.

14   **Q.**   WHAT, SIR, SEPARATES THE SLOUGH -- OR THE LAND FROM THE

15   SLOUGH?

16   **A.**   A LEVEE BORDERING THE PROPERTY, JUST PRETTY MUCH A PILE OF

17   DIRT MAKES A LEVEE.

18   **Q.**   I'M GOING TO ASK TO DRAW UP EXHIBIT 0765-0001, IF I MAY.

19                        (DISPLAYED ON SCREEN.)

20       MR. SIRI, DO YOU RECOGNIZE THAT EXHIBIT?

21   **A.**   YES.

22   **Q.**   IS THAT A PHOTOGRAPH OF THE LEVEE?

23   **A.**   YES.

24   **Q.**   DOES IT APPEAR TO BE ACCURATE BASED ON YOUR KNOWLEDGE OF

25   THE SITE OVER THE YEARS?

1    **A.**  IT IS ONE PORTION OF THE LEVEE, YES.

2          **MR. KEARNEY:**  I WOULD LIKE TO ADMIT THIS, SIR.

3          **MR. SMOCK:**  NO OBJECTION.

4          **THE COURT:**  765 IS ADMITTED.

5          (GOVERNMENT'S EXHIBIT 765 RECEIVED IN EVIDENCE)

6                    (DISPLAYED ON SCREEN.)

7    BY MR. KEARNEY:

8    **Q.**  MR. SIRI, TELL US WHAT WE ARE LOOKING AT.

9          IS THE LEVEE DEPICTED IN THIS PHOTOGRAPH?

10   **A.**  YES.

11   **Q.**  TELL US WHERE IT IS, IF YOU COULD.

12   **A.**  THIS PICTURE IS -- YOU DON'T HAVE THE OTHER MAP UP.

13   THERE'S A PORTION OF THE LEVEE ON THAT BOTTOM PIECE OF GROUND

14   THAT I HAD SHOWN YOU THAT WE OWN AT THE VERY NORTHWESTERLY

15   EDGE OF THE PROPERTY.

16   **Q.**  WE WILL PLACE THIS ON THE MAP IN JUST A MOMENT.  BUT JUST

17   IN KIND OF BROAD TERMS, WHERE IS THE LEVEE DEPICTED IN TERMS

18   OF THIS PHOTOGRAPH?

19         IS IT THE LEFT, THE RIGHT, UP, DOWN?  WHERE IS IT?

20   **A.**  IT WOULD BE ON -- THE LAND SIDE WOULD BE ON THE LEFT, THE

21   BORROW DITCH HAS THE WATER IN IT, AND THE LEVEE IS ON THE

22   RIGHT -- UPPER RIGHT SIDE OF THE PICTURE.

23   **Q.**  ALL RIGHT.  CAN YOU WITH THE LASER POINTER -- YOU DON'T

24   HAVE TO GET UP AGAIN, MR. SIRI, BUT JUST POINT TO WHERE THE

25   LEVEE IS ON THIS PHOTOGRAPH, IF YOU COULD.

SIRI – DIRECT / KEARNEY

1    **MR. KEARNEY:**  AND IF YOU COULD, AGENT SU, PLACE AN

2    ARROW.

3         **THE WITNESS:**  (INDICATING.)

4         **MR. KEARNEY:**  THANK YOU.

5    BY MR. KEARNEY:

6    **Q.**  I WANT TO TALK ABOUT THAT LEVEE JUST FOR A MOMENT,

7    MR. SIRI.  HOW -- ON TOP OF THE LEVEE -- A LEVEE IS JUST --

8    WHAT IS A LEVEE?  I MEAN, WE'RE TALKING ABOUT IT.

9    **A.**  IT IS A PILE OF DIRT.

10   **Q.**  ALL RIGHT.

11   **A.**  AND DIRT NATURALLY TAKES A SLOPE ON EACH SIDE IF YOU MAKE

12   A PILE OF IT.  AND YOU PILE IT UP SO THAT IT'S THICK ENOUGH,

13   THE RIGHT QUANTITY OF DIRT TO KEEP WATER IN OR OUT, AND YOU

14   PACK IT DOWN.  THE TOP OF IT IS APPROXIMATELY 8 TO 10 FEET.

15   AND I WOULD SAY THE BASE OF IT IS MAYBE, OH, 30, 40, 50 FEET.

16   **Q.**  WE HAVE BEEN USING THE WORD "LEVEE."  COULD IT ALSO BE

17   REFERRED TO AS A BERM?

18   **A.**  YES.

19   **Q.**  YOU SAID THAT ON TOP OF THE LEVEE IT IS 10 FEET WIDE; IS

20   THAT RIGHT?

21   **A.**  APPROXIMATELY, YES.

22   **Q.**  AND THEN AS DIRT DOES, IT SLOPES OUT AT THE BOTTOM?

23   **A.**  CORRECT.

24   **Q.**  SO YOU'VE BEEN VISITING THIS SITE, SIR, FOR SIX DECADES.

25   HAS THAT LEVEE BEEN THERE THE WHOLE TIME?

SIRI - DIRECT / KEARNEY

1    **A.**  IT HAS, AND WE HAVE REPAIRED IT FROM TIME TO TIME IN THAT

2    PERIOD.

3    **Q.**  HOW HIGH IS THAT LEVEE, SIR, IF YOU CAN TELL US GENERALLY?

4    I KNOW IT PROBABLY VARIES DURING TIDES AND EVERYTHING BUT --

5    **A.**  IF YOU WERE STANDING AT THE BASE NEAR THE WATERLINE, I

6    WOULD SAY IT WOULD BE 8 TO 10 FEET TALL.

7    **Q.**  AND WHEN YOU SAY "THE WATERLINE," IS THAT THE WATER YOU

8    ARE LOOKING AT HERE IN THIS --

9    **A.**  IN THE PICTURE.

10   **Q.**  SO THAT IS -- WHAT YOU REFERRED TO EARLIER AS A BORROW PIT

11   ON THE LAND SIDE OF THE LEVEE, NOT THE SLOUGH SLIDE, THE LAND

12   SIDE?

13   **A.**  CORRECT.

14   **Q.**  OKAY.  WHAT IS THE PURPOSE OF THAT LEVEE, IF YOU CAN TELL

15   US, SIR?

16       WHAT DOES IT DO -- WHAT DOES IT DO?

17   **A.**  MOWRY SLOUGH HAS TIDAL INFLUENCE.  IT MEANS TWICE A DAY

18   YOU GET LOW TIDE AND HIGH TIDE, THE WATER COMES UP.  AND THAT

19   KEEPS THAT TIDAL INFLUENCE WATER AT HIGH TIDE OUT OF THE

20   PROPERTY.

21   **Q.**  IF THAT LEVEE WERE NOT THERE, WHAT WOULD HAPPEN TO THE

22   TIDE -- OR WHAT WOULD HAPPEN?

23   **A.**  WE HAD A BREACH IN THE LEVEE, OH, IN '85, '86, SOMEWHERE

24   IN THAT TIME.  AND APPROXIMATELY -- IT WAS A VERY SEVERE,

25   SEVERE STORM, AND APPROXIMATELY A THIRD BOTTOM PART OF THE

1    PROPERTY FLOODED.

2    **Q.**   HOW IS THIS LEVEE CONSTRUCTED, SIR?

3    **A.**   COMPACTED SOIL.  COMPACTED DIRT.

4    **Q.**   AND WHERE DID THE SOIL TO BUILD THAT LEVEE COME FROM?

5    **A.**   ORIGINALLY ALL FROM THE LAND SIDE, WE CALL IT A BORROW

6    PIT.  THAT'S JUST EXACTLY WHAT IT IS.  YOU DIG DOWN AND BORROW

7    THE DIRT FROM THAT AREA AND PUT IT UP ON TOP AND MAKE A PILE

8    OF DIRT.  AND IT BECOMES THE LEVEE.

9    **Q.**   AND IN THIS PHOTOGRAPH HERE, CAN YOU SEE THIS BORROW PIT

10   WHERE THE SOIL WAS TAKEN FROM TO BUILD THE LEVEE?

11   **A.**   SURE.  YOU CAN'T SEE THE BOTTOM OF IT OF COURSE BECAUSE

12   THE WATER IS IN THE DITCH.  BUT THAT IS -- THAT WHOLE SECTION

13   THERE WHERE THE WATER IS ON THE SIDE IS WHERE THE DIRT WAS

14   BORROWED TO MAKE THE LEVEE.  YOU CAN KIND OF IMAGINE THAT HOLE

15   THERE BEING PUT UP ON TOP.

16   **Q.**   ALL RIGHT.  SO AFTER THE WATER WAS SCOOPED -- AFTER THE

17   DIRT WAS SCOOPED OUT OF THE BORROW PIT TO BUILD THE LEVEE, THE

18   BORROW PIT FILLED WITH WATER.  IS THAT A FAIR STATEMENT?

19   **A.**   YES.

20   **Q.**   WE'LL TALK MORE ABOUT THIS IN A MOMENT, BUT WHERE

21   GENERALLY DOES THAT -- THE WATER IN THAT BORROW PIT RUN, SIR?

22   **A.**   IT -- YOU DON'T HAVE THE OTHER MAP ON.

23   **Q.**   WE CAN TOTALLY DO THAT, THAT'S EXHIBIT 1093-0001.

24                   (DISPLAYED ON SCREEN.)

25           **MR. KEARNEY:**  AND I WONDER IF WE CAN, AGENT SU, BLOW

1    UP THE -- KIND OF THE BOTTOM PORTION.

2           **THE WITNESS:**  THE WATER WILL RUN IN THIS DIRECTION

3    (INDICATING).  DOWN HERE.  IT RUNS... FOLLOW THE POINTER DOWN

4    HERE.

5    **BY MR. KEARNEY:**

6    **Q.**  ALL RIGHT.  SO --

7    **A.**  ABOVE IT THIS WAY, EVERYTHING DRAINS DOWN TO ABOUT THAT

8    POINT.

9    **Q.**  OKAY.  THE IMAGE -- THE PHOTOGRAPH WHICH WE JUST SAW OF

10   THE BORROW PIT NEXT TO THE LEVEE, CAN YOU PLACE THAT ON THIS

11   MAP FOR US?

12      WHERE DOES THAT PHOTOGRAPH COME IN?

13   **A.**  YOU ARE STANDING RIGHT ABOUT THERE AND YOU ARE LOOKING

14   THIS WAY (INDICATING).

15   **Q.**  CAN WE KEEP THAT BLOWN-UP IMAGE?

16   **A.**  I MISSPOKE.  HERE.

17      YOU ARE STANDING HERE KIND OF LOOKING THIS DIRECTION

18   (INDICATING).

19   **Q.**  SO THE -- YOU JUST INDICATED A --

20   **A.**  I BELIEVE THAT IT IS BETTER FOR ME --

21   **Q.**  ALL RIGHT.  AGAIN, WITH THE --

22   **A.**  STANDING HERE LOOKING THIS WAY (INDICATING), YOU ARE ON

23   THE LAND SIDE LOOKING AT THE LEVEE TOWARDS THE BAY SIDE.

24           **MR. KEARNEY:**  ALL RIGHT.  WE JUST, YOUR HONOR, DREW A

25   BLUE X ON THE EXHIBIT AT THE TERMINUS OF THE HORIZONTAL LINE

SIRI – DIRECT / KEARNEY

1    THAT RUNS ACROSS THE MIDDLE OF THE DIAGRAM THAT KIND OF ENDS

2    OVER BY MOWRY SLOUGH.

3    **BY MR. KEARNEY:**

4    **Q.**  AND THEN, SIR, YOU INDICATED THAT BORROW PIT -- OR THE

5    WATER IN THAT BORROW PIT RUNS DOWN AND... PLEASE, I DON'T WANT

6    TO GET YOU UP AGAIN, JUST USE THE LASER POINTER AND JUST SHOW

7    US WHERE IT RUNS.

8    **A.**  THE WATER RUNS THIS DIRECTION DOWN HERE (INDICATING).

9    **Q.**  IT KIND OF JUST IMMEDIATELY TRACKS ON THE LAND SIDE THE

10   LEVEE AS IT RUNS DOWN TOWARDS THE BOTTOM?

11   **A.**  RIGHT.

12   **Q.**  IS THAT -- THAT -- THE WATER IN THAT BORROW PIT PERMANENT?

13   **A.**  IT'S THERE MOST ALL THE TIME.  THE LEVEL CHANGES.  WE GET

14   RUNOFF COMING FROM THE UPPER PORTION OF THE PROPERTY

15   YEAR-ROUND NOW, AND IT'S GOT WATER IN IT ALL YEAR-ROUND.

16   **Q.**  SO IT'S PERMANENT BUT IT -- THE LEVEL OF IT GOES UP AND

17   DOWN.  IS THAT A FAIR STATEMENT?

18   **A.**  YES.

19   **Q.**  AT ITS DEEPEST, HOW DEEP IS THAT BORROW -- THE WATER IN

20   THAT BORROW PIT ALONG THE LEVEE GET?

21   **A.**  I MEAN, IT'S A GUESS.  PROBABLY -- CERTAIN PORTIONS

22   PROBABLY ARE A LITTLE DEEPER THAN OTHERS, BUT --

23        **MR. SMOCK:**  OBJECTION AS TO SPECULATION.

24   **BY MR. KEARNEY:**

25   **Q.**  WHEN YOU SAY "GUESS," SIR, JUST TELL US WHAT YOU KNOW, IF

SIRI – DIRECT / KEARNEY

1  YOU COULD, PLEASE.

2  **A.**  IT'S PROBABLY 2 TO 3 FEET DEEP.  AND IT RAISES AND LOWERS.

3  AND THE PUMP THAT'S THERE IS SET ON -- IT'S GOT SENSORS.  SO

4  IF IT GETS SO HIGH, THE PUMP WILL COME ON AND REMOVE THE

5  WATER.

6  **Q.**  WE WILL TALK ABOUT THAT PUMP MORE IN JUST A MOMENT.

7  BUT IF THE -- DO YOU KNOW AT WHAT LEVEL THE WATER IN THE

8  BORROW PIT HAS TO GET TO BEFORE THE PUMP KICKS ON?

9  **A.**  WE DON'T MEASURE VOLUME.  WE JUST KIND OF MEASURE HOW HIGH

10 IT COMES UP AT THE TOP.  IT WOULD BE A GUESS, BUT, AGAIN, I AM

11 THINKING 2 TO 3 FEET PROBABLY.

12 **Q.**  THE -- THAT WATER IN THE BORROW PIT THAT WE ARE TALKING

13 ABOUT THAT RUNS ALONG THE LEVEE, HOW LONG HAVE YOU PERSONALLY

14 SEEN THAT WATER IN THE BORROW PIT TO EXIST?

15 **A.**  I'VE NEVER KNOWN IT NOT TO EXIST, AND WHEN I WAS A SMALL

16 CHILD, IT WAS ALWAYS THERE.

17 **Q.**  SO THAT'S, AGAIN -- WE DON'T WANT TO REINFORCE YOUR AGE,

18 BUT IT'S 60 YEARS?

19 **A.**  60 YEARS.

20 **Q.**  OKAY.  SO JUST FOR A MOMENT, MR. SIRI, I WANT TO TALK, IF

21 I MAY, ABOUT -- WE'LL TALK ABOUT THE PUMP AND EVERYTHING IN A

22 SECOND, BUT I WANT TO TALK ABOUT JUST HOW WATER GETS ONTO THE

23 LAND, IF I MAY, JUST KIND OF BROADLY.

24 THE FIRST QUESTION I WANT TO ASK YOU IN THAT REGARD IS,

25 BASED ON YOUR OWN PERSONAL EXPERIENCE AND YOUR OBSERVATION

1   OVER THE DECADES, IS THERE GROUNDWATER UNDERNEATH THE NEWARK

2   AREA 4 PROPERTY?

3   **A.**  OH, ABSOLUTELY.

4   **Q.**  PLEASE TELL US ABOUT THAT.

5   **A.**  WE HAD SEVERAL WELLS ON THE PROPERTY THAT WE WOULD PUMP

6   FROM.  WE REMOVED -- ACTUALLY PUT IN A NEW WELL WHEN ONE OF

7   THE WELLS WENT BAD.  WE USED TO USE THOSE WELLS TO FILL DUCK

8   PONDS ON THE PROPERTY.  THERE WERE THREE PONDS.

9       SO DRILLING A NEW WELL, WE WENT THROUGH THE ALAMEDA COUNTY

10   FLOOD CONTROL DISTRICT AND USED -- WITH THEIR AID DESIGNED

11   THAT WELL.  AND THEY EXPLAINED MUCH OF WHAT THEY WERE DOING

12   BECAUSE THEY WERE WORRIED ABOUT CONTAMINATING THE AQUIFER THEY

13   WERE USING TO PUMP WATER TO FREMONT AND THAT AREA OVER THERE

14   IN TOWN.

15   **Q.**  ALL RIGHT.

16   **A.**  SO WE HAVE QUITE A BIT OF KNOWLEDGE OF WHAT'S UNDER THE

17   GROUND.  BUT WE HAVE SEEN OVER THE YEARS, AND CERTAIN YEARS

18   ARE MORE LIKELY TO HAVE WATER COME UP OUT OF THE GROUND THAN

19   OTHERS, BUT AT VARIOUS SPOTS ON THE PROPERTY WATER JUST STARTS

20   TO COME UP OUT OF THE GROUND.

21   **Q.**  AND YOU'VE MARKED SOME OF THOSE SPOTS ON THIS MAP; IS THAT

22   RIGHT?

23   **A.**  YES.

24       **MR. KEARNEY:**  OKAY.  AGENT SU, I WONDER IF WE COULD

25   GET RID OF THIS BLOWUP HERE FOR A MOMENT, AND MOVE IT UP JUST

1   A LITTLE BIT TO CAPTURE KIND OF THE MIDDLE BAND ACROSS -- NOT

2   THE NORTHERN AREA, JUST THE MIDDLE BAND TO THE SOUTH.

3   **BY MR. KEARNEY:**

4   **Q.**   MR. SIRI, DO YOU RECOGNIZE AREAS THAT YOU'VE ACTUALLY

5   PHYSICALLY DRAWN ON THIS MAP THAT INDICATE WHERE WATER COMES

6   UP OUT OF THE GROUND?

7   **A.**   YES.

8   **Q.**   PLEASE, COULD YOU GRAB THE MICROPHONE AND IF YOU DON'T

9   MIND WALKING OVER, JUST SHOW US.

10          **MR. KEARNEY:**   AND PERHAPS WE COULD MARK THEM WITH

11   ARROWS, AGENT SU.

12          **THE WITNESS:**   OKAY.  YOU SEE THESE S'S I PUT THAT

13   REFER TO SPRINGS, WHAT WE CALL A SPRING.  THIS AREA --

14   GENERALLY THIS AREA HERE, HERE, AND IN A COUPLE OF SPOTS UP IN

15   HERE, AGAIN, THEY ARE GENERALIZED AREAS.

16   **BY MR. KEARNEY:**

17   **Q.**   LET ME -- YOU CALL THOSE SPRINGS.  COULD THEY ALSO BE

18   REFERRED TO AS SEEPS AS WELL?

19   **A.**   YES, BECAUSE SOME YEARS IT WOULD BE DRY AND OTHER YEARS IT

20   WOULD BE WET.

21   **Q.**   SO YOU INDICATED -- THERE'S THREE ARROWS IN THE SOUTHERN

22   AREA AND THEN THERE'S -- YOU INDICATED TWO LOCATIONS IN THE

23   NORTHERN AREA, IS THAT RIGHT, WHERE THERE ARE SPRINGS OR

24   SEEPS?

25   **A.**   MORE OR LESS.  AND WE WOULD SEE SOME ALONG THE LEVEE AS

1    WELL FROM TIME TO TIME.  I DON'T KNOW IF IT WAS SEEPAGE COMING

2    OUT OF THE LEVEE OR -- IT IS HARD TO SAY.

3    **Q.**  SO, MR. SIRI, THESE FIVE SEEPS OR SPRINGS YOU'VE

4    IDENTIFIED, HOW DO YOU KNOW -- WHAT DO YOU BASE THAT ON, SIR?

5    HOW DO YOU KNOW THAT THEY ARE IN THOSE LOCATIONS?

6    **A.**  JUST OVER THE YEARS BEING ON THE PROPERTY --

7    **Q.**  PLEASE, SIT DOWN.

8    **A.**  FOR MANY YEARS BEING ON THE PROPERTY.  AND THEN WHEN THE

9    FARMER WOULD FARM, HE WOULD DISK THE PROPERTY BEFORE HE

10   SEEDED.  AND THOSE AREAS AT CERTAIN TIMES WE'D HAVE TO AVOID.

11   HE COULD NOT GET NEAR THEM OR HE WOULD GET HIS TRACTOR STUCK

12   AND OFTEN DID GET HIS TRACTOR STUCK IN THOSE AREAS.  THEY WERE

13   WET ENOUGH FOR, IF YOU GOT INTO THEM, YOU WOULD JUST SINK, OR

14   ALMOST SINK OUT OF SIGHT IF YOU --

15   **Q.**  CAN YOU TELL US ANYTHING ABOUT THE DEGREE OF WATER THAT

16   WOULD COME OUT OF THE GROUND IN THOSE LOCATIONS?

17   **A.**  AGAIN, IT VARIED FROM TIME TO TIME.  THE THREE LOWER SPOTS

18   THAT ARE MARKED, OFTENTIMES IT WOULD BE JUST DARK SPOTS IN THE

19   GROUND WHERE YOU COULD SEE IT WAS WET, YOU COULD AVOID IT.

20   HOWEVER, IF THE GRASS IS HIGH, YOU CAN'T SEE IT.  AND IF YOU

21   ARE RUNNING A TRACTOR OUT THERE, YOU MIGHT GET INTO IT BEFORE

22   YOU REALLY KNEW IT.  BUT IN GENERAL, THOSE THREE SPOTS WERE

23   NEVER PONDED SPOTS, WHEREAS THE TWO UP ABOVE WE ACTUALLY SAW

24   WATER SITTING THERE.  MANY, MANY TIMES --

25   **Q.**  OKAY.

SIRI – DIRECT / KEARNEY

1  **A.**  -- SAW WATER SITTING THERE.

2  **Q.**  WHEN YOU SAY "MANY, MANY TIMES," CAN YOU GIVE US ANY KIND

3  OF AN ESTIMATE OVER THE DECADES, SIR?

4  **A.**  OVER THE 60 YEARS, I MEAN, WOULD YOU SAY HUNDREDS OF

5  TIMES?  IT'S A GUESS.  JUST MANY, MANY TIMES.

6  **Q.**  OKAY.

7     WERE THERE ALSO -- IN ADDITION TO THOSE SPRINGS OR SEEPS

8  AND THE WELL YOU TALKED ABOUT, WE WILL GET BACK INTO THAT IN A

9  MOMENT, HOW ABOUT PONDS?  WERE THERE ANY PONDS ON THE

10  PROPERTY?

11  **A.**  WHEN IT -- WELL, THE ONE POND, IT'S ACTUALLY MARKED

12  PINTAIL DUCK CLUB.  THAT'S NOT CORRECT.  THAT'S WHISTLING

13  WINGS DUCK CLUB -- DUCK POND.  OUR RANCH DOWN BELOW IN THE

14  SOUTHERN PORTION WAS THE PINTAIL DUCK CLUB.

15     AND MY RECOLLECTION IS SINCE I WAS A SMALL CHILD, WHAT'S

16  MARKED AS PINTAIL WAS -- ALWAYS HAD WATER IN IT.  BUT EARLY

17  ON, IT WOULD DRY FROM TIME TO TIME.

18     IN LATER YEARS, AND I WOULD SAY SINCE -- FROM THE TIME WE

19  BOUGHT THE PROPERTY IN THE EARLY '80S, IT WAS NEVER DRY.  IT

20  STAYED WET.  IN FACT, IT'S INCREASING ITS SIZE.

21  **Q.**  CAN WE PULL UP EXHIBIT 257.  THIS IS 0257-0001.

22          **MR. KEARNEY:**  MAY I APPROACH?

23          **THE COURT:**  YOU MAY.

24              (EXHIBIT HANDED TO WITNESS.)

25  **BY MR. KEARNEY:**

SIRI – DIRECT / KEARNEY

1  **Q.**  IS THAT A PHOTOGRAPH OF THE POND -- I WANT TO GET THIS

2  RIGHT NOW.  THAT IS THE WHISTLING WINGS?

3  **A.**  YES.

4  **Q.**  EVEN THOUGH IT IS NAMED PIN --

5  **A.**  IT IS MARKED PINTAIL ON THE MAP BUT IT IS INCORRECT.

6  **Q.**  SO THAT IS A PICTURE OF THE WHISTLING WINGS POND WE ARE

7  TALKING ABOUT?

8  **A.**  CORRECT.  IT WAS MUCH SMALLER ORIGINALLY.  THEY WOULD PUMP

9  WATER INTO THAT POND TO FLOOD IT FOR DUCK HUNTING.  THERE IS

10  NO PUMP ANYMORE, AND IT HAS INCREASED IN SIZE.

11  **Q.**  WE WILL TALK ABOUT THAT IN JUST A MOMENT.

12      IS THAT A FAIR AND ACCURATE DEPICTION OF THE POND AS YOU

13  KNOW IT, SIR?

14  **A.**  YES.

15          **MR. KEARNEY:**  YOUR HONOR, MAY THAT EXHIBIT BE

16  ADMITTED?

17          **MR. SMOCK:**  NO OBJECTION.

18          **THE COURT:**  257 IS ADMITTED.

19      (GOVERNMENT'S EXHIBIT 257 RECEIVED IN EVIDENCE)

20              (DISPLAYED ON SCREEN.)

21  **BY MR. KEARNEY:**

22  **Q.**  MR. SIRI, YOU INDICATED THAT OVER TIME THIS POND, WHICH

23  YOU -- BASED ON YOUR OWN EXPERIENCE IS A PERMANENT POND.  IS

24  THAT A FAIR STATEMENT?

25  **A.**  YES.

SIRI – DIRECT / KEARNEY

1    **Q.**  HAS GROWN IN SIZE OR -- PLEASE TELL US MORE ABOUT THAT, IF

2    YOU WOULD.

3    **A.**  AS I SAY, THERE WERE TIMES IN THE SUMMER WHERE THE WATER

4    WOULD -- IT WOULD DRY UP, BUT I CAN'T REMEMBER HOW FAR BACK.

5    AS I SAY, SINCE THE TIME WE BOUGHT THE SOUTHERN PART OF IT,

6    WHICH IS '82, '83-ISH, I HAVE NEVER SEEN IT GO DRY.  IT HAS

7    BEEN WET ALWAYS AND INCREASING IN SIZE.

8    **Q.**  TELL US ABOUT THAT, SIR.

9        DESCRIBE FOR US THE INCREASE IN SIZE OF THE POND SINCE YOU

10   BOUGHT THE PROPERTY IN '82.

11   **A.**  YOU CAN SEE THERE'S A WALKWAY OUT THERE.  IT'S A

12   BOARDWALK, I GUESS, PG&E PUT IN TO SERVICE A TOWER THAT WAS

13   THERE AND CHECK THEIR WIRING.

14       THERE WAS NO -- NOTHING -- NO WATER BEYOND THAT UNLESS IT

15   WAS PUMPED IN.  AND IT WOULD DRY TO VERY NEARLY THIS FRONT

16   PORTION HERE THAT YOU'RE LOOKING AT WHERE YOU CAN SEE GRASS

17   GROWING AND PICKLEWEED AND WHATNOT THERE.  IT WOULD JUST BE A

18   SMALL, SMALL POND BUT ALMOST TOTALLY DRY, IF NOT TOTALLY DRY.

19   **Q.**  AND THEN DID THAT CHANGE OVER TIME?

20   **A.**  OH, YEAH.  IT'S LIKE THIS, WHAT YOU SEE NOW ALL THE TIME.

21   **Q.**  AND THE -- WHEN YOU SAY "IT'S LIKE THIS NOW ALL THE TIME,"

22   WHEN DID THAT EXPANSION OR THE MORE PERMANENT EXPANSION OF

23   THIS POND TAKE PLACE?

24   **A.**  SINCE THE '80S, I WOULD SAY, SINCE WE BOUGHT THE PROPERTY

25   I HAVE WATCHED IT GROW OVER THAT TIME TO PRESENT.

SIRI – DIRECT / KEARNEY

1   **Q.**  DO YOU KNOW WHERE THE WATER COMES FROM TO FEED THAT POND

2   BASED ON YOUR OWN PERSONAL EXPERIENCE, SIR?

3   **A.**  THERE WAS A WELL OUT THERE THAT THEY USED TO FLOOD THE

4   PONDS.  THERE IS A POSSIBILITY THAT WATER IS --

5        **MR. SMOCK:**  OBJECTION.  CALLS FOR SPECULATION.

6        **THE WITNESS:**  -- AT THE --

7        **THE COURT:**  HOLD ON, SIR.

8      SUSTAINED.  MAYBE WE CAN LAY THE FOUNDATION.

9   **BY MR. KEARNEY:**

10  **Q.**  MR. SIRI, YOU -- HAVE YOU TROMPED ALL AROUND THIS POND

11  OVER THE DECADES?

12  **A.**  OH, MANY, MANY TIMES.

13  **Q.**  IS THERE ANY CONNECTION THAT YOU'VE SEEN TO THE BAY -- TO

14  THE SLOUGH FROM DIRECTLY INTO THIS POND?

15  **A.**  THERE IS NO CONNECTION DIRECTLY TO THE SLOUGH FROM THIS

16  POND.  THERE USED TO BE A COUPLE OF TIDE GATES WHICH WERE

17  REMOVED BY ALAMEDA COUNTY WATER DISTRICT.

18  **Q.**  AND WE WILL ALSO TALK ABOUT THOSE IN A MOMENT.

19     THERE IS NO -- YOU DIDN'T SEE ANY KIND OF SURFACE

20  CONNECTION TO THE SLOUGH OR THE BAY FEEDING THIS POND.

21     ANY OTHER OBVIOUS SOURCES OF WATER FOR THIS THAT YOU ARE

22  AWARE OF, SIR?

23  **A.**  WET SPOTS, THEY ARE COVERED WITH TULLIES NOW AND

24  OVERGROWN, WHICH WOULD INDICATE PROBABLY A SPRING AND

25  UPRISING.

1    **Q.**  AND WHERE WOULD THAT SPRING OR UPRISING BE LOCATED?

2        CAN YOU SEE IT?

3    **A.**  NO, YOU CAN'T SEE IT IN THIS PICTURE.

4    **Q.**  CAN YOU SHOW US ON THE MAP WE HAD UP EARLIER?

5    **A.**  YES, I COULD.

6            **MR. KEARNEY:**  CAN WE PULL UP EXHIBIT 1093-0001,

7    PLEASE.  AGAIN, IF WE COULD EXPAND THE POND, AGENT SU, PLEASE.

8    **BY MR. KEARNEY:**

9    **Q.**  MR. SIRI, HOLD ON ONE SECOND, PLEASE.

10                    (DISPLAYED ON SCREEN.)

11   **A.**  ACTUALLY... WELL, WHISTLING WINGS HAD -- GENERALLY IN THIS

12   AREA THEY HAD A SMALL SHACK.  I THINK THE GUYS USED TO COME

13   AND CHANGE THEIR CLOTHES TO GO OUT TO DUCK HUNT.  AND THE WELL

14   WAS NEAR THAT SHACK.  THERE MAY BE SOME REMNANTS OF WOOD OR

15   SOMETHING OUT THERE.  AND THE WELL WAS NEAR THERE.

16       AND THE SPRINGS ARE ALSO VERY NEAR THIS AREA BUT IT IS

17   VERY MUCH OVERGROWN WITH TULLIES AND SO FORTH.  WHEN TRAINING

18   DOGS, I WOULD WALK THROUGH THAT ALL THE TIME.  AND YOU HAVE TO

19   BE CAREFUL.

20   **Q.**  OKAY.

21       AND AS LONG AS WE ARE IN THIS SECTION OF THE DIAGRAM,

22   THERE ARE ALSO -- THERE'S TWO KIND OF HAND-DRAWN LINES VISIBLE

23   KIND OF IN THE UPPER PORTION OF THE PINTAIL DUCK CLUB WITH A 1

24   AND A 2 NEXT TO THEM.  AM I READING THOSE NUMBERS CORRECTLY,

25   SIR?

SIRI – DIRECT / KEARNEY

1   **A.**  YES.

2   **Q.**  AND THOSE ARE MARKINGS YOU MADE ON THIS DIAGRAM; IS THAT

3   RIGHT?

4   **A.**  YES.

5   **Q.**  WHAT ARE THEY?

6   **A.**  IT'S BEST RECOLLECTION OF WHERE THE OLD TIDE GATES USED TO

7   BE ON THE PROPERTY THAT ALAMEDA COUNTY FLOOD CONTROL DISTRICT

8   REMOVED.

9   **Q.**  MR. SIRI, I WONDER IF YOU COULD TELL US, PLEASE, WHAT IS A

10  TIDE GATE?

11  **A.**  BASICALLY A PIPE –– CULVERT PIPE, IT'S USUALLY A STEEL

12  PIPE CORRUGATED, AND THEY USUALLY WOULD COAT THEM WITH

13  ASPHALT, NOW THEY USE PLASTIC.  AND ONE END WOULD HAVE A SCREW

14  GATE ON IT THAT YOU MIGHT CONSIDER LIKE A GUILLOTINE THAT YOU

15  CAN OPEN AND CLOSE.  AND THE OTHER SIDE, WHICH WOULD BE THE

16  BAY SIDE OR THE SLOUGH SIDE, WOULD HAVE A –– KIND OF A

17  CLAMSHELL GATE THAT COULD OPEN AND CLOSE.

18      AS THE PRESSURE BUILD UP ON THE LAND SIDE, WATER BUILT UP,

19  IT WOULD PUSH AGAINST THAT GATE AND OPEN AND LET IT OUT.  BUT

20  AS THE CLAM CLOSED, IF THE TIDE CAME UP AND PUT PRESSURE ON

21  THAT CLAM, IT WOULD CLOSE AGAINST THE PIPE.

22      SO IT'S A ONE-WAY DIRECTIONAL PIPE FROM LAND TO SLOUGH.

23  IT WOULDN'T LET WATER COME BACK IN.  IT WOULD ONLY LET WATER

24  OUT.

25  **Q.**  SO THAT –– THE GUILLOTINE ON THE INBOARD –– ON THE LAND

SIRI - DIRECT / KEARNEY

1    SIDE AND THE CLAMSHELL ON THE SLOUGH SIDE WERE DESIGNED TO DO

2    WHAT WITH WATER, IF YOU CAN TELL US?

3    **A.**   TAKE THE WATER OFF THE LAND.

4    **Q.**   HAS THAT BEEN -- GETTING WATER OFF THE LAND, MR. SIRI, HAS

5    THAT BEEN -- HAS THAT BEEN AN ISSUE THAT YOU'RE AWARE OF OVER

6    THE DECADES THAT YOU'VE BEEN ASSOCIATED WITH THIS PROPERTY?

7    **A.**   ALWAYS.

8    **Q.**   PLEASE TELL US ABOUT THAT.

9    **A.**   OVER THE YEARS THE SLOUGH SILTS UP, THEY WILL CLEAN PART

10   OF -- THEY WILL CLEAN THEIR CHANNELS.  BUT MOWRY SLOUGH HAS

11   BEEN A PROBLEM, THE SILTATION IN IT IS SO GREAT NOW THAT DOWN

12   IN THE VERY BOTTOM PORTION THE FLOOD CONTROL GATES WE HAVE

13   THERE ARE TOTALLY COVERED WITH SILT AND MUD, TOTALLY UNUSABLE

14   ANYMORE, AND THEY HAVE BEEN SINCE WE PURCHASED THE PROPERTY IN

15   THE '80S.  THEY WILL NOT CLEAN MOWRY SLOUGH OUT TO DEPTHS THAT

16   THEY HAD TYPICALLY DONE IT IN THE '50S -- '40S, '50S, AND SAY

17   UP TO THAT TIME.

18   **Q.**   SO THE CLAMSHELLS THAT WOULD OPEN AND GET WATER OFF THE

19   LAND, THEY DON'T OPEN ANYMORE.  IS THAT A --

20   **A.**   THEY ARE PROBABLY COVERED WITH 4 TO 6 FEET OF SILT AND

21   MUD.

22   **Q.**   THE WATER THAT YOU TRIED TO GET OFF THE PROPERTY, SIR,

23   OVER THE DECADES, WHERE DOES THAT WATER COME FROM, IF YOU CAN

24   TELL US, PLEASE?

25   **A.**   TYPICALLY IT'S RAINWATER COMING FROM EVERY -- ALL PARTS

SIRI – DIRECT / KEARNEY

1    NORTH AND EAST BECAUSE THAT'S THE NATURAL DRAINAGE OF THE

2    LAND.  WE TAKE EVERYTHING THAT'S UP ABOVE US PLUS WHAT FALLS

3    ON THE LAND, IT ALL COLLECTS AND RUNS DOWN.

4    **Q.**  HOW ABOUT GROUNDWATER, SIR?

5    **A.**  ANY GROUNDWATER THAT SEEPS UP AND COMES THROUGH AND WE GET

6    THAT AS WELL.

7    **Q.**  OKAY.  IS THERE, BASED ON YOUR OWN EXPERIENCE, SIR, AN

8    AQUIFER THAT RUNS UNDER THIS LAND?

9    **A.**  THERE IS MANY.

10   **Q.**  PLEASE TELL US ABOUT THAT.

11   **A.**  WHEN WE PUT OUR WELL IN, WE HIRED A FELLOW THAT WE KNEW

12   FROM THE WATSONVILLE AREA, WE HAVE FARMING PROPERTY THERE, WHO

13   IS NOTORIOUS FOR WITCHING WELLS, A PERSON WHO CAN TELL YOU

14   MORE OR LESS WHERE THE BEST SPOT TO PUT A WELL IN.  AND WE

15   BROUGHT HIM OUT TO THE SITE AND HE DID HIS THING, AND RATHER

16   INTERESTING BECAUSE HE COULD COUNT THE LAYERS --

17           **MR. SMOCK:**  OBJECTION AS TO HEARSAY.

18           **THE COURT:**  SUSTAINED.

19   BY MR. KEARNEY:

20   **Q.**  MR. SIRI, LET'S TAKE IT A STEP AT A TIME.  FIRST OF ALL,

21   THE WELL WITCHER CAME OUT AND INDICATED TO YOU WHERE YOU

22   SHOULD DRILL YOUR WELL.  IS THAT A FAIR STATEMENT?

23   **A.**  CORRECT.

24   **Q.**  AND SO BASED ON WHAT THE -- THIS WELL IDENTIFIER PERSON

25   TOLD YOU, DID YOU ACTUALLY DRILL A WELL?

1  **A.**  YES.  YOU CAN'T SEE THE W IN THERE, BUT IT'S THAT CIRCLE.

2  **Q.**  DO YOU HAVE THE POINTER?

3  **A.**  I THINK WE'RE OUT OF GAS.

4  **Q.**  DO YOU HAVE IT BACKWARDS?

5  **A.**  (INDICATING.)

6  **MR. KEARNEY:**  YOUR HONOR, THE WITNESS JUST INDICATED

7  A HAND-DRAWN CIRCLE TO THE RIGHT OF THE SOUTH FILL AREA OR

8  TOWARDS THE STEVENSON GATE.

9  **BY MR. KEARNEY:**

10  **Q.**  AM I CHARACTERIZING THAT CORRECTLY?

11  **A.**  CORRECT.

12  **Q.**  WHAT YEAR WAS THIS, MR. SIRI, THAT YOU DRILLED THAT WELL?

13  **A.**  '84, '85 TIME FRAME.

14  **Q.**  ALL RIGHT.  PLEASE TELL US ABOUT THAT WELL DRILLING

15  PROCESS, IF YOU COULD, SIR, JUST BASED ON YOUR OWN EXPERIENCE.

16  **A.**  SURE.  YOU GET A BEST GUESS FROM A WELL WITCHER WHERE TO

17  PUT IT.  THE ONLY TEST -- TRUE TEST IS TO DRILL A TEST HOLE.

18  AND IN DRILLING THE TEST HOLE, YOU LOG THAT HOLE.  AS IT GOES

19  DOWN, YOU TAKE CORE SAMPLES OUT, AND YOU LOOK AT THE DIFFERENT

20  LAYERS AS YOU DRILL.

21  AND AS YOU DRILL, YOU'LL RUN THROUGH CLAY LAYERS AND HIT A

22  SPOT WHERE THERE'S SOME GRAVEL OR SANDS.  THOSE ARE TYPICALLY

23  LENSES OR AQUIFERS.  YOU MIGHT SAY STREAMS RUNNING UNDERNEATH

24  THAT GROUND.  AND WE HIT MANY, MANY OF THOSE LAYERS.  IN FACT,

25  SOME VERY, VERY, VERY GOOD GRAVELS, PEA GRAVEL LAYERS THAT

SIRI - DIRECT / KEARNEY

1    WOULD CARRY LOTS OF WATER.  AND WOULD BE TYPICALLY GOOD FOR

2    AGRICULTURAL USE, BUT BECAUSE ALAMEDA COUNTY WATER DISTRICT

3    WAS INVOLVED, WE COULD NOT USE ALL OF THOSE UPPER AQUIFERS

4    THAT WE DRILLED THROUGH.  WE COULD ONLY USE ONE THAT THEY

5    DICTATED TO US, AND IT WAS ABOUT 400 FEET DEEP.

6    **Q.**  THESE CORE SAMPLES, MR. SIRI, THAT CAME OUT OF THE GROUND,

7    THE CLAY AND THE PEA GRAVEL AND THE LARGER GRAVEL, WHATEVER,

8    DID YOU ACTUALLY SEE THOSE COME UP OUT OFF THE GROUND AT THE

9    WELL LOCATION?

10   **A.**  YES.  AND IT'S ON A LOG.  THERE IS A WELL LOG.  EVERY

11   DRILLER HAS TO SUBMIT TO THE CITY COUNTY.  SO THAT IS A MATTER

12   OF RECORD.

13   **Q.**  AND IS THAT WELL STILL THERE TODAY?

14   **A.**  YES.

15   **Q.**  AND PLEASE TELL US ABOUT -- YOU DRILLED THAT IN THE '80S;

16   IS THAT RIGHT?

17   **A.**  CORRECT.

18   **Q.**  OKAY.  AND HAS THAT RUN WELL RUN DRY, HAS IT REMAINED

19   CHARGED?

20       TELL US ABOUT THAT, PLEASE.

21   **A.**  OH, NO.  IT'S A WORKING WELL.  WHEN WE FINISHED THAT WELL

22   AND DEVELOPED IT, IT WOULD PUT OUT AROUND 1200 GALLONS A

23   MINUTE.  AND THE WATER QUALITY WAS GOOD AT THAT TIME AS WELL.

24   **Q.**  THIS 1200 GALLONS A MINUTE IS COMING FROM THE GROUND OUT

25   OF THAT WELL; IS THAT A FAIR STATEMENT?

1    **A.**   PUMPED, CORRECT.

2    **Q.**   WAS THIS FRESH WATER?  WAS IT SALT WATER?  WHAT WAS IT?

3    **A.**   IT WAS GOOD QUALITY WATER.  AGRICULTURAL WATER, YES.  IT

4    HAD SOME MINERALS IN IT THAT MIGHT HAVE HAD TO BE TREATED IF

5    YOU WERE GOING TO USE IT FOR DRINKING WATER, BUT IT WAS THE

6    SAME AQUIFER THAT THEY ARE USING FOR THE FREMONT AREA AND SO

7    FORTH TO SUPPLY THEIR WATER.

8    **Q.**   AND THE WATER CAPACITY OR LEVEL IN THAT WELL, DID IT

9    CHANGE OVER TIME, SIR, AT ALL FROM WHEN IT WAS FIRST DRILLED?

10   **A.**   DID IT CHANGE?

11   **Q.**   YES.

12   **A.**   NOT TO MY KNOWLEDGE.  IT'S STILL PUMPING WELL.

13        IN FACT, THERE ARE TIMES EARLY ON WHEN IT WOULD, ARTESIAN

14   WATER WOULD BUBBLE UP OUT OF THAT WELL AND THE OTHER WELL

15   THAT'S ON THE PROPERTY.

16        IN FACT, SOME YEARS IT WAS SO BAD THAT THE WATER BUBBLING

17   OUT OF THOSE WELLS WOULD FLOOD THE AREA AND WE COULDN'T GET IN

18   FROM THE MAIN DRIVEWAY THERE WOULD BE SO MUCH WATER THERE.

19        SO WE HAD TO LIFT THE PUMPS UP AND PUT A CAP ON THE WELL

20   TO KEEP WATER FROM COMING OUT.

21   **Q.**   SO THE AQUIFER THAT WAS SUPPLYING THAT WELL WAS SO CHARGED

22   IT WOULD COME UP OUT OF THE WELL ON ITS OWN?

23   **A.**   YES.

24   **Q.**   ALL RIGHT.

25        AND THIS ARTESIANING OUT OF THAT WELL, WAS THAT DEPENDENT

SIRI – DIRECT / KEARNEY

1    OR INDEPENDENT OF RAIN, SIR?  IF YOU CAN TELL US ABOUT THAT.

2    **A.**  INDEPENDENT.

3    **Q.**  YOU INDICATED THAT THE ALAMEDA COUNTY HAS A HAND IN

4    CONTROLLING THE AQUIFER.  PLEASE TELL US YOUR UNDERSTANDING OF

5    THAT.

6    **A.**  THEY WERE VERY PROTECTIVE OF THE AQUIFER.  THEY WERE --

7            **MR. SMOCK:**  OBJECTION HEARSAY.

8            **THE COURT:**  SUSTAINED.

9    **BY MR. KEARNEY:**

10   **Q.**  LET ME ASK YOU THIS:  ARE YOU AWARE OF WHO MAINTAINS THE

11   AQUIFER?

12   **A.**  ALAMEDA -- ALAMEDA COUNTY FLOOD CONTROL DISTRICT IS MY

13   UNDERSTANDING.

14   **Q.**  DID THE QUALITY OF THE WATER VARY AT ALL FROM THAT WELL

15   OVER THE YEARS?

16       DID IT -- WAS IT WAS ALWAYS FRESH?

17       DID IT EVER GO TO SALT?

18       VICE VERSA?  TELL US ABOUT THAT.

19   **A.**  OVER TIME THE LAST FARMER WE HAD IN THERE NOTICED THAT IT

20   STATED --

21           **MR. SMOCK:**  OBJECTION HEARSAY.

22           **THE COURT:**  SUSTAINED.

23   **BY MR. KEARNEY:**

24   **Q.**  JUST FROM YOUR OWN EXPERIENCE, SIR.

25   **A.**  WATER SAMPLES HAVE INDICATED THAT THE QUALITY HAS

1    DETERIORATED SOMEWHAT.

2    **Q.**  WHICH MEANS WHAT?

3    **A.**  IT'S BECOME A LITTLE MORE SALTY AND CERTAIN ELEMENTS IN

4    THERE ARE NOT AS BENEFICIAL TO PLANTS AS YOU WOULD LIKE IT TO

5    BE.

6    **Q.**  OKAY.  YOU INDICATED, SIR, THAT YOU INSTALLED THIS WELL TO

7    AID FARMING; IS THAT RIGHT?

8    **A.**  CORRECT.

9    **Q.**  PLEASE TELL US ABOUT THE FARMING ON THIS LAND OVER TIME.

10   **A.**  WELL, IT WAS TYPICALLY USED FOR HAY FARMING.  THERE'S A

11   LOT OF NATURAL RYE GRASS THAT GROWS OUT THERE.  BUT ALSO THERE

12   WAS -- WE WOULD PLANT BARLEY AND RYE GRASS OR OTHER TYPES OF

13   GRASS FOR HAY, BALING.  AND THE FARMER WOULD USE IT FOR HIS

14   OWN CATTLE AND THEN SELL WHAT WAS THERE.

15   **Q.**  AND GIVE US A TIME ESTIMATE, MR. SIRI, ABOUT WHEN THIS

16   ACTIVITY, THIS FARMING ACTIVITY WAS TAKING PLACE?

17   **A.**  EARLY '50S THERE WAS MORE SEVERE FARMING THERE.  THERE WAS

18   CROPS LIKE CAULIFLOWER AND SUGAR BEATS AND CORN.  BUT WHEN WE

19   TOOK OVER, IT WAS PRIMARILY ALL HAY.

20       AND THE FARMING ON THE NORTHERN PART CONTINUED WITH CORN

21   AND CAULIFLOWER AND A COUPLE OF OTHER CROPS, ROW CROP FARMING

22   THAT PROBABLY TO MID -- WELL, LATE '70S, MAYBE EARLY '80S.

23   **Q.**  THAT IS WHEN IT STARTED OR WHEN IT STOPPED?

24   **A.**  WHEN IT STOPPED.

25   **Q.**  ALL RIGHT.  SO THE FARMING IN THE NORTHERN SECTION STOPPED

1    AND THE CORN AND CAULIFLOWER FROM LATE '70S, EARLY '80S; IS

2    THAT RIGHT?

3    **A.**  CORRECT.  AND WE CONTINUED WITH THE HAY CROPPING.

4    **Q.**  DID THE HAY CROPPING AT SOME POINT COME TO AN END OR IS

5    THAT STILL GOING?

6    **A.**  TO MY KNOWLEDGE OUR PARTNER, WHEN WE JOINED WITH NEWARK

7    PARTNERS, THEY TOOK OVER, HAD THEIR MANAGER RUN IT.  AND I WAS

8    OUT OF THE LOOP EXCEPT TO GIVE HIM, YOU KNOW, INCIDENTAL

9    INFORMATION ON THINGS THAT WOULD ARISE WHEN HE WOULD CALL ME

10   OR IF I SAW SOME THINGS THAT WOULD ARISE.

11   **Q.**  ALL RIGHT.  JUST IN YOUR OWN PERSONAL EXPERIENCE, AFTER

12   NEWARK PARTNERS GOT INVOLVED, WAS THERE AN INCREASE IN

13   FARMING, A DECREASE IN FARMING?  WHAT CAN YOU TELL US ABOUT

14   THAT.

15   **A.**  AFTER A POINT IT DECREASED.  I DON'T BELIEVE IT'S FARMED

16   AT ALL.  JUST DISKED TO KEEP WEEDS DOWN.  NO FARMING IS GOING

17   ON.

18   **Q.**  AND THE NEWARK PARTNERS TOOK OVER THE LAND WHEN, SIR?

19   **A.**  WHEN WE FORMED THE PARTNERSHIP IN 2006.

20   **Q.**  SO SINCE -- FROM 2006 ONWARD?

21   **A.**  THEY WERE INVOLVED PRETTY HEAVILY.  I WOULD SAY PROBABLY

22   THE NEXT YEAR, FOLLOWING YEAR, THEY TOOK OVER ENTIRELY.  TIM

23   STEELE WAS MANAGER OF THE PROPERTY.

24   **Q.**  IN YOUR RECOLLECTION THAT'S WHEN FARMING STOPPED?

25   **A.**  I WOULD SAY SO, YES.

SIRI – DIRECT / KEARNEY

1    **Q.**  AND YOU SAID THAT THERE WAS SOME DISKING FOR WEED CONTROL;

2    IS THAT CORRECT?

3    **A.**  CORRECT.

4    **Q.**  PLEASE TELL US ABOUT THAT.

5    **A.**  WELL, NORMALLY, IN THE COURSE OF -- YOU HAVE LAND, IF YOU

6    DON'T KEEP THE WEEDS DOWN, IT'S A FIRE HAZARD.  THE COUNTY

7    WILL COME IN AND DISK THE PROPERTY AND CHARGE YOU FOR IT.  SO

8    WE WOULD JUST, YOU KNOW, HAVE IT DONE.

9    **Q.**  WERE THERE ANY AREAS YOU TRIED TO AVOID WHEN YOU WERE

10   DISKING?

11   **A.**  OH, YEAH.  THE AREAS AROUND THE WHISTLING WINGS DUCK CLUB

12   WAS ACTUALLY MARKED.  I DON'T REMEMBER WHEN THAT HAPPENED.

13       BUT THERE STILL ARE SOME BOLLARDS THAT ARE OUT THERE IN

14   THE FIELD.  IT WAS --

15   **Q.**  MR. SIRI, LET ME STOP YOU FOR A SECOND.

16           **MR. KEARNEY:**  YOUR HONOR, CAN WE PULL BACK UP

17   1093-001?

18       THANK YOU.

19                   (DISPLAYED ON SCREEN.)

20           **THE WITNESS:**  AROUND WHISTLING WINGS THERE, THERE WAS

21   A DEMARCATION OUT IN THE FIELD THAT WE COULDN'T GO NEAR.  AND

22   NOTHING WAS DONE ON OUR PROPERTY ON THE LOWER PORTION, BUT

23   THERE WAS CERTAINLY AN AREA MARKED OUT THAT WE COULD NOT

24   ENCROACH UPON.

25

SIRI – DIRECT / KEARNEY

1    **BY MR. KEARNEY:**

2    **Q.**  ALL RIGHT.

3    **A.**  THE REST WAS FARMED AS IT WAS TYPICALLY DONE.

4    **Q.**  OKAY.  DID YOU... DISKED -- YOU INDICATED THERE WAS

5    PICKLEWEED ON THE LAND THAT YOU'VE SEEN OVER THE YEARS; IS

6    THAT RIGHT?

7    **A.**  YES.

8    **Q.**  DO YOU KNOW WHERE THAT PICKLEWEED IS?

9    **A.**  SCATTERED ALL OVER, BUT CERTAINLY NEAR THE BORROW DITCH

10   AND ON THE SIDES OF THE BORROW DITCH ON OUR AREAS DOWN THERE

11   AND THEN SCATTERED THROUGHOUT THE FIELD.

12         AND IN THE AREA OF WHISTLING WINGS, IT'S ENCROACHED OUT TO

13   THIS AREA.  AS I SAY, THEY PUT DEMARCATIONS OUT THERE.  AND IN

14   BACK OF THE AUTO DISMANTLERS.  THERE'S LOTS OF AREAS.

15         PICKLEWEED, IF YOU WERE TO CUT OFF A PIECE AND THROW IT,

16   MY UNDERSTANDING IS IT WILL GROW.  IT WILL ROOT AND GROW.  YOU

17   KIND OF DON'T WANT TO TACKLE IT IF YOU GET INTO IT BECAUSE YOU

18   WILL JUST SPREAD IT.

19   **Q.**  WAS THE DISKING -- WERE YOU ATTACKING THE PICKLEWEED AS

20   WELL WHEN YOU WERE DISKING OR WERE YOU FOCUSING ON OTHER PARTS

21   OF THE PROPERTY?

22   **A.**  NO.  OUR -- OUR ATTEMPT WAS TO DISK THE LAND TO FARM.  AND

23   THEN BEYOND THAT, WHEN THERE WAS NO FARMING, IT WAS JUST FOR

24   WEED CONTROL.  BECAUSE YOU HAVE MUSTARD GRASS AND OTHER

25   GRASSES THAT WOULD GET UP OVER YOUR HEAD IF YOU DIDN'T TAKE

SIRI – DIRECT / KEARNEY

1    CARE OF IT.  AND THEN YOU RUN INTO THE FIRE HAZARD THING, AND

2    THE COUNTY WOULD WANT YOU TO TAKE CARE OF IT OR COME IN AND DO

3    IT FOR YOU.

4    **Q.**  OKAY.

5       MR. SIRI, WE HAVE TALKED NOW TO THIS STAGE ABOUT HOW WATER

6    GETS ON THE LAND.  I WANT TO MOVE NOW TO HOW WATER GETS OFF

7    THE LAND.

8       YOU INDICATED THAT THE TIDAL GATES THAT WERE PUT IN

9    BACK -- DO YOU KNOW WHEN THOSE WERE PUT IN?

10   **A.**  NO, I DON'T.  I DON'T HAVE A DATE.  IT WAS BEFORE MY TIME.

11   **Q.**  OKAY.  ALL RIGHT.

12      IN ANY EVENT, THEY ARE NOT WORKING ANY MORE IN YOUR

13   ESTIMATION; IS THAT A FAIR STATEMENT?

14   **A.**  OH, YEAH, THEY ARE NOT WORKING AT ALL.

15   **Q.**  HOW DO YOU GET WATER OFF THE LAND?

16   **A.**  IN OUR CASE, EVERYTHING THAT COMES DOWN, WE HAVE

17   INSTALLED -- WE CALL IT A FLOAT PUMP.  IT'S JUST A PUMP OUT IN

18   THE WATER ON THE BORROW PIT SIDE THAT WE PUMP WATER UP AND OUT

19   AND INTO MOWRY SLOUGH.

20          **MR. KEARNEY:**  AGENT SU, I WONDER IF YOU CAN SEE THE

21   BOTTOM HALF OF THE DIAGRAM FOR A MOMENT.

22   **BY MR. KEARNEY:**

23   **Q.**  SO, SIR, THE AREA WHERE THE PUMP IS LOCATED, DO YOU SEE IT

24   DEPICTED IN THIS PART OF THE DIAGRAM?

25   **A.**  ABOUT HERE (INDICATING).

1          **MR. KEARNEY:**  THERE'S SOME CIRCLES, YOUR HONOR, DOWN

2     TOWARDS THE KIND OF THE TERMINUS AREA OF THE BORROW PIT.

3     THERE'S CIRCLES MARKED WITH NUMBERS I CAN'T READ FROM HERE.

4     **BY MR. KEARNEY:**

5     **Q.**  IN ANY EVENT, THE PUMP IS LOCATED AT THE VERY, VERY BOTTOM

6     OF THE PROPERTY AS YOU LOOK AT THE PROPERTY; IS THAT A FAIR

7     STATEMENT?

8     **A.**  CORRECT.

9     **Q.**  SO THE -- AND IS IT FAIR TO SAY THAT ALL THE WATER IN THE

10    SOUTHERN PART OF THIS PROPERTY DRAINS TO THE PUMP?

11         AM I CHARACTERIZING WHAT YOU SAID CORRECTLY?

12    **A.**  YES.

13    **Q.**  AND THEN LET'S GO TO THE NORTHERN AREA, IF WE MAY.

14         HOW DOES WATER GET OUT OF OR OFF THE NORTHERN SECTION OF

15    THIS PROPERTY?

16    **A.**  THE ONLY WAY NOW, UNLESS IT -- IT'S HIGH ENOUGH TO RUN

17    CLEAR ACROSS THE FIELD WOULD BE TO GO IN THE BORROW DITCH.

18         THERE IS A CULVERT, A PIPE THAT WAS PUT IN BY THE NEIGHBOR

19    (INDICATING).

20         WHERE ARE WE HERE?  WAY DOWN AT THE BOTTOM HERE THERE'S A

21    PIPE.

22    **Q.**  LET ME ORIENT YOU A LITTLE BIT, SIR, IF I MAY.

23         THIS IS THE ALAMEDA COUNTY DRAINAGE CHANNEL DIAGONALLY

24    ACROSS THE PROPERTY.  HERE'S THE NORTHERN AREA.  HERE'S THE

25    PICK 'N PULL (INDICATING).

SIRI – DIRECT / KEARNEY

1    **A.**  OH, I SEE THAT AREA.

2    **Q.**  YES.

3    **A.**  THE ONLY WAY OUT THERE, THERE IS A TIDE GATE RIGHT ALONG

4    THE EDGE OF THAT -- THIS DRAINAGE CHANNEL JUST ON THIS SIDE OF

5    IT (INDICATING).  THAT WAS IN -- WELL, IT HAD ROTTED OUT.  IT

6    HAD BEEN OPEN FOR YEARS AND ALLOWING WATER TO COME IN WITH

7    TIDAL FLOW.  IT WAS REPLACED.  I DON'T KNOW WHAT YEAR.  I

8    THINK SIX OR EIGHT YEARS AGO.

9        AND NOW IT CURRENTLY -- PIPE WITH WHAT'S CALLED A DUCK

10   BILL, A RUBBER... PIECE OF FLAT RUBBER THAT WILL AGAIN WORK TO

11   ALLOW THE WATER TO FLOW OFF THE PROPERTY BUT IT WON'T ALLOW IT

12   TO COME IN.

13   **Q.**  SO THE DRAINING IN THE SOUTHERN AREA GOES OUT WITH THE

14   PUMP, WE'LL TALK ABOUT IN A MOMENT.

15       THE DRAINING IN THE NORTHERN AREA GOES OUT THROUGH THIS

16   CULVERT DUCK BILL... DEVICE YOU ARE TALKING ABOUT?

17   **A.**  THAT'S THE ONLY WAY OUT THERE, CORRECT.

18   **Q.**  OKAY.

19           **MR. KEARNEY:**  YOUR HONOR, MAY WE PULL UP

20   EXHIBIT 0034-0001?

21       I'M GOING TO SEEK TO APPROACH, IF I MAY, AGAIN.

22           **THE COURT:**  YOU MAY.

23               (EXHIBIT HANDED TO WITNESS.)

24   **BY MR. KEARNEY:**

25   **Q.**  MR. SIRI, PLEASE TAKE A LOOK AT THAT PHOTOGRAPH.

1          DO YOU RECOGNIZE WHAT'S DEPICTED IN IT?

2     **A.**  YES.

3     **Q.**  WHAT IS THAT, SIR?

4     **A.**  THAT'S OUR FLOAT PUMP.

5     **Q.**  OKAY.  THE ONE AT THE BOTTOM OF THE LAND WE HAVE BEEN

6     TALKING ABOUT?

7     **A.**  YES.

8     **Q.**  IS THAT A FAIR AND ACCURATE DEPICTION OF IT?

9     **A.**  THAT'S IT.

10         **MR. KEARNEY:**  YOUR HONOR, MAY WE ADMIT THIS INTO

11    EVIDENCE?

12         **MR. SMOCK:**  NO OBJECTION.

13         **THE COURT:**  YOU MAY.  WHAT WAS THE NUMBER AGAIN?

14         **MR. KEARNEY:**  IT'S 0034-0001.

15         **THE COURT:**  ALL RIGHT.  THAT EXHIBIT IS ADMITTED.

16      (GOVERNMENT'S EXHIBIT 0034-0001 RECEIVED IN EVIDENCE)

17                 (DISPLAYED ON SCREEN.)

18    **BY MR. KEARNEY:**

19    **Q.**  SO DESCRIBE WHAT WE ARE SEEING, MR. SIRI, IN THIS

20    PHOTOGRAPH, PLEASE, FOR US.

21    **A.**  THAT PUMP SITS IN A PORTION OF THE BORROW DITCH.  IT'S GOT

22    A FLEXIBLE 12-INCH PIPE THAT RUNS FROM THE DISCHARGE OF THAT

23    PUMP OUT TO A SOLID STEAL PIPE THAT RUNS UP AND OVER THE

24    LEVEE.

25         RIGHT NEXT TO WHERE THAT STEAL PIPE RUNS OVER THE LEVEE IS

SIRI - DIRECT / KEARNEY

1    THE ONE REMAINING TIDE GATE THAT WE HAVE ON THE PROPERTY.

2    THERE WERE TWO THERE, BUT IT, AGAIN, IS NONFUNCTIONAL.  IT'S

3    BURIED ON THE SLOUGH SIDE.

4    **Q.**  HOW DO YOU KNOW THESE -- YOU KNOW, THE DIAMETERS OF THE

5    PIPES, MR. SIRI, AND WHERE IT RUNS; HOW DO YOU KNOW THAT, SIR?

6    **A.**  I'M THE ONE THAT DESIGNED IT.

7    **Q.**  SO THE PUMP THAT WE ARE LOOKING AT IN THIS PHOTOGRAPH

8    HERE, YOU DESIGNED?

9    **A.**  YEAH.  KIND OF YOU MIGHT SAY DRAWN ON A NAPKIN KIND OF

10   DESIGN.

11   **Q.**  OKAY.  AND WHEN YOU WERE DESIGNING THIS PUMP, WHAT WERE

12   YOU ATTEMPTING TO DO, SIR?

13       WHAT WAS YOUR GOAL?

14   **A.**  TO GET THE WATER OFF THE LAND.

15       WHEN WE HAD SEVERE RAINS AND WATER INUNDATED THIS PLACE,

16   AND ONCE IT COMES UP AND STAYS UP IN THAT DITCH, WHEN IT'S

17   TIME TO DISK AND PLANT, THAT WATER IS SO WET -- THE LAND NEAR

18   THE EDGE OF THAT BORROW DITCH IS SO WET YOU CAN'T GET THROUGH

19   TO PLANT, YOU CAN'T GET THROUGH TO WORK THE GROUND.  SO WE

20   HAVE TO PULL THE WATER OUT SO THE GROUND DRIES UP SO WE CAN

21   GET IN AND --

22   **Q.**  AND THEN --

23   **A.**  -- PUT THE CROPS IN.

24   **Q.**  YOU INDICATED THAT GOING -- EXTENDING FROM THAT PUMP IS A

25   PIPE THAT RUNS SOMEWHERE.  WHERE DOES THAT PIPE CARRYING THE

1    OUTFLOW FROM THAT PUMP GO, SIR?

2    **A.**  IT RUNS UP AND OVER THE TOP AND INTO MOWRY SLOUGH.

3    **Q.**  TOP OF THE LEVEE?

4    **A.**  OVER THE TOP OF THE LEVEE.  IT'S BURIED PIPE SO YOU CAN

5    TRAVEL OVER THE LEVEE.

6    **Q.**  ALL RIGHT.

7        REFER YOUR HONOR (SIC) TO EXHIBIT 0659.

8            **THE COURT:**  I THINK THIS IS A GOOD TIME TO TAKE OUR

9    BREAK SINCE WE HAVE HIT 9:30.

10            **MR. KEARNEY:**  OKAY.

11            **THE COURT:**  LADIES AND GENTLEMEN, LET'S TAKE OUR

12   FIRST MORNING RECESS OF 15 MINUTES.  JUST REMEMBER ALL OF YOUR

13   RULES; NO COMMUNICATIONS ABOUT THE CASE, NO RESEARCH OF ANY

14   KIND ABOUT THE CASE, NO MEDIA OR OTHER INFORMATION ABOUT THE

15   CASE OF ANY SORT, AND NO CONTACT WITH THE PARTIES OR LAWYERS.

16   AND REMEMBER TO CONTINUE TO KEEP AN OPEN MIND THROUGHOUT THE

17   COURSE OF THE PROCEEDINGS.

18       WE'LL BE BACK AT 9:45.

19       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

20           **MR. KEARNEY:**  WOULD YOU LIKE SOME WATER?

21           **THE CLERK:**  THERE IS WATER IN THE PITCHER.

22       (RECESS TAKEN AT 9:30 A.M.; RESUMED AT 9:45 A.M.)

23         (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

24           **THE CLERK:**  YOU MAY BE SEATED.

25       REMAIN SEATED.  COME TO ORDER.  THIS COURT IS BACK IN

1    SESSION.

2              **THE COURT:**  YOU MAY CONTINUE, MR. KEARNEY.

3              **MR. KEARNEY:**  THANK YOU, YOUR HONOR.

4    **BY MR. KEARNEY:**

5    **Q.**  MR. SIRI, WHEN WE LEFT OFF WE WERE TALKING ABOUT THE PUMP.

6        IF WE CAN PULL UP EXHIBIT 34 AGAIN.  THAT WOULD BE GREAT.

7                    (DISPLAYED ON SCREEN.)

8        SO, SIR, YOU INDICATED THERE WAS A PIPE RUNNING FROM THE

9    PUMP SOMEWHERE; IS THAT RIGHT?

10   **A.**  YES.

11   **Q.**  PLEASE TELL US ABOUT THAT.

12   **A.**  THERE'S A FLEXIBLE PIPE CONNECTS FROM THE PUMP TO THE

13   METAL PIPE, WHICH THEY ARE ALL 12-INCH.  THEY RUN UP AND OVER

14   THE LEVEE, DUMP INTO KIND OF A CONTAINMENT UNIT ON THE OTHER

15   SIDE TO STOP THE EROSION OF THE BANK, AND SO FORTH.

16             **MR. KEARNEY:**  YOUR HONOR, I WOULD LIKE TO APPROACH,

17   IF I MAY?

18             **THE COURT:**  YOU MAY.

19                  (EXHIBIT HANDED TO WITNESS.)

20   **BY MR. KEARNEY:**

21   **Q.**  I'D LIKE TO SHOW YOU EXHIBIT 659, MR. SIRI.

22       DO YOU RECOGNIZE WHAT'S DEPICTED IN THAT IMAGE?

23   **A.**  YES.

24   **Q.**  WHAT IS THAT, SIR?

25   **A.**  THAT'S THE DISCHARGE OF THE PUMP.  YOU CAN SEE THIS KIND

1    OF REDDISH COLOR PIPE THAT --

2    **Q.**  JUST BEFORE I PUT IT UP, I HAVE TO ASK YOU, IS THAT A FAIR

3    AND ACCURATE DEPICTION OF THE, KIND OF THE OUTFLOW WHERE

4    THE -- OUTFLOW FROM THE PUMP GO?

5    **A.**  YES.

6            **MR. KEARNEY:**  YOUR HONOR, MAY WE ADMIT EXHIBIT 659?

7            **MR. SMOCK:**  YOUR HONOR, I ASK A FOUNDATION BE LAID AS

8    TO WHAT YEAR THIS WAS AND WHAT MONTH IT WAS.

9            **MR. KEARNEY:**  MAYBE I CAN ASK A QUESTION IN THAT

10   REGARD, SIR.

11           **THE COURT:**  ALL RIGHT.

12   BY MR. KEARNEY:

13   **Q.**  MR. SIRI, IS THIS THE PIPE DEPICTED IN THIS IMAGE -- FIRST

14   OF ALL, IS THIS ONE YOU DESIGNED WHEN YOU ARE DESIGNING THE

15   PUMP ITSELF?

16   **A.**  NOT WHEN WE INITIALLY DESIGNED THAT PUMP.  THIS CAME AFTER

17   A COUPLE OF ITERATIONS.

18   **Q.**  ALL RIGHT.  AND DO YOU KNOW WHEN THIS DESIGN CAME -- FIRST

19   CAME INTO BEING?  CAME INTO BEING?

20   **A.**  I'M GOING TO GUESS AROUND '95-ISH.

21   **Q.**  1995-ISH?

22   **A.**  IT MAY HAVE BEEN LATER THAN THAT.  IT MAY HAVE BEEN IN THE

23   2005 RANGE.  I DON'T KNOW EXACTLY HONESTLY.

24   **Q.**  CERTAINLY BEFORE THE DUMPING IN THIS CASE THAT WE ARE

25   TALKING ABOUT; IS THAT RIGHT?

1    **A.**  OH, YES.

2    **Q.**  ALL RIGHT.  IS THIS THE BASIC PIPE CONFIGURATION AS

3    DEPICTED IN THIS IMAGE, IS THAT A FAIR AND ACCURATE DEPICTION

4    OF HOW THE PIPE LOOKS TODAY?

5    **A.**  YES.

6            **MR. KEARNEY:**  YOUR HONOR, WE SEEK TO ADMIT THIS

7    EXHIBIT.

8            **MR. SMOCK:**  SAME OBJECTION, YOUR HONOR.  I WOULD LIKE

9    A FOUNDATION LAID AS TO THE MONTH AND THE YEAR THIS PHOTOGRAPH

10   WAS TAKEN.

11           **THE COURT:**  OVERRULED.  SO THE EXHIBIT IS ADMITTED.

12   659.

13           (GOVERNMENT'S EXHIBIT 659 RECEIVED IN EVIDENCE)

14                   (DISPLAYED ON SCREEN.)

15   **BY MR. KEARNEY:**

16   **Q.**  SO, MR. SIRI, WHAT ARE WE LOOKING AT HERE, PLEASE?

17   **A.**  THIS IS THE DISCHARGE SIDE OF THE FLOAT PUMP ON THE MOWRY

18   SLOUGH SIDE.  YOU CAN SEE MOWRY SLOUGH ON JUST THE EDGE OF IT

19   THERE JUST BEYOND THE FOAM.

20   **Q.**  SO ON THE TOP OF THIS EXHIBIT, IT LOOKS LIKE THERE'S A

21   REFLECTION OF SOME REEDS OR SOMETHING ON THE WATER.

22       THE TOP OF THAT EXHIBIT IS MOWRY SLOUGH; IS THAT RIGHT?

23   **A.**  CORRECT.

24   **Q.**  AND THERE'S A METAL PIPE IN KIND OF THE RIGHT FOREGROUND

25   OF THIS PHOTOGRAPH; IS THAT TRUE?

SIRI – DIRECT / KEARNEY

1    **A.**  YES.

2    **Q.**  AND THERE SEEMS TO BE SOME KIND OF ROILING WATER NEAR THAT

3    PIPE.

4        CAN YOU PLEASE EXPLAIN WHAT WE'RE SEEING HERE?

5    **A.**  THE DISCHARGE PIPE IS THE 12-INCH.  IT'S IN THE BOTTOM

6    RIGHT SIDE OF THE PICTURE.  AND THAT SPLITS INTO TWO PIPES TO

7    SOFTEN, TO REDUCE THE FLOW COMING OUT OF THE MAIN PIPE.

8        AND THEY DUMP DOWN INTO TWO CONCRETE BOXES.  THEY ARE

9    CHRISTY BOXES, BUT IN THIS CASE THEY'RE JUST CONCRETE.

10   THEY'RE ABOUT 3 FEET WIDE AND 3 FEET LONG AND ABOUT 3 FEET

11   DEEP.

12       SO THOSE WERE SET ON STONES THAT WERE PLACED AS A

13   FOUNDATION FOR THAT AND THEN STONES PILED AROUND THEM TO HOLD

14   THEM IN PLACE.  THE WATER FALLS INTO THAT SO IT TAKES THE

15   BRUNT OF THE FORCE COMING OUT OF THE PIPE AND THEN SLOWLY

16   COMES UP AND BUBBLES OVER THE EDGE SO AS NOT TO CAUSE EROSION

17   OF THE SOIL.

18   **Q.**  SO THE PIPE THAT WE ARE LOOKING AT HERE COMES FROM THE

19   PUMP; IS THAT A FAIR STATEMENT?

20   **A.**  YES.

21   **Q.**  AND THEN IT SPLITS INTO TWO?

22       AND THIS IS ON THE BANKS OF MOWRY SLOUGH; IS THAT FAIR?

23   **A.**  YES.  ACTUALLY ON OUR LEVEE.  THAT'S ON THE LEVEE SIDE.

24   **Q.**  ALL RIGHT.

25   **A.**  NEXT TO MOWRY SLOUGH.

SIRI – DIRECT / KEARNEY

1    **Q.**  YOU INDICATED THAT THOSE TWO PIPES GO INTO SOME CONCRETE

2    BOXES; IS THAT RIGHT?

3    **A.**  YES.

4    **Q.**  WHERE ARE THOSE CONCRETE BOXES POSITIONED IN RELATION TO

5    MOWRY SLOUGH?

6    **A.**  RIGHT ON THE LEVEE ADJACENT TO MOWRY SLOUGH.

7    **Q.**  AND IS THAT 5 FEET, 10 FEET, 20 FEET FROM THE WATER?  IN

8    THE WATER?

9    **A.**  IT WOULD BE SAY LESS THAN 5 FEET FROM THE WATER.  IT

10   VARIES WITH THE TIDE, OF COURSE.  IF THE TIDE' IS DOWN, IT IS

11   FURTHER AWAY.

12   **Q.**  OKAY.

13       AND THEN THE WATER ITSELF FROM -- WHEN IT COMES UP OUT OF

14   THOSE BOXES, WHERE DOES THAT DRAIN?

15   **A.**  INTO MOWRY SLOUGH.

16   **Q.**  SIR, THERE'S SOME FOAM IN THIS PICTURE AND AS WE MENTIONED

17   SOME ROILING-LOOKING WATER.  I WANT TO ASK YOU ABOUT THE

18   CAPACITY OF THAT PUMP, IF I MAY, FOR A MOMENT.

19       ARE YOU -- THE PUMP THAT WE ARE TALKING ABOUT IS ONE YOU

20   DESIGNED; IS THAT RIGHT?

21   **A.**  CORRECT.

22   **Q.**  SO DO YOU KNOW WHAT THE -- DID YOU DESIGN THAT PUMP WITH A

23   CERTAIN CAPACITY IN MIND?

24   **A.**  ORIGINALLY WE THOUGHT ABOUT A THOUSAND GALLONS A MINUTE

25   WOULD BE ENOUGH.  WE HAD VARIOUS PUMPS IN VARIOUS TIMES TO

SIRI – DIRECT / KEARNEY

1    REMOVE WATER FROM THE PROPERTY AFTER HEAVY RAIN FALLS.  THESE

2    WERE PORTABLE PUMPS, DIESEL PUMPS, 4-INCH, 6-INCH PUMPS.  AND

3    RELATIVE TO THE AMOUNT OF TIME IT TOOK TO GET THE WATER OFF

4    WITH THE PORTABLE PUMPS, WE KNEW WE HAD TO COME UP WITH

5    SOMETHING BIGGER THAN THAT.

6         THE ORIGINAL PUMP WAS ABOUT A THOUSAND GALLONS PER MINUTE

7    AND WE SAW THAT THAT WAS JUST NOT GETTING WATER OFF QUICKLY

8    ENOUGH, SO WITH COLLABORATION OF THE PUMP FELLOW THAT DID OUR

9    PUMP WORK, WE CAME UP WITH A PUMP THAT FIT THAT DESCRIPTION.

10   AND IT WAS RATED AT ABOUT 3,000 GALLONS A MINUTE.

11   **Q.**  AND HAVE YOU, DURING THE YEARS, AND, AGAIN, REFRESH MY

12   MEMORY, THIS WAS -- THIS NEW ITERATION OF THE PUMP WAS

13   INSTALLED WHEN, SIR?

14   **A.**  THIS LAST ITERATION WE REBUILT THE LEVEE, MAJOR

15   RECONSTRUCTION BECAUSE GROUND SQUIRRELS HAD DETERIORATED IT

16   CONSIDERABLY, I BELIEVE IT WAS IN THE 2005 TIME FRAME.  AND

17   THIS LAST ITERATION WOULD HAVE BEEN VERY CLOSE TO THAT TIME.

18   **Q.**  OKAY.

19        SO SINCE THIS NEW 3,000-GALLON A MINUTE PUMP WAS INSTALLED

20   IN THE 2005 TIME FRAME, HAVE YOU ACTUALLY SEEN IT OPERATING?

21   **A.**  OH GOSH, MANY, MANY TIMES.

22   **Q.**  AND HAVE YOU SEEN IT OPERATING AT THAT FULL 3,000-GALLON A

23   MINUTE LEVEL?

24   **A.**  OH, YES.

25   **Q.**  HOW OFTEN DOES THAT PUMP RUN, SIR, IF YOU CAN TELL US?

1    **A.**   THE POWER TO THE PUMP IS TURNED ON ALL THE TIME.  IT IS ON

2    A FLOAT SYSTEM SO THAT WHEN THE WATER RAISES UP SO HIGH IN THE

3    BORROW DITCH, IT WILL TURN THE PUMP ON.  AND IT WILL PUMP

4    UNTIL IT DROPS DOWN TO A LEVEL WHERE THE SWITCH TURNS IT OFF.

5    **Q.**   AND CAN YOU TELL US ANYTHING ABOUT THE SEASONABILITY, OR A

6    TIME, OR WHEN IT TURNS ON, WHEN IT TURNS OFF DURING THE YEAR?

7        ANY --

8    **A.**   IT MAY BE RUNNING RIGHT NOW, YOU KNOW.  IT JUST DEPENDS.

9    WE CONTINUALLY GET FLOW FROM THE UPPER PORTION OF THE

10   PROPERTY.  AND WHEN THAT FLOW BUILDS THE WATER LEVEL UP IN THE

11   BORROW PIT HIGH ENOUGH, IT WILL COME ON.  BUT IT'S CONSTANT.

12   IT'S ON AND OFF CONSTANTLY.

13   **Q.**   SO WHEN YOU SAY YOU CONTINUE TO GET FLOW FROM THE UPPER

14   PART OF THE PROPERTY, WHAT ARE YOU TALKING ABOUT?

15   **A.**   ALL THAT NORTHERN AREA DRAINAGE THAT COMES INTO OUR

16   PROPERTY AND INTO THE BORROW DITCH AND RUNS DOWN TO THAT PUMP.

17   **Q.**   OKAY.  SO LET'S TALK ABOUT THAT FOR A MOMENT.  LET'S TALK

18   ABOUT THAT BORROW PIT AGAIN.

19       IF WE CAN PULL BACK UP EXHIBIT 765.

20                    (DISPLAYED ON SCREEN.)

21       NOW THIS IS THE -- WE'RE SEEING JUST A VERY NARROW SHORT

22   PORTION OF THIS BORROW PIT IN THIS IMAGE; IS THAT RIGHT?

23   **A.**   CORRECT.

24   **Q.**   IN REALITY, THE BORROW PIT WATER RUNS -- HOW FAR IS IT

25   DOWN TO THE PUMP?

1        IS IT A MILE?  IS IT 2 MILES?  HALF A MILE?

2   **A.**  IT'S ALMOST A MILE AND A HALF.  LITTLE LESS THAN A MILE

3   AND A HALF.

4   **Q.**  THAT WATER RUNS IN THIS PIT OR THIS BORROW PIT THAT WE'RE

5   LOOKING AT A CONSIDERABLE DISTANCE UNTIL IT GETS TO THE PUMP;

6   IS THAT RIGHT?

7   **A.**  I MAY HAVE MISSPOKE.  I DON'T KNOW EXACTLY HOW FAR THAT IS

8   DOWN TO THERE.  IT MAYBE MORE LIKE THREE QUARTERS OF A MILE.

9   **Q.**  IT IS A FAIR DISTANCE?

10  **A.**  FAIR DISTANCE.

11  **Q.**  I WANT TO TALK TO YOU NOW ABOUT HOW THIS BORROW PIT GETS

12  FED BASED ON YOUR OWN EXPERIENCE.

13       WHAT FEEDS THIS BORROW PIT, SIR?

14  **A.**  MOST OF THE WATER COMING IN THAT BORROW PIT COMES THROUGH

15  THIS PIPE THAT YOU CAN SEE BOTTOM LEFT TO BOTTOM RIGHT.

16  **Q.**  ALL RIGHT.

17  **A.**  THAT'S APPROXIMATELY 10-, 12-INCH CONCRETE PIPE RUNNING

18  FROM THE NORTHERN PART OF THE PROPERTY INTO THAT BORROW DITCH.

19       **MR. KEARNEY:**  CAN WE PULL UP EXHIBIT 1093, PLEASE?

20  IF I CAN APPROACH, YOUR HONOR.

21       **THE COURT:**  YOU MAY.

22            (EXHIBIT HANDED TO WITNESS.)

23       **MR. KEARNEY:**  IF I KEEP MY VOICE UP.

24  **BY MR. KEARNEY:**

25  **Q.**  THE PHOTOGRAPH WE ARE LOOKING AT, SIR, YOU TESTIFIED

SIRI - DIRECT / KEARNEY

1    EARLIER IS UP HERE (INDICATING) LOOKING TOWARDS THE LEVEE; IS

2    THAT A FAIR STATEMENT.

3    **A.**  CORRECT.

4    **Q.**  THIS HORIZONTAL LINE THAT RUNS ACROSS THE MIDSECTION OF

5    THIS DIAGRAM HERE, WHICH S MARKED IN BLUE, WHAT IS THAT, SIR?

6         FIRST OF ALL, IS THAT -- DOES THAT DEPICT SOMETHING THAT

7    YOU KNOW TO BE ON THE GROUND?

8    **A.**  THERE'S A FENCE LINE THERE THAT BORDERED THE PROPERTY, OUR

9    PROPERTY FROM THE NORTHERN PART OF THE PROPERTY, THE WHISTLING

10   WINGS DUCK CLUB.  AND THERE IS A DITCH THAT RUNS ACROSS THAT

11   ON THE UPPER PORTION OF THAT SIDE AND UPPER PORTION OF THE

12   FENCE THAT'S THERE AS WELL.

13   **Q.**  SO THE DITCH YOU ARE TALKING ABOUT, THERE'S A BLUE LINE ON

14   THAT DIAGRAM.  IS THAT A FAIR APPROXIMATION OF WHERE THAT

15   DITCH IS FROM YOUR MEMORY?

16   **A.**  IT DOESN'T RUN AS FAR AS YOU HAVE DRAWN THAT BLUE LINE ON

17   THE RIGHT SIDE.

18   **Q.**  I WONDER IF YOU CAN SHOW US WHERE TO PUT THAT BLUE LINE.

19   **A.**  APPROXIMATELY FROM (INDICATING).

20   **Q.**  AND THE DITCH, DOES IT CONNECT ALL THE WAY OVER TO THE

21   BORROW PIT?  DOES IT NOT GO THAT FAR?

22        TELL US ABOUT THAT PLEASE.

23   **A.**  IT RUNS ALONG THAT EDGE AND DUMPS IT VERY NEAR THE OTHER

24   SIDE OF THIS PIPE THAT YOU CAN'T SEE IN THE PICTURE THAT YOU

25   HAD UP THERE.

1    **Q.**  WHEN YOU SAY "DUMPS", DUMPS WHAT?

2    **A.**  WATER THAT'S IN THAT DITCH.

3    **Q.**  OKAY.  HAVE YOU SEEN OVER THE YEARS WATER IN THAT DITCH,

4    SIR, YOURSELF?

5    **A.**  OH, CONSTANTLY.

6    **Q.**  OKAY.

7          **MR. KEARNEY:**  YOUR HONOR, I WOULD LIKE TO SHOW THE

8    WITNESS EXHIBIT 259, IF I MAY.

9                (EXHIBIT HANDED TO WITNESS.)

10      MY MISTAKE.  IT'S 283.

11         **THE CLERK:**  IT'S IS 283?

12         **MR. KEARNEY:**  283.  MY APOLOGIES, MADAME CLERK.

13         **THE CLERK:**  NO PROBLEM.

14   **BY MR. KEARNEY:**

15   **Q.**  MR. SIRI, DO YOU RECOGNIZE WHAT IS DEPICTED IN 283?

16   **A.**  YES.  THAT'S THE DITCH THAT WOULD BE ALONG THAT BLUE LINE

17   THAT YOU PUT UP THERE.

18   **Q.**  THIS IS A DITCH YOU'VE SEEN ON HOW MANY OCCASIONS?

19   **A.**  SINCE I CAN REMEMBER.

20   **Q.**  ALL RIGHT.

21      OVER THE SIX DECADES?

22   **A.**  OVER THE SIX DECADES, YES.

23         **MR. KEARNEY:**  YOUR HONOR, MAY WE ADMIT THIS

24   PHOTOGRAPH, PLEASE?

25         **MR. SMOCK:**  YOUR HONOR, WE JUST AGAIN ASK FOUNDATION

1   BE LAID AS TO WHEN THIS PICTURE WAS TAKEN.

2           **THE COURT:**  ALL RIGHT.  WE'LL ADMIT THE PHOTO

3   CONDITIONALLY WITH LATER EVIDENCE TO BE SUBMITTED AS TO WHEN

4   THE PHOTOGRAPH ITSELF WAS TAKEN.  AND THAT APPLIES TO

5   EXHIBIT 659 AS WELL.

6           (GOVERNMENT'S EXHIBIT 283 RECEIVED IN EVIDENCE)

7           **MR. KEARNEY:**  THANK YOU, YOUR HONOR.

8   **BY MR. KEARNEY:**

9   **Q.**  WHAT ARE WE LOOKING AT HERE, MR. SIRI, IF YOU CAN TELL US,

10  PLEASE.

11  **A.**  DITCH THAT RUNS ALONG THE UPPER PORTION OF THE PROPERTY

12  THAT WOULD HAVE BEEN ON THE WHISTLING WINGS SIDE.  WE CALL

13  THAT THE HEATH ROGERS PROPERTY.  AND YOU'RE LOOKING ALMOST IN

14  A NORTH WESTERLY DIRECTION ALONG THE PROPERTY LINE THERE.

15  **Q.**  SO AS YOU'RE STANDING LOOKING AT THIS EXHIBIT, THE WATER

16  IS RUNNING AWAY FROM YOU IN THE EXHIBIT; IS THAT A FAIR

17  STATEMENT?

18  **A.**  THAT WOULD BE THE DRAINAGE HERE WOULD BE AWAY FROM YOU,

19  CORRECT.

20  **Q.**  AND AS YOU LOOK DOWN THIS WATERWAY AHEAD OF YOU IN THIS

21  IMAGE, IS THE SLOUGH AHEAD OF YOU OR BEHIND YOU?

22  **A.**  MOWRY SLOUGH WOULD BE AHEAD OF YOU AT THE END OF THAT

23  DITCH.  AND THE END OF THE CONCRETE PIPE WOULD BE AT THE

24  TERMINUS OF THAT DITCH.

25  **Q.**  ALL RIGHT.

SIRI – DIRECT / KEARNEY

1    **A.**   ROUGHLY.

2    **Q.**   THAT'S THE CONCRETE PIPE THAT RUNS INTO THE BORROW PIT?

3    **A.**   CORRECT.

4    **Q.**   HOW MANY TIMES HAVE YOU SEEN WATER IN THIS DITCH RUNNING

5    IN THE DIRECTION OF THE MOWRY SLOUGH TOWARDS THAT BORROW PIT?

6    **A.**   I CAN'T REMEMBER NOT SEEING WATER IN THAT DITCH.

7    **Q.**   ALL RIGHT.

8       CAN YOU TELL US ANYTHING ABOUT THE FLOW OF WATER IN THAT

9    DITCH?

10   **A.**   I CAN TELL YOU THAT OVER TIME THE FLOW COMING OUT OF THAT

11   PIPE ONTO OUR -- INTO OUR BORROW DITCH --

12           **MR. SMOCK:**  OBJECTION FOUNDATION.

13           **THE COURT:**  OVERRULED.

14           **MR. KEARNEY:**  THANK YOU.

15           **THE WITNESS:**  THE FLOW GOING THROUGH THAT PIPE INTO

16   OUR BORROW DITCH HAS INCREASED OVER TIME.  AND I WOULD SAY IN

17   THE LAST TEN YEARS PROBABLY TEN-FOLD.  IT HAS GONE FROM A

18   TRICKLE OVER TIME IN THE SUMMER, NO FLOW SOMETIMES, TO A

19   CONSTANT FLOW NOW, ANYWHERE FROM 50 TO 200 GALLONS A MINUTE

20   I'D ESTIMATE.

21   **Q.**   DOWN THIS DITCH?

22   **A.**   IN THAT PIPE.  I WOULDN'T -- I CAN'T SPEAK TO JUST THIS

23   DITCH FLOW BECAUSE IT CAN COLLECT SOME WATER ON THE END OF

24   THIS DITCH FROM THE UPPER PORTION WHERE THE PONDS ARE THAT

25   COMES DOWN, SO I CAN'T SAY IT IS JUST THIS DITCH.

1    **Q.** ALL RIGHT.  FAIR ENOUGH.

2        YOU SAID EARLIER THAT YOU CAN'T REMEMBER NOT SEEING WATER

3    IN THAT DITCH, THOUGH.  IS THAT A FAIR STATEMENT?

4    **A.** YES.  IT MAY BE LESS THAN WHAT YOU SEE NOW.  BUT -- AND

5    I'VE WALKED THAT AREA MANY TIMES HUNTING AND TRAINING DOGS AND

6    SO FORTH.  I CAN'T EVER REMEMBER SEEING IT DRY.

7    **Q.** ALL RIGHT.

8        AND THE WATER IN THIS DITCH GOES THROUGH THAT -- NEAR THAT

9    CULVERT PIPE YOU IDENTIFIED EARLIER INTO THE BORROW PIT?

10   **A.** CORRECT.

11   **Q.** AND FROM THERE IT GOES DOWN TO THE PUMP; IS THAT A FAIR

12   STATEMENT?

13   **A.** YES.

14   **Q.** THIS FIELD TO THE RIGHT HERE, SIR, THAT WE ARE LOOKING AT,

15   DO YOU KNOW WHERE THAT FIELD IS ON THE PROPERTY?

16   **A.** OH, YES.

17             **MR. KEARNEY:**  CAN WE PULL UP 1093, AGAIN, PLEASE?

18                       (DISPLAYED ON SCREEN.)

19       MAYBE, AGENT SU, IF WE CAN EXPAND THE CENTER PORTION

20   THERE.

21       I WONDER IF WE CAN PUT THAT BLUE LINE BACK UP WHERE

22   MR. SIRI INDICATED EARLIER.

23   **BY MR. KEARNEY:**

24   **Q.** SO, MR. SIRI, PLEASE TELL US IN RELATION TO THIS BLUE LINE

25   WHERE THAT PHOTOGRAPH DEPICTS THE DRAIN RUNNING.

SIRI – DIRECT / KEARNEY

1    **A.**   HERE WE ARE LOOKING FROM ABOUT THIS POINT THIS DIRECTION

2    (INDICATING), AND IT'S VERY NEAR THE CORNER OF THE

3    CROSSHATCHED AREA, THE RED CROSSHATCHED AREA.  YOU ARE VERY

4    NEAR THAT EDGE.

5           **MR. KEARNEY:**  YOUR HONOR, THE WITNESS HAS JUST

6    INDICATED STANDING ON THE FAR RIGHT OF THIS LINE, WHICH IS

7    GETTING OVER TOWARDS STEVENSON, LOOKING IN --

8    **BY MR. KEARNEY:**

9    **Q.**   IS THAT A WESTERLY DIRECTION?

10   **A.**   FAIR ENOUGH.  WESTERLY DIRECTION, NORTHWEST.

11   **Q.**   LOOKING TOWARDS THE SLOUGH, ANYWAY; IS THAT CORRECT?

12   **A.**   CORRECT.

13   **Q.**   SO THE FIELD DEPICTED IN THAT PHOTOGRAPH WOULD BE WHERE

14   THE CROSS-HATCHING IN THIS EXHIBIT IS; IS THAT A FAIR

15   STATEMENT?

16   **A.**   CORRECT.

17   **Q.**   OKAY.  DO YOU HAVE ANY IDEA WHERE THE WATER IN THIS DITCH

18   COMES FROM, SIR?

19          **MR. SMOCK:**  I AM GOING TO OBJECT AHEAD OF TIME AS TO

20   SPECULATION UNLESS THE WITNESS HAS PERSONAL KNOWLEDGE.

21          **THE COURT:**  LET'S SEE WHAT THE ANSWER IS.

22          **THE WITNESS:**  IN PAST YEARS, THE NEIGHBOR HAD PUT A

23   DITCH ALONG THE EDGE OF HIS PROPERTY, ALONG THE EDGE OF THIS

24   PROPERTY HERE (INDICATING) PRETTY MUCH DOWN TO THE RAILROAD

25   TRACKS OVER HERE AND DOWN.

SIRI – DIRECT / KEARNEY

1          THERE WAS A LARGE... SPRING ON THE OTHER SIDE OF THESE

2    RAILROAD TRACKS, AND THEN HE WOULD TAKE WATER THAT WAS ON HIS

3    PROPERTY AND DRAIN OFF INTO THIS DITCH AND RUN DOWN HERE AND

4    CROSS OVER INTO THAT DITCH.

5          I DON'T KNOW IF THAT'S ALL THE WATER THAT CAME IN.  THEY

6    HAVE SINCE FIXED THE SPRING ON THE OTHER SIDE OF THE RAILROAD

7    TRACKS SO THERE'S NOT NEARLY ANY WATER COMING OUT OF THAT.

8          SO THIS POINT FORWARD, I CAN'T TELL YOU WHERE THE WATER IS

9    COMING FROM EXACTLY.  IN HIGH RAIN TIMES, IT CAN COME OFF THE

10   NEIGHBOR'S PROPERTY.  I BELIEVE IT'S O'CONNOR PROPERTY, AND

11   FIND ITS WAY DOWN TO THAT CORNER AND THAT DITCH AND GET INTO

12   THAT DITCH.

13   **Q.**  IN ANY EVENT, IT'S -- IS IT A YEAR-ROUND TYPE OF --

14   **A.**  I'VE NEVER NOT SEEN WATER IN A DITCH THAT I CAN REMEMBER.

15          **MR. KEARNEY:**  YOUR HONOR, JUST TO CLARIFY THE RECORD,

16   THE WITNESS INDICATED A SPRING IN THE UPPER PORTION OF THE

17   FIGURE, WHICH IS ON THE OTHER SIDE OF RAILROAD TRACKS.

18   **BY MR. KEARNEY:**

19   **Q.**  IS THAT A FAIR STATEMENT?

20   **A.**  CORRECT.

21   **Q.**  WHICH RAN KIND OF DOWN --

22   **A.**  WHERE YOU PUT THE RED CIRCLE.

23   **Q.**  GOT IT.  THANK YOU, SIR.

24          MR. SIRI, I WANT TO NOW MOVE, IF I MAY, TO THE NORTHERN

25   FILL AREA.

SIRI – DIRECT / KEARNEY

```
 1              MR. KEARNEY:  AND, AGENT SU, I WONDER IF WE CAN DRAW

 2    THAT UP AS WELL.

 3    BY MR. KEARNEY:

 4    Q.  MR. SIRI, YOU INDICATED THAT THERE WAS A CULVERT PIPE IN

 5    THIS NORTHERN AREA THAT FED THE SLOUGH AS WELL; IS THAT

 6    CORRECT?

 7    A.  I DON'T -- WHICH AREA YOU ARE REFERRING TO?

 8    Q.  THE --

 9              MR. KEARNEY:  MAY I APPROACH THE SCREEN, SIR?

10    BY MR. KEARNEY:

11    Q.  SO, MR. SIRI, THIS IS THE PICK 'N PULL HERE.  THIS IS WHAT

12    WE TALKED ABOUT THE NORTHERN FILL AREA YOU IDENTIFIED THE SEEP

13    2 HERE EARLIER (INDICATING).

14    A.  THE DUCK BILL DRAIN.

15    Q.  THE DUCK BILL DRAIN.  I'M SORRY.

16        DOES IT ACTUALLY LOOK LIKE A DUCK BILL?

17    A.  IT SORT OF IS.  IT'S KIND OF LIKE A BALLOON.  WHEN YOU

18    BLOW UP A BALLOON, THEY PUT A PIECE OF RUBBER THAT FLATTENS

19    OUT.  SO IF THERE'S PRESSURE ON ONE SIDE, IT WILL OPEN OUT AND

20    LET THE WATER OUT.  AND THEN IT COLLAPSES AND IT CAN'T LET THE

21    WATER BACK IN.  SO IT SORT LOOKS LIKE A DUCK BILL.

22    Q.  SO THE DESIGN OF THE DUCK BILL IS DESIGNED TO DO WHAT?

23    A.  ONE-WAY CHECK VALVE TO LET WATER GO ONE DIRECTION AND NOT

24    THE OTHER.

25    Q.  OFF THE LAND AND INTO THE SLOUGH?
```

 1    **A.**   CORRECT.

 2    **Q.**   HAVE YOU SEEN WATER PONDING IN THIS NORTHERN AREA OF THE

 3    PROPERTY LEADING UP TO THAT DUCK BILL?

 4    **A.**   LOTS OF TIMES.

 5    **Q.**   AND, AGAIN, I'M GOING TO TRY AND PIN YOU DOWN, MR. SIRI.

 6        WHEN YOU SAY "LOTS OF TIMES", HOW MANY TIMES?

 7    **A.**   OVER THE YEARS, IT'S HARD TO REMEMBER HOW MANY TIMES.

 8    MANY, MANY TIMES IT'S BUILT UP THERE.

 9    **Q.**   THE WATER THAT GOES THROUGH INTO THE DUCK BILL, IN YOUR

10    OWN PERSONAL EXPERIENCE SEEING IT, WHERE DOES IT COME FROM?

11    **A.**   THERE ARE, I BELIEVE, SOME SPRINGS.  AS I MENTIONED,

12    THERE'S MARKED -- DEMARCATIONS ON THAT WHERE THE GROUND IS

13    WET.

14        THERE IS A WELL ON THAT PROPERTY.  I DON'T KNOW IF IT'S

15    BEEN DECOMMISSIONED.  I DON'T THINK IT HAS.  IT COULD BE

16    UPSPRINGING FROM THAT WELL.

17            **MR. SMOCK:**  OBJECTION SPECULATION.

18            **THE WITNESS:**  IT'S --

19            **THE COURT:**  HOLD ON, SIR.

20        SUSTAINED.  WHY DON'T WE GET THE FOUNDATION FOR HIS

21    PERSONAL KNOWLEDGE.

22            **MR. KEARNEY:**  CERTAINLY.

23    BY MR. KEARNEY:

24    **Q.**   DO YOU KNOW THE TIMES YOU'VE SEEN WATER PONDING AND GOING

25    INTO THE DUCK BILL IN THE NORTHERN AREA, DO YOU KNOW WHERE

SIRI – DIRECT / KEARNEY

1  THAT WATER COMES FROM?

2  **A.**  BEFORE THE DUCK BILL WAS PUT IN, IT WOULD FLOW IN FROM

3  MOWRY SLOUGH BEFORE IT WAS REPAIRED.

4  NOW, IF YOU ASK ME SPECIFICALLY, I CAN'T TELL YOU EXACTLY.

5  I BELIEVE IT'S THE SPRINGS THAT ARE COMING UP OUT OF THE

6  GROUND THERE, BUT I CAN'T SAY THAT.

7  **Q.**  OKAY.

8  **MR. SMOCK:**  MOVE TO STRIKE, YOUR HONOR.

9  **THE COURT:**  OVERRULED.

10  **MR. KEARNEY:**  THANK YOU.

11  **BY MR. KEARNEY:**

12  **Q.**  THIS FLOW FROM THE NORTHERN AREA THROUGH THE DUCK BILL, IN

13  YOUR OWN EXPERIENCE WHERE HAVE YOU SEEN IT EXTEND FROM

14  TYPICALLY?

15  **A.**  WELL YOU'VE –– THE PONDING WOULD GO AROUND THE BACK SIDE

16  OF THE AUTO DISMANTLERS UP INTO THE AREA.  AND I'VE SEEN IT

17  CLEAR BACK AROUND EVEN ON THE NORTH SIDE OF THOSE AUTO

18  DISMANTLERS, THAT WHOLE AREA IN BETWEEN THERE.

19  MOST OF THAT CROSSHATCHED AREA THAT YOU'VE GOT I'VE SEEN

20  PONDED WATER IN THERE.

21  **Q.**  ALL RIGHT.  AND THAT'S THE CROSSHATCHED AREA OF ––

22  **A.**  I'VE SEEN IT COMPLETELY UP AROUND THE SIDE AT TIMES.  NOT

23  ALL THE TIME, BUT AT TIMES I'VE SEEN IT UP THERE AS WELL.

24  **Q.**  ALL RIGHT.  I WANT TO SHOW YOU EXHIBITS 263, 261, 258, AND

25  259, IF I MAY, PLEASE.

SIRI – DIRECT / KEARNEY

```
 1                    (EXHIBITS HANDED TO WITNESS.)
 2        MR. SIRI, I DON'T WANT TO RUSH YOU, HAVE YOU HAD A CHANCE
 3   TO TAKE A LOOK AT THOSE?
 4   A.  GO AHEAD.
 5   Q.  ALL RIGHT.
 6        FIRST OF ALL, IN THOSE FOUR EXHIBITS, THEY ARE KIND OF
 7   SEQUENTIAL, DO YOU RECOGNIZE WHAT'S DEPICTED IN THEM?
 8   A.  THAT'S THE AREA -- YOU CAN SEE THE END OF THE DUCK BILL
 9   CULVERT ON ONE OF THEM.  AND THAT'S THE AREA.  THE -- ABOVE
10   THE LEVEE THERE BEHIND THE AUTO DISMANTLERS.
11   Q.  DO YOU SEE WATER IN ANY OF THESE DIAGRAMS, SIR?
12   A.  YES.
13   Q.  WHICH ONES?
14   A.  ALL OF THEM.
15   Q.  AND THE WATER THAT YOU SEE DEPICTED IN THOSE PHOTOGRAPHS,
16   IS THAT CONSISTENT WITH YOUR OWN PERSONAL OBSERVATIONS OF
17   WATER PONDED IN THE NORTHERN AREA OVER THE YEARS THAT YOU'VE
18   BEEN OBSERVING THE PROPERTY?
19   A.  YES.
20   Q.  ALL RIGHT.
21            MR. KEARNEY:  YOUR HONOR, I WOULD LIKE TO ADMIT THOSE
22   FOUR EXHIBITS, IF I MAY, 263, 261, 258 AND 259.
23            MR. SMOCK:  NO OBJECTION.
24            THE COURT:  ALL RIGHT.  EXHIBITS 263, 261, 258 AND
25   259 ARE ADMITTED.
```

```
 1        (GOVERNMENT'S EXHIBITS 258, 259, 261, 263 RECEIVED IN

 2   EVIDENCE)

 3             MR. KEARNEY:  I WONDER IF WE CAN SHOW 263 PLEASE.

 4                  (DISPLAYED ON SCREEN.)

 5   BY MR. KEARNEY:

 6   Q.  SO, SIR, DO YOU RECOGNIZE WHAT'S DEPICTED IN THIS

 7   PHOTOGRAPH?

 8   A.  YES.

 9   Q.  WHAT IS IT?

10   A.  YOU HAVE A POND OF WATER NEAR THE LEVEE.  AND I'M

11   BELIEVING THAT'S THE LEVEE ON THE FLOOD CONTROL CHANNEL AND

12   LOOKING TOWARDS THE RAILROAD TRACKS?  CORRECT?

13   Q.  AND AS YOU LOOK AT THIS PHOTOGRAPH, SIR, IS THE -- IS THE

14   DUCK BILL OFF TO THE LEFT, TO THE RIGHT, OR COULD YOU TELL

15   WHERE IT IS?

16   A.  IT WOULD BE BEHIND YOU THE BOTTOM LEFT.

17   Q.  ALL RIGHT.

18        MAY WE SEE 261, PLEASE?

19                  (DISPLAYED ON SCREEN.)

20        THIS IS -- DO YOU RECOGNIZE WHAT'S DEPICTED IN THIS

21   PHOTOGRAPH?

22   A.  YOU'RE CLOSER DOWN THE BOTTOM, CLOSER TO THE DUCK BILL

23   BEHIND THE AUTO DISMANTLERS.

24   Q.  THEN 258.

25                  (DISPLAYED ON SCREEN.)
```

SIRI – DIRECT / KEARNEY

1    WHAT ARE WE SEEING THERE, SIR?

2  **A.**  AGAIN, THE BACK OF THE AUTO DISMANTLERS AND CLOSER TO THAT

3  BOTTOM OF THE MOWRY SLOUGH.

4  **Q.**  THANK YOU.

5    AND FINALLY 259.  DO YOU RECOGNIZE, BY THE WAY, THE

6  VEGETATION -- GO BACK JUST ONE, PLEASE?

7                   (DISPLAYED ON SCREEN.)

8    DO YOU RECOGNIZE THE VEGETATION DEPICTED IN THAT

9  PHOTOGRAPH?

10  **A.**  YOU MEAN THE ACTUAL -- YEAH.  LOOKS LIKE IT IS ALL

11  PICKLEWEED, I BELIEVE, IN THERE.

12  **Q.**  HAVE YOU SEEN YOURSELF PICKLEWEED IN THAT AREA OF THE

13  NORTHERN -- THE NORTHERN AREA?

14  **A.**  OH, YES.

15  **Q.**  OKAY.

16    AND IS THAT KIND OF A -- HOW LONG HAVE YOU SEEN PICKLEWEED

17  IN THAT AREA EXTENDING UP TOWARDS THE PICK 'N PULL?

18  **A.**  YES.  TIME -- FOR A LONG TIME.  MORE THAN TEN YEARS.

19  **Q.**  OKAY.

20    AND THE LAST PHOTOGRAPH IN THE SERIES 259, PLEASE.

21                   (DISPLAYED ON SCREEN.)

22    WHAT ARE WE VIEWING THERE, SIR?

23  **A.**  THAT WOULD BE THE END POINT MOWRY SLOUGH.  YOU SEE THE

24  PIPE COMING OUT.  THAT PIPE CROSSES INTO MOWRY SLOUGH AND HAS

25  THE DUCK BILL ON THE OTHER SIDE OF IT.

SIRI – DIRECT / KEARNEY

1    **Q.** ALL RIGHT.

2    **A.** THIS IS THE LAND SIDE.  AND YOU CAN SEE THERE'S NO

3    GUILLOTINE GATE WHERE YOU CAN CLOSE THAT OFF.  IT'S JUST OPEN

4    SO THE WATER FLOWS OUT AND DOESN'T FLOW IN.

5    **Q.** SO WATER FLOWS OUT FROM THE LAND THAT WE ARE SEEING

6    DOWNWARD INTO MOWRY SLOUGH; IS THAT --

7    **A.** THAT'S -- THAT'S THE -- THAT'S SUPPOSED TO HAPPEN.

8    **Q.** ALL RIGHT.

9        HAVE YOU SEEN THE LAND BOTH IN THE NORTHERN FILL AREA AND

10   THE SOUTHERN FILL AREA SINCE THE DUMPING IN THIS CASE TOOK

11   PLACE?

12   **A.** I THINK I'VE BEEN OUT THERE ONCE, MAYBE TWICE.

13   **Q.** AND I JUST WANT TO ASK YOU, BEFORE THE DUMPING -- WHAT DID

14   YOU SEE WHEN YOU WENT OUT TO LOOK AT THE DUMPING SITES?

15   **A.** I DIDN'T GO ACTUALLY TO LOOK AT THE DUMPING SITES.  THE

16   GRASS WAS GROWING, I COULDN'T REALLY SEE ANY SIGN OF THAT.  I

17   KNEW MORE OR LESS WHERE THE AREA WAS SUPPOSED TO BE, BUT I

18   REALLY DIDN'T SEE ANY SIGN OF IT.

19   **Q.** LET ME ASK YOU HISTORICALLY, SIR, BEFORE THE DUMPING THERE

20   WERE LARGE SWATHS OF CONSTRUCTION DEBRIS IN THOSE AREAS?

21   **A.** OH, NO, NO, THERE WAS NEVER ANY OF THAT.

22        **MR. KEARNEY:**  THANK YOU, SIR.  NO FURTHER QUESTIONS.

23        **THE COURT:**  ANY CROSS-EXAMINATION?

24                    **CROSS-EXAMINATION**

25

1   **BY MR. SMOCK:**

2   **Q.**  GOOD MORNING, MR. SIRI.

3   **A.**  GOOD MORNING.

4   **Q.**  DID I HEAR YOU JUST SAY THAT YOU WENT TO THE SITE AFTER

5   THE DUMPING WAS DONE?

6   **A.**  I BELIEVE I WAS OUT THERE ONCE, MAYBE TWICE.

7   **Q.**  YOU SAID YOU COULDN'T SEE ANY SIGNS OF THE DUMPING?

8   **A.**  NO.  THERE WAS GRASS GROWING AND I COULDN'T SEE ANYTHING.

9   I DIDN'T GO WALK THE FIELDS.

10  **Q.**  YOU WOULD AGREE THAT YOU DON'T HAVE ANY TECHNICAL

11  EXPERTISE IN IDENTIFYING WHETHER A PARTICULAR AREA FITS THE

12  CRITERIA TO BE A WETLAND; IS THAT RIGHT?

13  **A.**  OVER THE YEARS I'VE BEEN TOLD WHAT TO STAY AWAY FROM, YOU

14  KNOW, OR WHAT TO TELL TRACTOR PEOPLE NOT TO DO.  THAT'S ABOUT

15  THE EXTENT OF IT.

16  **Q.**  YOU DON'T HAVE ANY TRAINING OR EXPERTISE IN DELINEATING

17  WETLANDS, CORRECT?

18  **A.**  CORRECT.

19  **Q.**  YOU ALSO DON'T HAVE TRAINING OR EXPERTISE IN DETERMINING

20  WHETHER IF SOMETHING IS A WETLAND, IT IS COVERED BY THE CLEAN

21  WATER ACT; IS THAT RIGHT?

22  **A.**  CORRECT.

23  **Q.**  I WANT TO TALK TO YOU A LITTLE BIT ABOUT THE HISTORY OF

24  THE LAND SINCE YOU'VE KNOWN IT FOR SO LONG.

25      WE TALKED ABOUT HOW SINCE THE 1950'S, I THINK, BROCCOLI

SIRI – CROSS / SMOCK

1    AND CAULIFLOWER AND OTHER CROPS WERE GROWN THERE; IS THAT

2    RIGHT?

3    **A.**  YES.

4    **Q.**  AND MORE RECENTLY I THINK YOU SAID THAT HAY AND GRAIN HAVE

5    BEEN FARMED THERE?

6    **A.**  CORRECT.

7    **Q.**  PART OF FARMING, OBVIOUSLY, INVOLVES PLOWING THE LAND,

8    RIGHT?

9    **A.**  MAINLY DISKING.  IN THOSE EARLY YEARS, YES, IT WOULD BE

10   PLOWING AS WELL FOR THOSE KINDS OF CROPS.

11   **Q.**  WE TALKED ABOUT DISKING A LOT.  I WANT TO MAKE SURE WE

12   UNDERSTAND WHAT THAT IS.

13       ACTUALLY GIVE ME ONE MOMENT.  I'M GOING TO SHOW YOU WHAT

14   HAS BEEN MARKED AS DEFENSE EXHIBIT 2008 FOR IDENTIFICATION.

15                   (EXHIBIT HANDED TO WITNESS.)

16           **THE CLERK:**  2008?

17           **MR. SMOCK:**  CORRECT.

18           **THE CLERK:**  THANKS.

19           **MR. SMOCK:**  AND I WILL GIVE A COPY TO THE GOVERNMENT.

20   **BY MR. SMOCK:**

21   **Q.**  CAN YOU TELL US WHAT THAT IS?

22   **A.**  THAT'S A DISKER.

23   **Q.**  OKAY.

24       SO I'M NOT ASKING YOU WHETHER THAT'S THE PARTICULAR DISKER

25   THAT YOU'VE SEEN USED ON THE PROPERTY, BUT JUST SO WE KNOW

1   WHAT ONE IS, DOES THAT REPRESENT SORT OF WHAT A DISKER IS FOR

2   REFERENCE?

3   **A.**  YES.  IT'S A SHALLOW TILLAGE EQUIPMENT.

4           **MR. SMOCK:**  I WOULD ASK THAT WE ADMIT EXHIBIT 2008

5   INTO EVIDENCE.

6           **MR. KEARNEY:**  WE WOULD, JUST LIKE THE TRUCKS, WE'D

7   ASK THAT THIS COME IN FOR DEMONSTRATIVE PURPOSES ONLY SINCE IT

8   HASN'T BEEN IDENTIFIED.

9           **MR. SMOCK:**  THAT'S FINE.

10          **THE COURT:**  ALL RIGHT.  FAIR ENOUGH.

11      LADIES AND GENTLEMEN, AGAIN, THIS WOULD BE USED TO

12  ILLUSTRATE THE WITNESS'S TESTIMONY BUT WILL NOT BE ADMITTED IN

13  EVIDENCE.

14  **BY MR. SMOCK:**

15  **Q.**  SO A DISKER ESSENTIALLY TILLS THE LAND, CORRECT?

16  **A.**  CORRECT.

17  **Q.**  NOW, YOU MENTIONED THAT DISKING HAS BEEN DONE BY FARMERS

18  OVER THE YEARS, RIGHT?

19  **A.**  YES.

20  **Q.**  BUT DISKING IS STILL DONE ON THE PROPERTY TO THIS DAY,

21  CORRECT?

22  **A.**  I DON'T KNOW WHEN THE LAST DISKING WAS.  BUT, YES, I

23  BELIEVE IT IS TO DO WEED CONTROL.

24  **Q.**  AND WEED CONTROL, I THINK YOU SAID, IS NECESSARY TO

25  PREVENT FIRES FROM BREAKING OUT?

SIRI – CROSS / SMOCK

1    **A.**   THAT'S... COUNTY WILL ONLY ALLOW YOU SO MUCH AND IT

2    BECOMES A FIRE HAZARD.  THEY WANT IT TAKEN CARE OF.  SO, YES.

3    **Q.**   ANOTHER ASPECT OF THIS PROPERTY'S HISTORY IS THAT THE

4    WATER CONTROL DISTRICT HAS ACTUALLY INJECTED WATER INTO THIS

5    AREA; IS THAT RIGHT?

6    **A.**   INTO THIS AREA?

7    **Q.**   INTO AREA 4.

8    **A.**   NOT TO MY KNOWLEDGE INTO AREA 4.

9    **Q.**   WHERE WAS IT INJECTED?

10   **A.**   THEY HAVE VARIOUS WELLS FURTHER UP IN THE HILLS, AND I

11   THINK PERCOLATION PONDS THAT I HAVE BEEN TOLD EARLY ON, AND

12   THAT'S –– THEY INJECT WATER INTO THOSE WELLS TO GET TO THOSE

13   AQUIFERS THAT THEY WANT TO PUSH BACK THE SALT WATER INTRUSION.

14   **Q.**   OKAY.

15       ANOTHER THING I WAS TRYING TO UNDERSTAND, I THINK THE

16   ALAMEDA COUNTY FLOOD DISTRICT HAS CLEANED OUT THE CHANNELS

17   AROUND THIS PROPERTY IN YEARS PAST; IS THAT RIGHT?

18   **A.**   THE DRAINAGE CHANNELS HAVE BEEN CLEARED OUT OCCASIONALLY,

19   YES.

20   **Q.**   AND WHEN THEY HAVE DONE THAT, THEY HAVE A FAIR AMOUNT OF

21   DIRT AND SILT AND THINGS LIKE THAT; IS THAT RIGHT?

22   **A.**   CORRECT.

23   **Q.**   AND WHEN THEY GET ALL THAT DIRT AND SILT, THEY HAVE SPREAD

24   THAT OVER AREA 4; IS THAT RIGHT?

25   **A.**   NOT ANY LONGER.

1  **Q.**  IN THE PAST?

2  **A.**  THEY USED TO DO THAT LONG AGO.  BUT THE LAST TWO TIMES

3  THEY DID THAT, THEY HAD TO HAUL THE DIRT AWAY.

4  **Q.**  I'M TALKING ABOUT THE HISTORY OF THE PROPERTY.  IN YEARS

5  PAST --

6  **A.**  IN YEARS PAST I WOULD SAY THAT IS CORRECT.

7  **Q.**  YOU ALSO TALKED A LITTLE BIT ABOUT THE DUCK PONDS.  THOSE

8  DUCK PONDS ORIGINALLY HAD FRESH WATER PUMPED INTO THEM; IS

9  THAT RIGHT.

10  **A.**  YES.

11  **Q.**  WE ALSO TALKED A LITTLE BIT ABOUT THE PUMP THAT YOU

12  CREATED AS AN ENGINEER.  RIGHT?

13  **A.**  THE FLOAT PUMP.

14  **Q.**  CORRECT.

15  **A.**  YES.

16  **Q.**  THE REASON YOU'RE DOING THAT AND YOU CREATED THAT PUMP IS

17  YOU WANT TO KEEP THE LAND AS DRY AS POSSIBLE IN PART BECAUSE

18  YOU'RE PART OF A DEVELOPMENT PROJECT THAT YOU WANT TO GO

19  FORWARD, CORRECT?

20  **A.**  WE PUT THE PUMP IN TO DRY THE LAND OFF SO WE COULD FARM IT

21  AND SO THE FARMER COULD CONTINUE TO FARM IT.

22  **Q.**  YOU'RE PART OF THE NEWARK PARTNERS, CORRECT?

23  **A.**  CORRECT.

24  **Q.**  THE NEWARK PARTNERS WERE FORMED BECAUSE THERE IS A DESIRE

25  TO BUILD A RESIDENTIAL COMMUNITY AND THE GOLF COURSE ON

```
1    AREA 4, CORRECT?
2    A.  NOT A GOLF COURSE, BUT A RESIDENTIAL COMMUNITY, CORRECT.
3    Q.  SO A GOLF COURSE HAS NEVER BEEN PART OF THE PLAN?
4    A.  IT WAS PART OF THE PLAN ORIGINALLY, BUT WE DID NOT WANT TO
5    BUILD A GOLF COURSE.  AND I THINK WE DEDICATED THE LAND TO THE
6    CITY FOR THAT GOLF COURSE.  IT WILL NOT BE BUILT BY THE
7    DEVELOPERS.
8    Q.  OKAY.  SO THE CITY WOULD BE BUILDING A GOLF COURSE THEN?
9    A.  IF THEY CHOSE TO DO SO.
10   Q.  OKAY.
11        MR. SMOCK:  MR. WANZALA, CAN YOU PUT UP EXHIBIT 1094?
12             (DISPLAYED ON SCREEN.)
13   BY MR. SMOCK:
14   Q.  I THINK I'M GOING TO TRY SOMETHING DIFFERENT HERE IN TERMS
15   OF USING SCREENS.
16        MR. SIRI, IS THAT A WIRELESS MIC THERE?
17   A.  YES.
18   Q.  CAN I BORROW IT?
19   A.  SURE.
20        THE CLERK:  I DON'T HAVE MY LIST HANDY.  WAS IT
21   PREVIOUSLY ADMITTED?
22        MR. SMOCK:  YES.
23        I AM GOING TO TRY USING --
24        MR. KEARNEY:  COUNSEL, I DON'T THINK IT HAS BEEN
25   ADMITTED.
```

1      **MR. SMOCK:**  IT HASN'T?  I AM SORRY.

2      LET ME USE -- ACTUALLY, CAN I HAVE ONE MOMENT?

3      **THE COURT:**  YES.

4                    (PAUSE IN THE PROCEEDINGS.)

5      **MR. SMOCK:**  THIS IS GOVERNMENT EXHIBIT 1141 WHICH HAS

6  BEEN ADMITTED.

7      **MR. KEARNEY:**  ALL RIGHT.

8                    (PAUSE IN THE PROCEEDINGS.)

9      **MR. KEARNEY:**  COUNSEL, I DON'T THINK THIS ITERATION

10  OF THIS MAP HAS BEEN ADMITTED.  THE MAP ITSELF IS EXHIBIT 3.

11  MAYBE USE THAT ONE.  IT IS ALREADY IN EVIDENCE.

12      **MR. SMOCK:**  ALL RIGHT.  THANK YOU, SIR.

13                    (PAUSE IN THE PROCEEDINGS.)

14      **MR. SMOCK:**  CAN YOU PUT UP EXHIBIT 3?

15      **THE CLERK:**  YOU GUYS ARE TALKING TO EACH OTHER.

16    WHAT IS BEING ASKED?

17      **MR. SMOCK:**  SORRY.  MR. WANZALA IS GOING TO PUT UP

18  EXHIBIT 3.

19      **THE COURT:**  EXHIBIT 3 EVERYONE AGREES IS IN EVIDENCE?

20      **MR. KEARNEY:**  YES, SIR.

21      **THE COURT:**  SO THAT MAY BE PUBLISHED.

22                    (DISPLAYED ON SCREEN.)

23      **MR. SMOCK:**  SO I'M GOING TO TRY TO USE THIS SCREEN SO

24  MAYBE THE JURORS CAN SEE THIS A LITTLE BETTER.  I'LL STAND

25  RIGHT HERE.

1    **BY MR. SMOCK:**

2    **Q.**  DIRECTING YOUR ATTENTION TO THE LINE GOING ACROSS THIS

3    GREEN HORIZONTALLY, THAT'S RAISED BERM, CORRECT?

4    **A.**  YES.  THERE'S A SLIGHT BERM THERE, CORRECT.

5    **Q.**  THERE ARE ALSO LEVEES ON EITHER SIDE OF THIS FLOOD CONTROL

6    CHANNEL GOING THROUGH THE AREA 4 BETWEEN THE NORTH AND THE

7    SOUTH AREA, CORRECT?

8    **A.**  YES.

9    **Q.**  I THINK IN YOUR TESTIMONY YOU SPOKE OF A SLOPE COMING FROM

10   THE EAST BAY HILLS DOWN TOWARDS THE BAY CARRYING RAINFALL,

11   WATER, CORRECT?

12   **A.**  CORRECT.

13   **Q.**  WATER COMES FROM THAT SLOPE DOWN THROUGH THE FLOOD CONTROL

14   CHANNEL, CORRECT?

15   **A.**  CORRECT.

16   **Q.**  AND INTO MOWRY SLOUGH?

17   **A.**  CORRECT.

18   **Q.**  AND THAT WATER IS SEPARATED FROM AREA 4 BY TWO LEVEES,

19   CORRECT?

20   **A.**  YES.

21           **MR. SMOCK:**  I WANT TO ASK MR. WANZALA TO PUT UP

22   GOVERNMENT EXHIBIT 48, WHICH IS ALREADY IN EVIDENCE --

23           **MR. KEARNEY:**  IT IS NOT IN EVIDENCE, YOUR HONOR.

24           **THE CLERK:**  LET ME GET MY LIST OUT.

25           **MR. SMOCK:**  I AM GOING TO SHOW YOU WHAT HAS BEEN

```
 1    PREVIOUSLY MARKED GOVERNMENT EXHIBIT 48 FOR IDENTIFICATION.

 2                (EXHIBIT BINDER HANDED TO WITNESS.)

 3           MR. KEARNEY:  CAN WE SEE IT ON THE SCREEN SO WE KNOW

 4    WHAT YOU'RE TALKING ABOUT?

 5    BY MR. SMOCK:

 6    Q.   DO YOU RECOGNIZE THAT?

 7    A.   YES.

 8    Q.   WHAT DO YOU RECOGNIZE THAT TO BE?

 9    A.   LOOKS LIKE THE NORTHERN PART OF WHICH I WOULD SAY WOULD BE

10    OUR PROPERTY AND THEN INCLUDES HEATH ROGERS PROPERTY BE AREA

11    FOUR.

12    Q.   OKAY.

13    A.   A PORTION OF IT.

14    Q.   AND THAT MAP ALSO IDENTIFIES THE OWNERS OF THE AREAS IN

15    AND AROUND AREA 4, CORRECT?

16    A.   IF I CAN GET MY CHEATERS ON TO READ IT.

17    Q.   IF YOU HAVE THEM, THERE'S NO PROBLEM WITH YOU DOING THAT.

18    A.   OKAY.

19    Q.   SO THAT FAIRLY AND ACCURATELY REPRESENTS A MAP OF THE

20    OWNERS OF THE PROPERTY IN AND AROUND AREA 4, CORRECT?

21    A.   I WOULD SAY SO.

22           MR. SMOCK:  I WOULD ASK TO MOVE THIS INTO EVIDENCE AS

23    DEFENSE EXHIBIT 2100, PLEASE.

24           MR. KEARNEY:  NO OBJECTION.

25           THE COURT:  SO THIS IS AN ADMITTED AS EXHIBIT 2100.
```

1          **MR. SMOCK:**  THANK YOU.

2              (DEFENDANT'S EXHIBIT 2100 RECEIVED IN EVIDENCE)

3              **MR. SMOCK:**  MR. WANZALA, CAN YOU PUT THAT UP ON THE

4     SCREEN?

5                          (DISPLAYED ON SCREEN.)

6     **BY MR. SMOCK:**

7     **Q.**  SO GOING OVER THE PROPERTY, WE SEE HERE THAT THERE ARE A

8     NUMBER OF PEOPLE WHO HAVE PROPERTY INTERESTS, OWNERSHIP

9     INTERESTS IN PROPERTY IN THIS AREA, CORRECT?

10    **A.**  YES.

11    **Q.**  THE AREA CIRCLED IN BLACK HERE IS OWNED BY THE PICK 'N

12    PULL.  THAT'S THE AUTO DISMANTLER WE TALKED ABOUT, CORRECT?

13    **A.**  I BELIEVE SO.

14    **Q.**  BELOW THAT IN ORANGE IS AN AREA, REALLY TWO AREAS THAT ARE

15    CONCRETE PADS THAT ARE OWNED BY A DIFFERENT GROUP OF PEOPLE,

16    CORRECT?

17    **A.**  IF YOU SAY SO.  I BELIEVE SO.

18    **Q.**  JUST GOING AROUND THE PROPERTY, THE AREA THAT IS CIRCLED

19    IN SORT OF YELLOW, WHICH IS BETWEEN MOWRY SLOUGH AND THE SALT

20    WATER EVAPORATION PONDS, WHAT DO YOU KNOW THAT TO BE USED FOR?

21    **A.**  I'M NOT SURE I'M CLEAR ON THE AREA YOU'RE REFERRING TO.

22    **Q.**  OKAY.  I DON'T KNOW IF YOU CAN SEE FROM HERE.  I'M

23    POINTING TO -- DO YOU SEE THIS SORT OF OFF COLOR BROWN WATER?

24    **A.**  YES.  OKAY.  IMMEDIATELY ADJACENT.

25    **Q.**  DIRECTLY NEXT TO IT THERE IS A PROPERTY THAT SEEMS TO BE

1   OWNED BY H & W INVESTMENTS?

2   **A.**   THAT'S WHAT I USED TO KNOW AS PETERBILT'S TEST TRACK

3   AREA.  I DON'T KNOW WHO OWNS IT NOW.

4   **Q.**   CAN YOU TELL US A LITTLE BIT HOW THAT HAS BEEN USED OVER

5   THE YEARS?

6   **A.**   I KNOW THEY HAD A TRACK OUT THERE THAT THEY USED TO, I

7   GUESS, RUN THEIR TRUCKS ON.  BUT I DO NOT KNOW ANYTHING MORE

8   THAN THAT.

9       I THINK THE COUNTY USES IT TO PILE SOME DIRT ON THAT IT

10   TAKES OUT OF OTHER AREAS.  BUT JUST GUESSING.

11   **Q.**   YOU'VE SEEN EVEN TO THIS DAY TRUCKS AND CONTAINERS AND

12   OTHER EQUIPMENT ON THAT PROPERTY, CORRECT?

13   **A.**   YES.

14   **Q.**   WE SEE AN INDUSTRIAL AREA OVER HERE ON THE RIGHT-HAND SIDE

15   OF THE SCREEN (INDICATING);IS THAT RIGHT?

16   **A.**   YES.

17   **Q.**   THERE ARE A NUMBER OF BUSINESSES THERE INCLUDING A COSTCO;

18   IS THAT RIGHT?

19   **A.**   FAIRLY NEAR THERE.  NOT IN THAT IMMEDIATE AREA THAT YOU

20   WERE POINTING TO.  I DON'T BELIEVE IT'S FURTHER AWAY.

21   **Q.**   WE ARE SEEING A LARGE NUMBER OF BUILDINGS AND PARKING LOTS

22   IN THIS AREA (INDICATING);IS THAT RIGHT?

23   **A.**   THOSE ARE COMMERCIAL BUILDINGS JUST NORTH, YES.

24   **Q.**   HERE ON THE BOTTOM RIGHT OF THE SCREEN, I SEE WHAT LOOKS

25   LIKE A GOLF COURSE; IS THAT WHAT THAT IS?

SIRI - CROSS / SMOCK

1  **A.**  NO.

2  **Q.**  WHAT IS THAT?

3  **A.**  NO.  I BELIEVE THAT'S JUST AN AREA THAT THEY'VE CONVERTED

4  TO -- I DON'T KNOW IF IT'S TO AID MIGRATING BIRDS, OR

5  WHATEVER.  THEY PUT SOME MOUNDS IN THERE AND I'M NOT EXACTLY

6  SURE WHAT THEY ARE TRYING TO DO THERE.

7  **Q.**  AND DOWN BELOW THIS PICTURE IS WHERE THE LANDFILL IS,

8  CORRECT?

9  **A.**  THE LANDFILL IS -- WOULD BE BOTTOM RIGHT, I BELIEVE, MORE

10  OFF THE PICTURE.  YOU CAN'T -- YOU CAN MAYBE SEE JUST A LITTLE

11  BIT OF IT THERE.

12  **Q.**  LET ME MAKE SURE.  I'M GOING TO TALK ABOUT AN EXHIBIT THAT

13  IS ENTERED INTO EVIDENCE NOW.

14      CAN I ASK YOU TO TAKE A LOOK AT WHAT'S BEEN MARKED AS

15  EXHIBIT 49 IN THE BINDER WHICH WOULD BE THE VERY NEXT ONE.

16      WHAT DO YOU RECOGNIZE THAT TO BE?

17  **A.**  MOST -- THE MOST OF THIS IS AREA 3 -- EXCUSE ME, AREA 4.

18  **Q.**  AND THAT INCLUDES MAPPING RELATED TO THE PLANS TO DEVELOP

19  THE PROPERTY, CORRECT?

20  **A.**  IT'S AREA 4, BUT I DON'T KNOW WHAT YOU MEAN AS FAR AS

21  MAPPINGS THEY'RE TO DEVELOP THE PROPERTY.  THIS IS WHAT EXISTS

22  NOW AS FAR AS I CAN SEE.

23  **Q.**  OVERLAID ON THAT MAP, DO YOU SEE INDICATIONS OF, IN

24  YELLOW, DIFFERENT PLANS FOR RESIDENTIAL COMMUNITY, POSSIBLE

25  GOLF COURSE --

SIRI – CROSS / SMOCK

1   **A.**  AM I LOOKING AT THE RIGHT ONE?  THIS MAY BE THE WRONG ONE.

2           **MR. KEARNEY:**  I WILL OBJECT.  CAN WE HAVE A DATE

3   FOUNDATION AS TO WHAT DATE THIS MAP WAS CREATED?  IS HE

4   TALKING ABOUT IS IT CURRENT, IS IT OLD?

5           **THE COURT:**  WHY DON'T WE JUST SEE WHETHER THE WITNESS

6   CAN AUTHENTICATE IT.

7                     (PAUSE IN THE PROCEEDINGS.)

8           **THE WITNESS:**  OKAY.  I SEE WHAT YOU ARE TALKING ABOUT

9   NOW.  YES.

10  **BY MR. SMOCK:**

11  **Q.**  OKAY.  YOU SEE THAT?

12  **A.**  I SEE WHAT YOU ARE TALKING ABOUT NOW.

13          **MR. SMOCK:**  I ASK THIS BE ADMITTED INTO EVIDENCE AS

14  DEFENSE EXHIBIT 2101.

15          **THE COURT:**  ANY OBJECTION?

16          **MR. KEARNEY:**  YOUR HONOR, I'M NOT SURE, WHICH EXHIBIT

17  ARE WE TALKING ABOUT?

18          **MR. SMOCK:**  GOVERNMENT EXHIBIT 49.

19          **MR. KEARNEY:**  NO OBJECTION.

20          **THE COURT:**  SO THE EXHIBIT IS ADMITTED IN EVIDENCE AS

21  EXHIBIT 2101.

22          (DEFENDANT'S EXHIBIT 2101 RECEIVED IN EVIDENCE)

23          **MR. SMOCK:**  MR. WANZALA, I'M GOING TO ASK YOU TO PULL

24  UP THE FAR SOUTHERN AREA OF THIS PROPERTY.

25                     (DISPLAYED ON SCREEN.)

1    **BY MR. SMOCK:**

2    **Q.**  THIS AREA HERE (INDICATING) IS THE AREA THAT I THINK YOU

3    SAID THAT YOUR FAMILY HAD SOME OWNERSHIP INTEREST IN AT THIS

4    POINT; IS THAT RIGHT?

5    **A.**  EARLIER, CORRECT.

6    **Q.**  THAT'S WHAT YOU REFERRED TO AS -- WHAT DO YOU REFER TO

7    THIS AS?

8    **A.**  THAT'S THE PINTAIL DUCK CLUB AND THAT'S THE BOTTOM AREA,

9    YOU MIGHT SAY BOTTOM OF AREA 4.

10   **Q.**  SO MUCH OF YOUR OBSERVATIONS OF THIS PROPERTY OVER THE

11   YEARS HAVE BEEN FOCUSED IN THIS AREA BECAUSE THIS IS THE AREA

12   YOUR FAMILY HAD SOME OWNERSHIP INTEREST IN, CORRECT?

13   **A.**  CORRECT.

14   **Q.**  NO FILL WAS DEPOSITED IN THIS PART OF THE PROPERTY,

15   CORRECT?

16   **A.**  EXCEPT FOR THE LEVEE THAT WE REPAIRED.

17   **Q.**  BUT NO FILL WAS DEPOSITED IN THIS PORTION (INDICATING)?

18   **A.**  NO.

19   **Q.**  NOW, THE PLANS INDICATED ON THIS MAP INDICATE THAT THERE

20   IS AN INTENTION TO BUILD RESIDENTIAL HOUSING ON THIS PORTION

21   OF THE PROPERTY; IS THAT RIGHT?

22   **A.**  I BELIEVE ONLY SOME AREAS THAT QUALIFY FOR THAT.  NOT ALL

23   OF THE AREA THAT'S MARKED.

24   **Q.**  OKAY.

25        SO YOU'RE SAYING NOT COVERING THE ENTIRE AREA IN THIS

1  YELLOW, BUT SOME PORTION OF THAT IS?

2  **A.**  RIGHT.  AND ONLY -- THE AREAS THAT WOULD BE CONSIDERED

3  UPLAND AREAS THAT ARE BUILDABLE.

4       **MR. SMOCK:**  MR. WANZALA, CAN YOU SHOW THE SOUTHERN

5  AREA OF AREA 4 THAT WE HAVE BEEN REFERRING TO?

6                 (DISPLAYED ON SCREEN.)

7    WHICH IS IN THE MIDDLE.

8  **BY MR. SMOCK:**

9  **Q.**  THIS IS WHAT WE HAVE BEEN REFERRING TO AS THE SOUTHERN

10 FILL AREA.

11    NOW WE ALSO SEE SOMETHING CALLED SUB AREA C ON THIS MAP,

12 CORRECT?

13 **A.**  OKAY.

14 **Q.**  HERE WE SEE AN INDICATION THAT THERE IS A PLAN TO BUILD A

15 RESIDENTIAL AND/OR GOLF COURSE, AND IT IS WITHIN THE YELLOW

16 LINES; IS THAT RIGHT?

17 **A.**  IT SHOWS THAT ON THE MAP, CORRECT.

18       **MR. SMOCK:**  NOW, MR. WANZALA, CAN YOU SHOW THE

19 NORTHERN AREA, PLEASE?

20 **BY MR. SMOCK:**

21 **Q.**  AS PART OF THE DEVELOPMENT PLAN, THIS APPEARS TO BE

22 REFERRED TO AS SUB AREA D; IS THAT RIGHT?

23 **A.**  "D" AS IN DOG, CORRECT.

24 **Q.**  THE INDICATION ON THIS PLAN IS THAT THE PLAN WOULD BE TO

25 MAKE THIS A GOLF COURSE OR OPEN SPACE, CORRECT?

1    **A.**   THAT'S WHAT IT SAYS ON THIS MAP.

2        I BELIEVE THOSE THINGS HAVE PROBABLY CHANGED.  I DON'T

3    KNOW WHAT THE AGE OF THIS MAP IS.

4    **Q.**   OKAY.  SO LET'S TALK ABOUT THOSE CHANGES.

5        ONE OF THE THINGS THAT'S BEEN HAPPENING OVER THE YEARS IS

6    THERE HAS BEEN LITIGATION IN COURTS ABOUT THESE PLANS,

7    CORRECT?

8    **A.**   I BELIEVE SO.  THAT'S CORRECT.

9    **Q.**   SO LAWSUITS HAVE BEEN FILED BY FOLKS WHO ARE OPPOSING THE

10   PLANS TO DEVELOP THIS PROPERTY; IS THAT RIGHT?

11   **A.**   I BELIEVE THAT'S CORRECT.

12   **Q.**   HAVE YOU HEARD OF THE CITIZENS COMMITTEE TO COMPLETE THE

13   REFUGE?

14   **A.**   YES.

15   **Q.**   THEY HAVE BEEN A PLAINTIFF IN THOSE LAWSUITS, CORRECT?

16   **A.**   I BELIEVE SO.  I DON'T HAVE INTIMATE KNOWLEDGE OF IT, BUT

17   I BELIEVE YOU'RE CORRECT.

18   **Q.**   YOU AND THE NEWARK PARTNERS ARE ON THE OTHER SIDE; YOU ARE

19   OPPOSING CITIZENS COMMITTEE TO COMPLETE THE REFUGE IN YOUR

20   EFFORTS TO DEVELOP THIS PROPERTY?

21   **A.**   CORRECT.

22   **Q.**   WHEN YOU SPEAK OF CHANGES TO THE PLAN, THAT'S RELATED TO

23   THIS LAWSUIT AND NEGOTIATIONS THAT ARE GOING ON RELATED TO

24   RESISTANCE TO DEVELOPMENT.

25   **A.**   NO.  I WASN'T SPEAKING IN THAT REGARD.

1        JUST MY KNOWLEDGE AND I AM NOT INTIMATELY KNOWLEDGEABLE OF

2   THE DEVELOPMENT PLANS.  TIM STEELE IS MANAGING THAT FOR THE

3   NEWARK PARTNERS.

4        ALL I KNOW IS THERE WERE CHANGES AS TO DEFINITELY THE GOLF

5   COURSE IS OUT.  WE HAVE NO PART OF IT.  BUT THAT WAS NOT

6   STIMULATED BY THE LAWSUIT.  IT WAS BY COSTS, ET CETERA

7   INVOLVED IN THE DEVELOPMENT.

8        AND I THINK IT'S PROBABLY TIME TO TELL YOU THAT I AM NO

9   LONGER A MEMBER OF THAT PARTNERSHIP.  THEY BOUGHT US OUT HERE

10  AT THE END OF JUNE.

11  **Q.**  OKAY.  SO YOU'RE SAYING THAT BY "THEY" DO YOU MEAN THE

12  SOBRATOS?

13  **A.**  THE OTHER MEMBERS, PEERY, ARRILLAGA BOUGHT US OUT OF OUR

14  INTEREST IN THAT.  WE WERE ORIGINALLY ARQUES INVESTMENT AND

15  THEY BOUGHT US OUT.

16  **Q.**  I DIDN'T UNDERSTAND THIS FROM YOUR DIRECT EXAMINATION.

17       YOU WERE GIVEN MONEY TO GIVE UP YOUR INTEREST IN THIS

18  PROPERTY BY OTHER MEMBERS OF NEWARK PARTNERS OR GROUP?

19  **A.**  YES.  WE ASKED THEM IF THEY WOULD BUY US OUT.  WE NO

20  LONGER WANTED TO BE PART OF IT.

21  **Q.**  OKAY.

22       YOUR UNDERSTANDING AS PART OF THESE DEVELOPMENT PROPOSALS

23  IS THAT THE CITY OF NEWARK IS WORKING WITH NEWARK PARTNERS TO

24  GET THIS DEVELOPMENT DONE, CORRECT?

25  **A.**  CORRECT.

SIRI – CROSS / SMOCK

1   **Q.**  AND THEY ARE ALSO ON THE DEFENDANT'S SIDE OF THE CIVIL

2   LITIGATION ALONG WITH NEWARK PARTNERS AGAINST THE PLAINTIFFS

3   WHO INCLUDE CITIZENS COMMITTEE TO COMPLETE THE REFUGE.

4       IF YOU DON'T KNOW --

5   **A.**  I DON'T KNOW.  HONESTLY I DON'T.  I CAN'T SAY.

6   **Q.**  DO YOU KNOW -- I'LL STRIKE THAT IF YOU DON'T KNOW.

7       ONE LAST THING I WANTED TO TALK TO YOU ABOUT.

8       YOU TALKED ABOUT THE WATER ALONG A BERM WHICH STRETCHES

9   ACROSS THE PROPERTY HERE (INDICATING) DOWN THE BOTTOM OF

10  WHAT'S BEEN REFERRED TO AS THE SOUTHERN AREA.

11      YOU SAID THAT THERE WAS WHAT YOU REFERRED TO AS A DITCH

12  THAT YOU'VE SEEN HAVING WATER IN IT, CORRECT?

13  **A.**  CORRECT.

14  **Q.**  AS PART OF THE PROCESS OF DEVELOPING THIS PROPERTY, YOU'RE

15  AWARE THAT STUDIES HAVE BEEN DONE OF THIS PROPERTY AND HOW IT

16  MIGHT QUALIFY AS A WETLAND, OR AN AQUATIC AREA, ANYTHING LIKE

17  THAT?

18  **A.**  I BELIEVE THERE WERE STUDIES DONE, YES.

19  **Q.**  ONE OF THOSE STUDIES WAS DONE BY A COMPANY CALLED H.T.

20  HARVEY.  ARE YOU FAMILIAR WITH THEM?

21  **A.**  I'VE SEEN THE NAME, YES.

22      **MR. SMOCK:**  MR. WANZALA, CAN I ASK YOU TO PUT UP

23  GOVERNMENT EXHIBIT 3?

24              (DISPLAYED ON SCREEN.)

25

1   **BY MR. SMOCK:**

2   **Q.**  CAN YOU -- THIS IS A COPY OF A MAP CREATED BY H.T. HARVEY.

3   **MR. SMOCK:**  MR. WANZALA, CAN YOU PULL OUT THE MIDDLE

4   AREA ALONG THAT BERM.

5   **BY MR. SMOCK:**

6   **Q.**  ARE YOU AWARE, SIR, THAT H.T. HARVEY, THE COMPANY HIRED BY

7   NEWARK PARTNERS, HAS NOT AND NEVER HAS IDENTIFIED A WATERWAY

8   ALONG THAT BERM THAT YOU REFERRED TO AS A DITCH?

9   **MR. KEARNEY:**  YOUR HONOR, I BELIEVE THAT MISSTATES

10  THE EVIDENCE.  ASKS FOR THIS WITNESS TO SPECULATE ABOUT

11  SOMETHING HE DID NOT PREPARE.

12  **THE COURT:**  OVERRULED.  HE CAN ANSWER IF HE KNOWS.

13  **THE WITNESS:**  I DON'T.  I HAVE NO KNOWLEDGE OF THAT

14  REPORT.

15  **MR. SMOCK:**  OKAY.

16  **BY MR. SMOCK:**

17  **Q.**  YOU DON'T HAVE ANY REASON TO BELIEVE THAT THAT COMPANY HAS

18  FOUND A WATERWAY ALONG THAT LINE, DO YOU?

19  **MR. KEARNEY:**  OBJECTION, AGAIN, IT CALLS FOR

20  SPECULATION.

21  **THE COURT:**  SUSTAINED.

22  **MR. SMOCK:**  NO FURTHER QUESTIONS.

23  **THE COURT:**  ANY REDIRECT?

24  **MR. KEARNEY:**  YES, BRIEFLY.

25  IN FACT, CAN WE LEAVE THAT SAME EXHIBIT UP, PLEASE?

```
 1            THE CLERK:  JOE, ARE YOU PUTTING UP THE EXHIBIT FOR
 2    THEM.
 3                    (DISPLAYED ON SCREEN.)
 4                    REDIRECT EXAMINATION
 5    BY MR. KEARNEY:
 6    Q.  SIR, THIS MAP YOU WERE ASKED ABOUT ON CROSS WAS PREPARED
 7    BY H.T. HARVEY AND ASSOCIATES; IS THAT RIGHT?
 8    A.  I COULDN'T TELL YOU.
 9    Q.  IN ANY EVENT, YOU'VE SEEN THIS MAP BEFORE; IS THAT RIGHT?
10    A.  I THINK I'VE SEEN THIS, BUT I -- I BELIEVE I HAVE.
11    Q.  THE NEWARK PARTNERS HIRED H.T. HARVEY TO TELL THEM WHERE
12    THE WETLANDS WERE SO THEY COULD FIND OUT WHERE -- THEY COULD
13    KNOW WHERE THEY COULDN'T BUILD AND WHERE THEY COULD BUILD; IS
14    THAT RIGHT?
15    A.  I'M ASSUMING THAT WAS DONE OVER TIME --
16            MR. SMOCK:  OBJECTION LEADING.
17            THE WITNESS:  -- TIM STEELE HAS TOLD ME THEY WERE
18    DOING THINGS LIKE THAT.  I DIDN'T GET INTIMATE KNOWLEDGE OR
19    REVIEW ALL THOSE REPORTS OR PLANS.
20            THE COURT:  ALL RIGHT.  SO --
21            THE WITNESS:  I WAS DIVORCED FROM THAT END OF IT.
22            THE COURT:  THERE WAS AN OBJECTION FOR LEADING.  I'LL
23    OVERRULE IT, BUT ASK MR. KEARNEY TO BE SURE NOT TO LEAD.
24            MR. KEARNEY:  CERTAINLY.
25
```

1    **BY MR. KEARNEY:**

2    **Q.**  DID THE NEWARK AREA PARTNERS, WHILE YOU ARE STILL A

3    MEMBER, PAY TO HAVE THE WETLANDS MAPPED SO YOU COULD KNOW

4    WHERE TO DEVELOP?

5    **A.**  I BELIEVE THEY DID.

6    **Q.**  YOU WERE ASKED ABOUT THE ALAMEDA COUNTY WATER DISTRICT AND

7    THE PERCOLATION PONDS, SIR, ON CROSS.  I WANT TO ASK YOU, TO

8    YOUR KNOWLEDGE, DOES ALAMEDA COUNTY ACTIVELY RECHARGE THE

9    AQUIFER BY INJECTING WATER INTO IT, INTO THOSE PERCOLATION

10   PONDS?

11   **A.**  YES, THEY DID THAT.  BEFORE WE PUT IN OUR WELL, THEY TOLD

12   ME THEY WERE INTO THAT PROJECT.  SO IT GOES BACK INTO THE

13   EARLY '80S OR BEFORE.

14   **Q.**  AND WHEN YOU SAID EARLIER IN YOUR EXAMINATION THAT THE

15   PROPERTY IS GETTING WETTER OVER TIME, IS IT RELATED TO THAT

16   RECHARGING OF THE AQUIFERS?

17   **A.**  I HAVE TO BELIEVE THAT'S PART OF IT.

18        ALSO PART OF IT IS THERE'S LESS FARMING IN THE AREA.  AND

19   WHEN THERE'S LESS FARMING THERE'S LESS PUMPING TO DRAW THOSE

20   WATER TABLES DOWN.

21        SO WHAT THEY WANT TO DO IS POUR WATER IN UNDER PRESSURE TO

22   PUSH BACK THAT AQUIFER, THAT SALT INTRUSION.  SO IF THERE ARE

23   SOFT SPOTS WHERE IT'S GOING TO PUSH UP, IT WILL COME UP.  AND

24   WE'VE SEEN THAT OVER TIME.  THE VERY BOTTOM OF OUR PROPERTY IS

25   PONDED NOW ALMOST, ALMOST ENTIRELY.  AND THERE'S NO WAY FOR IT

1    TO GET OUT.

2    **Q.** AND IS THAT A REASON -- YOU TOLD US EARLIER, THE POND, THE

3    DUCK POND JUST KEEPS GROWING OVER TIME?

4    **A.** I DON'T -- I DON'T KNOW ANY OTHER REASON IF THERE'S

5    SPRINGS UNDER THERE, THEY ARE PUSHING WATER THROUGH AND

6    PROBABLY COMING UP.

7            **MR. KEARNEY:** THANK YOU. THANK YOU, YOUR HONOR.

8            **THE WITNESS:** YES, THAT'S ALL.

9            **THE COURT:** ANY RECROSS?

10           **MR. SMOCK:** NO. THANK YOU, YOUR HONOR.

11           **THE COURT:** THANK YOU, MR. SIRI. YOU ARE EXCUSED.

12      AND THE UNITED STATES MAY CALL ITS NEXT WITNESS.

13           **MS. LEE:** THE UNITED STATES CALLS BRANDON POLLACK.

14           **THE CLERK:** PLEASE COME UP TO THE WITNESS STAND.

15   RAISE YOUR RIGHT HAND.

16      (**BRANDON POLLACK,** CALLED AS A WITNESS FOR THE GOVERNMENT,

17   HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

18           **THE WITNESS:** I DO.

19           **THE CLERK:** PLEASE BE SEATED AND ONCE SEATED I'M

20   GOING TO NEED YOU TO STATE AND SPELL YOUR FIRST AND LAST NAME

21   FOR THE RECORD, PLEASE.

22           **THE WITNESS:** FIRST NAME IS BRANDON, B-R-A-N-D-O-N,

23   LAST NAME POLLACK, P-O-L-L-A-C-K.

24           **THE CLERK:** THANK YOU.

25                    <u>**DIRECT EXAMINATION**</u>

POLLACK – DIRECT / LEE

1    **BY MS. LEE:**

2    **Q.**  MR. POLLACK, WHAT COMPANY DO YOU WORK FOR?

3    **A.**  I WORK FOR GARY POLLACK CONSTRUCTION & EXCAVATION.

4    **Q.**  IS THAT YOUR COMPANY?

5    **A.**  IT'S MY FATHER'S COMPANY.

6    **Q.**  WHAT DOES GARY POLLACK CONSTRUCTION & EXCAVATION DO?

7    **A.**  WE ARE A GENERAL ENGINEERING CONTRACTOR SO WE DO

8    EXCAVATION AND GRADING.

9    **Q.**  WHAT IS YOUR POSITION THERE?

10    **A.**  DAILY OPERATIONS, I WOULD BE -- YOU KNOW, UNDER MY DAD SO

11    I WOULD BE CONSIDERED THE VICE PRESIDENT I GUESS.

12    **Q.**  AS PART OF THE WORK THAT YOUR COMPANY DOES, DO YOU ENGAGE

13    IN THE TRUCKING BUSINESS?

14    **A.**  YEAH, WE DO.

15    **Q.**  DO YOU PICK UP MATERIAL -- NOT YOU PERSONALLY BUT YOUR

16    COMPANY PICK UP MATERIAL FROM ONE PLACE AND DUMP IT SOMEWHERE

17    ELSE?

18    **A.**  YES.

19    **Q.**  DO YOU KNOW OF A PROPERTY LOCATED IN NEWARK, CALIFORNIA

20    LOCATED BETWEEN MOWRY AVENUE AND AS WELL AS STEVENSON

21    BOULEVARD?

22    **A.**  YES.

23    **Q.**  FOR SAKE OF EASE, I AM GOING TO REFER TO THAT LOCATION AS

24    NEWARK AREA 4 IN MY QUESTIONINGS MOVING FORWARD.

25    WHEN DID YOU LEARN OF THE SITE?

```
 1   A.   IN JULY OF 2014.

 2   Q.   HOW DID YOU LEARN OF THE SITE?

 3   A.   FROM KEVIN OLIVERO.

 4   Q.   WHO IS KEVIN OLIVERO?

 5   A.   HE'S A GUY IN THE SAME BUSINESS THAT WE DO.  YOU KNOW, I

 6   MEAN, I KNOW HIM.

 7   Q.   WHAT DID HE --

 8   A.   I -- GO AHEAD.

 9   Q.   I AM SORRY, GO AHEAD.

10   A.   I JUST KNOW HIM FROM THE SAME INDUSTRY.

11   Q.   HE'S ALSO IN THE TRUCKING INDUSTRY?

12   A.   DIRT, TRUCKING, YOU KNOW, THAT KIND OF STUFF, YEAH.

13   Q.   WHAT DID HE TELL YOU ABOUT THAT SITE?

14   A.   THAT HE HAD A DUMP SITE --

15            MR. SMOCK:  OBJECTION.  HEARSAY.

16            THE COURT:  IS IT FOR TRUTH?

17            MS. LEE:  IT IS GOING TO BE EFFECT ON THE LISTENER.

18            THE COURT:  OVERRULED.

19       LADIES AND GENTLEMEN, YOU ARE GOING TO HEAR ABOUT SOME

20   STATEMENTS FROM MR. OLIVERO.  THOSE ARE NOT BEING OFFERED FOR

21   THE TRUTH OF THOSE STATEMENTS BUT RATHER SIMPLY TO EXPLAIN

22   WHAT THE WITNESS HEARD AND THEN SUBSEQUENTLY DID.  SO YOU CAN

23   CONSIDER IT ONLY FOR THAT LIMITED PURPOSE.

24   BY MS. LEE:

25   Q.   WHAT DID MR. OLIVERO TELL YOU ABOUT THE SITE?
```

1  **A.**  THAT HE HAD A DUMP SITE FOR DIRT AND... YOU KNOW, IT'S IN

2  NEWARK.  DO YOU WANT TO BRING SOME DIRT, BASICALLY.

3  **Q.**  WAS HE SOLICITING YOUR BUSINESS?

4  **A.**  YES.

5  **Q.**  DID THERE COME A TIME YOU VISITED THE NEWARK AREA 4

6  PROPERTY OFF OF MOWRY AVENUE?

7  **A.**  YES.

8  **Q.**  APPROXIMATELY WHEN WAS THAT?

9  **A.**  JULY OF 2014.

10  **Q.**  HOW DID YOU GET ON TO THE PROPERTY?

11  **A.**  I WAS DRIVING IN MY TRUCK AND I HEADED DOWN MOWRY, I GUESS

12  THAT WOULD BE WEST, MADE A LEFT TURN INTO A -- LIKE AN OPEN

13  SET OF GATES AND DROVE ON IN.

14  **Q.**  WAS THERE ANYONE WORKING AT THE OPEN SET OF GATES?

15  **A.**  YEAH, THERE WAS A -- THERE WAS SOMEONE AT THE -- AT THE

16  FRONT ENTRANCE, AND THEN AS I GOT IN THE BACK IS WHERE I MET

17  KEVIN OLIVERO.

18  **Q.**  OKAY.

19      I WOULD LIKE TO SHOW YOU EXHIBIT 158, AND THE FULL NUMBER

20  IS 0158-0001, WHICH IS ALREADY IN EVIDENCE.

21                      (DISPLAYED ON SCREEN.)

22      WHAT ARE WE LOOKING AT HERE, MR. POLLACK?

23  **A.**  YOU ARE LOOKING AT THE JUNKYARD AND THEN -- WELL, THAT

24  WOULD BE YOUR SITE, I GUESS THE MOWRY -- WHAT DID YOU CALL IT?

25  **Q.**  NEWARK AREA 4.

1    **A.**  I AM SORRY, NEWARK AREA 4.

2    **Q.**  DO YOU HAVE A RED POINTER PEN RIGHT IN FRONT OF YOU ON THE

3    TABLE?

4    **A.**  YES.

5    **Q.**  THERE IS A BUTTON NEAR THE FRONT.  WOULD YOU SHOWCASE ON

6    THAT TV SCREEN, NOT YOURS, BUT THE BIG ONE NEXT TO YOU, JUST

7    TURN TO YOUR LEFT.

8    **A.**  OH, ON THAT SCREEN?

9    **Q.**  YES.

10        SHOW US HOW YOU DROVE -- WHERE THE PERSON WAS AT THE GATE

11   WHERE YOU TURNED AND DROVE INTO THE PROPERTY AT?

12   **A.**  SO I CAME DOWN HERE AND TURNED RIGHT IN HERE, SOMEONE AT

13   THIS GATE RIGHT HERE, AND THEN I PROCEEDED ALL THE WAY TO THE

14   END, PARKED MY TRUCK RIGHT IN HERE (INDICATING).

15   **Q.**  WHEN DID YOU GO TO THE SITE APPROXIMATELY?

16   **A.**  JULY 4TH -- 2014.

17   **Q.**  WHAT WAS THE PURPOSE OF GOING?

18   **A.**  TO CHECK THE SITE FOR ACCESS.  I ALWAYS GO LOOK BEFORE I

19   SEND MY TRUCKS TO MAKE SURE THAT IT'S A SAFE PLACE TO DUMP.

20   **Q.**  WHO DID YOU MEET THERE?

21   **A.**  KEVIN OLIVERO.

22   **Q.**  HOW LONG WERE YOU THERE THAT DAY?

23   **A.**  15 MINUTES.  20 MINUTES.

24   **Q.**  WAS THAT THE ONLY TIME YOU'VE BEEN ON THIS PROPERTY?

25   **A.**  YES.

1    **Q.**  CAN YOU DESCRIBE WHAT YOU SAW HAPPENING AT THAT PROPERTY

2    WHEN YOU WENT IN OR AROUND JULY 2014 AND MET WITH KEVIN

3    OLIVERO?

4    **A.**  SO THERE WERE TRUCKS COMING IN AND DUMPING DIRT.  THERE

5    WAS A DOZER THERE.  NO ONE WAS RUNNING THE DOZER.  DOZER WAS

6    PARKED.  AND THERE WAS A GUY CHECKING TRUCKS IN AT THE FRONT.

7    AND IT JUST LOOKED LIKE A DUMP SITE OPERATION TO ME.

8    **Q.**  WHERE WAS THE GUY AT THE FRONT -- DID YOU SAY CHECKING

9    TRUCKS, IS THAT WHAT YOU SAID?

10   **A.**  WELL, THAT IS WHAT I ASSUMED HE WAS DOING.

11   **Q.**  WHERE WAS THE PERSON STATIONED?  IF YOU CAN USE THE

12   POINTER AND POINT TO THE SCREEN.

13   **A.**  RIGHT, RIGHT AT THE ENTRANCE.  WHEN YOU COME IN, THERE ARE

14   THESE TWO GATES.  RIGHT IN THERE (INDICATING) BY A TREE.

15   **Q.**  WERE THE TWO GATES OPEN?

16   **A.**  YEAH, GATES WERE OPEN.

17   **Q.**  WAS THAT PERSON HANDING OUT ANY PAPERWORK OR DUMP TAGS?

18   **A.**  HE HAD A CLIPBOARD WITH TAG -- WITH SOME KIND OF -- DOING

19   SOME KIND OF PAPERWORK.

20   **Q.**  WHEN YOU DROVE IN ON THAT CONCRETE PAD, WHERE DID YOU SEE

21   THE TRUCKS THAT YOU JUST DESCRIBED DUMPING?

22   **A.**  SO THE TRUCKS WERE DUMPING RIGHT NEXT TO WHERE I WAS

23   STANDING.  SO I WAS RIGHT HERE WHERE THE ASPHALT MEETS THE

24   DIRT, AND I WOULD SAY IT WASN'T IN VERY FAR, IN ABOUT 20 FEET

25   OR SO, RIGHT NEXT TO THE DOZER THE TRUCKS WERE DUMPING RIGHT

1   IN THERE.

2   Q.  I'M GOING TO SHOW YOU A CLOSER UP PHOTO.  IF WE CAN BRING

3   UP EXHIBIT 0167-0001, ALREADY ADMITTED IN EVIDENCE.

4          THE CLERK:  I NEED THE NUMBER AGAIN.  I'M SORRY.

5          MS. LEE:  NO, I APOLOGIZE.  IT'S EXHIBIT 0167-0001.

6          THE CLERK:  THANK YOU.

7          MS. LEE:  WHICH IS IN EVIDENCE.

8              (DISPLAYED ON SCREEN.)

9   BY MS. LEE:

10  Q.  IS THIS A CLOSER UP IMAGE OF WHAT YOU WERE TALKING ABOUT?

11  A.  YEAH, SO THE TRUCKS -- THE DOZER WAS PARKED RIGHT HERE.

12  TRUCKS DUMPING LIKE RIGHT -- RIGHT IN HERE (INDICATING).

13  Q.  WHERE WERE YOU PARKED TO SEE THIS?

14  A.  MY TRUCK WAS OVER HERE (INDICATING) AND I WAS STANDING

15  LIKE RIGHT ALONG THE ASPHALT EDGE.  RIGHT THERE.

16  Q.  AND HOW MANY TRUCKS DID YOU SEE?

17  A.  IN THE TIME I WAS THERE, TEN TO FIFTEEN, TEN.  I MEAN,

18  THERE WERE SOME OUT ON THE ROAD, TOO, WHEN I WAS LEAVING I SAW

19  COMING DOWN MOWRY, SO.

20  Q.  YOU WERE THERE FOR 15 MINUTES?

21  A.  YEAH.

22  Q.  AND DURING THAT TIME PERIOD, WOULD IT BE FAIR TO SAY THAT

23  YOU SAW TEN TO FIFTEEN TRUCKS DUMP, COME, AND THEN GO?

24  A.  I WOULD SAY -- I WOULD SAY TEN TO FIFTEEN TRUCKS.  AS FAR

25  AS DUMPING, I PROBABLY SAW ACTUAL DUMP LOADS FIVE TO SIX.

1     BUT YOU GOT TO REMEMBER, THE TRUCKS LINE UP.  SO IT'S NOT

2   LIKE THEY ALL BACK UP AT THE SAME TIME AND DUMP.  SO TOTAL

3   TRUCKS TEN TO FIFTEEN.

4   **Q.**  WOULD IT BE FAIR TO SAY THAT THE OTHER TRUCKS WERE LINED

5   UP WAITING TO DUMP?

6   **A.**  YEAH, IT'S FAIR TO SAY.

7         **MS. LEE:**  AND I'D JUST LIKE TO IDENTIFY FOR THE

8   RECORD THAT MR. POLLACK INDICATED THAT THE AREA ON THE UPPER

9   LEFT-HAND CORNER OF THE PICTURE RIGHT OFF OF THE CONCRETE PAD

10  A LITTLE BIT TO THE EAST OF THE CONCRETE PAD IS WHERE HE SAW

11  THE DUMPING OCCURRED AND THAT THERE WAS A DOZER SITTING IN

12  THAT VICINITY.

13  **BY MS. LEE:**

14  **Q.**  IS THAT CORRECT, MR. POLLACK?

15  **A.**  THAT'S CORRECT.

16  **Q.**  WHAT TYPE OF TRUCKS DID YOU SEE DUMPING?

17  **A.**  I SAW END DUMPS DUMPING.

18  **Q.**  HOW MANY YARDS APPROXIMATELY DO END DUMPS -- CAN THEY

19  CONTAIN IN THE BACK OF THEIR TRUCK?

20  **A.**  12 TO 15.  IT DEPENDS IF -- THERE ARE BANK YARDS AND TRUCK

21  YARDS SO WE WILL CALL IT 12 BANK YARDS.

22  **Q.**  APPROXIMATELY HOW MANY TONS OF MATERIAL DOES AN END DUMP

23  CONTAIN?

24  **A.**  IT CAN HAUL UP TO 20 SAFELY, 20 TONS.

25  **Q.**  DID ANYTHING ABOUT THE BULLDOZER STRIKE YOUR ATTENTION?

1    **A.**  OTHER THAN IT BEING BRAND-NEW, THAT WAS -- IT WAS A

2    BRAND-NEW NICE DOZER.  OTHER THAN THAT, NO.

3    **Q.**  DID YOU SEE WHAT THESE TRUCKS WERE DUMPING, WHAT MATERIAL

4    WAS CONTAINED IN THE TRUCKS?

5    **A.**  YEAH, THEY WERE DUMPING DIRT.

6    **Q.**  WERE THEY -- CAN YOU SHOW AGAIN -- WERE THEY DUMPING AT

7    ALL ON THE CONCRETE PAD, OR WERE THEY DUMPING ON MORE OF THE

8    SOILED PROPERTY OF THAT AREA THAT YOU ARE SEEING?

9    **A.**  THEY WERE DUMPING RIGHT OFF -- LET ME GET THIS THING TO

10   WORK AGAIN.  YOUR LIGHT IS ON THE FRITZ HERE.

11   **Q.**  IT'S WORKING AGAIN.

12                    (PAUSE IN THE PROCEEDINGS.)

13   **A.**  IT SHUTS OFF.

14   **Q.**  MR. POLLACK, WITH THE COURT'S PERMISSION, I'LL HAVE YOU

15   STEP OFF OF YOUR CHAIR TO JUST POINT ON THE SCREEN?

16            **THE COURT:**  HE MAY.

17            **THE WITNESS:**  RIGHT OFF THIS, LIKE RIGHT IN THIS AREA

18   (INDICATING).

19   **BY MS. LEE:**

20   **Q.**  AND WHERE WAS THE BULLDOZER AGAIN?

21   **A.**  THE BULLDOZER IS OVER HERE.  THIS CIRCLE WOULD BE A LITTLE

22   BIT OVER THIS WAY.

23            **THE WITNESS:**  LIKE ABOUT THERE TO OVER THAT WAY

24   (INDICATING).

25            **THE REPORTER:**  I'M SORRY, I CANNOT HEAR.

1           **THE WITNESS:**  SORRY.  THE CIRCLE CAN GO TO THE RIGHT,

2   THE DOZER IS RIGHT ABOUT WHERE YOUR CURSOR IS.  THAT'S BETTER.

3   **BY MS. LEE:**

4   **Q.**  SO WERE THE ARROWS --

5   **A.**  THOSE ARE UP IN HERE KIND OF.

6   **Q.**  SO THE DOZER IS RIGHT OFF THE CONCRETE PAD HEADING TO THE

7   NORTHERN FILL AREA, AND THE DUMP TRUCKS WERE GOING A LITTLE

8   BIT FURTHER INTO THE NORTHERN FILL AREA?

9   **A.**  CORRECT.

10  **Q.**  WHO WAS OPERATING THE SITE WHEN YOU WENT?

11  **A.**  THE ONLY PEOPLE THERE WAS KEVIN OLIVERO AND THE GUY AT THE

12  FRONT GATE, SO I THINK KEVIN OLIVERO WAS RUNNING THE SITE.

13  **Q.**  WHEN YOU WENT THAT DAY --

14  **A.**  CORRECT.

15  **Q.**  -- HE WAS ON THE SITE?  OKAY.

16      WHAT WAS YOUR REACTION -- YOUR PURPOSE, IF I RECALL YOU

17  SAYING, WAS TO JUST GO SEE THE SITE, MAKE SURE IT WAS SAFE FOR

18  YOUR TRUCKS.  HAVING SEEN THE SITE IN OR AROUND JULY 2014,

19  WHAT WAS YOUR REACTION?

20  **A.**  IT LOOKED LIKE IT WAS A FUNCTIONING DUMP SITE.  IT WAS

21  ALREADY HAPPENING, AND, YOU KNOW, LIKE I WAS LATE TO THE PARTY

22  BUT IT WAS ALREADY GOING.

23  **Q.**  SO DID YOU BEGIN SENDING YOUR TRUCKS TO DUMP AT THE SITE?

24  **A.**  YES.

25  **Q.**  WAS IT JUST YOUR TRUCKS, OR DID YOU ALSO SUBCONTRACT WITH

1    OTHER TRUCKS?

2    **A.**   WE SUBCONTRACT MOST OF OUR TRUCKING.

3    **Q.**   HOW LONG WERE -- YOUR TRUCKS OR THE TRUCKS THAT YOU

4    SUBCONTRACTED WITH, HOW LONG WERE THEY DUMPING ON THIS

5    PROPERTY?

6    **A.**   I THINK IT WAS A TOTAL OF ABOUT SIX WEEKS' STRETCH.

7    **Q.**   WAS IT ALWAYS IN THIS AREA OFF OF THE -- MOWRY AVENUE, OR

8    DID THERE COME A TIME WHEN YOU SENT YOUR TRUCKS TO A DIFFERENT

9    PART OF THIS PROPERTY?

10   **A.**   I THINK ABOUT FOUR TO FIVE -- FOUR WEEKS IN THEY STARTED

11   USING ANOTHER ENTRANCE WHICH WAS ON STEVENSON AS OPPOSED TO

12   MOWRY.

13   **Q.**   HAD YOU YOURSELF EVER GONE TO THE PROPERTY OFF OF THE

14   STEVENSON SITE?

15   **A.**   NO.

16   **Q.**   BUT YOU WERE TOLD TO SEND YOUR TRUCKS OFF THE STEVENSON

17   SITE?

18   **A.**   CORRECT.

19   **Q.**   FROM STEVENSON BOULEVARD?

20   **A.**   CORRECT.

21   **Q.**   SO APPROXIMATELY HOW LONG WERE -- YOUR TRUCKS OR THE

22   TRUCKS THAT YOU SUBCONTRACTED WITH, FOR HOW LONG WERE THEY

23   SENT TO DUMP AT THE MOWRY SITE AND HOW LONG AT THE STEVENSON

24   SITE?

25   **A.**   THE MAJORITY OF IT WAS AT MOWRY SO ABOUT FOUR WEEKS AT

1    MOWRY, TWO WEEKS AT STEVENSON.

2    **Q.**   SO FOR THOSE SIX WEEKS IN TOTAL, APPROXIMATELY HOW MANY

3    LOADS OF DIRT DID YOUR COMPANY -- YOUR TRUCKS OR THE TRUCKS

4    THAT YOU SUBCONTRACTED WITH DUMP ON THE NEWARK AREA 4

5    PROPERTY?

6    **A.**   APPROXIMATELY 400 LOADS.

7    **Q.**   AND WHAT TYPE OF TRUCKS DOES YOUR COMPANY USE?

8    **A.**   WE USE SUPER DUMPS.

9    **Q.**   AND HOW MANY YARDS OF MATERIALS DOES A SUPER DUMP HOLD?

10   **A.**   12 BANK YARDS.

11   **Q.**   HOW MANY TONS OF MATERIAL DOES THAT HOLD?

12   **A.**   YOU GO A LITTLE LESS ON A SUPER DUMP THAN AN END DUMP SO

13   WE TRY TO HAUL 18 TONS IN A SUPER DUMP.

14   **Q.**   IN EACH LOAD?

15   **A.**   CORRECT.

16   **Q.**   HOW MUCH WERE YOU CHARGED TO DUMP ON THAT PROPERTY?

17   **A.**   IT VARIED BY JOB, SO IT WAS ANYWHERE FROM 50 TO A HUNDRED

18   DOLLARS, 50 TO $80 I THINK, 50 TO 80.

19   **Q.**   MEANING, IF ONE SUPER DUMP CAME WITH ONE LOAD, THAT AMOUNT

20   THAT YOU ARE CHARGED WOULD RANGE BETWEEN $50 TO $80?

21   **A.**   THAT'S CORRECT.

22   **Q.**   AND APPROXIMATELY 400 LOADS WERE DUMPED FROM TRUCKS

23   WORKING FOR YOUR COMPANY OR THAT YOU SUBCONTRACTED WITH?

24   **A.**   CORRECT.

25   **Q.**   HOW WOULD YOU BE BILLED?

1   **A.**   SO WE WERE BEING BILLED VIA EMAIL.  I WOULD GET AN INVOICE

2   DAILY IN THE EVENING.

3   **Q.**   AND WHO WAS BILLING YOU?

4   **A.**   WE WERE GETTING BILLED BY GOLDEN GATE EQUIPMENT.

5   **Q.**   DO YOU KNOW WHO OWNS GOLDEN GATE EQUIPMENT?

6   **A.**   YES.

7   **Q.**   WHO?

8   **A.**   KEVIN OLIVERO.

9   **Q.**   AND LOADS WERE DUMPED -- YOU MENTIONED IN TOTAL YOUR

10  COMPANY OR TRUCKS THAT YOU SUBCONTRACTED WITH DUMPED ON THIS

11  PROPERTY EITHER OFF OF MOWRY OR OFF OF STEVENSON BOULEVARD FOR

12  ABOUT SIX WEEKS.

13      WHAT'S THE GENERAL TIME FRAME, THE BEGINNING END AND THE

14  END OF THAT SIX-WEEK PERIOD, IF YOU RECALL?

15  **A.**   IT WAS JULY TO SEPTEMBER.  I THINK IT ALL ENDED IN

16  SEPTEMBER, BEGINNING OF SEPTEMBER.  SO IT WAS THE END OF JULY

17  TO SEPTEMBER, IF I RECALL.

18  **Q.**   WHAT YEAR ARE WE SPEAKING OF?

19  **A.**   2014.

20  **Q.**   DID THERE COME A TIME WHEN YOU LEARNED THAT THIS PROPERTY

21  AND THE DUMPING OPERATION THAT WAS HAPPENING THERE HAD BEEN

22  SHUT DOWN?

23  **A.**   YES.

24  **Q.**   HOW DID YOU LEARN OF THAT?

25  **A.**   KEVIN OLIVERO CALLED ME AND SAID, STOP SENDING THE TRUCKS.

1    **Q.**  AND DID THAT SURPRISE YOU?

2    **A.**  YEAH.

3    **Q.**  OKAY.  AND THIS WAS IN OR AROUND SEPTEMBER OF 2014?

4    **A.**  CORRECT.

5            **MS. LEE:**  THANK YOU.  I HAVE NO FURTHER QUESTIONS.

6            **THE COURT:**  ANY CROSS-EXAMINATION?

7            **MR. SMOCK:**  NO QUESTIONS.  THANK YOU.

8            **THE COURT:**  THANK YOU, MR. POLLACK.  YOU ARE EXCUSED.

9    AND THE GOVERNMENT MAY CALL ITS NEXT WITNESS.

10           **MR. KEARNEY:**  MAY WE HAVE ONE MOMENT, YOUR HONOR?

11                 (PAUSE IN THE PROCEEDINGS.)

12           **MR. KEARNEY:**  YOUR HONOR, THE NEXT WITNESS IS IN THE

13   BATHROOM.  THIS WITNESS WILL REQUIRE AN INTERPRETER.

14           **THE CLERK:**  JUST BRING THEM BOTH IN AT THE SAME TIME.

15           **MR. KEARNEY:**  CAN WE GET A SECOND CHAIR?

16           **THE CLERK:**  YEAH.

17                 (PAUSE IN THE PROCEEDINGS.)

18       MIGHT BE BEST TO GIVE THE INTERPRETER THE WIRELESS MIC AND

19   SHUT OFF THE WITNESS'S MIC.

20       I WILL SWEAR IN THE INTERPRETER FIRST.  PLEASE RAISE YOUR

21   RIGHT HAND.

22                 (SPANISH INTERPRETER SWORN)

23           **THE INTERPRETER:**  I DO.

24           **THE CLERK:**  THANK YOU.  I NEED YOU TO STATE AND SPELL

25   YOUR FIRST AND LAST NAME.

```
 1              THE INTERPRETER:  YES.  IT'S ANDRE MOSKOWITZ.  FIRST

 2    NAME ANDRE, A-N-D-R-E.  LAST NAME MOSKOWITZ,

 3    M-O-S-K-O-W-I-T-Z.

 4              THE CLERK:  THANK YOU.

 5        NOW I'M GOING TO ASK THAT YOU ASK THE WITNESS TO STAND AND

 6    RAISE HIS RIGHT HAND.

 7        (ERIC MARTINEZ, CALLED AS A WITNESS FOR THE GOVERNMENT,

 8    HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS THROUGH THE

 9    INTERPRETER:)

10              THE WITNESS:  YES.

11              (WITNESS ANSWERS THROUGH INTERPRETER)

12              THE CLERK:  HE MAY BE SEATED.  AND ONCE SEATED, I

13    NEED HIM TO STATE AND SPELL HIS FIRST AND LAST NAME.

14              THE WITNESS:  MARTINEZ, ERIC.

15              THE CLERK:  HE SHOULD SPELL HIS FIRST AND LAST NAME.

16              THE WITNESS:  MARTINEZ, M-A-R-T-I-N-E-Z.

17              THE COURT:  AND JUST BEFORE WE BEGIN, LADIES AND

18    GENTLEMEN, THE EVIDENCE IN THIS CASE IS THE TRANSLATION.  SO

19    EVEN IF SOME OF YOU HAPPEN TO UNDERSTAND SPANISH, THE SOLE

20    EVIDENCE IS THE TRANSLATION THAT YOU WILL BE PROVIDED.

21              THE CLERK:  I HAVE MARTINEZ.  SO IS MARTINEZ HIS

22    FIRST OR LAST NAME?

23              THE WITNESS:  MY LAST NAME.

24              THE CLERK:  OKAY.  WHAT'S HIS FIRST NAME?

25              THE WITNESS:  ERIC.
```

1        **THE CLERK:**  AND THAT'S E-R-I-C?

2        **THE WITNESS:**  YES.

3        **THE CLERK:**  THANK YOU.

4        **THE COURT:**  YOU MAY PROCEED.

5        **MR. KEARNEY:**  THANK YOU, YOUR HONOR.

6                       **DIRECT EXAMINATION**

7   BY MR. KEARNEY:

8   **Q.**  MR. MARTINEZ, GOOD MORNING.

9        CAN YOU PLEASE TELL US WHAT YOUR OCCUPATION IS, SIR?

10  **A.**  I AM A STUDENT OF A NETWORKING COMPUTERS.

11  **Q.**  IS THAT IN A LOCAL COLLEGE, SIR, OR WHERE IS THAT?

12  **A.**  IT'S IN SAN JOSE, I THINK IT IS THROUGH THE GOVERNMENT.

13              (PAUSE IN THE PROCEEDINGS.)

14       **THE CLERK:**  I GUESS ALL MY BATTERIES ARE BAD.

15       **MR. KEARNEY:**  CAN WE SHIFT THE MICROPHONE --

16       **THE CLERK:**  WE WILL HAVE TO MOVE THEM.

17       **MR. KEARNEY:**  YOUR HONOR, PERHAPS WE CAN HAVE THE

18  INTERPRETER AND THE WITNESS SWITCH SEATS.  IS THAT BETTER?

19       **THE CLERK:**  IT DOESN'T MATTER.

20       **THE COURT:**  THAT WOULD BE FINE.

21       **THE INTERPRETER:**  I MOVED THE MICROPHONE -- THE

22  INTERPRETER HAS MOVED THE MICROPHONE CLOSER TO HIMSELF.

23       **THE COURT:**  THAT SHOULD BE FINE.  AS LONG AS, MR.

24  TRANSLATOR, THAT IS A COMFORTABLE SETUP FOR YOU.

25       **THE INTERPRETER:**  I THINK SO.  IT IS TEETERING NEAR

```
 1    THE EDGE OF THE --
 2           THE CLERK:  OKAY.  I GOT THIS TO WORK.  SO WHY DON'T
 3    YOU FIX YOURSELF SO YOU DON'T FALL.
 4           THE INTERPRETER:  THANK YOU.
 5    BY MR. KEARNEY:
 6    Q.  MR. MARTINEZ, I WOULD LIKE TO ASK YOU IF YOU KNOW THE
 7    DEFENDANT, MR. JAMES LUCERO?
 8    A.  YES.
 9           MR. KEARNEY:  MAY THE RECORD REFLECT THE
10    IDENTIFICATION OF THE DEFENDANT?
11           THE COURT:  IT WILL.
12           MS. HANSEN:  SO STIPULATED.
13           MR. KEARNEY:  THANK YOU, COUNSEL.
14    BY MR. KEARNEY:
15    Q.  IN THE SUMMER OF 2014, MR. MARTINEZ, DID YOU WORK FOR
16    MR. LUCERO?
17    A.  YES.
18    Q.  IN WHAT CAPACITY, SIR?
19    A.  I WAS AN OPERATOR OPERATING THE BULLDOZER.
20    Q.  HOW WAS IT, MR. MARTINEZ, THAT YOU CAME TO GET HIRED BY
21    MR. LUCERO?
22    A.  WELL, THROUGH MY FATHER'S BOSS.
23    Q.  CAN YOU PLEASE EXPLAIN THAT CONNECTION FOR US?
24    A.  WELL, THEY WERE LOOKING FOR A WORKER WHO COULD OPERATE THE
25    MACHINE.  AND MY FATHER'S BOSS MENTIONED THAT HE KNEW SOMEONE.
```

1    AND I HAD HAD AN ACCIDENT ON THE JOB, AND SO I WAS OFFERED THE

2    OPPORTUNITY.  AND THE WORK WASN'T HARD WORK.  I DIDN'T HAVE TO

3    RAISE MY ARM.  I JUST SIMPLY HAD TO OPERATE THE MACHINERY.

4    Q.  YOU INDICATED -- THANK YOU, SIR.

5        YOU INDICATED, MR. MARTINEZ, THAT YOUR FATHER'S BOSS KNEW

6    SOMEONE WHO NEEDED A TRACTOR OPERATOR.  CAN YOU TELL US ABOUT

7    WHO YOUR DAD'S BOSS WAS AND HOW THAT WORKED OUT?

8    A.  WELL, MY FATHER'S BOSS'S NAME IS HUMBERTO VALDEZ.  AND HE

9    MENTIONED TO ME THAT THEY NEEDED AN OPERATOR, A WORKER.  AND

10   THEY KNEW EACH OTHER.  I DIDN'T KNOW HOW THEY KNEW EACH OTHER.

11   AND THAT'S WHEN HE INTRODUCED ME TO HIM.

12           MR. KEARNEY:  ALL RIGHT.  YOUR HONOR, I HAVE IN MY

13   HAND EXHIBIT 470.  MAY I APPROACH THE WITNESS?

14           THE COURT:  YOU MAY.

15               (EXHIBIT HANDED TO WITNESS.)

16   BY MR. KEARNEY:

17   Q.  MR. MARTINEZ, PLEASE TAKE A LOOK AT 470 AND TELL US IF YOU

18   RECOGNIZE THE IMAGE DEPICTED IN THAT PHOTOGRAPH, SIR.

19   A.  YES.

20   Q.  AND THE AREA DEPICTED IN THAT PHOTOGRAPH, IS THE

21   PHOTOGRAPH ITSELF A FAIR AND ACCURATE DEPICTION OF IT, SIR?

22   A.  YES.

23           MR. KEARNEY:  YOUR HONOR, AT THIS TIME I WOULD LIKE

24   TO MOVE 470 INTO EVIDENCE, PLEASE.

25           MS. HANSEN:  YOUR HONOR, EXHIBIT 470 IN THE BINDER

1    AND THE DIGITAL COPY APPEARS TO BE A DIFFERENT EXHIBIT.

2            **MR. KEARNEY:**  COUNSEL, CAN I SHOW YOU A COPY, JUST

3    PHYSICALLY?

4                        (COUNSEL CONFER.)

5            **MS. HANSEN:**  NO OBJECTION, YOUR HONOR.

6            **THE COURT:**  SO THE RECORD IS CLEAR, 470-0001?

7            **MR. KEARNEY:**  YES.  YOUR HONOR, I WAS INSTRUCTED NOT

8    TO USE THE FOUR LAST ZEROS UNLESS THERE WAS A NUMBER OTHER

9    THAN 1, SO I AM ABIDING BY MY OWN ORDER, SO --

10           **THE COURT:**  I LIKE THAT PLAN.  EXHIBIT 470 IS

11   ADMITTED.

12               (GOVERNMENT'S EXHIBIT 470 RECEIVED IN EVIDENCE)

13           **MR. KEARNEY:**  CAN WE PUBLISH THAT PHOTOGRAPH, PLEASE?

14                     (DISPLAYED ON SCREEN.)

15   **BY MR. KEARNEY:**

16   **Q.**  MR. MARTINEZ, YOU INDICATED THAT THE CONNECTION BETWEEN

17   YOURSELF AND MR. LUCERO WAS MADE BY HUMBERTO VALDEZ; IS THAT

18   CORRECT?

19   **A.**  YES.

20   **Q.**  AND IS MR. VALDEZ'S BUSINESS OR THE BUSINESS HE WAS

21   RUNNING BACK IN 2014 PICTURED IN THIS PHOTOGRAPH?

22   **A.**  YES.

23   **Q.**  DO YOU HAVE THE LASER POINTER IN FRONT OF YOU, SIR?

24   **A.**  IT'S THIS ONE RIGHT HERE?

25   **Q.**  YES.  THERE WE GO.  PLEASE TELL US WHERE MR. VALDEZ'S

MARTINEZ - DIRECT / KEARNEY

1    BUSINESS THAT HE WAS RUNNING BACK IN 2014 IS LOCATED ON THIS

2    PHOTOGRAPH.

3    **A.**   (INDICATING) THIS IMAGE.

4         **MR. KEARNEY:**   YOUR HONOR, THE WITNESS IS IDENTIFYING

5    THE CONCRETE PAD BEYOND THE PICK 'N PULL TOWARDS THE TOP OF

6    THIS EXHIBIT.

7    **BY MR. KEARNEY:**

8    **Q.**   SIR, WHAT KIND OF BUSINESS WAS MR. VALDEZ RUNNING ON THAT

9    CONCRETE PAD BACK IN 2014?

10   **A.**   IT WAS A DUMPING BUSINESS WHERE GARDENERS WOULD DUMP TREES

11   AND ALL SORTS OF THINGS LIKE THAT, AND HE WOULD GRIND IT UP.

12   **Q.**   HE WOULD MAKE MULCH?

13   **A.**   YEAH.

14   **Q.**   ALL RIGHT.  AT SOME POINT AFTER THE INTRODUCTION THROUGH

15   MR. VALDEZ WAS MADE, DID YOU ACTUALLY MEET MR. LUCERO

16   SOMEWHERE IN THIS AREA?

17   **A.**   YES.

18   **Q.**   CAN YOU PLEASE TELL US ABOUT THAT?

19   **A.**   WELL, HE INTRODUCED US THERE IN THAT AREA AND EXPLAINED TO

20   US WHAT WE NEEDED TO DO AND THE TAGS AND EVERYTHING.

21   **Q.**   WHO EXPLAINED WHAT YOU NEED TO DO?

22   **A.**   JIM.

23   **Q.**   MR. LUCERO.

24        ALL RIGHT.  YOU SAID HE TALKED TO YOU ABOUT -- WHAT DID HE

25   TELL YOU YOU HAD TO DO?

MARTINEZ – DIRECT / KEARNEY

1   **A.**  TO MAKE UP THE TAGS AND LATER ON TO OPERATE THE BULLDOZER.

2   **Q.**  WHEN YOU SAY "MAKE UP THE TAGS," WHAT ARE YOU TALKING

3   ABOUT, SIR?

4   **A.**  WELL, THE TRUCKS THAT CAME IN LOADED WITH DIRT.

5   **Q.**  PLEASE EXPLAIN.

6   **A.**  WELL, THEY WOULD COME IN, DUMP THE LOAD, AND THEN I HAD TO

7   PUT THE NAME OF THE COMPANY AND THE TRUCK ON IT.

8          **MR. KEARNEY:**  YOUR HONOR, I HAVE IN MY HAND EXHIBITS

9   0415, 415 THROUGH 0429, 429.  I WOULD LIKE TO APPROACH THE

10  WITNESS WITH THEM, IF I MAY.

11         **THE COURT:**  YOU MAY.

12             (EXHIBITS HANDED TO WITNESS.)

13  **BY MR. KEARNEY:**

14  **Q.**  MR. MARTINEZ, PLEASE TAKE A MOMENT, SIR, TO FLIP THROUGH

15  THOSE.

16  **A.**  YEP.

17  **Q.**  DO YOU RECOGNIZE THOSE EXHIBITS, SIR?

18  **A.**  YES.

19  **Q.**  ARE THOSE PULL TAGS THAT YOU WROTE UP?

20  **A.**  YES.

21  **Q.**  DO YOU RECOGNIZE YOUR OWN HANDWRITING ON THEM, SIR?

22  **A.**  YES, IT'S MY HANDWRITING.

23         **MR. KEARNEY:**  YOUR HONOR, MAY WE MOVE THESE INTO

24  EVIDENCE AT THIS TIME?

25         **MS. HANSEN:**  NO OBJECTION.

1          **THE COURT:**  EXHIBITS 415 THROUGH 429 ARE ADMITTED.

2      (GOVERNMENT'S EXHIBIT 415 TO 429 RECEIVED IN EVIDENCE.)

3          **MR. KEARNEY:**  YOUR HONOR, IF WE CAN PULL UP ONE OF

4    THOSE AT THIS TIME, EXHIBIT 429.

5                    (DISPLAYED ON SCREEN.)

6      CAN YOU BLOW IT UP, AGENT SU?

7    **BY MR. KEARNEY:**

8    **Q.**  MR. MARTINEZ, IS THIS A PULL TAG OR A TRUCK TAG THAT YOU

9    WROTE OUT?

10   **A.**  YES.

11   **Q.**  THE WORDS ACTUALLY PRINTED ON THAT DOCUMENT, IS THAT YOUR

12   PRINTING, SIR?

13   **A.**  YES.

14   **Q.**  AND AT THE BOTTOM OF THE DOCUMENT THERE IS A -- WHAT

15   APPEARS TO BE A SIGNATURE.  IS THAT YOUR SIGNATURE OR SOMEONE

16   ELSE'S?

17   **A.**  OF ANOTHER PERSON.

18   **Q.**  ALL RIGHT.  WHEN YOU FIRST MET MR. LUCERO, DID HE EXPLAIN

19   TO YOU THAT HE WANTED THESE TAGS FILLED OUT IN SOME WAY?

20   **A.**  YES.  THAT THEY SHOULD BE CLEAR.

21   **Q.**  ALL RIGHT.  AND WHEN TRUCKS CAME ON TO THE PROPERTY, DID

22   YOU ON DAYS YOU WERE WORKING FILL THESE OUT AND DO SOMETHING

23   WITH THEM?

24   **A.**  YES.  I WOULD FILL THEM OUT AND THEY WOULD SIGN, AND THEN

25   I WOULD LEAVE THEM THERE AND THEN THE NEXT DAY SOMEONE WOULD

1    COME BY AND PICK THEM UP.

2    **Q.**  SIR, THESE FORMS WERE CARBON COPY FORMS, RIGHT?  YOU COULD

3    PEEL ONE COPY OF IT AND GIVE IT TO THE DRIVER AND RETAIN ONE;

4    IS THAT CORRECT?

5    **A.**  YES.

6    **Q.**  CAN YOU PLEASE WALK US THROUGH THE INFORMATION YOU WROTE

7    ON THIS TAG, PLEASE, JUST TO EXPLAIN THE PROCESS?

8    **A.**  CAN I USE THE POINTER?

9    **Q.**  YES.

10   **A.**  THE NAME OF THE COMPANY, THE ADDRESS WHERE THE DUMPING WAS

11   BEING DONE, THE CITY, AND THE DATE, AND THE TYPE OF TRUCK.

12   **Q.**  SO IN THIS CASE, SIR, WE HAD ECONOMY TRUCKING DUMPING ONE

13   END DUMP OF MATERIAL AT THE STEVENSON SITE IN NEWARK ON WHAT

14   DATE IS THAT?

15   **A.**  AUGUST 20TH, 2014.

16   **Q.**  ALL RIGHT.  SIR, AFTER YOU GAVE ONE CARBON TO THE DRIVER,

17   WHAT DID YOU DO WITH THE ONE YOU RETAINED?

18   **A.**  WELL, I WOULD ORDER THEM IN ORDER TO TURN THEM IN THE NEXT

19   DAY OR SO THAT SOMEONE WOULD COME BY AND PICK THEM UP.

20   **Q.**  ALL RIGHT.  SIR, YOU -- THIS PARTICULAR TAG ON

21   AUGUST 20TH, 2014 FOR ECONOMY TRUCKING LISTED AN END DUMP

22   TRUCK; IS THAT RIGHT?

23   **A.**  UH-HUH, YES.

24   **Q.**  ARE YOU FAMILIAR WITH WHAT AN END DUMP LOOKS LIKE, SIR?

25   **A.**  THEY ARE LONG.

1    **Q.**  ALL RIGHT.  WAS PART OF YOUR JOB THE IDENTIFICATION OF

2    TRUCKS?

3    **A.**  YES.

4         **MR. KEARNEY:**  CAN WE PULL UP, YOUR HONOR, EXHIBIT 42

5    AT THIS TIME.  THIS HAS ALREADY BEEN SHOWN FOR DEMONSTRATIVE

6    PURPOSES TO THE JURY.

7                    (DISPLAYED ON SCREEN.)

8    **BY MR. KEARNEY:**

9    **Q.**  MR. MARTINEZ, PLEASE TAKE A LOOK AT THE PHOTOGRAPH THERE.

10   IS THAT AN END DUMP DUMP TRUCK?

11   **A.**  YES.

12   **Q.**  IS THAT -- I KNOW IT IS PROBABLY NOT THE SAME TRUCK BUT IS

13   THAT SIMILAR TO THE END DUMP THAT WE HAVE BEEN TALKING ABOUT

14   THAT DUMPED A LOAD OF FILL ON AUGUST 20TH, 2014?

15   **A.**  YES.

16        **MR. KEARNEY:**  YOUR HONOR, I SEEK TO MOVE EXHIBIT 42

17   INTO EVIDENCE, IF I MAY.

18        **MS. HANSEN:**  I BELIEVE IT IS A DEMONSTRATIVE, AS

19   COUNSEL STATED.

20        **MR. KEARNEY:**  I THINK A PROPER FOUNDATION NOW HAS

21   BEEN MADE FOR IT, SIR.

22         **THE COURT:**  DID YOU OBJECT TO THE ADMISSION?

23        **MS. HANSEN:**  YES, I DO, YOUR HONOR.  IT IS NOT THE

24   ACTUAL TRUCKS THAT WERE USED IN THIS CASE.  IT IS NOT EVIDENCE

25   IN THIS CASE.

1          **THE COURT:**  OVERRULED.  42 IS ADMITTED.

2          **MR. KEARNEY:**  THANK YOU.

3       (GOVERNMENT'S EXHIBIT 42 RECEIVED IN EVIDENCE)

4   **BY MR. KEARNEY:**

5   **Q.**  NOW I WANT TO GO BACK -- NOW THAT WE HAVE GOTTEN THE TAGS

6   OUT OF THE WAY, LET'S GO BACK TO THAT FIRST MEETING THAT YOU

7   HAD WITH MR. LUCERO AT THE -- MET AT MR. VALDEZ'S YARD.

8       IN ADDITION TO TALKING ABOUT YOUR RESPONSIBILITIES AND

9   FILLING OUT DUMP TAGS, SIR, DID YOU ALSO DISCUSS PAY WITH THE

10  DEFENDANT?

11  **A.**  YES.

12  **Q.**  AND WHAT WAS THE PAY YOU WERE GOING TO GET THAT YOU

13  DISCUSSED FOR DRIVING THE TRACTOR?

14  **A.**  $18 AN HOUR.

15  **Q.**  DO YOU REMEMBER WHAT DATE OR GENERAL TIME PERIOD THIS

16  FIRST MEETING WITH MR. LUCERO WAS?

17  **A.**  NO, I DON'T.

18  **Q.**  IN THE PERIOD OF TIME THAT YOU WORKED FOR MR. LUCERO, DID

19  YOU GET PAID?

20  **A.**  YES.

21  **Q.**  WAS THAT -- HOW WOULD YOU TYPICALLY GET PAID, SIR?

22          **MS. HANSEN:**  OBJECTION.  RELEVANCE TO THIS LINE OF

23  QUESTIONING.

24          **THE COURT:**  OVERRULED.

25          **THE WITNESS:**  CASH.

1    **BY MR. KEARNEY:**

2    **Q.** DID YOU ALSO GET PAID IN CHECK ON OCCASION?

3    **A.** YES.

4             **MR. KEARNEY:** YOUR HONOR, I WOULD LIKE TO SHOW THE

5    WITNESS EXHIBIT 430, 430, IF I MAY?

6             **THE COURT:** YES.

7                  (EXHIBIT HANDED TO WITNESS.)

8    **BY MR. KEARNEY:**

9    **Q.** MR. MARTINEZ, DO YOU RECOGNIZE THAT DOCUMENT, SIR?

10   **A.** YES.

11   **Q.** WHAT IS IT?

12   **A.** IT'S PAYMENT FOR MY WORK.

13   **Q.** IS YOUR NAME LISTED ON THAT CHECK?

14   **A.** YEAH -- YES.

15   **Q.** IS THAT A CHECK YOU RECEIVED FOR YOUR WORK ON THE SITE

16   FROM MR. LUCERO?

17   **A.** YES.

18             **MR. KEARNEY:** YOUR HONOR, I WOULD LIKE TO ADMIT 430

19   INTO EVIDENCE AT THIS TIME.

20             **MS. HANSEN:** NO OBJECTION.

21             **THE COURT:** EXHIBIT 430 IS ADMITTED.

22        (GOVERNMENT'S EXHIBIT 430 RECEIVED IN EVIDENCE)

23             **MR. KEARNEY:** CAN WE SHOW IT TO THE JURY, SIR?

24                  (DISPLAYED ON SCREEN.)

25   **BY MR. KEARNEY:**

1    **Q.**  SIR, THIS IS A CHECK WRITTEN TO YOU THE DATE SAYS

2    AUGUST 11TH OF 2014.  DOES THAT FIT WITH YOUR MEMORY, SIR?

3    **A.**  YES.

4    **Q.**  DO YOU RECOGNIZE THE SIGNATURE ON THAT CHECK?

5    **A.**  I HONESTLY DON'T KNOW WHOSE SIGNATURE IT IS BUT I THINK

6    IT'S... I THINK IT IS JIMMY'S.

7    **Q.**  IF YOU DON'T KNOW, SIR, DON'T GUESS.

8    **A.**  OKAY.  I DON'T KNOW.

9    **Q.**  HOW ABOUT THE COMPANY ACCOUNTS THAT THAT CHECK WAS WRITTEN

10   ON, SIR?  IT SAYS ECONOMY WASTE SOLUTIONS INC.  DO YOU

11   RECOGNIZE THAT COMPANY NAME?

12   **A.**  NO.

13   **Q.**  THE MEMO LINE ON THE BOTTOM OF THAT CHECK, SIR, IT SAYS

14   WHAT?

15   **A.**  THE THREE DAYS OF WORK.

16   **Q.**  NOW LET'S TALK ABOUT THAT ACTUAL WORK FOR A MOMENT, IF WE

17   MAY.

18       WHAT WAS --

19            **THE COURT:**  SORRY, MR. KEARNEY, I THINK THIS MAY BE A

20   GOOD TIME TO TAKE OUR BREAK.  WE HAVE HIT 11:30.

21       LADIES AND GENTLEMEN, LET'S TAKE OUR SECOND MORNING

22   RECESS.  REMEMBER ALL OF YOUR RULES TO LIVE BY, AND WE WILL BE

23   BACK HERE AT 11:45.

24       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

25            **THE CLERK:**  YOU MAY BE SEATED.

1    (RECESS TAKEN AT 11:32 A.M; RESUMED AT 11:45 A.M.)

2    (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

3    **THE CLERK:**  YOU MAY BE SEATED.  REMAIN SEATED.  COME

4    TO ORDER.  THIS COURT IS BACK IN SESSION.

5    **THE COURT:**  ALL RIGHT.  LADIES AND GENTLEMEN, WE WILL

6    CONTINUE.  I WILL GIVE YOU A SLIGHTLY FULLER INSTRUCTION TO

7    GUIDE YOUR CONSIDERATION OF THIS TESTIMONY.  IT'S WHAT I TOLD

8    YOU BEFORE THE WITNESS STARTED WITH A LITTLE BIT OF

9    AUGMENTATION.

10   SO YOU ARE HEARING THE TESTIMONY OF MR. MARTINEZ WHO, AS

11   YOU'VE HEARD, IS TESTIFYING IN THE SPANISH LANGUAGE.

12   WITNESSES WHO DO NOT SPEAK ENGLISH OR ARE MORE PROFICIENT IN

13   ANOTHER LANGUAGE TESTIFY THROUGH AN OFFICIAL COURT

14   INTERPRETER, WHO YOU SAW HAS BEEN SWORN.

15   ALTHOUGH SOME OF YOU MAY KNOW SPANISH, IT IS IMPORTANT

16   THAT ALL JURORS CONSIDER THE SAME EVIDENCE.  THEREFORE, YOU

17   MUST ACCEPT THE INTERPRETER'S TRANSLATION OF THE WITNESS'S

18   TESTIMONY AND YOU MUST DISREGARD ANY DIFFERENT MEANING.  YOU

19   MUST NOT MAKE ANY ASSUMPTIONS ABOUT A WITNESS OR PARTY BASED

20   SOLELY ON THE FACT THAT AN INTERPRETER WAS USED.

21   WITH THAT YOU MAY CONTINUE, MR. KEARNEY.

22   **MR. KEARNEY:**  THANK YOU, YOUR HONOR.

23   **BY MR. KEARNEY:**

24   **Q.**  MR. MARTINEZ, WHEN WE LEFT OFF, WE WERE JUST -- WE TALKED

25   ABOUT PAY.  WE TALKED ABOUT PULL TAGS.  I WANT TO TALK TO YOU

1    ABOUT YOUR ACTUAL JOB.

2        SIR, WHEN YOU WENT TO WORK EVERY DAY FOR MR. LUCERO, WHAT

3    WERE YOU PHYSICALLY DOING?

4    **A.**  WELL, TO WRITE UP THE TAGS AND TO OPERATE THE BULLDOZER,

5    AND AFTER THEY HAD DUMPED THEIR LOAD, I WAS SUPPOSED TO PUSH

6    THE DIRT OVER SO THAT THE LAND WOULD END UP BEING MORE LEVEL.

7    **Q.**  DID YOU -- HAD YOU EVER OPERATED A BULLDOZER BEFORE?

8    **A.**  NO.

9    **Q.**  DID YOU GET ANY LESSONS OR INSTRUCTION ON HOW TO DO THAT?

10   **A.**  YES.

11   **Q.**  AND PLEASE DESCRIBE THAT FOR US.

12   **A.**  WELL, THEY TAUGHT ME -- WELL, JIMMY TAUGHT ME HOW TO DRIVE

13   IT, HOW TO OPERATE IT.

14   **Q.**  AND WHEN YOU SAY "JIMMY," YOU'RE TALKING ABOUT MR. LUCERO;

15   IS THAT CORRECT?

16   **A.**  YES.

17   **Q.**  DID YOU EVER SEE MR. LUCERO OPERATING THE TRACTOR HIMSELF?

18   **A.**  YES.

19   **Q.**  PLEASE TELL US ABOUT THAT.

20   **A.**  WELL, I WAS FILLING OUT THE TAGS AND FOR A FEW DAYS HE WAS

21   OPERATING THE TRACTOR AND PUSHING THE DIRT.

22   **Q.**  ALL RIGHT.

23   **A.**  AND I WAS WATCHING HIM.

24   **Q.**  WAS THAT KIND OF AN ON-THE-JOB TRAINING FOR YOU JUST

25   LEARNING HOW TO DO IT?

MARTINEZ - DIRECT / KEARNEY

1    **A.**  YES.

2    **Q.**  THIS AREA OF THE PROPERTY THAT YOU SAW MR. LUCERO

3    OPERATING THE TRACTOR IN, WHERE WAS THAT, SIR?

4    **A.**  BY THE PICK 'N PULL, BEHIND THE -- MY FATHER'S YARD.

5          **THE INTERPRETER:**  INTERPRETER CORRECTION.  BEHIND THE

6    YARD OF MY FATHER'S BOSS.

7          **MR. KEARNEY:**  YOUR HONOR, MAY WE BRING UP 470 AGAIN,

8    PLEASE?

9                    (DISPLAYED ON SCREEN.)

10         **THE COURT:**  HAS THAT ONE BEEN ADMITTED?

11         **MR. KEARNEY:**  YES.

12         **THE CLERK:**  IT WAS PREVIOUSLY ADMITTED, YOUR HONOR.

13   **BY MR. KEARNEY:**

14   **Q.**  THE AREA WHERE YOU SAW MR. LUCERO OPERATING THE BULLDOZER,

15   MR. MARTINEZ, IS IT SHOWN IN THIS PHOTOGRAPH, EXHIBIT 470?

16   **A.**  YES.

17   **Q.**  WITH THE LASER POINTER, PLEASE TELL US WHERE YOU SAW HIM

18   OPERATING.

19   **A.**  (INDICATING.)

20         **MR. KEARNEY:**  SO, YOUR HONOR, THE WITNESS HAS

21   IDENTIFIED A PHOTOGRAPH -- OR A PORTION OF THE EXHIBIT JUST

22   IMMEDIATELY OFF THE CONCRETE PAD IN THE NORTHERN FILL AREA UP

23   CLOSE TO THE DRAINAGE CHANNEL.

24   **BY MR. KEARNEY:**

25   **Q.**  SIR, DID -- HOW LONG DID YOU YOURSELF WORK IN THIS

```
1    NORTHERN AREA BY THE PICK 'N PULL FOR MR. LUCERO?

2    A.  A WEEK OR TWO -- TWO WEEKS.

3    Q.  DURING THAT WEEK OR TWO PERIOD, MR. MARTINEZ, HOW MANY

4    LOADS OF MATERIAL WERE DROPPED ON THE LAND THAT YOU SAW?

5    A.  I DON'T KNOW.

6    Q.  CAN YOU GIVE US, WAS IT 10?  WAS IT 20?  WAS IT A HUNDRED?

7        CAN YOU GIVE US ANY KIND OF AN ESTIMATE, SIR?

8    A.  I DON'T KNOW.  IT DEPENDED ON -- THERE WERE SLOW DAYS AND

9    NOT.

10   Q.  PLEASE TELL US ABOUT THAT.

11   A.  SOME DAYS THERE WASN'T ANYTHING.  OTHER DAYS THERE WERE

12   20.  OTHER DAYS 50.

13   Q.  ALL RIGHT.  AND THAT LASTED FOR A WEEK OR TWO IN THIS

14   NORTHERN AREA.  IS THAT A FAIR STATEMENT?

15   A.  YES.

16   Q.  AND AFTER THAT TIME PERIOD DID YOU MOVE SOMEWHERE ELSE?

17   A.  YES.

18        MR. KEARNEY:  YOUR HONOR, MAY WE -- MAY I APPROACH

19   THE WITNESS WITH EXHIBIT 3?

20        THE COURT:  YOU MAY.

21        THE CLERK:  3?  DID YOU SAY 3?

22        MR. KEARNEY:  YES, 1, 2, 3.

23             (EXHIBIT HANDED TO WITNESS.)

24   BY MR. KEARNEY:

25   Q.  DO YOU SEE THE AREA ON THAT EXHIBIT, MR. MARTINEZ, WHERE
```

MARTINEZ - DIRECT / KEARNEY

1    THE OPERATION MOVED FROM THE NORTHERN AREA?

2    **A.**  I DON'T QUITE HAVE MY BEARINGS.

3    **Q.**  LET ME HELP YOU, MR. MARTINEZ.  THIS STREET HERE, AND IT

4    RUNS ALMOST VERTICALLY UP AND DOWN ON EXHIBIT 3, HAS ALREADY

5    BEEN IDENTIFIED AS STEVENSON BOULEVARD.  DOES THAT HELP AT

6    ALL?

7    **A.**  YES.

8    **Q.**  ALL RIGHT.  NOW, HAVING -- ARMED WITH THAT KNOWLEDGE, DO

9    YOU NOW KNOW WHERE YOU MOVED TO FROM THE NORTHERN DUMPING

10   SITE?

11   **A.**  IT'S NO. 3, SECTION 3 THAT'S HERE.

12   **Q.**  CAN YOU SHOW US WITH THE POINTER?

13   **A.**  ALL OF THIS AREA, STEVENSON (INDICATING).

14        **MR. KEARNEY:**  ALL RIGHT.  YOUR HONOR, THE WITNESS HAS

15   IDENTIFIED THE -- WHAT WE'VE BEEN REFERRING TO AS THE SOUTHERN

16   FILL AREA IN THE APPROXIMATE CENTER OF EXHIBIT 3.

17   **BY MR. KEARNEY:**

18   **Q.**  DID YOU PERFORM THE SAME TASK IN THAT AREA, THAT SECOND

19   AREA, AS YOU WERE PERFORMING BACK IN THE NORTHERN AREA?

20   **A.**  YES.

21   **Q.**  MR. MARTINEZ, WHAT STREET DID YOU GO DOWN TO ACCESS THAT

22   SECOND FILL SITE AREA?

23   **A.**  THROUGH STEVENSON.

24   **Q.**  DID YOU GO IN THROUGH THE STEVENSON GATE?

25   **A.**  YES.

MARTINEZ – DIRECT / KEARNEY

1   **Q.** WAS THE GATE LOCKED, UNLOCKED, OPEN, CLOSED?

2      TELL US ABOUT WHAT CONDITION THE GATE WAS IN WHEN YOU

3   WENT.

4   **A.** WELL, THEY GAVE ME THE KEY AND I HAD THE KEY TO OPEN AND

5   SHUT THE GATE.

6   **Q.** WHO GAVE YOU THE KEY?

7   **A.** JAMES.

8   **Q.** DO YOU REMEMBER HOW LONG APPROXIMATELY YOU WORKED IN THIS

9   SECOND AREA, ACCESS THROUGH THE STEVENSON GATE, SIR?

10  **A.** I DON'T REMEMBER EXACTLY.

11  **Q.** WAS ANYBODY ELSE WORKING WITH YOU AT THAT SECOND SITE?

12  **A.** YES.

13  **Q.** PLEASE TELL US ABOUT THAT.

14  **A.** KEVIN AND AUSTIN WERE WORKING THERE.

15  **Q.** WE'VE HEARD ABOUT KEVIN ALREADY.  WHO WAS AUSTIN?

16  **A.** JIM'S SON.

17  **Q.** YOU TOLD US AN ESTIMATE, MR. MARTINEZ, OF THE FREQUENCY OF

18  THE TRUCKS THAT WERE VISITING THE NORTHERN AREA SITE.

19     I WANT TO ASK YOU THE SAME QUESTION ABOUT THIS SOUTHERN

20  SITE OFF OF STEVENSON.  WAS THE FREQUENCY THE SAME, GREATER,

21  LESSER, GREATER?

22     TELL US ABOUT THAT, PLEASE.

23  **A.** THE SAME AMOUNT OF TRUCKS, MAYBE A LITTLE MORE, 60 SOME

24  DAYS.

25  **Q.** AND, AGAIN, SIR, YOU DON'T KNOW AS YOU SIT HERE NOW HOW

1   MANY DAYS YOU WORKED IN THAT AREA?

2   **A.**   NO.  I DON'T REMEMBER.  SOME MONTHS.

3   **Q.**   I WANT TO DIRECT YOUR ATTENTION, MR. MARTINEZ, TO

4   SEPTEMBER 8TH, 2014.  I WANT TO ASK YOU, SIR, IF YOU WERE

5   WORKING ON THE LAND IN THAT SOUTHERN AREA ON THAT DATE WHEN A

6   MAN IN A CONVERTIBLE CAR SHOWED UP.

7   **A.**   YES.

8   **Q.**   PLEASE TELL US ABOUT THAT.

9   **A.**   I WAS OPERATING THE BULLDOZER WHEN THE CONVERTIBLE CAME

10   THROUGH AT A HIGH SPEED AND SEEMED TO BE ANGRY.

11   **Q.**   DESCRIBE WHAT HAPPENED AFTER YOU MADE THAT INITIAL

12   OBSERVATION.

13   **A.**   THE MAN GOT OUT OF THE CONVERTIBLE AND TOLD US ALL TO

14   STOP.  TOLD US TO STOP EVERYTHING.  THERE WAS NO MORE WORK TO

15   BE DONE.

16   **Q.**   AND DID YOU STOP?

17   **A.**   YES, I DID.

18   **Q.**   AFTER YOU STOPPED WORKING WHEN THIS MAN IN THE CONVERTIBLE

19   CAR TOLD YOU TO, WHAT DID YOU DO THEN?

20   **A.**   I TURNED OFF THE MACHINERY, LEFT THE KEYS IN IT, AND THEN

21   I SPOKE TO AUSTIN.

22          **THE INTERPRETER:**  I AM GOING TO REQUEST A

23   CLARIFICATION, IF I MAY, YOUR HONOR.

24          **THE COURT:**  AS TO THE QUESTION?

25          **THE INTERPRETER:**  AS TO THE ANSWER, YOUR HONOR.

1       **THE COURT:**  YOU NEED TO REQUEST CLARIFICATION WITH

2  THE WITNESS?

3       **THE INTERPRETER:**  YES, YOUR HONOR.  THE INTERPRETER

4  DIDN'T FULLY UNDERSTAND THE ENTIRETY OF THE LAST RESPONSE.

5       **THE COURT:**  I SEE.  YOU MAY.

6       **THE INTERPRETER:**  THANK YOU.

7       **THE WITNESS:**  SO I WENT OVER TO AUSTIN AND SPOKE TO

8  AUSTIN.  AND I SAID, I DON'T KNOW WHAT HE'S SAYING.  I DIDN'T

9  UNDERSTAND ENGLISH.  AND I SAID, I'M GOING TO GO HOME.  I HAVE

10  AN EMERGENCY TO DEAL WITH.  AND HE STAYED AND TALKED TO HIM.

11  **BY MR. KEARNEY:**

12  **Q.**  ALL RIGHT.

13     SIR, I WANT TO SHOW YOU EXHIBIT NUMBER 40, IF I MAY.

14     THAT PHOTOGRAPH WAS TAKEN ON SEPTEMBER 8TH OF 2014.  IT'S

15  ALREADY IN EVIDENCE.  I WANT TO ASK YOU IF YOU RECOGNIZE WHAT

16  IS DEPICTED IN THAT PHOTOGRAPH.

17  **A.**  YES.

18  **Q.**  PLEASE TELL US ABOUT IT.

19  **A.**  THIS WAS THE DAY THAT WE STOPPED.  IT WAS ON THE STEVENSON

20  AREA.

21  **Q.**  ALL RIGHT.  AND WHEN YOU TOLD US EARLIER THAT YOU TURNED

22  THE TRACTOR OFF AND LEFT, IS THAT WHERE YOU LEFT IT?

23  **A.**  YES.

24       **MR. KEARNEY:**  THANK YOU, YOUR HONOR.  NO FURTHER

25  QUESTIONS.

```
 1            THE COURT:  ALL RIGHT.  ANY CROSS-EXAMINATION?

 2            MS. HANSEN:  YES, YOUR HONOR, VERY BRIEFLY.

 3

 4

 5                        CROSS-EXAMINATION

 6     BY MS. HANSEN:

 7     Q.  HI.  GOOD AFTERNOON, MR. MARTINEZ.

 8     A.  GOOD AFTERNOON.

 9     Q.  JUST HAVE A FEW QUESTIONS FOR YOU.

10         WHEN YOU WERE WORKING FOR MR. LUCERO, IT WAS A DROUGHT AT

11     THE TIME; IS THAT RIGHT?

12     A.  YES.

13     Q.  AND IT WAS DRY?

14     A.  YES.

15     Q.  YOU DON'T RECALL THE GROUND BEING WET AT THE MOWRY SITE,

16     CORRECT?

17     A.  NO.

18     Q.  SO, NO, IT WAS NOT WET, CORRECT?

19     A.  NO.  NO.

20     Q.  AND IT WAS -- WAS IT WET AT STEVENSON?

21     A.  NO.

22     Q.  AND DID YOU ONCE NEED A WATER TRUCK AT THE SITE?

23     A.  YES.

24     Q.  AND THAT WAS FOR DUST CONTROL, CORRECT?

25     A.  YES.
```

1          **MS. HANSEN:**  THANK YOU.

2          **THE COURT:**  ANY REDIRECT?

3          **MR. KEARNEY:**  NO.

4          **THE COURT:**  ALL RIGHT.  MR. MARTINEZ, THANK YOU.  YOU

5    ARE EXCUSED.

6       THANK YOU, MR. TRANSLATOR.

7          **THE INTERPRETER:**  MY PLEASURE, YOUR HONOR.

8          **THE COURT:**  THE GOVERNMENT MAY CALL ITS NEXT WITNESS.

9          **MS. LEE:**  THE GOVERNMENT CALLS DOLAN NGUYEN.

10         **THE CLERK:**  COME UP TO THE WITNESS STAND, PLEASE.  GO

11   UP THE STAIRS AND RAISE YOUR RIGHT HAND FOR ME, PLEASE.

12      (**DOLAN NGUYEN**, CALLED AS A WITNESS FOR THE GOVERNMENT,

13   HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

14         **THE WITNESS:**  YES.

15         **THE CLERK:**  YOU MAY BE SEATED.  ONCE SEATED, I AM

16   GOING TO NEED FOR YOU TO PLEASE STATE AND SPELL YOUR FIRST AND

17   NAME FOR THE RECORD.

18      YOU CAN HAVE A SEAT.  PUT YOUR HAND DOWN.  HAVE A SEAT.

19   AND THEN STATE AND SPELL YOUR FIRST AND LAST NAME FOR THE

20   RECORD.

21         **THE WITNESS:**  MY FIRST NAME IS DOLAN.  AND MY LAST

22   NAME NGUYEN.

23         **THE CLERK:**  SPELL BOTH YOUR FIRST AND LAST NAME.

24         **THE WITNESS:**  FIRST NAME, D-O-L-A-N.  AND LAST NAME

25   IS N-G-U-Y-E-N.

1          **THE CLERK:**  THANK YOU.

2          **THE WITNESS:**  YOU'RE WELCOME.

3          **THE CLERK:**  THERE'S WATER IN THE PITCHER AND THERE

4     ARE CUPS.  OKAY?

5                        **DIRECT EXAMINATION**

6     BY MS. LEE:

7     Q.  MR. NGUYEN, WHAT COMPANY DO YOU WORK FOR?

8     A.  I WORK FOR ECONOMY TRUCKING.

9     Q.  WHAT DO YOU DO FOR ECONOMY TRUCKING?

10    A.  I'M A TRUCK DRIVER.

11    Q.  HOW LONG HAVE YOU BEEN A TRUCK DRIVER?

12    A.  I'M 15 YEAR.  MORE THAN 15 YEAR.

13    Q.  WHAT TYPE OF TRUCK DO YOU DRIVE?

14    A.  I'M DRIVING A SUPER DUMP.

15    Q.  HOW MANY AXLES ARE ON A SUPER DUMP?

16    A.  THREE.  AXLE, THE MAIN ONE, AND SMALL ONE ON THE TOP.

17    WHEN I'M LOADING HEAVY, I HAVE TO PUT IT DOWN, BUT WHEN IT

18    EMPTY, I PICK IT UP.

19    Q.  HOW MANY YARDS OF MATERIAL DOES YOUR SUPER DUMP HOLD?

20    A.  20-YARD.

21    Q.  HOW MANY TONS OF --

22    A.  18 AND A HALF --

23    Q.  I WILL REPHRASE MY QUESTION.

24        HOW MANY TONS DOES YOUR SUPER DUMP HOLD?

25    A.  18 AND A HALF.

NGUYEN – DIRECT / LEE

1   **Q.**  I WOULD LIKE TO SHOW YOU EXHIBIT 43.

2                    (EXHIBIT HANDED TO WITNESS.)

3       WHAT IS THAT, MR. NGUYEN?

4   **A.**  THIS ONE IS SUPER DUMP, BUT THIS ONE A LITTLE BIT LONGER

5   THAN THE SUPER DUMP.  BUT THE TIRE IS SAME AS SUPER DUMP.

6   SUPER DUMP WE DON'T HAVE THREE SMALL TIRE IN THE MIDDLE.

7   THERE ARE ONLY TWO IN THE BACK AND ONE IN THE FRONT.  AND ON

8   THE TOP, WE HAVE A LITTLE AXLE ON THE TOP.

9            **MS. LEE:**  I WOULD LIKE FOR EXHIBIT 43 NOT TO BE

10  ADMITTED, BUT JUST TO BE SHOWN TO THE JURY AS A DEMONSTRATIVE.

11            **THE COURT:**  ANY OBJECTION?

12            **MR. SMOCK:**  NO, YOUR HONOR.

13            **THE COURT:**  ALL RIGHT.  SO EXHIBIT 43 MAY BE USED AS

14  A DEMONSTRATIVE TO ILLUSTRATE THE WITNESS'S TESTIMONY BUT WILL

15  NOT BE ADMITTED IN EVIDENCE.

16                    (DISPLAYED ON SCREEN.)

17  **BY MS. LEE:**

18  **Q.**  OKAY.

19      WAS THERE A TIME WHEN YOU DUMPED DIRT AT A PROPERTY IN

20  NEWARK, CALIFORNIA OFF OF MOWRY AVENUE?

21  **A.**  YES.

22  **Q.**  DO YOU RECALL APPROXIMATELY WHEN THAT WAS?

23  **A.**  CAN YOU SAY AGAIN?

24  **Q.**  WHEN DID YOU GO TO THE NEWARK PROPERTY OFF OF MOWRY

25  AVENUE?

NGUYEN – DIRECT / LEE

1    **A.**   ABOUT THREE, THREE AND A HALF YEARS AGO.

2    **Q.**   YOU DON'T REMEMBER THE EXACT DATE OR TIME?

3    **A.**   NOT REMEMBER THE EXACT TIME, THE DATE, AND THE YEAR.  BUT

4    LIKE THREE, THREE HALF YEAR AGO.

5    **Q.**   I WOULD LIKE TO SHOW YOU AND I'D ACTUALLY LIKE TO PULL UP

6    ON THE SCREEN EXHIBIT 156, WHICH HAS ALREADY BEEN ADMITTED

7    INTO EVIDENCE.

8                        (DISPLAYED ON SCREEN.)

9    **BY MS. LEE:**

10   **Q.**   MR. NGUYEN, LOOKING AT THE SCREEN, DO YOU RECOGNIZE THAT?

11   **A.**   YES.

12   **Q.**   WHAT IS IT?

13   **A.**   FROM MOWRY.

14   **Q.**   IS THAT WHERE YOU WENT TO DUMP DIRT?

15   **A.**   YES.

16   **Q.**   ABOUT THREE, THREE AND A HALF YEARS AGO?

17   **A.**   YEAH, ABOUT --

18   **Q.**   APPROXIMATELY?

19   **A.**   YES.

20   **Q.**   CAN YOU DESCRIBE -- ACTUALLY I'M GOING TO ASK TO BE PULLED

21   UP A CLOSE-UP IMAGE, EXHIBIT 157.

22                        (DISPLAYED ON SCREEN.)

23        CAN YOU DESCRIBE WHAT YOU SAW WHEN YOU WENT TO GO DUMP

24   DIRT AT THIS PROPERTY?

25   **A.**   YES.

NGUYEN – DIRECT / LEE

1    **Q.**  CAN YOU DESCRIBE WHAT YOU SAW WHEN YOU WENT TO DUMP DIRT

2    AT THIS PROPERTY?

3    **A.**  CAN I SHOW?

4    **Q.**  WHY DON'T YOU TRY TO DESCRIBE IN WORDS AND WE WILL HAVE

5    YOU MOVE AND DEMONSTRATE ON THE SCREEN LATER.

6    **A.**  I HAVE TO SHOW THEM OR I HAVE --

7    **Q.**  WELL --

8              **THE CLERK:**  WHAT ARE YOU LOOKING FOR?

9              **MS. LEE:**  THE MICROPHONE.

10    YOUR HONOR, MAY MR. DOLAN (SIC) COME TO THE SCREEN TO

11   DESCRIBE WHAT HE SAW HAPPEN?

12              **THE COURT:**  HE MAY.

13              **MS. LEE:**  MR. DOLAN --

14              **THE COURT:**  MR. NGUYEN.

15              **MS. LEE:**  MR. NGUYEN, OKAY.

16   **BY MS. LEE:**

17   **Q.**  CAN YOU DESCRIBE HOW YOU GOT ON TO THE PROPERTY AND WHERE

18   YOU DUMPED DIRT?

19   **A.**  OKAY.  I CAME FROM THIS WAY, MOWRY, AND I TURNED LEFT

20   RIGHT HERE (INDICATING).  THEY HAVE A LITTLE GATE RIGHT HERE.

21   THEN WE GO ALL THE WAY FROM THERE TO ALL THE WAY DOWN HERE

22   (INDICATING).  THEN WE HAVE TO BACK -- LET ME CHECK AGAIN.

23    YEP.  THEN WE GO THIS WAY.  THEN WE HAVE TO BACK UP RIGHT

24   HERE AND WE DUMP IT RIGHT HERE (INDICATING).

25   **Q.**  MR. NGUYEN I'LL JUST HAVE YOU TAKE YOUR SEAT AGAIN.

1    **A.**  YEAH.

2         **MS. LEE:**  SO JUST LET THE RECORD REFLECT MR. NGUYEN

3    INDICATED HE DROVE DOWN MOWRY AVENUE, MADE A LEFT ON WHAT

4    APPEARS TO BE A CONCRETE PAD, DROVE ALL THE WAY TO THE END,

5    BACKED IN RIGHT OFF THE CONCRETE PAD AT THE ENTRANCE TO THE

6    NORTHERN FILL AREA.

7    **BY MS. LEE:**

8    **Q.**  MR. NGUYEN, DOES THAT BLUE STRAIGHT LINE, IS THAT HOW YOU

9    DROVE INTO THE PROPERTY?

10   **A.**  YES.

11   **Q.**  IS THAT X, THAT BLUE X THAT YOU SEE ON THE SCREEN, IS THAT

12   WHERE YOU BACKED IN TO DUMP DIRT?

13   **A.**  YES.  WE GO IN THIS WAY, THEN WE BACK UP RIGHT HERE, AND

14   DUMP IT RIGHT HERE (INDICATING).

15   **Q.**  HOW MANY TRUCKS DID YOU SEE WHEN YOU WENT TO THIS SITE?

16   **A.**  EVERY TIME I CAME THERE, I SAW SEVEN, EIGHT TRUCK LINE UP.

17   AND WE HAVE TO LINE UP THERE FIVE, TEN MINUTES TO DUMP EACH

18   LOAD.

19   **Q.**  I WILL HAVE YOU TAKE A SEAT AGAIN.  THANK YOU.

20      WHEN YOU HAD COME TO DUMP ONE LOAD, HOW LONG WOULD YOU

21   STAY ON THIS PROPERTY?

22   **A.**  LIKE FIVE MINUTES, TEN MINUTES.

23   **Q.**  DURING THIS FIVE-, TEN-MINUTE TIME PERIOD, HOW MANY TRUCKS

24   WOULD YOU SEE LINED UP WAITING TO DUMP?

25   **A.**  ABOUT LIKE SIX, SEVEN TRUCK, SOMETIME FIVE TRUCK.  DEPEND

NGUYEN – DIRECT / LEE

```
1    ON WHAT TIME I COME.
2    Q.   AND WHAT TYPE OF TRUCKS DID YOU SEE LINED UP?  WERE THEY
3    ALL SUPER DUMPS LIKE YOURS OR WERE THERE OTHER TYPES?
4    A.   SUPER DUMP AND END DUMP, THE LONGER ONE.  18 TIRE --
5    WHEEL.
6    Q.   18 WHEELS?
7    A.   YEAH, THE LONG ONE.
8    Q.   WERE THEY ALL FROM ECONOMY TRUCKING OR WERE THEY FROM
9    DIFFERENT COMPANIES?
10   A.   DIFFERENT COMPANIES, I THINK.
11   Q.   WERE THEY ALL BRINGING MATERIAL FROM THE SAME SITE YOU
12   BROUGHT MATERIAL FROM OR FROM DIFFERENT PLACES?
13   A.   DIFFERENT PLACE.
14   Q.   WAS THERE ANYONE -- AFTER YOU DUMPED THE DIRT, HOW WOULD
15   THE DIRT BE MOVED?
16   A.   AFTER WE BACK IT UP TO DUMP THE DIRT, AND THEY HAVE A BIG
17   MACHINE, AND MOVE THE DIRT.  HE LEVEL IT, THE GUY, BIG GUY
18   LEVEL WITH A BIG MACHINE.
19   Q.   WHAT TYPE OF MACHINE IS IT?
20   A.   I DON'T KNOW WHAT KIND, BUT A BIG ONE.
21   Q.   WHAT WOULD THAT BIG MACHINE DO?
22   A.   THE BIG MACHINE PUT THE DIRT, MADE IT LEVEL.
23   Q.   COULD YOU, AGAIN, USING YOUR MICROPHONE, CAN YOU GO BACK
24   TO THE TELEVISION AND DESCRIBE IN WHAT DIRECTION THAT MACHINE
25   WOULD PUSH THE DIRT?
```

1    **A.**   WHEN WE LINE UP RIGHT HERE (INDICATING) THEN WE HAVE TO

2    BACK UP ALL THE WAY RIGHT HERE AND DUMP IT RIGHT HERE.

3        THEN THE MACHINE, HE PUT IT DOWN, DOWN THIS WAY

4    (INDICATING).  BECAUSE AROUND HERE IT IS VERY WET, SO THEY

5    HAVE TO USE THE MACHINE TO LEVEL.  BECAUSE IF WE BACK UP FAR

6    AWAY, IT MAY BE VERY SOFT FOR US TO BACK UP ALL THE WAY, FAR

7    AWAY.

8        SO WE NEED TO DUMP IT RIGHT HERE, THEN THE MACHINE PUT IT

9    BACK RIGHT THERE (INDICATING).

10   **Q.**   SO THE MACHINE WOULD PUSH THE DIRT FURTHER BACK AWAY FROM

11   THE CONCRETE PAD; IS THAT RIGHT?

12   **A.**   YES.

13   **Q.**   I THINK YOU MENTIONED ALREADY BRIEFLY, BUT WHAT WAS THE

14   CONSISTENCY OF THE SOIL LIKE IN THE AREA THAT YOU DUMPED?

15   **A.**   I SEE THE CLEAN DIRT.  THAT MEAN NO GARBAGE, NO PAPER, NO

16   BAG.  THAT'S HOW I DUMP THE DIRT.

17   **Q.**   HOW DO YOU DEFINE CLEAN DIRT?  WHAT DOES THAT WORD MEAN TO

18   YOU?

19   **A.**   CLEAN DIRT THAT MEAN NO GARBAGE IN THERE.

20   **Q.**   NO GARBAGE.

21   **A.**   YEAH.

22   **Q.**   MY QUESTION IS, WHEN YOU DROVE ON TO THE PROPERTY OFF OF

23   THE CONCRETE PAD, WHAT DID THE GROUND FEEL LIKE TO YOU?

24   **A.**   THE GROUND FROM THE GATE TO THE END RIGHT HERE

25   (INDICATING) IS VERY STABLE, VERY DRY.  ONLY WHEN WE BACK UP

1    FROM HERE TO THE RIGHT HERE (INDICATING) THIS SIDE A LITTLE

2    WET, THIS SIDE A LITTLE DRY, BUT THE MACHINE HAVE TO PUT IT

3    EVEN.

4    **Q.**  WAS THE GROUND SOFT, HARD?  WHAT WAS THE CONSISTENCY OF

5    THE SOIL LIKE ON THE PROPERTY?

6    **A.**  THE SOIL AT THAT TIME A LITTLE WET AND MUD.  NOT EASY TO

7    BACK UP ALL THE WAY DOWN.  WE HAD TO DUMP IT OUTSIDE.  AND

8    THEY USE THE MACHINE TO GO OVER IT.

9    **Q.**  WOULD YOU HAVE ANY DIFFICULTY DRIVING ON TO THE -- I'M NOT

10   TALKING ABOUT THE CONCRETE PAD, I'M TALKING ABOUT THE NORTHERN

11   PROPERTY FILL AREA.

12        WOULD YOU HAVE ANY PROBLEMS DRIVING ON THAT WITH YOUR

13   SUPER DUMP?

14   **A.**  NO.

15   **Q.**  WOULD YOU SEE OTHER TRUCKS HAVE ANY PROBLEMS?

16   **A.**  NO.

17   **Q.**  WERE THERE ANY TRUCKS THAT WOULD GET STUCK?

18   **A.**  I SAW ONE TIME ONE TRUCK STUCK RIGHT HERE (INDICATING)

19   RIGHT HERE BECAUSE THEY BACK UP VERY CLOSE ON THIS SIDE.

20        THEN THE GUY WHO DRIVE THE TRACTOR, HE TOLD EVERYBODY HAVE

21   TO BACK UP ON THIS SIDE, NOT THIS SIDE BECAUSE THIS SIDE A

22   LITTLE WET.  BUT SOMEONE THEY DRIVE, BUT THEY DIDN'T LOOK, AND

23   ONE TRUCK STUCK A LITTLE BIT RIGHT HERE, BUT NOT REALLY BAD.

24        SO WHEN I DUMP, I GO.  I DON'T KNOW WHO HELP THEM TO GET

25   THE TRUCK OUT.

1    **Q.**  YOU CAN SIT BACK DOWN AGAIN.  THANK YOU.

2    **A.**  OKAY.

3    **Q.**  HOW MANY DAYS WOULD YOU SAY, I KNOW YOU DON'T REMEMBER THE

4    EXACT TIME PERIOD, BUT HOW MANY DAYS DID YOU COME AND DUMP AT

5    THIS PROPERTY?

6    **A.**  ABOUT LIKE FOUR OR FIVE DAY.

7    **Q.**  AND EACH DAY, HOW MANY TIMES -- HOW MANY LOADS WOULD YOU

8    BRING?

9    **A.**  SOMETIME FOUR LOADS, SOMETIMES FIVE LOADS.

10   **Q.**  SO YOU WOULD DUMP, GO SOMEWHERE.  COME BACK AND DUMP, GO

11   SOMEWHERE.

12   **A.**  YES.

13   **Q.**  BACK AND FORTH IN ONE DAY?

14   **A.**  YES.

15   **Q.**  AND YOU WOULD DO THAT FOR FOUR OR FIVE DAYS AT THIS

16   PROPERTY?

17   **A.**  YES.

18   **Q.**  WHERE WERE THE TRUCKS LINED UP IF THEY HAD TO WAIT THEIR

19   TURN TO DUMP?

20       COULD YOU SHOW US ON THE PHOTO AGAIN WHERE THE TRUCKS

21   WOULD WAIT?

22   **A.**  WHEN WE COME FROM OUR SIDE AND FOLLOW THE ROAD RIGHT HERE

23   TO HERE (INDICATING), THEN WE HAD UP ON THIS SIDE.  THEN WE

24   WAIT FOR ANOTHER TRUCK COMING OUT RIGHT HERE (INDICATING).  WE

25   BACK UP ALL THE WAY DOWN HERE TO DUMP (INDICATING).  EVERYBODY

```
1    HAD TO WAIT AND BACK UP DOWN THIS WAY (INDICATING).

2           MS. LEE:  LET THE RECORD REFLECT THE WITNESS IS

3    INDICATING AT THE END OF THE CONCRETE PAD CLOSEST TO THE

4    DRAINAGE CHANNEL, THE TRUCKS WOULD LINE UP TO WAIT AND THEN

5    BACK UP TO DUMP AT THE ENTRANCE INTO THE NORTHERN FILL AREA.

6        YOU CAN TAKE A SEAT, MR. NGUYEN.

7    BY MR. KEARNEY:

8    Q.  I WOULD LIKE TO PULL UP EXHIBIT 40 IN EVIDENCE ALREADY.

9                       (DISPLAYED ON SCREEN.)

10       MR. NGUYEN, DO YOU RECOGNIZE WHAT THAT IS?

11   A.  YES.

12   Q.  WHAT IS THAT?

13   A.  ANOTHER BIG TRACTOR, THE ONE THAT PULL THE DIRT.

14   Q.  THAT'S THE BIG MACHINE YOU WERE REFERENCING?

15   A.  YES.

16   Q.  I WOULD LIKE TO SHOW YOU EXHIBIT 42 ALREADY IN EVIDENCE.

17                      (DISPLAYED ON SCREEN.)

18       WHAT IS THIS?

19   A.  THAT IS A END DUMP.

20   Q.  IS THAT SIMILAR TO THE TRUCKS THAT YOU SAW WAITING IN

21   LINE?

22   A.  YES.

23   Q.  I'D LIKE TO PULL UP EXHIBIT 1058-0041 ALREADY IN EVIDENCE.

24                      (DISPLAYED ON SCREEN.)

25       MR. NGUYEN, WHAT ARE WE LOOKING AT HERE?  DO YOU RECOGNIZE
```

1   THIS?

2   **A.**   YEAH.

3   **Q.**   AND WHAT ARE WE LOOKING AT?

4   **A.**   THAT THE PLACE WHERE WE -- THE FIRST TIME WE DUMP.

5   **Q.**   THAT'S THE FIRST PLACE YOU DUMPED OFF OF MOWRY?

6   **A.**   UH-HUH.

7   **Q.**   DOES THAT FAIRLY AND ACCURATELY LOOK LIKE WHAT THE SITE

8   LOOKED LIKE WHEN YOU WENT TO GO DUMP THE DIRT?

9   **A.**   YES.

10  **Q.**   AND I WOULD LIKE TO PULL UP EXHIBIT 1058-0045 ALREADY IN

11  EVIDENCE.

12                    (DISPLAYED ON SCREEN.)

13      WHAT ABOUT THIS, MR. NGUYEN; DO YOU RECOGNIZE THIS?

14  **A.**   YES.

15  **Q.**   WHAT ARE WE LOOKING AT HERE?

16      DOES THIS SHOW -- IS IT FAIRLY AND ACCURATELY SHOWING WHAT

17  YOU SAW ON THE GROUND WHEN YOU DUMPED AT THAT PROPERTY OFF OF

18  MOWRY AVENUE?

19  **A.**   YES.

20  **Q.**   IS THAT WHAT THE DIRT LOOKED LIKE WHEN YOU WERE THERE?

21  **A.**   YES.

22  **Q.**   WHAT ARE THOSE MARKINGS ON THE PHOTOS IF YOU SEE KIND OF

23  LIKE TRACKS?

24  **A.**   YEAH, THE TRUCK TIRE.

25  **Q.**   ARE THOSE TRUCK TIRES?

1    **A.**  YES.

2    **Q.**  ARE ANY OF THEM THE MACHINE TIRES?

3    **A.**  YEAH, THE MACHINE TIRE.

4    **Q.**  ARE YOU ABLE TO TELL WHICH IS WHICH, THE MACHINE VERSUS

5    TRUCKS?

6    **A.**  CAN YOU SAY THAT AGAIN?

7    **Q.**  ARE YOU ABLE TO TELL FROM THESE MARKINGS ON THE PHOTO IN

8    FRONT OF YOU WHICH TRACKS COME FROM THE BIG MACHINE AND WHICH

9    TRACKS COME FROM SUPER DUMPS OR END DUMPS?

10   **A.**  YES.

11   **Q.**  WHAT DOES THAT LOOK LIKE TO YOU?

12   **A.**  CAN I?

13          **MS. LEE:**  WITH THE COURT'S PERMISSION.

14          **THE COURT:**  THAT'S FINE.

15          **THE WITNESS:**  THE BIG TRACTOR AND (INDICATING) AND

16   WE... I DON'T SEE ALL THE TIRE FROM THE OTHER TRUCK HERE, BUT

17   I SEE THE TIRE, THE TRACTOR TIRE, YEAH, I SEE THE BIG TRUCK.

18   **BY MS. LEE:**

19   **Q.**  WHEN YOU SAY "TRACTOR TIRE" ARE YOU REFERENCING THE BIG

20   MACHINE YOU TALKED ABOUT EARLIER?

21   **A.**  YEAH.

22   **Q.**  I WOULD LIKE TO PULL UP EXHIBIT 1058-0042 ALREADY IN

23   EVIDENCE.

24              (DISPLAYED ON SCREEN.)

25      MR. NGUYEN, DOES THIS ALSO LOOK LIKE THE PROPERTY -- THE

1   GROUND, DOES THIS LOOK LIKE THE DIRT THAT WAS FILLED ON THAT

2   PROPERTY OFF OF MOWRY AVENUE?

3   **A.**  YES.

4   **Q.**  DID THERE COME A TIME, MR. NGUYEN, WHEN YOU DUMPED ON THIS

5   NEWARK PROPERTY BUT OFF OF A DIFFERENT ENTRANCE?

6   **A.**  THE SAME ENTRANCE FROM MOWRY.

7   **Q.**  DID THERE COME A TIME LATER, NOT OFF OF MOWRY, BUT COMING

8   OFF OF STEVENSON BOULEVARD?

9   **A.**  YES.

10  **Q.**  DO YOU REMEMBER WHEN THAT WAS?

11  **A.**  YES.

12  **Q.**  WHEN?

13  **A.**  YOU MEAN WHEN I DUMP ON STEVENSON?

14  **Q.**  YES.

15  **A.**  AFTER FEW WEEK THEY SENT ME THE OTHER SIDE FROM STEVENSON.

16  **Q.**  DO YOU KNOW WHY THE LOCATION CHANGED?

17  **A.**  NO.

18  **Q.**  IN FACT, HOW DO YOU KNOW WHERE TO TAKE MATERIALS TO DUMP?

19  HOW DO YOU GET A JOB?

20  **A.**  FROM MY DISPATCHER FROM ECONOMY TRUCKING.

21  **Q.**  SO ECONOMY TRUCKING DISPATCH TELLS YOU WHERE TO PICK UP

22  MATERIAL AND WHERE TO DUMP?

23  **A.**  YES.

24  **Q.**  I WOULD LIKE TO SHOW YOU EXHIBIT 908 WHICH IS ALREADY IN

25  EVIDENCE.

```
 1              (DISPLAYED ON SCREEN.)
 2      WHAT IS THIS, MR. NGUYEN?
 3   A.   THAT THE GATE WHEN YOU COME FROM STEVENSON.
 4   Q.   AND WHAT WOULD YOU DO, WOULD YOU GO PASSED THE GATE?
 5   A.   YES.
 6   Q.   WAS THIS GATE OPEN OR CLOSED?
 7   A.   OPEN.
 8   Q.   WHAT WOULD YOU DO AFTER PASSING THROUGH THE GATE?
 9   A.   WE BROUGHT THE GATE AND WE FOLLOW THE DIRT ROAD ALL THE
10   WAY DOWN TO THE BACK.
11   Q.   I WILL SHOW YOU EXHIBIT 913 ALREADY IN EVIDENCE.
12              (DISPLAYED ON SCREEN.)
13      IS THIS THE DIRT ROAD THAT YOU ARE REFERENCING?
14   A.   YES.
15   Q.   WHERE WOULD YOU GO FROM HERE?  WHERE WOULD YOUR TRUCK
16   DRIVE?
17   A.   WE GO THROUGH THE GATES RIGHT THERE.  TWO PILE RIGHT
18   THERE.  WE GO TO THAT ONE.  THEN HEAD IN, THEN BACK, BACKING
19   DOWN TO DUMP THE DIRT RIGHT THERE (INDICATING).
20   Q.   AND HOW MANY TIMES DID YOU GO TO THE -- THIS SITE OFF OF
21   STEVENSON?
22   A.   I WENT THERE ABOUT LIKE THREE OR FOUR TIMES.
23   Q.   WHEN YOU SAY "THREE OR FOUR TIMES" OR THREE OR FOUR DAYS?
24   A.   THREE OR FOUR DAY.
25   Q.   EACH DAY HOW MANY TIMES WOULD YOU GO?
```

NGUYEN – DIRECT / LEE

```
 1   A.   THAT TIME SOMETIME I DUMP ONLY TWO LOAD A DAY, SOMETIME

 2   THREE, SOMETIME ONLY ONE.

 3   Q.   WHEN YOU WENT, HOW BUSY WAS IT?  WERE THERE OTHER TRUCKS?

 4   A.   THE FIRST TIME I CAME TO THIS SIDE, I SAW MANY TRUCK

 5   COMING IN AND OUT.  SUPER DUMP AND END DUMP.

 6   Q.   APPROXIMATELY HOW MANY TRUCKS?

 7   A.   SEVEN, EIGHT TRUCK AT THE SAME TIME.

 8   Q.   HOW LONG WOULD YOU BE ON THIS PROPERTY EACH TIME YOU

 9   DUMPED A LOAD?

10   A.   FIVE, TEN MINUTES SAME THING.

11   Q.   IN FIVE TO TEN MINUTES, HOW MANY TIMES WOULD YOU SEE

12   TRUCKS COME IN AND OUT?

13   A.   MAYBE ABOUT EIGHT, NINE, ABOUT THAT LIKE.

14   Q.   WHAT MATERIAL WERE YOU DUMPING ON THIS DIRT?

15   A.   THE ALL CLEAN DIRT.  CLEAN MEAN NO GARBAGE.

16   Q.   I WOULD LIKE TO SHOW YOU EXHIBIT 108 ALREADY IN EVIDENCE.

17                  (DISPLAYED ON SCREEN.)

18       WHAT IS THIS THAT WE ARE LOOKING AT, MR. NGUYEN?

19   A.   WHEN I CAN, THE SAME THING LIKE THAT.  ALREADY SOMEBODY

20   DUMP BEFORE ME.

21   Q.   WHAT DO YOU MEAN?

22   A.   MEAN THE DIRT RIGHT THERE.

23   Q.   WHEN YOU WENT ONTO THE STEVENSON PROPERTY, IT LOOKED LIKE

24   THIS?

25   A.   YES.
```

1   **Q.**   AND THAT PEOPLE HAD DUMPED BEFORE YOU?

2   **A.**   YES.

3   **Q.**   IS THIS WHAT THE FIELD LOOKED LIKE IN THE SOUTHERN SECTION

4   BEFORE YOU DUMPED?

5   **A.**   YEAH.

6   **Q.**   YOU WERE NOT THE FIRST TRUCK TO DUMP ON THIS PROPERTY WAS

7   YOUR CONCLUSION?

8   **A.**   I DON'T THINK SO BECAUSE WHEN I CAME TO THEM ON THIS SIDE,

9   IT ALREADY MANY TRUCK DUMP BEFORE ME.  AND I DON'T KNOW HOW

10   LONG THEY OPEN BEFORE I CAME.

11   **Q.**   I WOULD LIKE TO SHOW YOU EXHIBIT 110 ALREADY IN EVIDENCE.

12                    (DISPLAYED ON SCREEN.)

13       WHAT ARE WE LOOKING AT HERE, MR. NGUYEN?

14   **A.**   YES.  THE ROAD FROM THE GATE FROM STEVENSON WHEN WE COMING

15   THROUGH THE GATE AND WE FOLLOW THE DIRT ROAD ALL THE WAY TO

16   THE BACK.

17   **Q.**   AND EXHIBIT 116 ALREADY IN EVIDENCE.

18                    (DISPLAYED ON SCREEN.)

19       WHAT ARE WE LOOKING AT HERE, MR. NGUYEN?

20   **A.**   YES, WHERE I DUMP THERE.

21   **Q.**   IS THIS WHAT IT LOOKED LIKE WHEN YOU WENT THERE TO DUMP ON

22   THE STEVENSON SIDE OF THE PROPERTY?

23   **A.**   YES.

24   **Q.**   AND EXHIBIT, LAST ONE, EXHIBIT 115 ALREADY IN EVIDENCE.

25                    (DISPLAYED ON SCREEN.)

1           THE MATERIAL HERE ON THE GROUND IN THE DIRT, DOES THIS

2      FAIRLY AND ACCURATELY SHOW WHAT THE GROUND LOOKED LIKE WHEN

3      YOU WENT AND DUMPED DIRT THERE?

4      **A.**  YES.

5      **Q.**  THE BIG MACHINE THAT YOU SPOKE ABOUT OFF OF THE MOWRY PART

6      OF THE SITE, WAS THAT BIG MACHINE AT THE STEVENSON SITE AS

7      WELL?

8      **A.**  YES.

9      **Q.**  WHAT WAS THAT BIG MACHINE DOING WHEN YOU WENT?

10     **A.**  WE DUMP THE DIRT THERE, THEN THEY PUT IT AND MADE IT

11     LEVEL.

12     **Q.**  WHAT WAS THE GROUND LIKE AT THE STEVENSON SITE COMPARED TO

13     THE MOWRY SITE?

14     **A.**  THE SAME LIKE THE MOWRY SITE BECAUSE EVERY TIME I DUMP,

15     MANY TRUCK THAT DUMP DIFFERENT.  THEY PICK UP DIRT FROM

16     DIFFERENT PLACE.  AND WHEN I COME EVERY LOAD, THEN I SAW THE

17     GROUND DIFFERENT COLOR, BECAUSE EVERY LOAD THEY HAVE TO DUMP

18     AND LEVEL RIGHT AWAY.  WHEN I CAME AGAIN, THEN THE GROUND

19     DIFFERENT A LITTLE BIT.

20     **Q.**  SO THE DIRT THAT WAS BEING DUMPED CAME FROM DIFFERENT

21     PLACES?

22     **A.**  YES.

23     **Q.**  WERE THEY DIFFERENT COLORS?

24     **A.**  YES.  ALL DIFFERENT COLOR.

25           **MS. LEE:**  I HAVE NO FURTHER QUESTIONS FOR MR. NGUYEN.

```
1            THE COURT:  ANY CROSS-EXAMINATION?

2            MR. SMOCK:  NO.  THANK YOU, YOUR HONOR.

3            THE COURT:  THANK YOU, MR. NGUYEN.  YOU ARE EXCUSED

4    AT THIS TIME.  YOU MAY LEAVE.  THANK YOU.  YOU ARE FINISHED.

5            THE WITNESS:  THAT'S IT FOR ME?  I STAND UP AND GO?

6                          (LAUGHTER.)

7            THE COURT:  UNLESS YOU WANT TO HANG OUT WITH US HERE

8    FOR THE REST OF THE DAY.

9            THE WITNESS:  THANK YOU.

10           THE COURT:  UNITED STATES MAY CALL ITS NEXT WITNESS.

11           MS. LEE:  GOVERNMENT CALLS HENRY VICTOR.

12           THE CLERK:  COME UP TO THE WITNESS STAND.  PLEASE

13   RAISE YOUR RIGHT HAND FOR ME, PLEASE.

14      YOU NEED TO STAND AND RAISE YOUR RIGHT HAND.

15      (HENRY VICTOR, CALLED AS A WITNESS FOR THE GOVERNMENT,

16   HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

17           THE WITNESS:  YES.

18           THE CLERK:  YOU MAY BE SEATED, AND ONCE SEATED I'M

19   GOING TO ASK THAT YOU PLEASE STATE AND SPELL YOUR FIRST AND

20   LAST NAME FOR THE RECORD, PLEASE.

21           THE WITNESS:  HENRY VICTOR.

22           THE CLERK:  YOU NEED TO SPELL YOUR FIRST AND LAST

23   NAME FOR THE RECORD PLEASE.

24           THE WITNESS:  HENRY, H-E-N-R-Y.  VICTOR, V-I-C-T-O-R.

25           THE CLERK:  THANK YOU.
```

1      **DIRECT EXAMINATION**

2   **BY MS. LEE:**

3   **Q.**  MR. VICTOR, WHAT DO YOU DO FOR WORK?

4   **A.**  I'M A TRUCK DRIVER.

5   **Q.**  HOW LONG HAVE YOU BEEN A TRUCK DRIVER?

6   **A.**  45, 50 YEARS.

7   **Q.**  WHAT COMPANY DO YOU WORK FOR?

8   **A.**  DAKOTA TRUCKING.

9   **Q.**  IS THAT YOUR COMPANY?

10  **A.**  NO, THAT'S MY WIFE'S COMPANY.

11  **Q.**  DO YOU OWN YOUR OWN TRUCK?

12  **A.**  YES.

13  **Q.**  WHAT KIND OF TRUCK IS IT?

14  **A.**  SEMI END DUMP.

15  **Q.**  HOW DO YOU SOLICIT YOUR BUSINESS OR HOW DO YOU GET WORK?

16  **A.**  I CALL BROKERS IN THE EVENING.  TRUCK BROKERS, WE GET OUR

17  WORK THROUGH TRUCK BROKERS.

18  **Q.**  WHAT TYPE OF TRUCK BROKERS?

19  **A.**  DUMP TRUCK TRUCK BROKERS.

20  **Q.**  YOU CALL THEM IN THE EVENING AND YOU FIND OUT IF THERE'S

21  ANY PLACE THAT NEEDS MATERIAL TO BE HAULED?

22  **A.**  YES, THAT'S WHAT WE DO.

23  **Q.**  DO YOU GET PAID BY THE LOAD, BY THE HOUR?  HOW DOES THE

24  BILLING WORK?

25  **A.**  SOME JOBS ARE BY THE LOAD AND SOME JOBS ARE BY THE HOUR.

1    WHEN THEY GIVE YOU YOUR DISPATCH AT NIGHT, THEY TELL YOU HOW

2    YOU'RE GOING TO GET PAID; YOU GO BY THE LOAD OR BY THE HOUR.

3    **Q.**  DID THERE COME A TIME YOU HAULED DIRT TO A SITE IN NEWARK,

4    CALIFORNIA OFF OF MOWRY AVENUE?

5    **A.**  YES.

6    **Q.**  DO YOU RECALL WHEN THAT WAS?

7    **A.**  IT WAS ABOUT AUGUST OF 2014.

8    **Q.**  HOW DID YOU LEARN ABOUT THAT PROPERTY AS A PLACE TO BRING

9    DIRT?

10   **A.**  THE BROKER AT NIGHT, WHEN THEY GIVE US OUR ORDERS OR OUR

11   DISPATCH, THEY TOLD US WHERE TO DUMP -- WHERE TO LOAD AND

12   WHERE TO DUMP.

13   **Q.**  WHERE DID THEY SAY TO GO?

14   **A.**  I DIDN'T HEAR YOU.

15   **Q.**  WHERE DID THEY SAY TO GO?

16   **A.**  TO MOWRY.  WE DUMPED ON MOWRY OFF OF MOWRY AND STEVENSON.

17   **Q.**  YOU DUMPED --

18   **A.**  IN NEWARK.

19   **Q.**  YOU DUMPED BOTH OFF OF MOWRY AND YOU ALSO DUMPED OFF OF

20   STEVENSON?

21   **A.**  YES.

22   **Q.**  WERE THESE ON DIFFERENT OCCASIONS?

23   **A.**  WHAT?

24   **Q.**  YOU DUMPED OFF OF MOWRY, YOU DUMPED OFF OF STEVENSON WERE

25   THOSE ON DIFFERENT TIMES?

1    **A.**  YEAH, THOSE ARE IN DIFFERENT LOCATIONS.  YEAH.

2    **Q.**  OKAY.

3        I'LL JUST SHOW YOU, GIVE YOU A GEOGRAPHICAL FRAMEWORK.

4    EXHIBIT 469 ALREADY IN EVIDENCE.

5                    (DISPLAYED ON SCREEN.)

6        MR. VICTOR, DO YOU RECOGNIZE WHAT WE ARE LOOKING AT?

7    **A.**  YES.  UH-HUH.

8    **Q.**  IS THIS WHERE YOU DUMPED OFF OF NEWARK AVENUE -- OFF OF

9    MOWRY AVENUE IN NEWARK?

10   **A.**  YES.

11   **Q.**  WHERE DID YOU DUMP AND HOW DID YOU GET THERE?

12   **A.**  WELL, YOU WANT ME TO SHOW YOU?

13   **Q.**  I GUESS WHAT I CAN DO IS HAVE YOU USE THE MICROPHONE IN

14   FRONT OF YOU AND YOU CAN STEP DOWN AND POINT.

15   **A.**  ON HERE?

16   **Q.**  NO, ON THE TV.

17   **A.**  WE CAME DOWN THIS ROAD HERE AND MADE A LEFT.  THIS WAS A

18   CONCRETE-LIKE DRIVEWAY HERE.  WE CAME DOWN HERE AND MADE A

19   SHARP LEFT AND WE DUMPED IN THIS AREA RIGHT IN HERE

20   (INDICATING).

21   **Q.**  DO YOU RECALL HOW MANY -- DO YOU RECALL SEEING A BULLDOZER

22   THERE AS WELL?

23   **A.**  YES.  THERE WAS A DOZER WORKING.  WE WERE DUMPING LOADS

24   HERE (INDICATING), AND THE DOZER WAS WORKING THE LOADS AS WE

25   WERE DUMPING.

| 1 | **MS. LEE:**  JUST LET THE RECORD REFLECT THE WITNESS |
|---|---|
| 2 | INDICATED HE DROVE WEST ON MOWRY AVENUE, MADE A LEFT ONTO THE |
| 3 | CONCRETE PAD, THAT HE DUMPED AT THE END OF THE CONCRETE PAD |
| 4 | HEADING INTO THE NORTHERN FILL, AND THAT THE BULLDOZER WAS IN |
| 5 | THE SAME VICINITY. |
| 6 | **BY MS. LEE:** |
| 7 | **Q.**  MR. VICTOR, YOU CAN TAKE A SEAT NOW. |
| 8 | WHEN YOU WOULD COME ON TO THIS PROPERTY, WOULD YOU BE |
| 9 | ISSUED A DUMP TAG? |
| 10 | **A.**  NO, NOT IN THE PROPERTY, NO. |
| 11 | **Q.**  WOULD YOU BE ISSUED A DUMP TAG FOR DUMPING ON THE SITE? |
| 12 | **A.**  NO.  I WASN'T GIVEN A DUMP TAG. |
| 13 | **Q.**  APPROXIMATELY HOW MANY TIMES DID YOU HAUL DIRT TO THIS |
| 14 | PROPERTY OFF OF MOWRY AVENUE? |
| 15 | **A.**  APPROXIMATELY SIX LOADS.  TOOK SIX LOADS IN THERE. |
| 16 | **Q.**  CAN YOU DESCRIBE WHAT YOU SAW WHEN YOU WOULD COME AND |
| 17 | DUMP? |
| 18 | **A.**  WELL, WE JUST -- THERE WAS USUALLY TRUCKS LINED UP WAITING |
| 19 | TO GET IN BECAUSE WE COULD ONLY DUMP MAYBE THREE OR FOUR AT A |
| 20 | TIME BACK IN THERE.  IT WAS KIND OF TIGHT.  AND THE GROUND WAS |
| 21 | SO SOFT YOU COULDN'T GET A LOT OF TRUCKS IN THERE ALL AT ONCE. |
| 22 | AND THEN THE DOZER, AS WE WERE DUMPING LOADS, THE DOZER |
| 23 | WOULD PUSH THE... PUSH THE LOADS DOWN AND OTHER TRUCKS WOULD |
| 24 | COME IN BEHIND US. |
| 25 | THERE WAS USUALLY A FEW TRUCKS WAITING OUT WAITING TO GET |

VICTOR – DIRECT / LEE

1    IN BECAUSE WE COULDN'T GET A LOT OF THEM IN THERE WITH THE

2    REAL TIGHT LEFT-HAND TURN WE HAD TO GET INTO THAT DUMP SITE.

3    **Q.**  WHAT DIRECTION WAS THE DOZER PUSHING THE DIRT?

4    **A.**  IT WOULD BE PUSHING THIS WAY (INDICATING).

5          **MS. LEE:**  LET THE RECORD INDICATE THE WITNESS IS

6    INDICATING TOWARD AN EASTERLY DIRECTION AWAY FROM THE CONCRETE

7    PAD.

8    **BY MS. LEE:**

9    **Q.**  YOU MENTIONED THAT THE GROUND WAS SOFT.  CAN YOU DESCRIBE

10   A LITTLE BIT MORE WHAT THE GROUND FELT LIKE TO YOU?

11   **A.**  YEAH.  IT WAS REAL SOFT AND SPONGY, SPONGY LIKE.  KIND OF

12   SINK A LITTLE BIT.

13   **Q.**  DID YOU SEE ANY TRUCKS GET STUCK?

14   **A.**  I SAW A TRUCK GET STUCK OUT THERE, YEAH.

15   **Q.**  WHAT HAPPENED?

16   **A.**  I DON'T KNOW.  I DUMPED MY LOAD AND LEFT.  BUT MORE THAN

17   LIKELY THE DOZER HAD TO GET HIM OUT.  I DON'T KNOW.  I DUMPED

18   MY LOAD AND LEFT.

19   **Q.**  OKAY.  WHAT TYPE OF MATERIAL WOULD YOU DUMP ON THIS

20   PROPERTY?

21   **A.**  JUST DIRT.

22   **Q.**  WHEN DID YOU END UP GOING TO THIS PROPERTY OFF OF

23   STEVENSON BOULEVARD; DO YOU RECALL?

24   **A.**  IT WAS -- THERE WERE -- BOTH SITES WERE WITHIN TWO WEEKS

25   OF EACH OTHER.

1    **Q.**  AND HOW MANY TIMES DID YOU GO TO THE STEVENSON, THE

2    PROPERTY OFF OF STEVENSON BOULEVARD TO DUMP?

3    **A.**  ABOUT THE SAME, ABOUT SIX, SIX LOADS ON EACH SITE.

4    **Q.**  WERE YOU ALSO DUMPING DIRT THERE AS WELL?

5    **A.**  YES.

6    **Q.**  WAS THERE ALSO A BULLDOZER THERE AS WELL?

7    **A.**  YES.

8    **Q.**  APPROXIMATELY HOW MANY TRUCKS WOULD YOU SEE COMING AND

9    GOING AND DUMPING DIRT OFF OF STEVENSON BOULEVARD?

10   **A.**  USUALLY ON BOTH SIDES WHEN WE SWITCH FROM ONE SITE TO THE

11   OTHER, THERE WAS USUALLY... IT WAS HARD TO SAY BECAUSE THEY

12   WERE STRUNG OUT SO FAR.  AT LEAST TEN.

13   **Q.**  AND THIS WAS OVER HOW MANY -- LIKE HOW MANY MINUTES WOULD

14   YOU BE THERE TO OBSERVE TEN TRUCKS THERE?

15   **A.**  PROBABLY IN AND OUT OF THERE IN A HALF HOUR, SOMETHING

16   LIKE THAT.

17   **Q.**  OKAY.

18          **MS. LEE:**  THANK YOU, MR. VICTOR.  I HAVE NO FURTHER

19   QUESTIONS.

20          **THE COURT:**  ANY CROSS-EXAMINATION?

21          **MR. SMOCK:**  NO.  THANK YOU, YOUR HONOR.

22          **THE COURT:**  THANK YOU, MR. VICTOR.  YOU ARE EXCUSED.

23   AND THE UNITED STATES MAY CALL ITS NEXT WITNESS.

24          **MR. KEARNEY:**  YOUR HONOR, THAT WAS OUR LAST WITNESS

25   OF THE DAY.  OUR APOLOGIES.  I DIDN'T KNOW IT WOULD GO THIS

```
1    FAST.

2              THE COURT:  ALL RIGHT.  I'M SURE NO ONE WILL CLAMOR

3    AND COMPLAIN TO LEAVE EARLY ON A FRIDAY.

4         ALL RIGHT.  LADIES AND GENTLEMEN, SO THAT IS THE END OF

5    OUR TRIAL DAY FOR TODAY.  AND I'LL LET YOU GO FOR THE WEEKEND.

6    I'LL JUST GIVE YOU THE FULLER ADMONITION SO YOU HAVE IT IN

7    MIND, THOSE IMPORTANT RULES WE TALKED ABOUT.

8         SO, REMEMBER, UNTIL THE TRIAL IS OVER, DO NOT DISCUSS THIS

9    CASE WITH ANYONE, INCLUDING YOUR FELLOW JURORS, MEMBERS OF

10   YOUR FAMILY, PEOPLE INVOLVED IN THE TRIAL, OR ANYONE ELSE, AND

11   DO NOT ALLOW OTHERS TO DISCUSS THE CASE WITH YOU.

12        THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,

13   BY PHONE OR ELECTRONIC MEANS, VIA EMAIL, VIA TEXT, ANY

14   INTERNET CHAT ROOM, BLOG, WEBSITE, OR APPLICATION, INCLUDING

15   BUT NOT LIMITED TO FACEBOOK, YOUTUBE, TWITTER, INSTAGRAM,

16   LINKEDIN, SNAPCHAT, OR THE OTHER FORMS OF SOCIAL MEDIA.  IF

17   ANYONE TRIES TO COMMUNICATE WITH YOU ABOUT THE CASE, PLEASE

18   LET ME KNOW ABOUT IT IMMEDIATELY.  DO NOT READ, WATCH, OR

19   LISTEN TO ANY NEWS REPORTS OR OTHER ACCOUNTS ABOUT THE TRIAL

20   OR ANYONE ASSOCIATED WITH IT, INCLUDING ANY ONLINE

21   INFORMATION.

22        DO NOT DO ANY RESEARCH SUCH AS CONSULTING DICTIONARIES,

23   SEARCHING THE INTERNET, OR USING OTHER REFERENCE MATERIALS.

24   AND DO NOT MAKE ANY INVESTIGATION ABOUT THE CASE ON YOUR OWN.

25   AND THAT INCLUDES ANY OF THE ISSUES INVOLVED IN THE CASE.
```

```
1    DON'T VISIT ANY OF THE CITES INVOLVED IN THE CASE.  NO

2    RESEARCH OF ANY KIND ABOUT THE CASE OR THE ISSUES INVOLVED IN

3    IT.

4        FINALLY, AT ALL TIMES REMEMBER TO KEEP AN OPEN MIND UNTIL

5    ALL OF THE EVIDENCE HAS BEEN PRESENTED AND YOU'VE HEARD THE

6    ARGUMENTS OF COUNSEL, MY INSTRUCTIONS ON THE LAW, AND THE

7    VIEWS OF YOUR FELLOW JURORS.

8        SO WITH THAT, I WILL WISH YOU A GOOD WEEKEND AND WE'LL SEE

9    YOU READY TO START PROMPTLY AT 8:30 ON MONDAY.

10       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

11           THE COURT:  JUST FOR PLANNING PURPOSES, WHO ARE OUR

12   FIRST COUPLE OF FOLKS UP FOR MONDAY?

13           MR. KEARNEY:  WE HAVE TIM HOMBUERO (PHONETIC), TIM

14   STEELE, AND JOHN SOBRATO.

15           THE COURT:  ALL RIGHT.

16           MR. KEARNEY:  NOT IN THAT ORDER.  MR. SOBRATO HAS TO

17   TRAVEL, SO WE MAY PUT HIM ON FIRST.

18           THE COURT:  THAT SOUNDS FINE.

19           MS. HANSEN:  YOUR HONOR, THE DEFENSE DID AGREE TO

20   STIPULATE TO THE TESTIMONY OF MR. SOBRATO IF THAT WOULD

21   EXPEDITE.  WE ARE JUST HOPING THE GOVERNMENT WILL HAVE MORE

22   WITNESSES.  WE ARE MOVING QUITE SLOW.  WE HAVE A THREE-WEEK

23   ESTIMATE WITH THE JURY.  I'D HATE TO GO BEYOND THAT.  WE

24   HAVEN'T EVEN GOTTEN TO THE EXPERTS, SO WE ARE CONCERNED ABOUT

25   THE TIMING.
```

1        THE COURT:  WE'LL END WHEN WE END.

2        MS. HANSEN:  JUST TO MAKE SURE THEY WILL HAVE MORE

3   THAN THREE WITNESSES MONDAY; IS THAT CORRECT, YOUR HONOR?

4        THE COURT:  JUST YOU SHOULD HAVE ENOUGH FOLKS SO WE

5   CAN GO TO 1:15.

6        MR. KEARNEY:  ALL RIGHT.  THANK YOU, YOUR HONOR.

7        THE COURT:  ALL RIGHT.  HAVE A GOOD WEEKEND.

8

9        (PROCEEDINGS ADJOURNED AT 12:42 P.M.)

10

11

12                    **CERTIFICATE OF REPORTER**

13        I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE

14   UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY

15   CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

16   RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

17

18

19        DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

20        SATURDAY, FEBRUARY 10, 2018

21

22

23

24

25

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**