```
                                        VOLUME 5

                                 PAGES 672 - 853

                  UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE HAYWOOD S. GILLIAM JR., JUDGE

UNITED STATES OF AMERICA,     )
                              )
              PLAINTIFF,      )    NO. CR-16-00107 HSG
                              )
  VS.                         )    TUESDAY, FEBRUARY 13, 2018
                              )
JAMES PHILIP LUCERO,          )    OAKLAND, CALIFORNIA
                              )
              DEFENDANT.      )    JURY TRIAL
_____)
```

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

```
FOR PLAINTIFF:          ALEX G. TSE, ESQUIRE
                        ACTING UNITED STATES ATTORNEY
                        450 GOLDEN GATE AVENUE, 11TH FLOOR
                        SAN FRANCISCO, CALIFORNIA  94102
                  BY:   PHILIP J. KEARNEY,
                        SHIAO C. LEE,
                        ASSISTANT UNITED STATES ATTORNEYS


FOR DEFENDANT:          FEDERAL PUBLIC DEFENDER'S OFFICE
                        1301 CLAY STREET, SUITE 1350N
                        OAKLAND, CALIFORNIA 94612
                  BY:   ANGELA M. HANSEN,
                        NED SMOCK,
                        ASSISTANT FEDERAL PUBLIC DEFENDERS


REPORTED BY:            DIANE E. SKILLMAN, CSR 4909, RPR, FCRR
                        OFFICIAL COURT REPORTER


        TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
```

```
 1                    I N D E X

 2     GOVERNMENT'S WITNESSES:              PAGE   VOL.

 3     HUFFMAN, ROBERT

 4     DIRECT EXAMINATION BY MS. LEE        687     5

 5     CROSS-EXAMINATION BY MR. SMOCK       716     5

 6     REDIRECT EXAMINATION BY MS. LEE      727     5

 7     VALDEZ, HUMBERTO

 8     DIRECT EXAMINATION BY MR. KEARNEY    731     5

 9     CHENOWETH, CORTNIE

10     DIRECT EXAMINATION BY MS. LEE        743     5

11     HAMIDI, MASOUDA

12     DIRECT EXAMINATION BY MS. LEE        749     5

13     HARDWICKE, KELLY

14     DIRECT EXAMINATION BY MR. KEARNEY    755     5

15

16

17

18

19

20

21

22

23

24

25
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

```
1                    E X H I B I T   I N D E X

2   GOVERNMENT'S EXHIBITS:        WITHDRAWN     ID.      EVD.     VOL.

3          17                                           816       5

4      250                                              821       5

5      251                                              823       5

6      253                                              818       5

7      254                                              825       5

8      262                                              820       5

9      264                                              827       5

10     275                                              829       5

11     564                                              714       5

12     656                                              812       5

13     864B, C , F, G                                   700       5

14     865A AND C                                       703       5

15     866B                                             707       5

16     866D                                             706       5

17     867A                                             711       5

18     867B                                             711       5

19     867F                                             710       5

20     983                                              745       5

21

22

23

24

25
```

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**

```
 1    TUESDAY, FEBRUARY 13, 2018                        8:11 A.M.

 2                        P R O C E E D I N G S

 3        (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

 4            THE CLERK:  REMAIN SEATED.  COME TO ORDER.  THIS

 5    COURT IS IN SESSION.  THE HONORABLE HAYWOOD S. GILLIAM,

 6    JUNIOR, PRESIDING.

 7        AND WE ARE CALLING CR-16-00107, UNITED STATES OF AMERICA

 8    VERSUS JAMES PHILIP LUCERO.  PLEASE STEP FORWARD AND STATE

 9    YOUR APPEARANCES FOR THE RECORD.

10            MR. KEARNEY:  YOUR HONOR, GOOD MORNING.  PHIL KEARNEY

11    AND SHIAO LEE FOR THE UNITED STATES.

12            THE COURT:  GOOD MORNING.

13            MR. SMOCK:  GOOD MORNING, YOUR HONOR.  NED SMOCK WITH

14    MR. LUCERO, WHO IS PRESENT IN COURT.

15            MS. HANSEN:  GOOD MORNING.  ANGELA HANSEN, YOUR

16    HONOR, ALSO WITH MR. LUCERO.

17            THE COURT:  GOOD MORNING.

18        I TAKE IT THE ISSUE OF THE MORNING IS THE HARDWICKE

19    OBJECTION?

20            MS. HANSEN:  YES, YOUR HONOR.

21            THE COURT:  ALL RIGHT.  SO I'VE LOOKED AT THE

22    GOVERNMENT'S OFFER OF PROOF, AND IT STRIKES ME THAT WHAT IS

23    DESCRIBED AS THE OPINIONS TO BE OFFERED, WHICH IS AT PAGE 6

24    AND 7, ARE FAIRLY WITHIN THE SCOPE OF THE NOTICE THAT HAS BEEN

25    PROVIDED UNDER RULE 16 PREVIOUSLY.
```

1        MS. HANSEN?

2              **MS. HANSEN:**  I THINK THAT IS ACCURATE, YOUR HONOR.

3    LET ME JUST DOUBLE-CHECK.

4        EXCEPT FOR THE PART WHERE SHE IS GOING TO TALK ABOUT THE

5    2017 -- OH, EXCUSE ME.  OH, THAT WAS IN THE NOTICE, TOO.

6        YES, OUR CONCERN IS THAT THE PROFFER IS VAGUE, AND THAT

7    THE GOVERNMENT, THROUGH EXHIBITS THAT THEY HAVE NOTICED, IS

8    INTENDING TO GO BEYOND ITS OFFER OF PROOF.

9              **THE COURT:**  ARE YOU INTENDING TO GO BEYOND THE OFFER

10   OF PROOF?

11             **MR. KEARNEY:**  NO, SIR.

12             **THE COURT:**  TO THE EXTENT THERE IS ANYTHING FOR ME TO

13   RULE ON, THE SCOPE OF THE TESTIMONY DISCLOSED IN THE OFFER OF

14   PROOF AT PAGES 6 AND 7 IS SUPPORTED BY AN ADEQUATE DISCLOSURE

15   UNDER RULE 16, AND THAT'S THE RULING.

16       ANYTHING ELSE WE NEED TO TAKE UP THIS MORNING?

17             **MS. HANSEN:**  YOUR HONOR, A NUMBER OF HER NOTICED

18   EXHIBITS INDICATE THAT SHE'S GOING TO AUTHENTICATE

19   PHOTOGRAPHS, FOR EXAMPLE, FROM 2015 WHEN SHE WAS NOT AT THE

20   SITE.

21             **MR. KEARNEY:**  THE 2015 PHOTOGRAPHS, DR. BOURSIER WAS

22   ON-SITE FOR THOSE, SO WE DECIDED TO ADMIT THEM THROUGH HIM.

23   SO WE WON'T BE ADMITTING THEM THROUGH DR. HARDWICKE.

24             **THE COURT:**  SOUNDS SENSIBLE.

25             **MS. HANSEN:**  AND THEN WE HAVE THE NILES GROUND WATER

1    SCHEMATIC WHICH WE BELIEVE IS BEYOND THE SCOPE OF HER NOTICED

2    TESTIMONY, EXHIBIT 578.  THAT RELATES TO THE TWO EXCLUDED

3    EXPERTS.

4         MR. KEARNEY:  YOUR HONOR, THIS SAME SCHEMATIC WAS

5    DISCLOSED BY THE GOVERNMENT TO THE DEFENSE IN BOTH 2016 AND

6    BEFORE THE CUTOFF IN 2017.

7         DR. HARDWICKE, WE NOTICED HER AS AN EXPERT ON -- OR SHE'LL

8    BE OPINING ON HYDROLOGY.  GROUND WATER, AS THE COURT KNOWS BY

9    NOW, THIS CASE IS PART OF HYDROLOGY AND SHE WILL BE TALKING

10   ABOUT THE EFFECTIVE GROUND WATER AT THE SITE.  SHE'S VERY

11   FAMILIAR WITH IT.  THIS HAS A SHORT OFFER OF PROOF, YOUR

12   HONOR.

13        THE COURT:  FIRST THINGS FIRST.  ON THE OFFER OF

14   PROOF THAT YOU FILED AS TO 578, IT'S DESCRIBED AS A

15   DEMONSTRATIVE EXHIBIT.  ARE YOU INTENDING TO ADMIT IT WITH

16   THIS WITNESS?

17        MR. KEARNEY:  ACTUALLY WE COULD JUST USE IT AS A

18   DEMONSTRATIVE.  WE HAVE A HYDROLOGIST COMING, SIR.  WE CAN

19   ENTER IT FORMALLY THROUGH HIM.

20        THE COURT:  THAT SOUNDS FINE.  WOULD IT BE EVEN

21   BETTER TO JUST SKIP IT FOR NOW AND DO IT WITH THAT WITNESS

22   WHO'S GOING TO ADMIT IT SO WE DON'T HAVE TO REPEAT?

23        MR. KEARNEY:  YES, ALTHOUGH IT DOES -- THE GROUND

24   WATER, I THINK SHE WILL TESTIFY, IS COMPLICATED BY A MEETING

25   OF FRESH AND SALT WATER UNDERNEATH THIS SITE.  THE SCHEMATIC

1    DOES SHOW THAT.  I THINK AS A TRAINING OR EDUCATIONAL TOOL FOR

2    THE JURY, IT COULD BE USEFUL, BUT I WILL SUBMIT THE MATTER TO

3    THE COURT.

4          **THE COURT:**  ALL RIGHT.  IT SEEMS TO ME IF THERE IS

5    SOMEONE WHO IS GOING TO BE ABLE TO SAY THAT AND TALK ABOUT IT

6    WITH REGARD TO THE DIAGRAM, RATHER THAN DO IT TWICE, SHE CAN

7    TESTIFY ABOUT IT, BUT IT SEEMS TO ME THAT FOR STREAMLING SAKE,

8    WHY DON'T WE HAVE THE PERSON WHO CAN ACTUALLY ADMIT IT TALK

9    ABOUT IT.

10         **MR. KEARNEY:**  THAT'S FINE.

11         **MS. HANSEN:**  YOUR HONOR, JUST FOR THE RECORD, WE

12   BELIEVE THE SCHEMATIC AND TESTIMONY ABOUT IT ARE BEYOND THE

13   SCOPE OF THE NOTICE.  THAT SCHEMATIC WAS PROVIDED IN

14   DR. HUFFMAN'S REPORT AND THAT ANALYSIS WAS DONE BY HIM, NOT

15   THIS WITNESS.  WE HAVE HAD NO FOUNDATION REASONS OR BASIS FOR

16   HER OPINION ON THIS SCHEMATIC.

17         **THE COURT:**  RIGHT.  THEY JUST SAID THEY ARE NOT GOING

18   TO INTRODUCE THE SCHEMATIC WITH HER.

19         **MS. HANSEN:**  I'M SORRY, I THOUGHT THE COURT SAID THAT

20   SHE CAN TALK ABOUT IT.

21         **THE COURT:**  SHE CAN TESTIFY AS TO THE UNDERLYING

22   CONCEPTS, BUT I DON'T KNOW THAT WE NEED TO HAVE HER TALK ABOUT

23   THIS DOCUMENT.

24         **MS. HANSEN:**  UNDERSTOOD.  SORRY FOR THE CONFUSION.

25     THEN, YOUR HONOR, A COUPLE OF OTHER HOUSEKEEPING MATTERS.

WE WOULD OBJECT TO THE EXTENT THE GOVERNMENT IS SHOWING

PHOTOGRAPHS OF TRIBUTARIES BECAUSE THAT WOULD BE BEYOND THE

SCOPE OF THE EXPERT'S NOTICE OPINING THAT TRIBUTARIES EXIST.

AS THE COURT IS AWARE THROUGH THE FILINGS, WE HAVE

IDENTIFIED THE PHOTOS THAT HAVE BEEN CHERRY-PICKED FROM THE

DISCOVERY ARE MAJORITY OF THEM IDENTIFY TRIBUTARIES THAT ARE

IN DISPUTE THAT THIS WITNESS HAS NEVER PROVIDED A BASIS OR A

REASON FOR THE OPINION THAT THERE ARE THESE TRIBUTARIES IN THE

NORTH AND THE SOUTH.

**THE COURT:**  ALL RIGHT.  IT JUST SEEMS THERE THAT

THAT'S A MATTER THAT GOES TO WEIGHT.  THE PHYSICAL

CHARACTERISTICS OF THE SITE ARE WHAT THEY ARE.  AND IF YOU

THINK THAT WHAT THE WITNESS IS GOING TO TESTIFY TO NOW IS

SOMEHOW INCONSISTENT WITH THEIR EARLIER ANALYSIS, THAT IS FAIR

GAME FOR IMPEACHMENT.

**MS. HANSEN:**  THANK YOU.

BUT, YOUR HONOR, I WANT TO MAKE CLEAR THE COURT IS NOT

ALLOWING THE GOVERNMENT TO HAVE THESE EXPERTS OPINE ABOUT THE

TRIBUTARIES.  THEY CAN DESCRIBE THE PHOTOGRAPHS PERHAPS, BUT

THEY ARE NOT GOING TO BE ABLE TO GO BEYOND THE NOTICE --

**THE COURT:**  AGAIN, HOW IS THAT BEYOND THE NOTICE?

**MS. HANSEN:**  THEY HAVE PROVIDED NO FOUNDATION, NO

BASIS OR REASONS FOR THE IDENTIFICATION OF TRIBUTARIES IN THE

NORTH OR THE SOUTH.  THAT WAS DR. HUFFMAN'S REPORT THAT DID

THAT.

1          THE FIRST TIME WE WERE PROVIDED NOTICE OF THE OPINION WAS

2     IN THE NOVEMBER REPORT, BUT THEY NEVER PROVIDED THE FOUNDATION

3     FOR THAT THAT RULE 16 REQUIRES.  SO THESE WITNESSES DO NOT

4     HAVE NOTICED MEMOS, OPINIONS, DESCRIPTIONS OF WHY THEY BELIEVE

5     THESE TRIBUTARIES EXIST NOW.

6          THEY HAVE -- THEIR NOTICE SAID THEY WOULD TESTIFY

7     CONSISTENT WITH THEIR 2007 REPORT.  TRIBUTARY FINDINGS ARE

8     INCONSISTENT WITH THOSE.

9          SO I WANT TO MAKE SURE THAT THE GOVERNMENT IS NOT GOING TO

10    BE ALLOWED TO END RUN AROUND THAT NOTICE.

11         I'M OKAY IF YOUR HONOR ALLOWS THEM TO USE THE PHOTOS AND

12    TALK ABOUT THEM, BUT IF AN OPINION IS OFFERED ABOUT

13    TRIBUTARIES, THAT VIOLATES THE NOTICE.

14         AND IT'S NOT IN THE PROFFER.  THE OFFER OF PROOF DOES NOT

15    EVEN SAY THAT THEY ARE GOING TO OPINE ABOUT THE EXISTENCE OF A

16    WETLAND IN THE NORTHERN AREA WHERE IT USED TO BE AQUATIC.  IT

17    DOESN'T SAY THAT THEY ARE GOING TO OPINE ABOUT TRIBUTARIES IN

18    THE NORTH AND SOUTH.

19         THAT WAS NOT PART OF THESE EXPERTS' ORIGINAL NOTICE AND

20    THE FIRST TIME WE LEARNED ABOUT THE BARE-BONED OPINION WAS

21    THAT NOVEMBER 302, AND SINCE THEN WE HAVE NOT BEEN PROVIDED

22    WITH THE RULE 16 FOUNDATION BASIS AND REASON FOR THOSE

23    OPINIONS.

24              **MR. KEARNEY:**  YOUR HONOR, I'M AT A LOSS TO DETERMINE

25    HOW WE WOULD TALK ABOUT A SITE'S HYDROLOGY WHICH IS EXACTLY

1    WHAT WE NOTICED FOR THIS WITNESS IN OUR INITIAL DISCLOSURE

2    WITHOUT TALKING ABOUT HOW WATER MOVES AROUND THE LAND,

3    INCLUDING THE DITCHES WE'VE HEARD TESTIMONY ABOUT, THE

4    TRIBUTARIES.

5        IN HARVEY'S 2007 REPORT, WHICH HAS BEEN DISCLOSED FOREVER

6    AND WHICH WAS LISTED AS A BASIS FOR DR. HARDWICKE'S TESTIMONY,

7    HARVEY, INCLUDING DOCTOR -- DR. HARVEY WAS A PRINCIPLE AUTHOR

8    OF THAT DOCUMENT, ON PAGE 11 SAYS THE FOLLOWING QUOTING:

9        "SURVEYS WERE ALSO CONDUCTED WITHIN THE PROJECT AREAS FOR

10   OTHER WATERS.  SUCH OTHER WATERS INCLUDE LAKES, SEASONAL

11   PONDS, CHANNELS, TRIBUTARY WATERS, AND SEASONAL SPRINGS.  SUCH

12   AREAS ARE IDENTIFIED BY THE PRESENCE OF STANDING OR RUNNING

13   WATER AND GENERALLY LACK HYDROPHYTIC VEGETATION."

14       SO NOT ONLY ARE THESE WATERWAYS JUST AN INHERENT PART OF

15   THE SITE'S HYDROLOGY, BUT THE OTHER WATERS, TRIBUTARIES, PONDS

16   WERE DISCUSSED IN THE 2007 REPORT.

17       ALSO IN THAT SAME REPORT AT PAGE 23, "OTHER WATERS" WERE

18   IDENTIFIED... IN MAN-MADE DITCHES LOCATED THROUGHOUT THE

19   PROJECT SITE.

20       SO THIS IS A 2007 REPORT THAT WAS DISCLOSED VERY EARLY IN

21   THIS CASE AND WAS SPECIFICALLY LISTED AS A BASES FOR THIS

22   EXPERT'S OPINIONS AS TO CITE HYDROLOGY.

23       **THE COURT:**  JUST LOOKING AT THE JULY DISCLOSURE AS AN

24   INITIAL MATTER, THE DISCLOSURE INDICATES THAT DR. HARDWICKE IS

25   EXPECTED TO TESTIFY THAT THE WETLANDS AND WATERS SHE FOUND IN

1    NEWARK AREA 4 CONSISTENT WITH WETLANDS AND WATERS TYPICALLY

2    CLAIMED BY THE CORPS AS "WATERS OF THE UNITED STATES" IN THIS

3    DISTRICT IN TERMS OF THE HYDROLOGIC CONNECTIONS NAVIGABLE

4    WATERS AND THEIR PROXIMITY ADJACENCY TO NAVIGABLE WATERS.

5        IT SEEMS TO ME THAT THIS IS A FAIR DISCLOSURE OF THIS

6    OPINION.  AND TO THE EXTENT, AGAIN, YOU THINK IT'S WRONG OR

7    YOU THINK IT'S INCONSISTENT WITH WHAT THEY SAID BEFORE, THAT

8    IS WITHIN YOUR ABILITY TO RAISE.  BUT ON THE NOTICE QUESTION,

9    I FIND THAT NOTICE HAS BEEN ADEQUATELY MADE AS TO THAT

10   OPINION.

11           **MS. HANSEN:**  YOUR HONOR, I WOULD THEN LIKE TO NOTE

12   THAT THE GOVERNMENT IS TRYING TO GET IN EXHIBIT 37 AS A

13   BUSINESS RECORD, WHICH IS H.T. HARVEY'S 2007 REPORT.

14       WE HAVE NO OBJECTION TO THE MAPS AND EXCERPTS FROM THE

15   REPORT, FOR EXAMPLE, THE WETLAND DETERMINATION FORMS.  I THINK

16   THE GOVERNMENT SHOULD ADMIT ALL OF THEM, NOT PIECEMEAL, BUT I

17   THINK THE FULL REPORT IS HEARSAY, YOUR HONOR, AND SHOULD BE

18   EXCLUDED.

19           **MR. KEARNEY:**  YOUR HONOR, WE ARE INTENDING TO USE IT

20   AS A DEMONSTRATIVE ONLY, HOLDING IT UP AND DISCUSSING HOW THE

21   REPORT WAS MADE.

22           **MS. HANSEN:**  SORRY, YOUR HONOR.  LAST NIGHT'S NOTICE

23   SAID IT WAS GOING TO BE ADMITTED.

24           **THE COURT:**  THAT IS WHAT I SAW, TOO.

25           **MR. KEARNEY:**  I STAND CORRECTED.  THAT'S OUR MISTAKE.

1    WE ARE NOT SEEKING TO ADMIT THE FULL REPORT TODAY.

2              **THE COURT:**  ALL RIGHT.  WE WILL BE BACK IN SEVEN

3    MINUTES.

4              **MR. SMOCK:**  YOUR HONOR, THERE IS ONE OTHER QUICK

5    THING.

6        LAST NIGHT WE RECEIVED WHAT AMOUNTS TO I THINK THE FOURTH

7    ITERATION OF THE GOVERNMENT'S LIST OF EXHIBITS THAT THEY WOULD

8    LIKE TO INTRODUCE THROUGH ROBERT HUFFMAN.

9        LAST NIGHT THEY PROVIDED NOTICE THAT THEY WANT TO USE TWO

10   AERIAL VIDEO SEGMENTS.  EXHIBIT 905 CAME INTO EVIDENCE ALREADY

11   THROUGH THE FBI AGENT MR. DIEHL, AND IT CONSTITUTES A VIDEO OF

12   AN AERIAL FLYOVER OF THE PROPERTY.  THAT HAS ALREADY BEEN

13   ADMITTED.  IT'S ALREADY BEEN PLAYED TO THE JURY.

14       THE GOVERNMENT, OF COURSE, CAN PLAY IT IN CLOSING, BUT

15   THERE IS NO REASON TO PLAY IT AGAIN THROUGH ANOTHER WITNESS

16   WHO WASN'T IN THE HELICOPTER AT THE TIME.

17       THE SECOND IS ANOTHER VIDEO SHOT BY HELICOPTER ALSO

18   INTRODUCED THROUGH FBI AGENT DIEHL ALSO PLAYED TO JURY

19   ALREADY, AND THE SAME REASONING APPLIES THAT THAT SHOULD NOT

20   AGAIN BE PLAYED TO THE JURY THROUGH A WITNESS WHO WAS NOT IN

21   THE HELICOPTER.

22             **THE COURT:**  RESPONSE?

23             **MS. LEE:**  YOUR HONOR, THE GOVERNMENT ONLY INTENDS TO

24   PLAY MR. DIEHL'S EXHIBIT 905, NOT ED LEDDA'S EXHIBIT 980.

25       IT'S PRETTY SHORT, IF I RECALL, PROBABLY AROUND THREE

MINUTES.  THE REASON THE GOVERNMENT IS PLAYING IT IS BECAUSE
ROB HUFFMAN WENT ONTO THE PROPERTY AND TOOK A LOT OF SNIPPETS
OF ISOLATED VIDEOS OF LIKE A 5-FOOT AREA.

FOR THE JURORS TO UNDERSTAND WHERE HE IS TAKING THESE
ISOLATED SNIPPETS OF VIDEOS, I WANTED TO SHOW THE JURORS THE
OVERALL PICTURE OF THE SITE AGAIN AND HAVE MR. HUFFMAN SAY
THIS IS WHERE I WALKED ACROSS THE WALKWAY TO TAKE SALINITY
READINGS.  THIS IS THE VIDEO I TOOK OF THAT CULVERT PIPE.
THIS IS THE VIDEO THAT SHOWS THE DRAINAGE DITCH GOING FROM THE
DRAINAGE DITCH INTO THE LARGER WATER THAT RUNS ADJACENT TO THE
SLOUGH.  THIS IS WHERE I TRAVELED.

YOU WILL HEAR MR. HUFFMAN SAY HE ACTUALLY TOOK A BOAT AND
HE NAVIGATED ALL OF MOWRY SLOUGH.  HE WENT FROM THE PUMP UP TO
MOWRY AVENUE AND THEN HE WENT ANOTHER DAY FROM THE PUMP ALL
THE WAY ALMOST TO THE MOUTH OF THE BAY, BUT HE WAS STOPPED
BECAUSE HE SAW SOME SEAL PUPS THERE.

THIS VIDEO WILL GIVE THE JURORS AN UNDERSTANDING OF WHAT
HE DID BECAUSE THE OTHER VIDEOS ARE LIKE 10-, 20-SECOND
ISOLATED SNIPPETS OF A VERY SMALL AREA.

**MR. SMOCK:**  AND, YOUR HONOR, THE GOVERNMENT, AS YOU
RECALL, HAS VERY EASILY ACCOMPLISHED ESTABLISHING WHERE PHOTOS
WERE TAKEN BY USING A MAP.  THEY HAVE DONE THAT OVER AND OVER
AGAIN.  THAT'S THE MOST OBVIOUS AND EASY WAY TO DO IT.

THIS VIDEO IS A VIDEO OF THE SITE TAKEN AFTER TWO
EXTREMELY RAINY MONTHS.  THE GOVERNMENT WANTS TO PUT IN A

1    VIDEO OF THE SITE COVERED IN WATER AGAIN TO REMIND THE JURY OF

2    THAT.

3         THEY CAN DO THAT IN CLOSING, BUT THE IDEA OF AGAIN PLAYING

4    A VIDEO UNRELATED TO MR. HUFFMAN SIMPLY TO GET A VIDEO IN

5    FRONT OF THE JURY OF A SITE COVERED IN WATER AFTER RAINY

6    MONTHS IS ENTIRELY INAPPROPRIATE.  THEY CAN USE A MAP.  WHAT

7    THEY ESTABLISHED -- WHAT THEY ARGUED JUST NOW IS THAT THEY

8    NEED TO SHOW WHERE THE PICTURES WERE TAKEN.  THAT CAN EASILY

9    BE DONE WITHOUT SHOWING AGAIN A VIDEO THAT HAS ALREADY BEEN

10   PUT INTO EVIDENCE.

11        **THE COURT:**  OVERRULED.  IT MAY BE USED AS INDICATED.

12   ANYTHING ELSE FOR THE DAY?

13        **MR. KEARNEY:**  YOUR HONOR, THE ONLY OTHER THING WITH

14   DR. HARDWICKE, THE GOVERNMENT WANTS TO REFER TO A LARGE BLOWUP

15   OF AN ITEM ALREADY THAT'S ALREADY IN EVIDENCE.  THIS IS 1138.

16   THIS IS THE MAP OF THE AUGER HOLES.

17        **MS. HANSEN:**  1138 IS ALREADY ADMITTED AS GOVERNMENT

18   EXHIBIT 6 -- FIGURE 6, CORRECT?

19        **MR. KEARNEY:**  YES, IT'S RIGHT HERE.

20        **MS. HANSEN:**  THERE'S NO OBJECTION.  WE ARE ADMITTING

21   IT.  WE'RE USING IT.

22        **MR. KEARNEY:**  I JUST WANT TO SEEK PERMISSION.  I'M

23   GOING TO SET THE EASEL HERE AND HAVE THE WITNESS COME DOWN AND

24   TALK ABOUT IT.  I THINK THAT IS THE EASIEST WAY TO ACCOMPLISH

25   IT.

1            **THE COURT:**  THIS IS THE BIG BLOWUP?

2            **MS. HANSEN:**  YES.

3            **THE COURT:**  THAT'S FINE.

4            **MS. HANSEN:**  YOUR HONOR, I AM NOT GOING TO RE-OBJECT

5    TO ANYTHING I ARGUED IN MY BRIEFING.  TO THE EXTENT

6    DR. HARDWICKE CHANGES OPINIONS ABOUT THE AQUATIC AREA OR

7    IDENTIFIES TRIBUTARY 1 OR TRIBUTARY A.  I JUST WANT TO MAKE

8    SURE I PRESERVE THOSE.

9            **THE COURT:**  YOU HAVE.  ALL RIGHT.  WE WILL BE BACK IN

10   A COUPLE OF MINUTES.

11       (RECESS TAKEN AT 8:28 A.M.; RESUMED AT 8:40 A.M.)

12       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

13           **THE CLERK:**  REMAIN SEATED.  COME TO ORDER.  COURT IS

14   IN SESSION.

15           **THE COURT:**  ARE WE ALL SET?

16           **THE CLERK:**  YES.

17       (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

18           **THE CLERK:**  YOU MAY BE SEATED.

19           **THE COURT:**  GOOD MORNING, LADIES AND GENTLEMEN.  AT

20   THIS TIME THE UNITED STATES WILL CONTINUE WITH THE

21   PRESENTATION OF ITS CASE, AND THE GOVERNMENT MAY CALL ITS NEXT

22   WITNESS.

23           **MS. LEE:**  THE GOVERNMENT CALLS ROBERT HUFFMAN.

24           **THE CLERK:**  COME UP TO THE WITNESS STAND FOR ME,

25   PLEASE, AND RAISE YOUR RIGHT HAND.

```
 1          (ROBERT HUFFMAN, CALLED AS A WITNESS FOR THE GOVERNMENT,

 2    HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

 3              THE WITNESS:  I DO.

 4              THE CLERK:  YOU MAY BE SEATED AND ONCE SEATED I AM

 5    GOING TO ASK THAT YOU PLEASE STATE AND SPELL YOUR FIRST AND

 6    LAST NAME FOR THE RECORD.

 7              THE WITNESS:  IT'S ROBERT HUFFMAN, R-O-B-E-R-T,

 8    H-U-F-F-M-A-N.

 9              THE CLERK:  THANK YOU.  AND THEN THERE IS WATER IN

10    THE PITCHER.  OKAY?

11              THE WITNESS:  THANK YOU.

12                        DIRECT EXAMINATION

13    BY MS. LEE:

14    Q.  GOOD MORNING, MR. HUFFMAN.

15        WHERE DO YOU WORK?

16    A.  I WORK FOR THE HUFFMAN-BROADWAY GROUP IN SAN RAFAEL,

17    CALIFORNIA.

18    Q.  WHAT IS THE HUFFMAN-BROADWAY GROUP?

19    A.  IT'S AN ENVIRONMENTAL CONSULTING COMPANY SPECIALIZING IN

20    WETLAND AND REGULATORY PERMITTING.

21              THE COURT:  YOU CAN PULL IT CLOSER TO YOU, IF YOU

22    THINK THAT WILL HELP.

23              THE WITNESS:  THANK YOU.

24        I WORK FOR THE HUFFMAN-BROADWAY GROUP.  WE DO REGULATORY

25    PERMITTING WORK, SPECIALIZING IN WETLAND DELINEATION.
```

| | |
|---|---|
| 1 | **BY MS. LEE:** |
| 2 | **Q.** WHAT IS YOUR POSITION THERE? |
| 3 | **A.** I'M AN ENVIRONMENTAL SPECIALIST. |
| 4 | **Q.** WHAT DO YOU DO AS AN ENVIRONMENTAL SPECIALIST? |
| 5 | **A.** I DO A LOT OF FIELD WORK.  I DIG SOIL PITS, SALINITY |
| 6 | SAMPLING, PHOTOGRAPHY, NAVIGATE NAVIGABLE WATERS IN SOME |
| 7 | CASES, RECORD DATA. |
| 8 | **Q.** DID YOU DO ALL OF THAT IN THIS PARTICULAR CASE INVOLVING A |
| 9 | PARCEL OF PROPERTY CALLED NEWARK AREA 4? |
| 10 | **A.** YES. |
| 11 | **Q.** IS HUFFMAN-BROADWAY GROUP A FAMILY-RUN BUSINESS? |
| 12 | **A.** YES. |
| 13 | **Q.** WHO RUNS IT? |
| 14 | **A.** DR. TERRY HUFFMAN, I WORK WITH MY BROTHER GREG HUFFMAN, |
| 15 | AND MYSELF. |
| 16 | **Q.** AND IS DR. TERRY HUFFMAN YOUR FATHER? |
| 17 | **A.** CORRECT. |
| 18 | **Q.** HOW LONG HAVE YOU WORKED FOR HUFFMAN-BROADWAY GROUP? |
| 19 | **A.** FULL TIME APPROXIMATELY FOUR YEARS. |
| 20 | **Q.** WHAT TYPE OF -- CAN YOU BRIEFLY DESCRIBE YOUR EDUCATIONAL |
| 21 | BACKGROUND AS IT RELATES TO THE FIELD OF BIOLOGY OR ECOLOGY? |
| 22 | **A.** YEAH, I HAVE UNDERGRADUATE CLASSES IN BIOLOGY, PHYSICS, |
| 23 | CEREAL CHEMISTRY CLASSES, AND ECOLOGY CLASSES AS WELL. |
| 24 | **Q.** WITH RESPECT TO THE WORK THAT YOU DID ON NEWARK AREA 4, |
| 25 | HOW WOULD YOU CHARACTERIZE IT IN TERMS OF BEING A TECHNICIAN |

1  VERSUS BEING AN ENVIRONMENTAL SPECIALIST?

2  **A.**  I WAS NOT THERE TO MAKE -- RENDER SCIENTIFIC OPINIONS.  I

3  WAS SIMPLY THERE TO TAKE PHOTOGRAPHS, DIG HOLES.  I NAVIGATED

4  MOWRY SLOUGH.  I NEVER WAS TASKED TO -- TO RENDER AN OPINION

5  AT ALL.

6  **Q.**  OKAY.  WAS YOUR ROLE MORE OF A -- WOULD IT BE FAIR TO SAY

7  YOUR ROLE WAS MORE OF A FIELD TECHNICIAN?

8  **A.**  CORRECT.

9  **Q.**  AND THE WORK THAT YOU DID, FOR INSTANCE, IN TERMS OF

10  TAKING SALINITY READINGS OR DIGGING SOIL PITS, IT WAS PROVIDED

11  TO DR. TERRY HUFFMAN?

12  **A.**  CORRECT.

13  **Q.**  AND WOULD IT BE FAIR TO SAY A LARGE PORTION OF YOUR WORK

14  WAS TAKING PHOTOGRAPHS AND VIDEOS OF THE PROPERTY?

15  **A.**  YES, EXACTLY.

16  **Q.**  APPROXIMATELY HOW MANY TIMES HAVE YOU BEEN ON NEWARK

17  AREA 4?

18  **A.**  APPROXIMATELY A DOZEN TIMES.

19  **Q.**  OVER WHAT TIME PERIOD?

20  **A.**  JANUARY 9TH OF 2017 THROUGH MOST RECENTLY, I DON'T KNOW

21  THE EXACT DATE, BUT THE END OF JANUARY 2018.

22  **Q.**  IS THE EXTENT OF YOUR KNOWLEDGE OF THIS PROPERTY LIMITED

23  TO THOSE TIME PERIODS?

24  **A.**  YES.  CORRECT.

25  **Q.**  WERE YOU EVER ON THE PROPERTY PRIOR TO JANUARY 9TH, 2017?

1    **A.**  NO, I WAS NOT.

2    **Q.**  WHAT I WOULD LIKE TO DO IS SHOW YOU WHAT IS ALREADY IN

3    EVIDENCE AS EXHIBIT 905.  IT'S A HELICOPTER FLYOVER VIDEO OF

4    THE SITE.  WHAT I WOULD LIKE FOR YOU TO DO AT DIFFERENT

5    INTERVALS OF THAT VIDEO IS EXPLAIN WHAT YOU DID ON THE

6    PROPERTY.

7                         (DISPLAYED ON SCREEN.)

8              **MS. LEE:**  IF WE CAN START.

9                           (VIDEO PLAYED.)

10             **MS. LEE:**  IF I CAN HAVE IT PAUSED RIGHT THERE.

11   **BY MS. LEE:**

12   **Q.**  WHAT SIGNIFICANCE DOES THIS SHOT MEAN TO YOU?

13   **A.**  THIS IS THE AREA -- THIS IS THE PICK 'N PULL SITE WHERE

14   THE CONCRETE IS.  THE AREA TO THE LEFT OF THAT IS WHAT WE CALL

15   THE NORTH FILL AREA, AND THE BODY OF WATER TO THE RIGHT THERE

16   IS A DITCH THAT RUNS UNDER THIS ROAD, AND THEN THROUGH A

17   TIDEFLEX GATE WHERE IT NOW FALLS INTO MOWRY SLOUGH TO THE

18   RIGHT THERE.

19   **Q.**  DO YOU HAVE A POINTER PEN IN FRONT OF YOU?

20   **A.**  I DON'T SEE THE POINTER.

21                       (PAUSE IN THE PROCEEDINGS.)

22   **A.**  POINT AT THIS SCREEN?

23   **Q.**  IF YOU CAN POINT AT THE TELEVISION SCREEN.

24       DID YOU TAKE VIDEO OF THE WATER COMING OUT OF THE NORTHERN

25   AREA THROUGH THAT TIDEFLEX VALVE THAT YOU INDICATED?

1    **A.**  I DID, YES.

2    **Q.**  AND WHERE DID YOU TAKE THAT VIDEO?

3    **A.**  IT WOULD HAVE BEEN -- THERE WE GO.  WOULD HAVE BEEN HERE

4    AND THEN OUT HERE.

5    **Q.**  WHAT THE WITNESS SAID IS, IT WOULD HAVE BEEN HERE AND THEN

6    OUT HERE, AND LET THE RECORD INDICATE YOU ARE REFERENCING THE

7    CULVERT PIPE IN THE NORTHERN AREA AND THE OUTFALL AT THE

8    TIDEFLEX GATE VALVE.

9         IS THE TIDEFLEX GATE VALVE A FANCY WAY OF SAYING A

10    DUCKBILL?

11    **A.**  CORRECT, YES.

12            **MS. LEE:**  IF YOU CAN CONTINUE PRESSING PLAY, AGENT

13    SU.

14                        (VIDEO RESUMED.)

15        IF YOU CAN PAUSE HERE AS WELL.

16    **BY MS. LEE:**

17    **Q.**  DID YOU DO ANY WORK AT THIS AREA OF THE PROPERTY THAT WE

18    ARE LOOKING AT, THIS CENTER PONDED AREA?

19    **A.**  I DID.  THESE ARE HISTORICAL DUCK PONDS THAT -- HERE WE

20    GO.  I WALKED UP AND DOWN THIS WOODEN PLANK MAINTAINED BY

21    PG&E.  I TOOK SALINITY READINGS STARTING HERE AND ENDING HERE

22    EVERY 50 STEPS.  THE INITIAL SALINITY READING WAS 11.5 PARTS

23    PER THOUSAND DECREASING 40 PERCENT TO 6.9 PARTS PER THOUSAND

24    AT THE END.

25    **Q.**  AND YOU ARE REFERENCING THAT WALKWAY THAT CUTS FROM WEST

1    TO EAST ACROSS THE DUCK POND?

2    **A.**   CORRECT.

3    **Q.**   HOW DID YOU TAKE THESE SALINITY READINGS?

4    **A.**   I USED A SALINITY METER.

5    **Q.**   WHAT WOULD YOU DO?

6    **A.**   IT HAS A PROBE ATTACHED TO A RECORDING DEVICE.  I WOULD --

7    TOOK MY INITIAL READING DOWN HERE NEAR THE... THIS BATTERY IS

8    DYING.

9    **Q.**   WOULD IT BE FAIR TO SAY NEAR THE SLOUGH?

10   **A.**   YES, CORRECT, ON THE LEVEE SIDE, ADJACENT TO THE SLOUGH.

11   AND THEN I WALKED THE LENGTH OF THE PLANK AND TOOK A READING

12   EVERY 50 FEET UNTIL I REACHED THE END.

13   **Q.**   OKAY.  AND THERE WAS A 40 PERCENT DECREASE IN THE LEVEL OF

14   SALINE BETWEEN --

15   **A.**   CORRECT.

16   **Q.**   -- THE PART OF THE POND CLOSEST TO THE SLOUGH AND THE PART

17   OF THE POND CLOSEST TO THE RAILROAD TRACK?

18   **A.**   CORRECT.  40 PERCENT DECREASE AS I GOT FURTHER FROM THE

19   MOWRY SLOUGH LEVEE DOWN THERE (INDICATING).

20   **Q.**   AND WHERE IS THE MOWRY SLOUGH LEVEE IN THE SHOT?

21   **A.**   IT'S HERE (INDICATING).

22           **MS. LEE:**  THE WITNESS IS INDICATING THE BOTTOM

23   RIGHT-HAND CORNER OF THE PHOTO.

24       IF WE CAN CONTINUE PRESSING PLAY, AGENT SU.

25                       (VIDEO RESUMED.)

1    IF WE CAN STOP RIGHT HERE.

2    **BY MS. LEE:**

3    **Q.**  IS THERE ANY SIGNIFICANCE HERE IN TERMS OF THE WORK THAT

4    YOU PERFORMED, MR. HUFFMAN?

5    **A.**  YES.  THIS IS THE AREA KNOWN AS THE SOUTH FILL AREA.  I

6    WITNESSED WATER THROUGH THIS CHANNEL (INDICATING) RUNNING FROM

7    THE EASTERN PART OF THE PROPERTY TO THE WEST.

8         **MS. LEE:**  AND IF WE CAN CONTINUE PRESSING PLAY, AGENT

9    SU.

10              (VIDEO RESUMED.)

11    PAUSE FOR A SECOND.

12    **BY MS. LEE:**

13    **Q.**  MR. HUFFMAN, FROM WHAT VANTAGE POINT ARE WE LOOKING AT

14    HERE?

15    **A.**  THIS IS FROM THE... YEAH, FROM THE EASTERN PORTION OFF

16    OF... THIS IS -- YEAH, THIS IS THE SOUTH FILL AREA.

17    **Q.**  COULD YOU INDICATE WITH YOUR -- YOU KNOW, IT MIGHT BE

18    EASIER -- IT SEEMS LIKE THIS PEN SOMETIMES HAS A HARD TIME

19    WORKING.  IF YOU WANT TO, YOU CAN STEP OFF, WITH THE COURT'S

20    PERMISSION, AND JUST POINT.

21         **MS. LEE:**  WOULD THAT BE OKAY, YOUR HONOR?

22         **THE COURT:**  IT WOULD.  WHY DON'T WE GIVE HIM THE

23    MICROPHONE.

24         **THE WITNESS:**  THERE WE GO.

25    SO THIS IS THE SOUTH FILL AREA AGAIN AND THIS IS THE

```
1    CHANNEL THAT WOULD FLOW EAST TO WEST.

2              MS. LEE:  LET THE RECORD INDICATE THE WITNESS

3    REFERENCED THE FIELD TO THE RIGHT-HAND PART OF THE PICTURE AS

4    THE SOUTHERN FILL AREA.

5    BY MS. LEE:

6    Q.  WHERE IS STEVENSON BOULEVARD ON THIS SHOT?

7    A.  STEVENSON BOULEVARD WOULD BE HERE (INDICATING) COMING OFF

8    THROUGH THERE.

9              MS. LEE:  LET THE RECORD INDICATE THE WITNESS

10   INDICATED THE ROAD LEADING INTO THE FIELD AREA CROSSING OVER

11   THE RAILROAD TRACKS.

12        OKAY.  MR. HUFFMAN, YOU CAN TAKE A SEAT, AND WE WILL

13   CONTINUE PRESSING PLAY.

14             THE CLERK:  IF YOU CAN FLIP THE SWITCH ON THE MIC TO

15   TURN IT OFF AT THE VERY BOTTOM.

16             THE WITNESS:  OKAY.

17             THE CLERK:  THANK YOU.

18                    (VIDEO RESUMED.)

19   BY MS. LEE:

20   Q.  MR. HUFFMAN, LOOKING AT THIS TV SCREEN OR YOUR OWN, IF IT

21   IS A CLOSER UP PICTURE FOR YOU, WHAT SIGNIFICANCE IS THIS SHOT

22   TO YOU, AND DID YOU DO ANY WORK ON THE SITE HERE?

23   A.  I DID, YES.  I SHOT VIDEO HERE (INDICATING) WHERE -- THE

24   WATER COMING FROM THE SOUTH FILL AREA FROM EAST TO WEST,

25   STOPPED HERE, WENT UNDER THIS ELEVATED FARM ACCESS ROAD HERE,
```

1    DROPPED UNDER THE ROAD INTO A DEEPER DITCH THAT RAN ALONG THE

2    MOWRY SLOUGH LEVEE, AND ULTIMATELY ENDED UP NEAR THE PUMP AT

3    THE END.

4    **Q.**  WOULD IT BE FAIR TO SAY THAT YOU TOOK A CLOSE-UP VIDEO OF

5    THAT INTERSECTION BETWEEN THE WATER COMING EAST TO WEST AND

6    THEN FLOWING NORTH TO SOUTH ADJACENT TO THE LEVEE, TO THE

7    PUMP?

8    **A.**  CORRECT, YES.

9    **Q.**  COULD YOU POINT OUT THAT INTERSECTION ON THIS SHOT?

10          **MS. LEE:**  THE WITNESS IS INDICATING THE UPPER

11   RIGHT-HAND CORNER OF THE PHOTO WHERE THE WATER MEETS ALMOST TO

12   THE LEVEE; IS THAT RIGHT?

13          **THE WITNESS:**  CORRECT.

14          **MS. LEE:**  IF WE CAN CONTINUE PRESSING PLAY, AGENT SU.

15   THANK YOU.

16                   (VIDEO RESUMED.)

17      IF WE CAN PAUSE HERE.

18   **BY MS. LEE:**

19   **Q.**  CAN YOU POINT OUT HERE WHERE YOU TOOK THE CLOSE-UP VIDEO

20   OF THE -- OF WHERE THE WATER FROM EAST TO WEST MET ANOTHER

21   WATERWAY GOING NORTH TO SOUTH?

22   **A.**  RIGHT HERE (INDICATING).

23          **MS. LEE:**  THE WITNESS IS INDICATING THAT INTERSECTION

24   POINT BETWEEN THE WATER RUNNING FROM THE SOUTH FILL INTO THE

25   WATER ADJACENT TO THE SLOUGH.

1   **BY MS. LEE:**

2   **Q.**  MR. HUFFMAN, LOOKING AT THIS VIDEO COULD YOU POINT OUT

3   WHERE MOWRY SLOUGH IS?

4   **A.**  YES.  THIS IS MOWRY SLOUGH RUNNING THIS WAY (INDICATING).

5   **Q.**  IS IT THE SQUIGGLY LINE IN THIS VIDEO SCREENSHOT?

6   **A.**  CORRECT.

7   **Q.**  YOU INDICATED YOU HAD THE OPPORTUNITY TO NAVIGATE THE

8   SLOUGH?

9   **A.**  I DID.

10  **Q.**  IF YOU COULD TAKE A SEAT, THAT WOULD BE GREAT.

11      AND WE ARE GOING TO GET TO THAT LATER BUT LET'S CONTINUE

12  THIS VIDEO.

13          **MS. LEE:**  PRESS PLAY.

14                  (VIDEO RESUMES.)

15  **BY MS. LEE:**

16  **Q.**  WHAT ARE WE LOOKING AT HERE, MR. HUFFMAN?

17  **A.**  WE ARE TRAVELING DOWN THAT CHANNEL... FOR NOW.  YEAH.

18  **Q.**  MR. HUFFMAN, IF YOU LOOK AT THE UPPER PART OF THIS PHOTO

19  IN THE BACKGROUND CLOSER TO THE MIDDLE TOP.

20  **A.**  UH-HUH.

21  **Q.**  COULD YOU INDICATE WHAT WE'RE SEEING THERE?

22  **A.**  THAT'S WHERE THE PUMP IS LOCATED.

23  **Q.**  WOULD YOU SHOW US WHERE THE PUMP IS LOCATED?

24  **A.**  THE PUMP IS LOCATED RIGHT DOWN HERE (INDICATING).

25  **Q.**  AND DID YOU TAKE VIDEO FOOTAGE OF THIS PUMP?

R. HUFFMAN – DIRECT / LEE

1      **A.**  I DID.

2      **Q.**  AND DID YOU SEE THE WATER FALLING OUT OF THE PUMP ON TO

3      MOWRY SLOUGH?

4      **A.**  I DID.

5      **Q.**  DID YOU TAKE VIDEO OF THAT AS WELL?

6      **A.**  YES.

7              **MS. LEE:**  IF YOU CAN CONTINUE PRESSING PLAY.

8                        (VIDEO RESUMED.)

9          IF WE CAN PAUSE FOR A SECOND.

10     **BY MS. LEE:**

11     **Q.**  MR. HUFFMAN, YOU INDICATED THAT YOU NAVIGATED MOWRY

12     SLOUGH.  COULD YOU DESCRIBE -- CAN YOU DESCRIBE WHERE YOU WENT

13     IN TERMS OF TRAVELING UP MOWRY SLOUGH?

14     **A.**  YEAH.  ON MARCH 29TH I STARTED AT THE PUMP LOCATION AND I

15     HEADED NORTH DIRECTION OF MOWRY AVENUE ROUGHLY 1.7 MILES

16     TAKING A LITTLE OVER AN HOUR BY INFLATABLE BOAT AND ELECTRIC

17     TROLLING MOTOR.

18     **Q.**  WERE YOU ABLE TO NAVIGATE ALL THE WAY UP TO THE POINT

19     WHERE THE SLOUGH MEETS MOWRY AVENUE?

20     **A.**  NO.  AS THE WATER -- THE TIDE LEVEL WENT DOWN, THE SHAFT

21     ON THE MOTOR THAT I WAS USING WAS TOO LONG, I HAD TO PULL IT

22     IN AND ROW THE LAST THOUSAND FEET.

23     **Q.**  WERE YOU ABLE TO ROW THE LAST THOUSAND FEET UP TO MOWRY

24     AVENUE?

25     **A.**  I WAS, YES.

R. HUFFMAN – DIRECT / LEE

1   **Q.**  COULD YOU INDICATE WHERE MOWRY SLOUGH MEETS MOWRY AVENUE

2   ON THIS VIDEO?

3   **A.**  YEAH, IT IS DOWN HERE (INDICATING).

4   **Q.**  AND YOU WERE ABLE TO ROW ALL THE WAY THERE?

5   **A.**  YES.

6   **Q.**  OKAY.

7                         (VIDEO RESUMED.)

8            **MS. LEE:**  IF WE CAN STOP -- IT'S OKAY, WE CAN KEEP

9   GOING.

10  **BY MS. LEE:**

11  **Q.**  MR. HUFFMAN, WHAT ARE WE LOOKING AT HERE, IF YOU CAN

12  NARRATE FOR US?

13  **A.**  THIS IS THE AREA WHERE THE PUMP WOULD BE.  HEADING OUT

14  TOWARDS THE BAY, I NAVIGATED THIS PORTION OF THE SLOUGH.

15  **Q.**  MR. HUFFMAN, WOULD IT BE FAIR TO SAY THAT ON ONE DAY YOU

16  NAVIGATED FROM THE PUMP UP TO MOWRY AVENUE AND ON A SECOND DAY

17  YOU NAVIGATED FROM THE PUMP THE OTHER DIRECTION OUT TO THE

18  BAY?

19  **A.**  CORRECT.

20  **Q.**  IS THIS VIDEO SHOWING MOWRY SLOUGH HEADED OUT TOWARD THE

21  BAY?

22  **A.**  YES, IT IS.

23            **MS. LEE:**  IF WE CAN CONTINUE PRESSING PLAY.

24                         (VIDEO RESUMED.)

25       MR. HUFFMAN, IF YOU CAN TAKE A SEAT.

1    **BY MS. LEE:**

2    **Q.**  WHEN DID YOU ATTEMPT TO NAV -- WHEN DID YOU NAVIGATE THE

3    BOAT FROM THE PUMP UP TO MOWRY AVENUE?

4    **A.**  ON MARCH 29TH.

5    **Q.**  OF WHAT YEAR?

6    **A.**  2017.

7    **Q.**  AND WHAT DAY DID YOU NAVIGATE FROM THE PUMP OUT TOWARD THE

8    MOUTH OF THE BAY?

9    **A.**  WOULD HAVE BEEN APRIL 21ST, 2017.

10   **Q.**  WERE YOU ABLE TO NAVIGATE ALL THE WAY OUT TO THE BAY?

11   **A.**  THAT DAY I WAS, YES.

12   **Q.**  WAS THERE A POINT WHERE YOU STOPPED PRIOR TO THE MOUTH

13   GOING INTO THE BAY?

14   **A.**  I DID.  I STOPPED ROUGHLY A HALF A MILE FROM THE END.  I

15   WITNESSED HARBOR SEAL PUPS IN THE AREA, AND I DIDN'T WANT TO

16   HARASS THEM SO I DID NOT CONTINUE FURTHER.

17   **Q.**  I WOULD LIKE TO TAKE YOU TO SOME OF THE INDIVIDUAL VIDEOS

18   THAT YOU SHOT, THAT YOU HAD DESCRIBED FROM THIS OVERALL VIDEO.

19   I WOULD LIKE TO TAKE YOU TO JANUARY 9TH, 2017.  PRIOR TO

20   COMING TO COURT TODAY, DID YOU HAVE THE OPPORTUNITY TO VIEW

21   EXHIBITS 864B, C, F, AND G?

22   **A.**  I DID, YES.

23   **Q.**  WERE THEY VIDEOS THAT YOU TOOK OF THE PROPERTY ON

24   JANUARY 9TH, 2017?

25   **A.**  YES, CORRECT.

1    **Q.**  SPECIFICALLY WERE THEY VIDEOS SHOWING THE WAY WATER FLOWED

2    OFF THE PROPERTY?

3    **A.**  CORRECT.

4    **Q.**  DID THEY FAIRLY AND ACCURATELY DEPICT HOW THE WATER

5    FLOWED, YOUR -- THE IMAGE OF THE PROPERTY THAT DAY, AND WAS IT

6    AN EXACT RECORDING OF WHAT YOU SAW?

7    **A.**  YES, IT WAS.

8            **MS. LEE:**  YOUR HONOR I WOULD LIKE TO MOVE EXHIBITS

9    864B, C, F, AND G INTO EVIDENCE.

10           **MR. SMOCK:**  YOUR HONOR, I MAY HAVE MISSED THIS.  I

11   WAS WONDERING WHAT DAY THIS WAS.

12           **MS. LEE:**  JANUARY 9TH, 2017.

13           **MR. SMOCK:**  THANK YOU.  NO OBJECTION.

14           **THE COURT:**  SO EXHIBITS 864B, C, F, AND G ARE

15   ADMITTED.

16   (GOVERNMENT'S EXHIBITS 864B, C, F, AND G RECEIVED IN EVIDENCE)

17           **MS. LEE:**  IF WE CAN PLAY 864B.

18                   (VIDEO PLAYED.)

19   **BY MS. LEE:**

20   **Q.**  MR. HUFFMAN, WHAT IS THIS?

21   **A.**  THIS IS WATER FLOWING FROM THE CHANNEL PARALLEL TO THE

22   ELEVATED ROAD RUNNING TO THE SOUTH FILL AREA.  IT'S --

23   **Q.**  IF WE COULD JUST CLARIFY, IS THIS THE CHANNEL RUNNING EAST

24   TO WEST?

25   **A.**  CORRECT.

1    **Q.**   BORDERING THAT SOUTH FILL AREA?

2    **A.**   CORRECT.

3    **Q.**   THAT DRAINAGE DITCH?

4    **A.**   CORRECT.

5    **Q.**   AND IS THIS AT THE INTERSECTION THAT YOU POINTED OUT

6    EARLIER, THE INTERSECTION OF THE WATER GOING EAST TO WEST,

7    GOING UNDERNEATH THE ROAD, AND GOING SOUTH TOWARD THE PUMP?

8    **A.**   CORRECT.

9            **MS. LEE:**   IF WE CAN PLAY 864C, PLEASE.

10                      (VIDEO PLAYED.)

11   **BY MS. LEE:**

12   **Q.**   WHAT ARE WE LOOKING AT HERE, MR. HUFFMAN?

13   **A.**   THIS IS THE WATER AFTER IT HAS COME UNDER THE ROAD INTO

14   THAT LARGER CHANNEL RUNNING ALONGSIDE MOWRY SLOUGH THAT

15   TERMINATES AT THE PUMP.

16           **MS. LEE:**   AND IF WE COULD -- I THINK WE CAN STOP AT

17   THIS POINT.   IF WE CAN PLAY 864G FIRST.

18                      (VIDEO PLAYED.)

19   **BY MS. LEE:**

20   **Q.**   WHAT IS THIS VIDEO, MR. HUFFMAN.

21   **A.**   THAT IS THE VIDEO OF THE PUMP AT THE END OF THE CHANNEL I

22   JUST DESCRIBED.

23           **MS. LEE:**   OKAY.   IF WE CAN STOP HERE.

24       AND WE WILL PLAY 864F.

25                      (VIDEO PLAYED.)

1    BY MS. LEE:

2    Q.   WHAT ARE WE LOOKING AT HERE, MR. HUFFMAN?

3    A.   THIS IS THE PIPE CONNECTED TO THE PUMP THAT PASSES UNDER

4    THE LEVEE.  THIS IS THE WATER BEING DISCHARGED INTO MOWRY

5    SLOUGH.

6    Q.   SO THIS IS ON THE OPPOSITE SIDE OF THE PUMP.  IS THAT FAIR

7    TO SAY?

8    A.   CORRECT.

9    Q.   DOES THE PUMP CONNECT -- FORCE WATER THROUGH THOSE PIPES?

10   A.   YES, IT DOES.

11   Q.   AND THIS IS THE OUTFALL OF THAT WATER INTO MOWRY SLOUGH?

12   A.   CORRECT.

13        MS. LEE:  WE CAN STOP IT HERE.

14   BY MS. LEE:

15   Q.   DID YOU GO BACK TO THE SITE ON FEBRUARY 15TH, 2017?

16   A.   I DID.  YES.

17   Q.   DID YOU TAKE ADDITIONAL VIDEOS AT THAT TIME?

18   A.   I DID.

19   Q.   AND DID YOU HAVE THE OPPORTUNITY TO SEE EXHIBITS 865A AND

20   C PRIOR TO COMING TO COURT THIS MORNING?

21   A.   YES.

22   Q.   AND DO THOSE VIDEOS FAIRLY AND ACCURATELY DEPICT THE

23   VIDEOS THAT YOU TOOK OF THE PROPERTY ON FEBRUARY 15TH, 2017?

24   A.   THEY DO.

25        MS. LEE:  YOUR HONOR I WOULD LIKE TO MOVE

```
 1    EXHIBIT 865A AND C INTO EVIDENCE.

 2              MR. SMOCK:  NO OBJECTION.

 3              THE COURT:  865A AND C ARE ADMITTED.

 4         (GOVERNMENT'S EXHIBITS 865A AND C RECEIVED IN EVIDENCE)

 5              MS. LEE:  IF WE CAN PLAY 865A, PLEASE.

 6                   (PAUSE IN THE PROCEEDINGS.)

 7                        (VIDEO PLAYED.)

 8    BY MS. LEE:

 9    Q.  WHAT ARE WE LOOKING AT HERE, MR. HUFFMAN?

10    A.  THIS IS THE TIDEFLEX GATE OR DUCKBILL DISCHARGING INTO

11    MOWRY SLOUGH.

12              MS. LEE:  IF WE CAN PAUSE HERE, AGENT SU.

13    BY MS. LEE:

14    Q.  IS THIS FROM THE -- IS THIS OFF OF THE NORTHERN SECTION OF

15    NEWARK AREA 4?

16    A.  CORRECT.

17    Q.  AND THIS IS THE WATER FLOWING FROM THE NORTHERN SECTION

18    THROUGH THE PIPE OUT THE DUCKBILL?

19    A.  CORRECT.

20              MS. LEE:  IF WE CAN JUST PRESS PLAY FOR A FEW MORE

21    SECONDS.

22                        (VIDEO RESUMED.)

23              MS. LEE:  OKAY.  WE CAN STOP HERE.

24    BY MS. LEE:

25    Q.  MR. HUFFMAN, WAS THIS DURING LOW TIDE OR HIGH TIDE?
```

R. HUFFMAN – DIRECT / LEE

1    **A.**   THAT WAS DURING LOW TIDE.

2    **Q.**   HOW DO YOU KNOW?

3    **A.**   BECAUSE I CAN SEE THE DUCKBILL.  I COULD NOT SEE IT AT

4    HIGH TIDE.

5    **Q.**   HAVE YOU BEEN BEFORE WHERE YOU WEREN'T ABLE TO SEE THE

6    TIDEFLEX GATE VALVE?

7    **A.**   YES.  ON JANUARY 11TH I MADE AN ATTEMPT TO FIND THE

8    DUCKBILL.  I WAS WEARING WADERS UP TO MY CHEST, AND I COULD

9    NOT FIND IT.

10   **Q.**   WHEN YOU SAID YOU WERE WEARING WADERS UP TO YOUR CHEST,

11   WERE YOU IN THE VICINITY OF WHERE THAT DUCKBILL IS?

12   **A.**   YES.

13   **Q.**   AND HOW TALL -- HOW MUCH -- HOW HIGH DID THE WATER COME UP

14   TO YOU?

15   **A.**   5 FEET.

16   **Q.**   AND YOU WERE -- HOW WERE YOU TRYING TO LOCATE THE TIDE

17   VALVE?

18   **A.**   USING A POLE TO TRY TO FEEL FOR IT AND WALKING OUT

19   INCREMENTALLY, TRYING TO FEEL FOR IT WITH MY FEET AS WELL.

20       USING THE PIPE ON THE OTHER SIDE, WALKING ACROSS AND

21   TRYING TO FIND THE GENERAL AREA AND THEN FEELING FOR IT WITH

22   THE ROD, YES.

23   **Q.**   WHAT HAPPENED?

24   **A.**   I WAS UNABLE TO FIND IT.

25   **Q.**   WHEN YOU WENT ON FEBRUARY 15TH, YOU WERE ABLE TO SEE IT

```
 1    DURING LOW TIDE?

 2    A.   CORRECT.

 3    Q.   DID YOU GO BACK AGAIN TO THE PROPERTY ON MARCH 29TH, 2017?

 4    A.   YES.

 5    Q.   WHAT DID YOU DO THAT DAY?

 6    A.   MARCH 29 IS WHEN I NAVIGATED THE SLOUGH TOWARDS MOWRY --

 7    IN THE DIRECTION OF MOWRY AVENUE.

 8    Q.   WHERE DID YOU START?

 9    A.   AT THE PUMP.

10    Q.   AND YOU WENT NORTH TOWARD MOWRY AVENUE?

11    A.   CORRECT, 1.7 MILES NORTH.

12    Q.   I WOULD LIKE TO SHOW -- WAS A VIDEO TAKEN OF YOU

13    NAVIGATING THAT PART OF MOWRY SLOUGH BY BOAT?

14    A.   YES, IT WAS.

15    Q.   I GUESS BY RAFT?

16    A.   RIGHT.

17    Q.   HAVE YOU HAD THE OPPORTUNITY TO SEE EXHIBIT 4 -- SORRY,

18    EXHIBIT 866D?

19    A.   YES.

20    Q.   AND IS THAT A VIDEO OF YOU NAVIGATING MOWRY SLOUGH FROM

21    THE PUMP IN THE DIRECTION OF MOWRY AVENUE?

22    A.   CORRECT.

23    Q.   IS IT A FAIR AND ACCURATE, INDEED, AN EXACT RECORDING?

24    A.   IT IS.

25              MS. LEE:  I WOULD LIKE TO MOVE GOVERNMENT'S EXHIBIT
```

1    866D INTO EVIDENCE.

2              **MR. SMOCK:**  NO OBJECTION.

3              **THE COURT:**  ADMITTED.

4         (GOVERNMENT'S EXHIBIT 866D RECEIVED IN EVIDENCE)

5              **MS. LEE:**  IF WE CAN PLAY THAT.

6                        (VIDEO PLAYED.)

7    **BY MS. LEE:**

8    **Q.**  WHAT ARE WE LOOKING AT, MR. HUFFMAN?

9    **A.**  THIS IS ME NAVIGATING MOWRY SLOUGH HEADING NORTH TOWARDS

10   MOWRY AVENUE.

11             **MS. LEE:**  AND IF WE CAN PAUSE HERE, AGENT SU.  THANK

12   YOU.

13   **BY MS. LEE:**

14   **Q.**  AND YOU INDICATED YOU WERE ABLE TO GO BY THIS ELECTRIC

15   MOTOR RAFT TO A CERTAIN POINT AND THEN WHAT HAPPENED?

16   **A.**  AS THE TIDE WENT OUT, THE SHAFT ON THE TROLLING MOTOR WAS

17   TOO LONG FOR THE DEPTH OF THE WATER, SO I PULLED THE TROLLING

18   MOTOR IN AND ROWED THE LAST THOUSAND FEET.

19   **Q.**  A FEW DAYS LATER ON MARCH 29TH, 2017 -- ACTUALLY

20   WITHDRAWN.

21        ON MARCH 29TH, 2017, DID YOU GO BACK TO THAT INTERSECTION

22   POINT WHERE THE WATER DRAINED EAST TO WEST AND THEN MEETS THAT

23   LARGER BODY OF WATER THAT GETS -- THAT GOES SOUTH TO THE PUMP?

24   DID YOU TAKE VIDEO OF THAT PART AGAIN?

25   **A.**  YES.

1    **Q.**  AND THIS WAS ANOTHER -- THIS WAS AT THE END OF MARCH OF

2    2017; IS THAT CORRECT?

3    **A.**  CORRECT.

4    **Q.**  DID YOU HAVE AN OPPORTUNITY TO SEE EXHIBIT 866B PRIOR TO

5    COMING TO COURT?

6    **A.**  I DID.

7    **Q.**  IS IT THE RECORDING THAT YOU TOOK OF THAT SECTION OF THE

8    WATER?

9    **A.**  YES.

10             **MS. LEE:**  I WOULD LIKE TO MOVE 866B INTO EVIDENCE.

11             **MR. SMOCK:**  NO OBJECTION.

12             **MS. LEE:**  AND IF WE CAN PLAY THIS VIDEO FROM MARCH --

13             **THE CLERK:**  THE JUDGE HASN'T ADMITTED IT.

14             **THE COURT:**  SKIPPED A STEP.

15             **MS. LEE:**  SORRY.

16             **THE COURT:**  ADMITTED.

17         (GOVERNMENT'S EXHIBIT 866B RECEIVED IN EVIDENCE)

18             **MS. LEE:**  THANK YOU.

19         IF WE CAN PLAY THIS VIDEO FROM MARCH 29TH, 2017.

20                       (VIDEO PLAYED.)

21    **BY MS. LEE:**

22    **Q.**  MR. HUFFMAN, WHAT ARE WE LOOKING AT HERE?

23    **A.**  LOOKING AT WATER AGAIN FROM THE SOUTH FILL AREA EAST OF

24    MOWRY SLOUGH LEVEE FLOWING TO THE WEST UNDER THE ROAD BEING

25    DISCHARGED TO THIS DEEPER CHANNEL RUNNING PARALLEL TO MOWRY

R. HUFFMAN – DIRECT / LEE

```
1    SLOUGH LEVEE TERMINATING AT THE PUMP.

2    Q.   WHAT ARE WE LOOKING AT HERE?

3    A.   THE DISCHARGE INTO A LARGER CHANNEL NEXT TO THE LEVEE.

4    Q.   THE WATER RUNS UNDERNEATH THAT ROAD THERE?

5    A.   YEAH.

6    Q.   AND IS THIS THE BODY OF WATER THAT LEADS TO THE PUMP?

7    A.   CORRECT.

8    Q.   OKAY.  A FEW DAYS AFTER MARCH 29TH, DID YOU GO BACK TO THE

9    PROPERTY TO GO BACK ON TO THE MOWRY SLOUGH?

10   A.   YES.

11   Q.   WHAT HAPPENED THAT DAY?

12   A.   APRIL 6TH.  I ATTEMPTED TO USE THE SAME TROLLING MOTOR AND

13   BOAT TO NAVIGATE THE SLOUGH TOWARDS THE BAY.  MY BATTERY DIED,

14   AND I HAD TO SET ANCHOR AND WAIT SEVEN HOURS FOR THE TIDE TO

15   GO UP AND DOWN AND MY BROTHER TO COME AND RESCUE ME IN ANOTHER

16   GAS-POWERED MOTOR BOAT.

17   Q.   WHAT DID YOU NOTICE ABOUT THE SLOUGH WHILE YOU WAITED FOR

18   SEVEN HOURS?

19   A.   I STARTED EVEN WITH THE BANK AND BY THE TIME THE TIDE HAD

20   GONE DOWN, I HAD DROPPED APPROXIMATELY 7 FEET IN ELEVATION TO

21   THE BOTTOM OF THE SLOUGH.

22   Q.   HOW WERE YOU ABLE TO EXTRACT YOURSELF FROM THAT SITUATION?

23   A.   AFTER THE TIDE CAME UP THE NEXT CYCLE, MY BROTHER CAME AND

24   RESCUED ME AND I -- IN A BOAT WITH A GAS-POWERED MOTOR AND

25   TOWED ME IN.
```

1   **Q.**  WHEN THE TIDE CAME BACK IN AGAIN, DID THAT 7 FEET RISE

2   AGAIN?

3   **A.**  UH-HUH.

4   **Q.**  DID YOU GO BACK ON TO THE PROPERTY APRIL 21, 2017?

5   **A.**  YES.

6   **Q.**  WHAT DID YOU DO THAT DAY?

7   **A.**  I NAVIGATED SUCCESSFULLY ALL THE WAY TO THE END -- OR

8   .5 MILES SHORT OF THE MOUTH OF THE BAY, STARTING AT THE PUMP.

9   **Q.**  HOW LONG DID IT TAKE YOU?

10  **A.**  APPROXIMATELY AN HOUR AND TEN MINUTES.

11  **Q.**  AND WAS A VIDEO RECORDING TAKEN OF YOU NAVIGATING THE

12  SLOUGH FROM THE PUMP UP TO ABOUT HALF A MILE FROM THE MOUTH

13  LEADING INTO THE BAY?

14  **A.**  YES.

15  **Q.**  DID YOU HAVE AN OPPORTUNITY TO VIEW GOVERNMENT'S 867F

16  PRIOR TO COMING TO COURT?

17  **A.**  YES, I DID.

18  **Q.**  IS THAT THE VIDEO OF YOU GOING TOWARD THE BAY?

19  **A.**  CORRECT.

20  **Q.**  IS IT FAIR AND ACCURATE?

21  **A.**  YES.

22        **MS. LEE:**  I WOULD LIKE TO MOVE 867F INTO EVIDENCE.

23        **MR. SMOCK:**  NO OBJECTION.

24        **THE CLERK:**  I AM SORRY, IS IT ADMITTED?

25        **THE COURT:**  IT IS.

1          (GOVERNMENT'S EXHIBIT 867F RECEIVED IN EVIDENCE)

2              **MS. LEE:**  IF WE CAN PLAY THAT, PLEASE.

3                      (VIDEO PLAYED.)

4     **BY MS. LEE:**

5     **Q.**  WHAT ARE WE LOOKING AT HERE, MR. HUFFMAN?

6     **A.**  THIS IS ME TRAVELING TOWARDS THE BAY ON MOWRY SLOUGH.

7     **Q.**  IS THIS DURING HIGH TIDE; DO YOU RECALL?

8     **A.**  THIS IS DURING HIGH TIDE.

9              **MS. LEE:**  WE CAN STOP HERE.

10    **BY MS. LEE:**

11    **Q.**  ON APRIL 21ST, 2017 DID YOU GO BACK AND TAKE A VIDEO OF

12    THAT FLOW OF WATER COMING OFF OF THE SOUTH FILL AREA GOING

13    EAST TO WEST AND THEN FLOWING DOWN TO THE PUMP?

14    **A.**  YES.

15    **Q.**  AND YOU DID IT AGAIN JUST BECAUSE IT IS A DIFFERENT TIME

16    OF THE YEAR, DIFFERENT MONTH?

17    **A.**  CORRECT.

18    **Q.**  DID YOU TAKE A VIDEO OF THAT?

19    **A.**  I DID, YES.

20    **Q.**  THAT'S 867A.  IS THAT A FAIR AND ACCURATE RECORDING OF THE

21    WATER FLOW THAT I JUST DESCRIBED?

22    **A.**  IT IS, YES.

23              **MS. LEE:**  YOUR HONOR, I WOULD LIKE TO MOVE 867A INTO

24    EVIDENCE.

25              **MR. SMOCK:**  NO OBJECTION.

1        **THE COURT:**  IT'S ADMITTED.

2        (GOVERNMENT'S EXHIBIT 867A RECEIVED IN EVIDENCE)

3                    (VIDEO PLAYED.)

4    **BY MS. LEE:**

5    **Q.**  MR. HUFFMAN, THIS IS FROM APRIL 21, 2017; IS THAT CORRECT?

6    **A.**  CORRECT.

7    **Q.**  AND CAN YOU DESCRIBE WHAT WE ARE LOOKING AT HERE?

8    **A.**  WATER FLOWING FROM THE SOUTH FILL AREA TO THE EAST, GOING

9    UNDER THE ROAD AGAIN TO THE -- WHERE IT WILL BE DISCHARGED TO

10   THE LARGER CHANNEL, HEADING TO THE PUMP.

11   **Q.**  WERE YOU ABLE TO TAKE A VIDEO OF THE WATER BEING RELEASED

12   FROM THE PUMP INTO MOWRY SLOUGH THAT DAY ON APRIL 21, 2017?

13   **A.**  YES.

14   **Q.**  AND DID YOU HAVE AN OPPORTUNITY TO VIEW GOVERNMENT'S

15   EXHIBIT 867B?

16   **A.**  I DID, YES.

17   **Q.**  IS THAT A FAIR AND ACCURATE RECORDING OF THE VIDEO YOU

18   TOOK ON APRIL 21ST OF THE OUTFALL INTO MOWRY SLOUGH FROM THE

19   PUMP?

20   **A.**  IT IS, YES.

21        **MS. LEE:**  YOUR HONOR, I WOULD LIKE TO MOVE 867B INTO

22   EVIDENCE.

23        **MR. SMOCK:**  NO OBJECTION.

24        **THE COURT:**  867B IS ADMITTED.

25        (GOVERNMENT'S EXHIBIT 867B RECEIVED IN EVIDENCE)

1                          (VIDEO PLAYED.)

2      BY MS. LEE:

3      Q.   WHAT ARE WE LOOKING AT HERE, MR. HUFFMAN?

4      A.   THIS IS THE DISCHARGE FROM THE PIPE FLOWING INTO MOWRY

5      SLOUGH ORIGINATING FROM THE PUMP IN THE CHANNEL OPPOSITE THE

6      MOWRY SLOUGH LEVEE.

7                MS. LEE:   OKAY.  I WOULD LIKE TO PULL UP GOVERNMENT'S

8      EXHIBIT 3 ALREADY IN EVIDENCE.

9                       (DISPLAYED ON SCREEN.)

10     BY MS. LEE:

11     Q.   DO YOU RECOGNIZE THIS MAP, MR. HUFFMAN?

12     A.   I DO, YES.

13     Q.   THIS IS OF NEWARK AREA 4; IS THAT RIGHT?

14     A.   CORRECT.  YES.

15     Q.   COULD YOU -- IF YOU CAN GET UP, COULD YOU SHOW US WHERE

16     THAT -- ALL THOSE VIDEOS THAT YOU TOOK OF WHERE THE WATER RUNS

17     FROM THE --

18     A.   UNDER IT, YEAH.

19     Q.   -- FROM THE EAST TO THE WEST AND THEN FROM NORTH TO SOUTH,

20     WHERE IS THAT ON THIS MAP?

21     A.   THIS IS THE SOUTH FILL AREA SO IT'S RUNNING FROM EAST TO

22     WEST TO HERE, PASSING UNDER THIS ROAD AND INTO THIS DEEPER

23     CHANNEL RUNNING ALONG THE MOWRY SLOUGH LEVEE, THIS IS MOWRY

24     SLOUGH ON THE OTHER SIDE, WHERE IT EVENTUALLY RUNS TO WHERE

25     THE PUMP IS LOCATED HERE, AND THEN THE PUMP DISCHARGES INTO

1    MOWRY SLOUGH RIGHT THERE.

2    **Q.**  MR. HUFFMAN, MAY I ALSO ASK YOU TO JUST DO THAT ON THIS

3    SCREEN IN CASE THE JURORS ON THE FAR RIGHT AREN'T ABLE TO SEE.

4    **A.**  SO, AGAIN, SOUTH FILL AREA TO THE EAST, THERE'S A CHANNEL

5    THAT RUNS THIS WAY (INDICATING), THIS IS THE ROAD WHERE THE

6    WATER RUNS UNDER AND IS DISCHARGED INTO THIS LARGER CHANNEL

7    BUT EVENTUALLY ENDS UP BY THE PUMP, WHERE THE PUMP SENDS IT

8    THROUGH A PIPE, AND IT IS DISCHARGED INTO MOWRY SLOUGH.

9    **Q.**  CAN YOU SHOW ON THIS MAP WHERE THE DUCKBILL IS, WHERE WE

10   SAW THE VIDEO OF WATER BEING RELEASED OUT OF THE DUCKBILL?

11   **A.**  YEAH.  THE PIPE THAT THE WATER WOULD RUN FROM IS ON THIS

12   SIDE, AND THE DUCKBILL WOULD BE OVER HERE (INDICATING).

13   **Q.**  SO YOU'RE INDICATING THE NORTHERN FILL AREA WHERE THE

14   NORTHERN AREA MEETS MOWRY SLOUGH?

15   **A.**  RIGHT.

16   **Q.**  THANK YOU, MR. HUFFMAN.

17       I WOULD LIKE FOR YOU TO TAKE A LOOK AT EXHIBIT 564.

18                  (EXHIBIT HANDED TO WITNESS.)

19       WHAT IS THAT?

20   **A.**  THIS IS A MAP OF MY NAVIGATION ROUTE OF MOWRY SLOUGH.

21   **Q.**  DOES IT FAIRLY AND ACCURATELY DEPICT THE WAY THAT YOU

22   NAVIGATED BY BOAT FROM THE PUMP UP TO MOWRY AVENUE AND FROM

23   THE PUMP OUT TO THE BAY?

24   **A.**  IT DOES, YES.

25            **MS. LEE:**  I WOULD LIKE TO MOVE EXHIBIT 564 INTO

```
 1    EVIDENCE.
 2              MR. SMOCK:  NO OBJECTION.
 3              THE COURT:  564 IS ADMITTED.
 4         (GOVERNMENT'S EXHIBIT 564 RECEIVED IN EVIDENCE)
 5                   (DISPLAYED ON SCREEN.)
 6    BY MS. LEE:
 7    Q.  MR. HUFFMAN, WHAT IS THE YELLOW LINE?
 8    A.  THAT IS MY NAVIGATION ROUTE FROM THE PUMP TO MOWRY AVENUE.
 9    Q.  HOW MANY MILES IS THAT?
10    A.  1.7.
11    Q.  WHAT IS THE RED LINE?
12    A.  THIS IS MY NAVIGATION ROUTE FROM THE PUMP TO JUST SHORT OF
13    THE MOUTH OF THE BAY THERE.
14    Q.  AND HOW MANY MILES WAS THAT?
15    A.  4.1.
16    Q.  AND I SEE THAT THE RED LINE STOPS A LITTLE SHORT OF
17    ENTERING THE BAY.  IS THAT WHERE YOU STOPPED?
18    A.  THAT IS WHERE I STOPPED, YES.
19    Q.  IS THAT WHERE YOU SAW THE SEAL PUPS?
20    A.  IT IS.
21    Q.  MR. HUFFMAN, TO YOUR KNOWLEDGE, HAS HUFFMAN-BROADWAY GROUP
22    BEEN RETAINED AS AN EXPERT IN THIS CASE?
23    A.  YES.
24    Q.  AND HOW ARE YOU PAID WITH RESPECT TO BEING AN
25    ENVIRONMENTAL SPECIALIST WITH HUFFMAN-BROADWAY GROUP?
```

R. HUFFMAN – DIRECT / LEE

1  **A.**  I AM A SALARIED EMPLOYEE.  THIS IS JUST LIKE ANY OTHER

2  PROJECT TO ME.  I'M NOT PRIVY TO THE ACCOUNTING SIDE OF THIS

3  PARTICULAR PROJECT, BUT...

4  **Q.**  SO YOU ARE A SALARIED EMPLOYEE --

5  **A.**  CORRECT.

6  **Q.**  -- IS THAT RIGHT?

7      HOWEVER, HUFFMAN-BROADWAY GROUP IS RETAINED BY THE

8  GOVERNMENT AND HAS BEEN PAID FOR YOUR WORK.  SPECIFICALLY IN

9  TERMS OF THE WORK THAT YOU WENT ON TO THE SITE A DOZEN TIMES,

10 YOUR NAVIGATING, YOUR VIDEOS, YOUR SALINITY READINGS, YOUR

11 WORK HAS TOTALED APPROXIMATELY $11,760; IS THAT CORRECT?

12 **A.**  IT SOUNDS CORRECT, YES.

13 **Q.**  AND THAT IS BASED ON THE NUMBER OF HOURS THAT YOU HAVE

14 WORKED; IS THAT CORRECT?

15 **A.**  CORRECT.

16 **Q.**  THE NUMBER OF HOURS YOU'VE WORKED ON THE SITE IS ABOUT 98

17 HOURS?

18 **A.**  CORRECT.

19 **Q.**  HOWEVER, YOU PERSONALLY ARE PAID ON SALARY --

20     **MR. SMOCK:**  OBJECTION.

21 **BY MS. LEE:**

22 **Q.**  -- NOT NECESSARILY BY THE HOUR?

23     **THE COURT:**  SUSTAINED.  IT'S LEADING.

24     **MS. LEE:**  OKAY.

25 **BY MS. LEE:**

R. HUFFMAN – CROSS / SMOCK

1    **Q.**   HOW ARE YOU PAID?

2    **A.**   SALARY.  SAME I'M PAID FOR EVERY OTHER PROJECT.  MY CHECK

3    IS THE SAME EVERY TWO WEEKS.

4          **MS. LEE:**  I HAVE NO FURTHER QUESTIONS FOR THIS

5    WITNESS.

6          **THE COURT:**  ANY CROSS-EXAMINATION?

7          **MR. SMOCK:**  YES.  THANK YOU.

8                          **CROSS-EXAMINATION**

9    BY MR. SMOCK:

10   **Q.**   GOOD MORNING, MR. HUFFMAN.

11   **A.**   GOOD MORNING.

12   **Q.**   MR. HUFFMAN, WE JUST WATCHED A VIDEO OF YOU RIDING IN A

13   BOAT UP MOWRY SLOUGH, AND YOU SHOWED US AN EXHIBIT YOU CREATED

14   AS A RESULT OF THAT TRIP YOU TOOK, RIGHT?

15   **A.**   CORRECT.  THE GPS ROUTE, YEAH.

16   **Q.**   AND YOU CALLED WHAT YOU DID THERE A NAVIGABILITY STUDY,

17   CORRECT?

18   **A.**   THIS WAS ME NAVIGATING, YES.

19   **Q.**   THE POINT BEING TO SHOW THAT MOWRY SLOUGH WAS NAVIGABLE,

20   RIGHT?

21   **A.**   CORRECT.

22   **Q.**   MR. HUFFMAN, ARE YOU AWARE THAT THERE HAS NEVER BEEN A

23   DISPUTE IN THIS CASE ABOUT WHETHER OR NOT MOWRY SLOUGH IS

24   NAVIGABLE?

25   **A.**   I WAS NOT AWARE OF THAT.

1  **Q.**  ARE YOU AWARE THAT, IN FACT, THE JURY INSTRUCTION IN THIS

2  CASE SAYS THAT MOWRY SLOUGH IS A TRADITIONAL NAVIGABLE WATER?

3  **A.**  I WAS NOT AWARE OF THAT.

4  **Q.**  NOW, JUST TO GET A SENSE FROM YOU ABOUT HOW LONG MOWRY

5  SLOUGH IS, WHAT THE DISTANCE IS FROM THE BAY TO ITS END AT

6  AREA 4 ON MOWRY AVENUE, I WANT TO TALK TO YOU ABOUT THAT.  YOU

7  SAID THAT ON ONE OF THE DAYS YOU DID THIS, QUOTE, NAVIGABILITY

8  STUDY AND YOU TOOK YOUR BOAT ABOUT 4.1 MILES; IS THAT RIGHT?

9  **A.**  CORRECT.  FOR ONE LEG, YES.

10  **Q.**  AND THEN THE OTHER PART OF YOUR TRIP WAS ABOUT 1.7 MILES?

11  **A.**  CORRECT.

12  **Q.**  YOU SAID THAT YOU STOPPED ABOUT A HALF MILE SHORT OF THE

13  END?

14  **A.**  CORRECT.

15  **Q.**  SO IF MY MATH IS RIGHT, THE DISTANCE FROM AREA 4 ALONG

16  MOWRY SLOUGH SNAKING AROUND THOSE SALT EVAPORATION PONDS IS

17  ABOUT 6.3 MILES; IS THAT RIGHT?

18  **A.**  SOUNDS ABOUT RIGHT.

19  **Q.**  LOOKING AT YOUR REPORT FROM THAT BOAT TRIP YOU TOOK, IT

20  SAYS THAT ON THE FIRST DAY THAT YOU DID IT YOU WERE IN THE

21  BOAT FOR ABOUT A HALF AN HOUR; IS THAT RIGHT?

22  **A.**  ON THE FIRST DAY?

23  **Q.**  ON MARCH 29TH.

24  **A.**  NO, I BELIEVE I WAS IN THE BOAT FOR OVER AN HOUR.

25  **Q.**  OKAY.  YOUR REPORT SAYS ON MARCH 29TH YOU TOOK FROM

1   3:16 P.M. TO 3:55 P.M.  THAT IS ABOUT A HALF AN HOUR, ISN'T

2   IT?

3   **A.**  I DIDN'T WRITE THE REPORT.

4   **Q.**  WOULD THE REPORT SUBMITTED BY YOUR FATHER'S COMPANY BE

5   INACCURATE ON THAT POINT?

6   **A.**  I DON'T HAVE ANY KNOWLEDGE OF WHAT WAS WRITTEN IN THE

7   REPORT.

8   **Q.**  ON APRIL 21ST, THE REPORT SUBMITTED BY YOUR FATHER'S

9   COMPANY SAYS THAT YOU WERE IN THE BOAT BETWEEN 9:44 AND

10  10:14 IN THE MORNING.  ANY REASON TO THINK THAT THAT IS ALSO

11  INACCURATE?

12  **A.**  NO REASON TO BELIEVE IT IS NOT ACCURATE.

13  **Q.**  LOOKING AT THE BILLS THAT YOUR FATHER'S COMPANY SUBMITTED

14  TO THE GOVERNMENT IN THIS CASE, ISN'T IT TRUE THAT YOUR

15  FATHER'S COMPANY BILLED THE GOVERNMENT FOR THIS NAVIGABILITY

16  ANALYSIS YOU DID FOR 35 HOURS OF WORK BY YOU?

17  **A.**  I HAVE NO KNOWLEDGE OF WHAT WAS BILLED.

18  **Q.**  ANY REASON TO THINK THIS BILL IS WRONG?

19  **A.**  NO REASON TO THINK THE BILL WOULD BE WRONG.

20  **Q.**  35 HOURS IS ALMOST A FULL WEEK OF EIGHT-HOUR DAYS, ISN'T

21  IT?

22  **A.**  CORRECT.

23  **Q.**  TERRY HUFFMAN IS YOUR FATHER, RIGHT?

24  **A.**  HE IS.

25  **Q.**  BEFORE YOU STARTED WORKING WITH HIM, YOU HAD NO EXPERIENCE

R. HUFFMAN – CROSS / SMOCK

1    PERFORMING WETLAND SCIENCE-RELATED WORK, CORRECT?

2    **A.**   CORRECT.

3    **Q.**   YOUR BACHELOR'S DEGREE IS IN ADMINISTRATION OF JUSTICE; IS

4    THAT RIGHT?

5    **A.**   CORRECT.

6    **Q.**   SO I WANT TO TALK TO YOU ALSO ABOUT THE HOURLY RATE YOUR

7    FATHER'S COMPANY BILLED THE GOVERNMENT OUT AT.

8        YOU ARE AWARE THAT YOUR FATHER'S COMPANY BILLED THE

9    GOVERNMENT $120 AN HOUR FOR YOUR WORK?

10   **A.**   I WAS NOT AWARE OF THAT.

11   **Q.**   ANY REASON TO THINK THIS BILL IS WRONG ON THAT POINT?

12   **A.**   NO REASON TO THINK IT IS WRONG.

13   **Q.**   SO WHAT THAT MEANS IS FOR THIS NAVIGABILITY ANALYSIS YOU

14   DID THE GOVERNMENT WAS BILLED $4,200; IS THAT RIGHT?

15   **A.**   I WOULD HAVE NO WAY OF KNOWING IF THAT IS RIGHT.

16   **Q.**   HAS THE GOVERNMENT PAID THOSE BILLS?

17   **A.**   I WOULD NOT KNOW THAT --

18   **Q.**   ANY REASON TO THINK THEY HAVEN'T?

19   **A.**   NO REASON TO THINK THEY HAVEN'T.

20   **Q.**   HOW MUCH IS THE GOVERNMENT BEING BILLED FOR YOUR TIME HERE

21   TESTIFYING?

22   **A.**   I DON'T KNOW THAT EITHER.

23   **Q.**   ANY REASON TO THINK IT IS MORE THAN $120 YOU HAVE BEEN

24   BILLED OUT AT?

25   **A.**   NO REASON TO THINK THAT, NO.

1    **Q.**  YOU KNOW THAT YOUR SERVICES HERE IN COURT ARE BEING BILLED

2    FOR, CORRECT?

3    **A.**  I SAW ON THE SUBPOENA THAT THERE WAS A FEE PROVIDED TO

4    WITNESSES, YES.

5    **Q.**  BUT --

6    **A.**  I DON'T KNOW.

7    **Q.**  BUT FOR YOUR WORK TODAY THE GOVERNMENT WILL BE BILLED BY

8    YOUR FATHER'S COMPANY, CORRECT?

9    **A.**  I WAS NOT AWARE OF THAT.

10   **Q.**  ANY REASON TO THINK THAT YOU WOULDN'T?

11   **A.**  NO REASON TO THINK I WOULDN'T BE.

12   **Q.**  I WANT TO TALK A LITTLE BIT ABOUT THE VIDEOS THAT YOU

13   SHOWED.  GOVERNMENT EXHIBIT 980 AND THE SUBSETS OF THOSE WERE

14   VIDEOS THAT WERE TAKEN AT AREA 4 ON DECEMBER 16TH OF 2016; IS

15   THAT RIGHT?

16   **A.**  I'M NOT SPECIFICALLY AWARE OF THE VIDEOS YOU'RE REFERRING

17   TO.

18   **Q.**  OKAY.  WELL, THERE WERE A SERIES OF VIDEOS THAT WERE SHOWN

19   BASED ON VISITS TO THE SITE THAT YOU MADE, AND I'LL JUST TELL

20   YOU THAT YOUR TESTIMONY WAS THAT THIS FIRST SERIES WAS TAKEN

21   ON DECEMBER 16TH.  WERE YOU ON THE SITE THAT DAY?

22   **A.**  I --

23        **MS. LEE:**  OBJECTION.

24        **THE COURT:**  WHAT'S THE OBJECTION?

25        **MS. LEE:**  980 WAS NEVER ADMITTED OR SHOWN -- NEVER

1    ADMITTED OR SHOWN TO THIS WITNESS.

2              **MR. SMOCK:**  I AM SORRY.

3              **THE COURT:**  YEAH, THAT'S --

4              **MR. SMOCK:**  THAT IS A FAIR POINT.  THIS IS A MIXUP

5    ABOUT EXHIBITS.

6    **BY MR. SMOCK:**

7    **Q.**  864 WAS VIDEOS THAT WERE TAKEN ON JANUARY 9TH OF 2017,

8    RIGHT?

9    **A.**  CORRECT.

10   **Q.**  I APOLOGIZE ABOUT THAT LAST QUESTION.

11        SO JANUARY 9TH, 2017 WAS MORE THAN TWO YEARS AFTER THE

12   CONDUCT IN THIS CASE, CORRECT?

13   **A.**  I'M NOT AWARE OF WHEN THE CONDUCT ORIGINALLY OCCURRED.

14   **Q.**  2014.  SO THAT'S MORE THAN TWO YEARS, CORRECT?

15   **A.**  DOING THE MATH, YES.

16   **Q.**  NOW, JANUARY OF 2017 ARE YOU AWARE THAT RAINFALL TOTALS

17   WERE 2 1/2 INCHES HIGHER THAN NORMAL?

18   **A.**  I WAS NOT AWARE OF THE ACTUAL RAINFALL DATA.

19   **Q.**  ANY REASON TO THINK THAT IS INCORRECT?

20   **A.**  NO REASON TO THINK IT IS INCORRECT.

21              **MS. LEE:**  OBJECTION.  SPECULATION.

22              **THE COURT:**  OVERRULED.

23   **BY MR. SMOCK:**

24   **Q.**  ON THE DAY BEFORE THAT VIDEO WAS TAKEN IT RAINED ALMOST

25   HALF AN INCH; IS THAT RIGHT?

1  **A.**  I DON'T RECALL.

2  **Q.**  ANY REASON TO THINK THAT THAT IS INACCURATE?

3  **A.**  NO REASON TO THINK ITS INACCURATE.  DON'T RECALL.

4  **Q.**  NOW, GOVERNMENT EXHIBIT 865 WAS VIDEOS THAT WERE TAKEN ON

5  FEBRUARY 15TH OF 2017.  DO YOU RECALL THAT?

6  **A.**  FEBRUARY 15TH?

7  **Q.**  YOU WERE ON THE SITE THAT DAY?

8  **A.**  YES.

9  **Q.**  WE ALREADY TALKED ABOUT RAINFALL TOTALS IN JANUARY.  ARE

10  YOU AWARE THAT RAINFALL TOTALS IN FEBRUARY OF 2017 WERE

11  2 INCHES HIGHER THAN AVERAGE?

12  **A.**  I WAS NOT AWARE OF THAT.

13  **Q.**  ANY REASON TO THINK THAT'S INACCURATE?

14  **A.**  NO REASON TO THINK IT MIGHT BE INACCURATE.

15       **MS. LEE:**  OBJECTION.  OUTSIDE THE SCOPE.

16       **THE COURT:**  OVERRULED.

17  **BY MR. SMOCK:**

18  **Q.**  YOU WERE ALSO SHOWN A VIDEO THAT WAS GOVERNMENT

19  EXHIBIT 905 WHICH WAS AERIAL FOOTAGE OF AREA 4.  THAT VIDEO

20  WAS TAKEN ON MARCH 3RD OF 2017.

21       SO WE'VE TALKED ABOUT RAINFALL TOTALS IN JANUARY BEING

22  2 1/2 INCHES HIGHER THAN NORMAL, FEBRUARY BEING 2 INCHES

23  HIGHER THAN NORMAL, NOW WE ARE LOOKING AT VIDEO THAT IS AT THE

24  VERY BEGINNING OF MARCH IN 2017; IS THAT RIGHT?

25  **A.**  YES.  YEAH.  THIS -- TODAY WAS THE FIRST DAY I SAW THE

1    AERIAL.

2    **Q.**  YOU HAD NEVER EVEN SEEN THAT BEFORE?

3    **A.**  NOT PRIOR TO THIS MORNING.

4    **Q.**  YOU WERE NOT IN THE HELICOPTER?

5    **A.**  I WAS NOT IN THE HELICOPTER.

6    **Q.**  NOW, YOU'RE AWARE THAT IN THE SUMMER OF 2014, WHEN THE

7    CONDUCT OCCURRED, THERE WAS AN EXCEPTIONAL DROUGHT IN THE

8    NEWARK AREA, ARE YOU NOT?

9    **A.**  I WAS NOT.

10   **Q.**  DO YOU RECALL THERE BEING A DROUGHT IN THE SUMMER OF 2014?

11   **A.**  IN THE STATE OF CALIFORNIA?

12   **Q.**  YES.

13   **A.**  YES.

14   **Q.**  SO YOU ARE AWARE THAT THE SITE LOOKED MUCH DIFFERENT IN

15   2014 THAN IT DID IN THE BEGINNING OF MARCH AFTER TWO MONTHS OF

16   EXTREMELY HIGH RAINFALL?

17   **A.**  I AM NOT AWARE THAT IT LOOKED ANY DIFFERENT, NO.

18   **Q.**  BECAUSE YOU WERE NOT ON THE SITE IN 2014?

19   **A.**  CORRECT.

20   **Q.**  YOU HAVE NO IDEA WHAT THE SITE WAS LIKE AT THE TIME OF THE

21   CONDUCT IN THIS CASE, CORRECT?

22   **A.**  PRIOR TO 2017 I HAVE NO KNOWLEDGE OF WHAT THE SITE LOOKED

23   LIKE.

24            **MR. SMOCK:**  I AM GOING TO ASK MR. WANZALA TO PUT UP

25   905.  AND CAN YOU GO TO AROUND 1:20?  CAN YOU PLAY?  I'LL TELL

1    YOU WHEN TO STOP.

2                        (VIDEO PLAYED.)

3            **MR. SMOCK:**  ALL RIGHT.  CAN YOU STOP THERE, PLEASE?

4    **BY MR. SMOCK:**

5    **Q.**  SO THIS IS THE STILL IMAGE FROM THAT VIDEO ON MARCH 3RD,

6    2017; AM I RIGHT?

7    **A.**  MARCH 3RD?

8    **Q.**  YES.

9    **A.**  FROM THE AERIAL?

10   **Q.**  YES.

11   **A.**  YES.

12   **Q.**  I WANT TO GO OVER SOME THINGS ABOUT THIS IMAGE.  I AM

13   GOING TO STAND HERE AND I'M GOING TO POINT AT THIS SCREEN.  IF

14   YOU NEED HELP OR IF IT'S NOT CLEAR, JUST LET ME KNOW, AND I

15   WILL TRY TO MAKE IT CLEAR.

16   **A.**  OKAY.

17   **Q.**  YOU SHOWED US A NUMBER OF VIDEOS OF WATER FLOWING TO WHAT

18   YOU CALL THE CULVERT, I THINK, CORRECT, THAT YOU SHOT?

19   **A.**  I DON'T RECALL CALLING IT A CULVERT, BUT IT -- WHERE IT

20   PASSES UNDER THE ROAD AND RIGHT INTO IT.

21   **Q.**  RIGHT.  OKAY.

22       I AM POINTING TO THE AREA HERE AT THE END OF THIS BERM

23   (INDICATING) PASSED THE DUCK PONDS.  IS THAT WHERE THOSE

24   VIDEOS WERE SHOT?

25   **A.**  ALONG THIS ROAD THROUGH THE MIDDLE AT THE END OF THAT AND

```
 1    THE CURVE, YEAH, TO THE LEFT OF WHERE THE DUCK PONDS WOULD BE,

 2    CORRECT.

 3    Q.  RIGHT.  SO ALL THOSE VIDEOS ARE SHOT HERE AT THE VERY END

 4    OF THAT LINE, RIGHT?

 5    A.  CORRECT.

 6    Q.  AND YOUR TESTIMONY, SIR, WAS THAT THAT WATER WAS COMING

 7    FROM ALONG THIS LINE.  IS THAT YOUR TESTIMONY?

 8    A.  MY OBSERVATIONS SHOWED THAT AT THE TIMES THAT I WAS

 9    ON-SITE, YES.

10    Q.  DO YOU HAVE ANY VIDEOS TO SHOW US OF THAT?

11    A.  NOT....

12    Q.  NO?

13    A.  NO.  NOT IN EVIDENCE, NO.

14    Q.  LOOKING AT THIS IMAGE, WE SEE A TREMENDOUS AMOUNT OF WATER

15    HERE AROUND THE DUCK PONDS, DON'T WE (INDICATING)?

16    A.  YES.

17    Q.  AND MUCH OF THAT WATER IS GOING TO THE POINT WHERE YOU'RE

18    SHOOTING YOUR VIDEO, ISN'T IT?

19    A.  IT COULD BE, YES.  I CAN'T TELL FROM THE PICTURE THAT

20    THERE IS A --

21    Q.  LET'S LOOK AT YOUR FATHER'S REPORT.  ARE YOU AWARE THAT IN

22    YOUR FATHER'S REPORT, REFERRING TO THIS DUCK POND AREA --

23         MS. LEE:  OBJECTION.  HEARSAY.

24         THE COURT:  SUSTAINED.  IT'S FACTS NOT IN EVIDENCE.

25         MR. SMOCK:  YOUR HONOR, THIS IS IMPEACHMENT.  IT IS
```

R. HUFFMAN – CROSS / SMOCK

1   NOT BEING INTRODUCED FOR ITS TRUTH.  AND I NEED TO BE ABLE TO

2   TALK ABOUT HIS FATHER'S REPORTS ABOUT WHERE THIS WATER IS

3   COMING FROM.  THIS WITNESS HAS SAID THAT IT WAS COMING FROM

4   ALONG THAT BERM, WHICH IS NOT CONSISTENT.

5            **THE COURT:**  ALL RIGHT.  OVERRULED.

6   **BY MR. SMOCK:**

7   **Q.**  ARE YOU AWARE THAT YOUR FATHER WROTE WITH RESPECT TO THAT

8   AREA:  THIS PONDED AREA ALSO CONTRIBUTES TO THE RELATIVE HIGH

9   SURFACE WATER FLOWS SEEN IN THE LOWER PORTION OF TRIBUTARY A

10  AND AT THE CULVERT INLET AND OUTLET THAT CONNECTS TRIBUTARY A

11  AND TRIBUTARY B?

12      ARE YOU AWARE THAT HE WROTE THAT?

13  **A.**  I AM NOT AWARE OF WHAT HE WROTE.  I AM NOT PRIVY TO THE

14  INFORMATION IN THE REPORT.

15           **MR. SMOCK:**  LET'S LOOK BACK AT THAT IMAGE.  CAN YOU

16  PUT THAT UP AGAIN?

17           **THE CLERK:**  EXHIBIT 905?

18           **MR. SMOCK:**  YES.

19                 (DISPLAYED ON SCREEN.)

20  **BY MR. SMOCK:**

21  **Q.**  WHEN HE IS SPEAKING OF –– LET ME GET THE LANGUAGE AGAIN:

22  THE FLOW SEEN IN THE LOWER PORTION OF TRIBUTARY A AND AT THE

23  CULVERT INLET, THAT CULVERT INLET IS WHERE YOU ARE SHOOTING

24  THE VIDEO, IS IT NOT?

25  **A.**  CORRECT.

1    **Q.**  HE'S TALKING ABOUT WATER COMING FROM THIS DUCK POND AREA

2    (INDICATING), CORRECT?

3    **A.**  I'M NOT PRIVY TO WHAT HE'S TALKING ABOUT IF IT IS IN THE

4    REPORT.  I HAVEN'T READ THE REPORT.

5    **Q.**  SO YOU HAVE SAID THAT THERE WAS A FLOW OF WATER ALONG THIS

6    BERM, CORRECT?

7    **A.**  I HAVE WITNESSED A FLOW OF WATER ALONG THAT BERM, CORRECT.

8    **Q.**  YOU MEASURED FLOW OF WATER OR VIDEOED FLOW OF WATER AT

9    THIS END POINT, CORRECT?  (INDICATING)?

10   **A.**  CORRECT.

11   **Q.**  DID YOU MEASURE FLOW OF WATER ALL THE WAY ALONG THIS BERM?

12   **A.**  NOT TO MY KNOWLEDGE, BUT --

13   **Q.**  DID YOU SHOOT VIDEO OF FLOW OF WATER ALONG THIS BERM?

14   **A.**  I DID NOT.

15   **Q.**  YOUR VIDEO IS FROM THE END HERE (INDICATING)?

16   **A.**  CORRECT.

17          **MR. SMOCK:**  NOTHING FURTHER.

18          **THE COURT:**  ANY REDIRECT?

19          **MS. LEE:**  BRIEFLY.

20                    **REDIRECT EXAMINATION**

21   BY MS. LEE:

22   **Q.**  MR. HUFFMAN, YOU HADN'T SEEN THAT HELICOPTER FLYOVER VIDEO

23   UNTIL SHORTLY BEFORE YOUR TESTIMONY TODAY; IS THAT CORRECT?

24   **A.**  CORRECT.

25   **Q.**  WHEN YOU SAW IT, DID IT FAIRLY AND ACCURATELY DEPICT WHAT

1   THE SITE HAS LOOKED LIKE OVER YOUR DOZEN TIMES ON THE PROPERTY

2   IN 2017?

3   **A.**  TO MY KNOWLEDGE, YES.

4   **Q.**  WOULD YOU SAY, THOUGH, HOWEVER, THAT OVER 2017 THAT THERE

5   ARE SEASONAL --

6          **MR. SMOCK:**  OBJECTION.  LEADING.

7   **BY MS. LEE:**

8   **Q.**  -- CHANGES?

9          **THE COURT:**  IT IS LEADING.  SUSTAINED.

10  **BY MS. LEE:**

11  **Q.**  WOULD YOU SAY THAT IT'S FAIR AND ACCURATE OVER YOUR TIMES

12  THAT YOU'VE SEEN THE PROPERTY OR WERE THERE ANY DIFFERENCES?

13  **A.**  YES, I HAVE SEEN DIFFERENCES.

14  **Q.**  COULD YOU DESCRIBE?

15  **A.**  FOR INSTANCE, IN MOWRY SLOUGH WHEN WE WERE TRYING TO FIND

16  THE DUCKBILL, EVEN THOUGH THE TIDE -- WE WERE LOOKING FOR IT

17  AT A LOWER TIDE, BECAUSE OF RAINFALL IN JANUARY BEING HIGH,

18  THE WATER DEPTH WAS MUCH GREATER THAN IT COULD BE.  I'VE SEEN

19  PONDING IN DIFFERENT PLACES IN DIFFERENT TIMES OF YEAR, YES.

20  **Q.**  OKAY.  MR. SMOCK HAD ASKED YOU ABOUT YOUR KNOWLEDGE OF

21  RAINFALL IN JANUARY AND FEBRUARY.  HOWEVER, YOUR VIDEOS EXPAND

22  ALL THE WAY INTO MARCH AND APRIL, CORRECT?

23  **A.**  CORRECT.

24  **Q.**  WERE YOU AWARE THAT THE RAINFALL IN MARCH, THE TOTAL

25  PRECIPITATION INCHES WAS BELOW THE AVERAGE?

1    **A.**  I WAS NOT AWARE OF THAT, NO.

2    **Q.**  AND WERE YOU AWARE THAT IN APRIL THE PRECIPITATION WAS

3    1.11 INCHES AND THE AVERAGE IS .95, AND IT IS WITHIN THE

4    NORMAL RANGE?

5    **A.**  I'M NOT PRIVY TO ANY RAINFALL DATA.

6    **Q.**  OKAY.  AND WHEN YOU TOOK VIDEO AT THAT CONFLUENCE POINT

7    LEADING INTO THAT CHANNEL THAT GOES DOWN TO THE PUMP, YOU

8    INDICATED THAT YOU OBSERVED THAT THE WATER CAME FROM THAT

9    DRAINAGE CHANNEL RUNNING ALONG THAT SOUTH FILL AREA.  TO YOUR

10   KNOWLEDGE, IS THAT THE ONLY CONTRIBUTION OF WATER TO THAT FLOW

11   THAT YOU VIDEO RECORDED, OR WERE THERE OTHER CONTRIBUTIONS OF

12   WATER AS WELL?

13   **A.**  OTHER CONTRIBUTIONS AS WELL.  THE FIELD TO THE NORTH OF

14   THE CHANNEL OFTEN HAD PONDED WATER IN IT AS WELL.

15   **Q.**  OKAY.  SO THERE WERE MULTIPLE CONTRIBUTIONS TO THAT

16   WATER -- OR NOT MULTIPLE, AT LEAST TWO CONTRIBUTIONS --

17              **MR. SMOCK:**  LEADING.

18              **THE COURT:**  SUSTAINED.

19   **BY MS. LEE:**

20   **Q.**  COULD YOU DESCRIBE WHAT CONTRIBUTIONS TO THAT WATER YOU

21   OBSERVED, NOT SCIENTIFICALLY JUST WHAT YOU SAW TO THAT WATER

22   FLOW THAT CAME -- THAT YOU RECORDED GOING INTO THE --

23   **A.**  UH-HUH.

24   **Q.**  -- INTO THE CHANNEL THAT LED TO THE PUMP?

25   **A.**  I SAW PONDED WATER AS WELL AS -- TO THE NORTH AND TO THE

1    NORTHEAST AS WELL AS WATER IN THE DITCH FLOWING FROM EAST TO

2    WEST.

3              **MS. LEE:**  ALL RIGHT.  I HAVE NO FURTHER QUESTIONS.

4              **THE COURT:**  ANY RECROSS?

5              **MR. SMOCK:**  NO, YOUR HONOR.

6              **THE COURT:**  THANK YOU, MR. HUFFMAN.  YOU ARE EXCUSED.

7        THE UNITED STATES MAY CALL ITS NEXT WITNESS.

8              **MR. KEARNEY:**  ONE MOMENT, YOUR HONOR.

9                   (PAUSE IN THE PROCEEDINGS.)

10             **THE COURT:**  WHO IS THE NEXT WITNESS?

11             **MR. KEARNEY:**  HUMBERTO VALDEZ.

12             **THE CLERK:**  GO UP TO THE WITNESS STAND FOR ME,

13   PLEASE.  RAISE YOUR RIGHT HAND.

14      (**HUMBERTO VALDEZ**, CALLED AS A WITNESS FOR THE GOVERNMENT,

15   HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

16             **THE WITNESS:**  YES.

17             **THE CLERK:**  YOU MAY BE SEATED, AND ONCE SEATED I AM

18   GOING TO ASK THAT YOU PLEASE STATE AND SPELL YOUR FIRST AND

19   LAST NAME FOR THE RECORD, PLEASE.

20             **THE WITNESS:**  HUMBERTO VALDEZ.

21             **THE CLERK:**  SPELL YOUR FIRST AND LAST NAME FOR THE

22   RECORD, PLEASE.

23             **THE WITNESS:**  H-U-M-B-E-R-T-O, V-A-L-D-E-Z.

24             **THE CLERK:**  THANK YOU.  AND THERE IS WATER IN THE

25   PITCHER.

1          **THE COURT:**  ANY TIME YOU CAN PROCEED WHENEVER YOU'RE

2     READY.

3          **MR. KEARNEY:**  THANK YOU, YOUR HONOR.

4                         **DIRECT EXAMINATION**

5     BY MR. KEARNEY:

6     **Q.**  MR. VALDEZ, GOOD MORNING.

7     **A.**  GOOD MORNING.

8     **Q.**  IF YOU WANT TO PULL THAT MICROPHONE A LITTLE MORE CLOSELY

9     TO YOU, IT MIGHT MAKE THINGS A LITTLE EASIER.

10    **A.**  OKAY.

11    **Q.**  SIR, PLEASE TELL US WHAT IT IS YOU DO FOR A LIVING.

12    **A.**  I'M IN THE WOOD WASTE AND GREEN WASTE, MULCH PROCESSING.

13    **Q.**  WHAT DOES THAT MEAN, SIR?

14    **A.**  IT MEANS I COLLECT GREEN WASTE AND MULCH IT UP OR GRIND IT

15    UP AND MAKE A PRODUCT OUT OF IT.

16    **Q.**  HOW LONG HAVE YOU BEEN ENGAGED IN THE -- YOU CALL THAT THE

17    GREEN WASTE BUSINESS; IS THAT RIGHT?

18    **A.**  GREEN WASTE BUSINESS OR MULCH BUSINESS.

19    **Q.**  HOW LONG HAVE YOU BEEN INVOLVED IN THAT BUSINESS,

20    MR. VALDEZ?

21    **A.**  PROBABLY A LITTLE OVER 20 YEARS.

22    **Q.**  SIR, IN 2014, WHERE -- YOU WERE ENGAGED IN THAT BUSINESS

23    IN 2014 I PRESUME; IS THAT RIGHT?

24    **A.**  YES, I THINK SO.

25    **Q.**  AND WHEREABOUTS WERE YOU LOCATED IN 2014?

VALDEZ – DIRECT / KEARNEY

1  **A.**  THERE IN NEWARK.

2  **Q.**  WHAT WAS THE NAME OF YOUR BUSINESS, SIR, BACK IN 2014 THAT

3  WAS LOCATED IN NEWARK, CALIFORNIA?

4  **A.**  RUI.

5  **Q.**  RUI?

6  **A.**  YES.

7  **Q.**  AND WHAT DID THAT STAND FOR, SIR?

8  **A.**  RECYCLING UNLIMITED.

9       **MR. KEARNEY:**  AGENT SU, I WONDER IF WE CAN PULL UP

10  EXHIBIT 130, IT'S ALREADY BEEN ADMITTED INTO EVIDENCE?

11              (DISPLAYED ON SCREEN.)

12  **BY MR. KEARNEY:**

13  **Q.**  MR. VALDEZ, DO YOU RECOGNIZE THE AREA DEPICTED IN THIS

14  AERIAL PHOTOGRAPH?

15  **A.**  IT IS THE SAME HERE, THIS ONE HERE?

16  **Q.**  YES.

17  **A.**  YES.

18  **Q.**  IS THE AREA WHERE YOU WERE CONDUCTING YOUR RECYCLING

19  BUSINESS PICTURED IN THAT PHOTOGRAPH?

20  **A.**  YES.

21  **Q.**  SIR, THERE IS A LASER POINTER IN FRONT OF YOU.  LET ME SEE

22  IF IT IS STILL THERE, SEE IF IT IS WORKING.

23              (PAUSE IN THE PROCEEDINGS.)

24      WHERE IS YOUR -- IN THIS PHOTOGRAPH, SIR, WHERE IS YOUR

25  BUSINESS LOCATED?  JUST ORALLY DESCRIBE IT FOR US.

1    **A.**   WELL, JUST THE LAST YARD WHERE THERE'S NOTHING ELSE,

2    THAT'S THE YARD WHERE I WAS AT.

3    **Q.**   ALL RIGHT.

4    **A.**   WHERE THE PILES OF MULCHES ARE.

5          **MR. KEARNEY:**   MAY I APPROACH, YOUR HONOR?

6    **BY MR. KEARNEY:**

7    **Q.**   MR. VALDEZ, I'M GOING TO ASK YOU TO STEP DOWN, PLEASE, AND

8    JUST SHOW US ON THAT PHOTOGRAPH WHERE YOUR BUSINESS WAS.

9    **A.**   THIS AREA RIGHT HERE (INDICATING).

10   **Q.**   THOSE MULCH PILES OR THOSE PILES OF MATERIAL THERE --

11   **A.**   PILES OF MINE, YES.

12   **Q.**   OKAY.

13         SO WE DON'T HAVE THE REPORTER MAD AT US, SIR, PLEASE WAIT

14   UNTIL I END MY QUESTION BEFORE YOU GIVE AN ANSWER.  THAT'S

15   OKAY.

16   **A.**   OKAY.

17   **Q.**   YOU CAN PULL UP A CHAIR AGAIN.  THANK YOU.

18         MR. VALDEZ, BACK IN 2014 DID YOU KNOW THE DEFENDANT,

19   MR. JAMES LUCERO, SEATED OVER AT COUNSEL TABLE?

20   **A.**   WHAT?

21   **Q.**   BACK IN 2014 WHEN YOU WERE OPERATING YOUR MULCH BUSINESS

22   AT THAT LOCATION, DID YOU KNOW MR. LUCERO?

23   **A.**   YES.

24   **Q.**   CAN YOU PLEASE POINT HIM OUT AND TELL US WHAT HE IS

25   WEARING TODAY?

1    **A.**   MY EYES ARE NOT TOO GOOD BUT A SWEATER.

2            **MR. KEARNEY:**   MAY THE RECORD REFLECT THE

3    IDENTIFICATION OF THE DEFENDANT, SIR?

4            **THE COURT:**   IT WILL.

5    **BY MR. KEARNEY:**

6    **Q.**   AS OF 2014, MR. VALDEZ, HOW LONG HAD YOU KNOWN MR. LUCERO?

7    **A.**   FOR A BIT, FOR A WHILE, I'VE KNOWN HIM.   I DON'T KNOW

8    SPECIFICALLY WHAT IT WAS, HOW MANY YEARS, BUT I'VE KNOWN HIM

9    FOR A BIT.

10   **Q.**   WHAT KIND -- HOW DID YOU COME TO KNOW MR. LUCERO?   HOW DID

11   YOU COME TO MEET HIM?

12   **A.**   COME TO MEET HIM AS ANOTHER COMPANY OUT OF SAN JOSE KNEW

13   THAT HE MOVED MATERIAL.

14   **Q.**   AND HAD HE EVER MOVED MATERIAL FOR YOU, SIR?

15   **A.**   HE MOVED SOME MATERIAL OUT OF SAN JOSE, YES.   SOME DEMO

16   PROJECTS THAT WE HAD.

17   **Q.**   ALL RIGHT.   AND DID HE DELIVER IT TO YOUR YARD?

18   **A.**   NO, NO, THEY WERE DELIVERED TO A LANDFILL I THINK.

19   **Q.**   OKAY.   IN 2014, MR. VALDEZ, DID MR. LUCERO CONTACT YOU TO

20   INQUIRE ABOUT THE FIELD NEXT TO YOUR YARD?

21   **A.**   HE WAS LOOKING FOR A PLACE TO DUMP CLEAN DIRT.

22   **Q.**   AND TELL US HOW THAT HAPPENED, SIR.   WAS IT A PERSONAL

23   MEETING?   WAS IT A PHONE CALL?   WHAT WAS IT?

24   **A.**   PHONE CALLS AND A MEETING I THINK.

25   **Q.**   WHAT WAS THE FIRST -- THE FIRST DISCUSSION YOU HAD ABOUT

1    THE PROPERTY?  WAS IT VIA PHONE OR IN PERSON?

2    **A.**  I DON'T -- I DON'T REMEMBER.  IT WAS BOTH BUT HE WAS JUST

3    INQUIRING OF WHO OWNED THE PROPERTY.

4    **Q.**  OKAY --

5    **A.**  WHICH I DIDN'T KNOW WHO.

6    **Q.**  ALL RIGHT.  THE PROPERTY THAT HE WAS INQUIRING ABOUT, IS

7    THAT -- IS PART OF IT SHOWN IN THIS PHOTOGRAPH HERE,

8    EXHIBIT 130?

9    **A.**  THE LAST... TOWARDS THE END WHERE THE YARD -- WHERE I WAS

10    AT, YEAH.

11    **Q.**  SO AS YOU LOOK AT YOUR YARD WITH THE PILES OF MULCH, WOULD

12    IT BE KIND OF OFF TO THE END TO THE LEFT?  IS THAT A FAIR

13    STATEMENT?

14    **A.**  TOWARDS MY RIGHT, TOWARDS THE END, YEAH.  THERE WAS A

15    GATE -- THERE'S A FENCE THERE.

16       YOU WANT ME TO GET DOWN AND SHOW YOU?

17    **Q.**  YEAH, PLEASE, GO AHEAD.  THANK YOU.

18    **A.**  THIS SECTION RIGHT HERE (INDICATING).

19          **MR. KEARNEY:**  AND, YOUR HONOR, THE WITNESS JUST

20    INDICATED THE AREA THAT'S -- WE HAVE BEEN CALLING THE

21    CONSTRUCTION POINT OF THE NORTHERN FILL AREA.

22       THANK YOU, MR. VALDEZ.

23    **BY MR. KEARNEY:**

24    **Q.**  SO MR. LUCERO ASKED YOU WHO OWNED THAT PROPERTY; IS THAT

25    RIGHT?

1   **A.**   YEAH.  HE ASKED ME, YOU KNOW, IF I KNEW THE OWNERS OR -- I

2   THINK HE ASKED ME, TOO, IF IT WAS A PICK 'N PULL.  I DIDN'T

3   KNOW.  THAT'S ABOUT IT.

4   **Q.**   AND DID HE TELL YOU WHY HE WAS INTERESTED IN THAT

5   PROPERTY?

6   **A.**   INTERESTED IN DUMPING CLEAN DIRT.

7   **Q.**   OKAY.  AT SOME POINT DID HE INDICATE TO YOU THAT HE KNEW

8   WHO OWNED THE PROPERTY?

9   **A.**   YEAH, AT SOME POINT I THINK HE DID.  YEAH.

10  **Q.**   DO YOU REMEMBER WHEN THAT WAS IN THE -- AFTER THE FIRST

11  COMMUNICATION YOU HAD, WAS IT A WEEK, A MONTH?

12  **A.**   IT WAS AFTER THAT SOMETIME.  I'M NOT GOING TO SAY WHERE OR

13  WHAT, BUT HE DID MENTION THAT HE KNEW OF THE FAMILY, I THINK,

14  OR WHO OWNED THE PROPERTY.

15  **Q.**   OKAY.  DID -- DO YOU HAVE ANY SENSE, MR. VALDEZ, WHEN THE

16  FIRST COMMUNICATION WAS THAT YOU HAD WITH MR. LUCERO ABOUT

17  THIS LAND?  WAS IT EARLY 2014, MID 2014, LATE 2014, ANY --

18  **A.**   I'M NOT GOING TO SAY BECAUSE I'M GOING TO BE LYING.  I AM

19  NOT GOING TO SAY.

20  **Q.**   THERE IS SOME DUMPING THAT OCCURRED IN THIS CASE.  YOU

21  REMEMBER THAT OBVIOUSLY?

22  **A.**   YES, I DO.

23  **Q.**   HOW LONG BEFORE THE DUMPING WAS THAT FIRST CONTACT YOU --

24  OR THE FIRST CONVERSATION YOU HAD WITH MR. LUCERO, IF YOU

25  REMEMBER?

1    **A.**   WHEN HE STARTED DUMPING?

2    **Q.**   FROM WHEN THE TIME THE DUMPING STARTED, HOW MUCH EARLIER

3    WAS THE CONVERSATION YOU HAD WITH MR. LUCERO ABOUT WHO OWNED

4    THE PROPERTY?

5    **A.**   THAT'S HARD TO SAY.  ABOUT TWO MONTHS, PROBABLY A LITTLE

6    LONGER THAN THAT.  I DON'T --

7    **Q.**   IS IT FAIR TO SAY YOU ARE NOT EXACTLY SURE?

8    **A.**   THAT'S WHAT I'M GOING TO SAY, I'M NOT SURE.  BECAUSE I'M

9    NOT GOING TO PUT A DATE EITHER.  I DON'T WANT TO BE WRONG.

10   **Q.**   BUT IN ANY EVENT, AFTER YOU HAD THOSE INITIAL

11   CONVERSATIONS WITH MR. LUCERO, DID DUMPING ACTUALLY BEGIN?

12   **A.**   IT WAS AFTER A WHILE THAT -- I THINK.  YOU KNOW, IT DIDN'T

13   START OFF -- RIGHT OFF -- RIGHT THERE AND THEN.

14   **Q.**   RIGHT.

15   **A.**   YEAH.

16   **Q.**   THERE WAS A LAG PERIOD AND THEN --

17   **A.**   YEAH.

18   **Q.**   -- SOMETHING STARTED?

19   **A.**   YEAH.

20   **Q.**   PLEASE TELL US WHAT YOU REMEMBER ABOUT THE DUMPING WHEN IT

21   STARTED.

22   **A.**   WELL, THEY WERE UP -- THEY WERE UP TO THE FRONT DUMPING.

23   I DON'T KNOW IF THERE'S A PICTURE HERE OR NOT, ACROSS THE

24   TRACKS.

25   **Q.**   THERE IS.

1          **MR. KEARNEY:**  CAN WE HAVE EXHIBIT 3, AGENT SU?

2                    (DISPLAYED ON SCREEN.)

3       MAYBE WE CAN BLOW UP THE NORTHERN AREA.

4       MAY I APPROACH THE SCREEN, YOUR HONOR?

5          **THE COURT:**  YOU MAY.

6  **BY MR. KEARNEY:**

7  **Q.**  MR. VALDEZ, THIS PORTION OF THE MAP HAS ALREADY BEEN

8  IDENTIFIED.  THIS IS MOWRY AVENUE HERE, COMING DOWN TO THE

9  PICK 'N PULL.  AND THIS IS A DRAINAGE CHANNEL.  AND THESE ARE

10  SOME RAILROAD TRACKS HERE ALONG THE TOP.

11       DO YOU RECOGNIZE WHAT'S DEPICTED, SIR, IN THIS MAP?

12  **A.**  YEAH.  I RECOGNIZE.  WHEN YOU CROSS THE TRACKS, YOU COME

13  TO THE TRACKS THERE, THEY STARTED AROUND THAT AREA THERE

14  (INDICATING).

15  **Q.**  CAN YOU SHOW US WHERE THE DUMPING STARTED?

16  **A.**  HERE (INDICATING).

17  **Q.**  DO YOU HAVE THE MICROPHONE STILL SOMEWHERE?

18  **A.**  IF I'M RIGHT, ABOUT THIS AREA, SO YOU CROSS THE TRACKS

19  SOMEWHERE AROUND HERE (INDICATING).

20          **MR. KEARNEY:**  IS THAT TURNED ON?

21          **THE CLERK:**  AT THE BOTTOM.  LET ME SEE.

22                    (PAUSE IN THE PROCEEDINGS.)

23          **THE CLERK:**  HERE YOU GO.

24          **MR. KEARNEY:**  WE MAY HAVE FOUND A SOLUTION.

25          **THE WITNESS:**  ABOUT THIS AREA RIGHT HERE (INDICATING)

1  WHERE THEY WERE DUMPING -- WHERE THEY STARTED.

2  **BY MR. KEARNEY:**

3  **Q.**  ALL RIGHT.  SO OFF OF MOWRY AVENUE --

4  **A.**  YEAH, AS SOON AS YOU CROSS THE TRACKS, SOMEWHERE AROUND

5  THAT AREA (INDICATING).

6  **Q.**  OKAY.

7     DID MR. LUCERO EVER PHYSICALLY -- AFTER YOU HAD THAT FIRST

8  CONVERSATION WITH HIM ABOUT WHO OWNED THE PROPERTY, DID HE

9  ACTUALLY EVER COME BY?

10     DID YOU SEE HIM EITHER AT YOUR YARD OR SOMEWHERE IN THE

11  VICINITY AFTER THAT FIRST DISCUSSION?

12  **A.**  ONCE IN A WHILE.  NOT OFTEN.

13  **Q.**  ALL RIGHT.

14  **A.**  ONCE IN A WHILE.

15  **Q.**  AND DID YOU HAVE CONVERSATIONS WITH HIM WHEN HE CAME

16  AROUND?

17  **A.**  WE PROBABLY TALKED, YEAH.

18  **Q.**  DO YOU HAVE A RECOLLECTION NOW, SIR, OF WHAT YOU TALKED

19  ABOUT?

20  **A.**  PROBABLY ON HOW I WAS DOING, YOU KNOW, I WASN'T DOING TOO

21  GOOD IN MY YARD.

22  **Q.**  OKAY.  IN ANY EVENT, DID THE DUMPING MOVE AT SOME POINT

23  FROM THAT INITIAL AREA SOMEWHERE ELSE?

24  **A.**  YEAH.  WELL, IT MOVED TO WHERE I WAS AT, NOT IN THE YARD

25  WHERE I WAS AT, BUT THEY CROSSED THROUGH THERE.

1        **MR. KEARNEY:**  AGENT SU, IF WE CAN PUT BACK UP 130,

2   PLEASE.

3                    (DISPLAYED ON SCREEN.)

4   **BY MR. KEARNEY:**

5   **Q.**  SO IS THE AREA WHERE THE DUMPING MOVED TO DEPICTED HERE IN

6   THIS PHOTOGRAPH, SIR?

7   **A.**  YES.

8   **Q.**  PLEASE TELL US WHAT THAT -- AND JUST TO SAVE YOU THE

9   TROUBLE GETTING UP AND DOWN, I THINK YOU CAN USE THAT LASER

10  POINTER IF YOU LIKE.

11  **A.**  CAME IN THROUGH HERE (INDICATING).

12  **Q.**  YOU HAVE TO POINT TO THAT ONE, SIR.

13  **A.**  POINT IT OVER HERE?

14  **Q.**  YES.

15  **A.**  I AM SORRY.

16  **Q.**  THAT'S OKAY.

17  **A.**  CAME THROUGH HERE.  IT WAS ALL CONCRETE AND CEMENT HERE,

18  THE ROAD, SO THEY CAME ALL THE WAY AROUND AND BACKED UP IN

19  HERE.

20        **MR. KEARNEY:**  YOUR HONOR, THE WITNESS HAS JUST

21  DRAWN -- HAS JUST SHOWN BLAZED A PATHWAY THROUGH THE CONCRETE

22  YARD OUT THE END IN THAT GAP IN THE FENCE UP INTO THE NORTH

23  FILL AREA.

24  **BY MR. KEARNEY:**

25  **Q.**  I WONDER IF YOU CAN DESCRIBE, MR. VALDEZ -- AND YOU CAN

1   SIT DOWN AGAIN.  I AM SORRY TO HAVE GOTTEN YOU UP.

2       CAN YOU DESCRIBE FOR US THE FREQUENCY OF THE TRUCKS THAT

3   CAME THROUGH YOUR YARD, SIR?

4   **A.**  YOU KNOW, AT THE BEGINNING THERE WAS, I DON'T KNOW, FIVE,

5   TEN TRUCKS, AT THE MOST MAYBE FIFTEEN, AND THEN IT JUST -- IT

6   KIND OF PICKED UP.

7       SO IN THE SITUATION THAT I WAS, I JUST -- I HAD PROBLEMS

8   WITH THE CITY AND THE COUNTY, AND IT JUST CREATED A BIGGER

9   PROBLEM FOR ME SO THEN I HAD TO TELL HIM TO STOP COMING

10  THROUGH MY YARD AND FIND ANOTHER PLACE OR WHERE ELSE TO DUMP.

11  **Q.**  YOU TOLD THAT TO WHO, SIR?

12  **A.**  I THINK I TOLD IT TO JIM.

13  **Q.**  OKAY.  AFTER YOU TOLD MR. LUCERO TO STOP USING YOUR YARD,

14  WHAT HAPPENED THEN?

15  **A.**  YEAH, HE STOPPED AND THEY WENT TO ANOTHER PLACE, YOU KNOW,

16  THEY WERE CREATING A PROBLEM FOR ME.

17  **Q.**  DO YOU KNOW WHERE THAT NEXT PLACE THEY WENT TO WAS?

18  **A.**  THEY WENT OVER TO THE OTHER SIDE ON -- I THINK THE STREET

19  IS STEVENSON.

20          **MR. KEARNEY:**  THANK YOU.

21      NO FURTHER QUESTIONS, YOUR HONOR.

22          **THE COURT:**  ANY CROSS-EXAMINATION?

23      **MS. HANSEN:**  NO CROSS-EXAMINATION.  THANK YOU.

24          **THE COURT:**  ALL RIGHT.  THANK YOU, MR. VALDEZ.

25  YOU'RE EXCUSED.

1          **THE WITNESS:**  THANK YOU.

2          **THE COURT:**  WE ARE JUST ABOUT AT 10:00, SO LET'S TAKE

3     OUR FIRST RECESS, LADIES AND GENTLEMEN.  LET'S RETURN AT

4     10:15.

5          AND JUST REMEMBER, REMEMBER YOUR RULES TO LIVE BY.  NO

6     COMMUNICATIONS ABOUT THE CASE.  NO RESEARCH ABOUT THE CASE OR

7     THE ISSUES INVOLVED IN IT.  NO EXPOSURE TO ANY MEDIA OR OTHER

8     INFORMATION ABOUT THE CASE.  AND REMEMBER TO, AS ALWAYS,

9     CONTINUE TO KEEP AN OPEN MIND UNTIL ALL THE EVIDENCE IS

10    PRESENTED AND THE CASE IS SUBMITTED TO YOU FOR YOUR

11    DELIBERATIONS.

12         SO WE WILL BE BACK AT 10:15 A.M.

13         (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

14         **THE CLERK:**  YOU MAY BE SEATED.

15         **THE COURT:**  SO WHO ARE OUR NEXT COUPLE UP?

16         **MR. KEARNEY:**  WE HAVE SABRINA HAMIDI AND THEN WE HAVE

17    KELLY HARDWICKE, YOUR HONOR.

18         **MS. LEE:**  AND CORTNIE CHENOWETH.

19         **MR. KEARNEY:**  OH, THAT'S RIGHT, I'M SORRY, THE

20    FORENSIC ACCOUNTANT.

21         **THE COURT:**  SO WHAT WERE THOSE THREE NAMES?

22         **MR. KEARNEY:**  CORTNIE CHENOWETH, SABRINA HAMIDI AND

23    THEN KELLY HARDWICKE.

24         **THE COURT:**  THANKS.

25         (RECESS TAKEN AT 9:58 A.M.; RESUMED AT 10:15 A.M.)

1          (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

2              **THE CLERK:**  REMAIN SEATED.  COME TO ORDER.  COURT IS

3     BACK IN SESSION.

4         ARE YOU READY?

5              **THE COURT:**  YES.

6          (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

7              **THE CLERK:**  YOU MAY BE SEATED.

8              **THE COURT:**  ALL RIGHT.  THE GOVERNMENT MAY CALL ITS

9     NEXT WITNESS.

10              **MS. LEE:**  THE GOVERNMENT CALLS CORTNIE CHENOWETH.

11              **THE CLERK:**  PLEASE STAND AND RAISE YOUR RIGHT HAND.

12          (**CORTNIE CHENOWETH,** CALLED AS A WITNESS FOR THE

13     GOVERNMENT, HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

14              **THE WITNESS:**  I DO.

15              **THE CLERK:**  YOU MAY BE SEATED AND ONCE SEATED I'M

16     GOING TO ASK THAT YOU PLEASE STATE AND SPELL YOUR FIRST AND

17     LAST NAME FOR THE RECORD.

18              **THE WITNESS:**  CORTNIE CHENOWETH, C-O-R-T-N-I-E,

19     C-H-E-N-O-W-E-T-H.

20              **THE CLERK:**  THANK YOU.

21                          <u>**DIRECT EXAMINATION**</u>

22     BY MS. LEE:

23     **Q.**  MS. CHENOWETH, WHAT DO YOU DO?

24     **A.**  I'M A FORENSIC ACCOUNTANT WITH THE FBI.

25     **Q.**  WHAT DO YOU DO AS A FORENSIC ACCOUNTANT WITH THE FBI?

CHENOWETH – DIRECT / LEE

1   **A.**   I PREPARE A COMPREHENSIVE FINANCIAL ANALYSIS FOR THE USE

2   IN PROSECUTION.

3   **Q.**   HOW LONG HAVE YOU BEEN WORKING WITH THE FBI?

4   **A.**   SINCE JUNE OF 2014.

5   **Q.**   WHAT DID YOU DO BEFORE THAT?

6   **A.**   I WAS FINISHING UP MY MASTER'S AND I WAS INTERNING WITH

7   THE FBI.

8   **Q.**   CAN YOU DESCRIBE YOUR EDUCATIONAL BACKGROUND?

9   **A.**   I HAVE A BACHELOR'S DEGREE IN BUSINESS ADMINISTRATION

10  CONCENTRATING IN ACCOUNTING AND A MINOR IN MATH, AND A

11  MASTER'S DEGREE IN BUSINESS ADMINISTRATION CONCENTRATING IN

12  GLOBAL MANAGEMENT.

13  **Q.**   DID YOU PREPARE AN INVESTIGATIVE REPORT IN THIS CASE

14  UNITED STATES VERSUS JAMES LUCERO?

15  **A.**   YES.

16  **Q.**   WHAT DID YOU DO IN THAT REGARD?

17  **A.**   I ANALYZED KEVIN OLIVERO'S PERSONAL AND BUSINESS ACCOUNTS

18  ALONG WITH JIM LUCERO'S BUSINESS ACCOUNTS.

19  **Q.**   WHAT IS KEVIN OLIVERO'S BUSINESS ACCOUNT?

20  **A.**   GOLDEN GATE EQUIPMENTS LLC.

21  **Q.**   AND MR. LUCERO'S?

22  **A.**   ECONOMY WASTE SOLUTIONS, INC.

23  **Q.**   AND HOW DO YOU KNOW THAT IS MR. LUCERO'S BUSINESS?

24  **A.**   HE IS LISTED AS THE PRESIDENT ON THE SIGNATURE CARDS.

25  **Q.**   AND WHAT -- WERE BOTH ACCOUNTS WITH JP MORGAN CHASE?

1  **A.**  YES.

2  **Q.**  AND JUST TO REFERENCE, WERE THE LAST FOUR DIGITS OF GOLDEN

3  GATE EQUIPMENT ACCOUNT 3070 AND THE LAST FOUR DIGITS OF

4  ECONOMY WASTE 6217?

5  **A.**  YES.

6  **Q.**  I WOULD LIKE TO SHOW YOU GOVERNMENT'S EXHIBIT 983.

7  (BINDER HANDED TO WITNESS.)

8  **BY MS. LEE:**

9  **Q.**  WHAT ARE THOSE?

10  **A.**  THESE ARE JIM LUCERO'S BUSINESS ACCOUNTS CHASE RECORDS.

11  **Q.**  FOR ECONOMY WASTE SOLUTIONS?

12  **A.**  YES.

13  **MS. LEE:**  I WOULD LIKE TO MOVE EXHIBIT 983 INTO

14  EVIDENCE.

15  **MS. HANSEN:**  YOUR HONOR, NO OBJECTION, PROVIDED THEY

16  ARE REDACTED PURSUANT TO THE LOCAL RULES.

17  **THE COURT:**  ADMITTED, SUBJECT TO THAT REQUIREMENT.

18  (GOVERNMENT'S EXHIBIT 983 RECEIVED IN EVIDENCE)

19  **BY MS. LEE:**

20  **Q.**  BASED ON YOUR ANALYSIS OF EXHIBIT 983, ECONOMY WASTE

21  SOLUTIONS' BANK RECORDS, AND ALSO PREVIOUSLY ADMITTED INTO

22  EVIDENCE EXHIBIT 986, GOLDEN GATE EQUIPMENT RENTALS' BANK

23  RECORDS, DID YOU DRAW ANY CONCLUSIONS ABOUT MONEY FLOW BETWEEN

24  THE TWO MEN, KEVIN OLIVERO AND JIM LUCERO -- JAMES LUCERO, IN

25  2014?

1   **A.**  YES.  THERE WERE SEVERAL CHECK PAYMENTS MADE IN AUGUST OF

2   2014 AND SEPTEMBER OF 2014 FROM GOLDEN GATE TO ECONOMY WASTE

3   SOLUTIONS.

4       THERE WERE ALSO SEVERAL WITHDRAWALS OUT OF GOLDEN GATE

5   EQUIPMENTS ON THE SAME DATE AND FOR THE SAME AMOUNT AS CASH

6   DEPOSITS MADE INTO JIM LUCERO'S BUSINESS ACCOUNT ECONOMY WASTE

7   SOLUTIONS.

8   **Q.**  DID YOU MAKE TWO DEMONSTRATIVE SLIDES SHOWING THE MONEY

9   FLOW BETWEEN THESE TWO MEN IN 2014?

10  **A.**  YES.

11  **Q.**  I WOULD LIKE TO SHOW YOU THE FIRST SLIDE, 1156.

12                      (DISPLAYED ON SCREEN.)

13      NOPE.  NOT YET.

14      I WOULD LIKE TO SHOW YOU 1156-001 AS A DEMONSTRATIVE,

15  PLEASE, AND HAVE IT PUBLISHED TO THE JURY.

16          **THE COURT:**  ANY OBJECTION TO THAT USE?

17          **MS. HANSEN:**  NO OBJECTION TO THAT USE.

18          **THE COURT:**  ALL RIGHT.  SO 1156, LADIES AND

19  GENTLEMEN, WILL BE USED AS A DEMONSTRATIVE EXHIBIT TO

20  ILLUSTRATE THE WITNESS'S TESTIMONY BUT IS NOT BEING OFFERED

21  ITSELF IN EVIDENCE.

22                      (DISPLAYED ON SCREEN.)

23  **BY MS. LEE:**

24  **Q.**  CAN YOU DESCRIBE WHAT THE SLIDE TELLS US?

25  **A.**  YES.  SO THE CHART ON THE LEFT ARE THOSE CASH WITHDRAWALS

CHENOWETH – DIRECT / LEE

1    OUT OF GOLDEN GATE EQUIPMENTS ON THE SAME DATE AND FOR THE

2    SAME AMOUNT AS THE CASH DEPOSITS INTO ECONOMY WASTE SOLUTIONS,

3    AND THAT TOTALED $29,520.  ON THE RIGHT IS A CHART OF THE

4    CHECK PAYMENTS MADE FROM GOLDEN GATE EQUIPMENT TO ECONOMY

5    WASTE SOLUTIONS, AND THE TOTAL OF THE TWO AMOUNTS IS

6    $48,741.40.

7    **Q.**  AND DOES THIS SPAN THE TIME PERIOD FROM AUGUST 26, 2014

8    UNTIL IT LOOKS LIKE OCTOBER 7, 2014?

9    **A.**  YES.

10   **Q.**  I WOULD LIKE TO SHOW YOU 1156-0002, ALSO A DEMONSTRATIVE

11   THAT YOU CREATED, AND HAVE IT PUBLISHED FOR THE JURY.

12                     (DISPLAYED ON SCREEN.)

13       COULD YOU PLEASE DESCRIBE WHAT WE ARE LOOKING AT HERE?

14   **A.**  THIS IS A FURTHER BREAKDOWN OF THE WITHDRAWALS MADE OUT OF

15   GOLDEN GATE EQUIPMENT FOR THE SAME DATE AND FOR THE SAME

16   AMOUNT AS THE CASH DEPOSITS MADE INTO ECONOMY WASTE SOLUTIONS.

17   THIS IS A TIMELINE OF EACH TRANSACTION WITH THE DATE AND THE

18   AMOUNTS.

19   **Q.**  IN LOOKING AT GOLDEN GATE EQUIPMENT RENTALS' BANK

20   ACCOUNTS, DID YOU COME TO A CONCLUSION ABOUT HOW MUCH MONEY

21   HAD BEEN DEPOSITED IN GOLDEN GATE EQUIPMENT RENTAL BANK

22   ACCOUNTS FROM KNOWN TRUCKING COMPANIES?

23   **A.**  YES.  IT WAS APPROXIMATELY $81,600.

24       **MS. LEE:**  I HAVE NO FURTHER QUESTIONS FOR THIS

25   WITNESS.

 1           THE COURT:  ANY CROSS-EXAMINATION?

 2           MS. HANSEN:  NO, THANK YOU, YOUR HONOR.

 3           THE COURT:  THANK YOU, MS. CHENOWETH.  YOU'RE

 4    EXCUSED.

 5        THE GOVERNMENT MAY CALL ITS NEXT WITNESS.

 6           MS. LEE:  GOVERNMENT CALLS SABRINA HAMIDI.

 7              (PAUSE IN THE PROCEEDINGS.)

 8           THE COURT:  IS SOMEONE TRACKING DOWN MS. HAMIDI?

 9           MS. LEE:  I BELIEVE SHE JUST WENT TO THE RESTROOM.

10    SHE SHOULD BE HERE MOMENTARILY.

11           THE COURT:  ALL RIGHT.

12           MS. LEE:  I'LL CHECK AGAIN.

13              (PAUSE IN THE PROCEEDINGS.)

14           THE CLERK:  COME UP TO THE WITNESS STAND FOR ME,

15    PLEASE.  RAISE YOUR RIGHT HAND FOR ME.

16        (MASOUDA HAMIDI, CALLED AS A WITNESS FOR THE GOVERNMENT,

17    HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

18           THE WITNESS:  YES.

19           THE CLERK:  YOU MAY BE SEATED AND ONCE YOU ARE SEATED

20    PLEASE STATE AND SPELL YOUR FIRST AND LAST NAME FOR THE

21    RECORD.

22           THE WITNESS:  MASOUDA HAMIDI.

23           THE CLERK:  STATE -- SPELL YOUR FIRST AND LAST NAME

24    FOR THE RECORD.

25           THE WITNESS:  M-A-S-O-U-D-A, AND THEN H-A-M-I-D-I.

1          **THE CLERK:**  THANK YOU.

2                          **DIRECT EXAMINATION**

3     BY MS. LEE:

4     **Q.**  MS. HAMIDI, DID YOU USED TO WORK FOR ECONOMY TRUCKING?

5     **A.**  YES.

6     **Q.**  WHAT WAS YOUR POSITION FOR THEM?

7     **A.**  OPERATIONS MANAGER.

8     **Q.**  AND WHAT DID YOU DO?

9     **A.**  I HANDLED ALL THEIR CUSTOMER RELATIONS, CLIENTS.  I

10    BROUGHT IN BUSINESS.  LOOKED FOR DUMP SITES FOR OUR TRUCKS TO

11    DUMP.

12    **Q.**  DID YOU LEARN OF A POSSIBLE PLACE TO DUMP IN NEWARK

13    AREA –– IN NEWARK KNOWN AS NEWARK AREA 4?

14    **A.**  YES.

15    **Q.**  HOW DID YOU LEARN OF THAT SITE?

16    **A.**  KEVIN SINGH WAS INITIALLY THE PERSON WHO MADE ME AWARE OF

17    THE SITE AND HAD ME CALL KEVIN OLIVERO TO SCHEDULE AN

18    APPOINTMENT TO MEET AND DISCUSS THE SITE.

19    **Q.**  WHO IS KEVIN SINGH?

20    **A.**  HE IS THE OWNER OF ECONOMY TRUCKING.

21    **Q.**  DID THERE COME A TIME WHEN YOU MET WITH KEVIN OLIVERO TO

22    DISCUSS THE SITE?

23    **A.**  YES.

24    **Q.**  APPROXIMATELY WHEN WAS THAT?

25    **A.**  IT WAS SOMETIME IN LATE SUMMER OF 2014.

1   **Q.**   AND WHAT TOOK PLACE AT THIS MEETING WITH KEVIN OLIVERO?

2   **A.**   WE JUST DISCUSSED THE SITE, AND I WAS LOOKING FOR

3   EXCLUSIVE RIGHT TO THE SITE.  AND -- BECAUSE HE SAID HE NEEDED

4   A LOT OF DIRT, AND I WANTED TO SEE IF I COULD MAKE A DEAL ON

5   HAVING EXCLUSIVE RIGHTS AND LOWERING THE DUMP FEES.

6   **Q.**   WHAT DID KEVIN TELL YOU WHEN YOU ASKED FOR EXCLUSIVE

7   RIGHTS TO DUMP AT THE PROPERTY?

8   **A.**   HE SAID THAT I WOULD HAVE TO MEET WITH JIM, WHO IS

9   ACTUALLY HIS BOSS, AND HE WOULD BE THE ONE WHO WOULD MAKE THE

10  DECISION OF WHETHER THAT CAN HAPPEN OR NOT.

11  **Q.**   DID THERE COME A TIME WHEN YOU MET WITH -- WHEN YOU SAY

12  "JIM," ARE YOU REFERENCING JAMES LUCERO?

13  **A.**   YES.

14  **Q.**   DO YOU SEE THAT PERSON IN THE COURTROOM TODAY?  AND IF SO,

15  COULD YOU IDENTIFY HIM AND INDICATE A CLOTHING ARTICLE HE'S

16  WEARING?

17  **A.**   UM, I BELIEVE HE'S WEARING A GRAY SWEATER.

18          **MS. LEE:**  IDENTIFYING THE DEFENDANT, YOUR HONOR.

19          **THE COURT:**  YES.

20  **BY MS. LEE:**

21  **Q.**   DID THERE COME A TIME WHEN YOU MET WITH MR. LUCERO?

22  **A.**   YES.

23  **Q.**   APPROXIMATELY WHEN WAS THAT?

24  **A.**   IT WAS A FEW DAYS AFTER I MET WITH KEVIN OLIVERO.

25  **Q.**   WHERE DID YOU MEET WITH MR. LUCERO?

HAMIDI – DIRECT / LEE

1    **A.**  WE MET AT SCOTT'S SEAFOOD IN OAKLAND.

2    **Q.**  WHAT DID YOU TALK ABOUT WITH MR. LUCERO AT SCOTT'S

3    SEAFOOD?

4    **A.**  IT WAS JUST CASUAL CONVERSATIONS, GETTING TO KNOW EACH

5    OTHER.  HE TALKED ABOUT BEING ITALIAN.  AND WE DISCUSSED THE

6    DUMP SITE AND THE REQUIREMENTS WHICH HE WANTED TO MAKE SURE

7    THAT THE DIRT THAT WE BROUGHT IN WAS ABSOLUTELY CLEAN DIRT,

8    AND THAT WE NEEDED TO HAVE ANALYTICALS AND GEOTECHNICAL

9    REPORTS BEFORE WE COULD BRING IN THE DIRT.

10   **Q.**  DID HE INDICATE HOW MUCH DIRT HE WAS LOOKING FOR?

11   **A.**  IT'S BEEN SO LONG, I DON'T REMEMBER THE EXACT NUMBER BUT I

12   REMEMBER IT WAS A LOT OF DIRT.

13   **Q.**  CAN YOU GIVE AN APPROXIMATION?  ARE WE TALKING ABOUT

14   HUNDREDS OF THOUSANDS OF CUBIC YARDS?  A MILLION CUBIC YARDS?

15   **A.**  YEAH, ABOUT HUNDREDS OF THOUSANDS.

16   **Q.**  HUNDREDS OF THOUSANDS OF CUBIC YARDS OF DIRT?

17   **A.**  YES.

18   **Q.**  DID YOU GUYS SPEAK ABOUT EXCLUSIVITY RIGHTS FOR JUST

19   ECONOMY TRUCKING TRUCKS TO DUMP AT THIS PROPERTY?

20   **A.**  WE DID, AND HE WASN'T SURE IF HE WANTED TO DO THAT.  HE

21   SAID HE WANTED TO START THE JOB ON A PROJECT THAT WE HAD GOING

22   AND THAT HE WOULD SEE KIND OF AFTER THAT PROJECT AND HOW

23   THINGS WENT TO SEE IF HE WOULD BE INTERESTED IN GIVING US

24   EXCLUSIVE RIGHTS.

25   **Q.**  WHAT, IF ANY, PERMISSION DID MR. LUCERO SAY HE HAD TO DUMP

HAMIDI – DIRECT / LEE

1  AT THIS DUMP SITE?

2  **A.**  HE SAID HE WAS RELATED TO THE OWNERS OR THEY WERE BOTH

3  ITALIAN.  AND THAT HE ALSO HAD A LETTER THAT HE SHOWED US IN A

4  BINDER THAT HE HAD WITH HIM, AND THAT LETTER STATED, YOU KNOW,

5  THAT HE HAD RIGHTS TO DUMP AT THAT SITE.

6  **Q.**  DID HE INDICATE WHO THE OWNERS WERE?

7  **A.**  I DON'T REMEMBER.  ALL I KNOW IS HE SAID THAT THEY WERE

8  RELATED AND THEY WERE ITALIAN AS WELL.

9  **Q.**  RELATED IN TERMS OF BEING FAMILY MEMBERS?

10  **A.**  SOMETHING LIKE THAT.

11  **Q.**  I WOULD LIKE TO SHOW YOU WHAT HAS ALREADY BEEN PUT INTO

12  EVIDENCE AS EXHIBIT 35.

13                    (DISPLAYED ON SCREEN.)

14      IS THIS THE LETTER THAT YOU SPOKE ABOUT WITH MR. LUCERO

15  INDICATING HE HAD PERMISSION TO BE ON THE SITE?

16  **A.**  YES.

17  **Q.**  WHAT, IF ANYTHING, DID MR. LUCERO SAY ABOUT THE LAND ON

18  WHERE THE DUMPING WAS TO TAKE PLACE?

19  **A.**  HE SAID THAT THERE'S AN AREA THAT HAS WATER AND THAT OUR

20  TRUCKS NEEDED TO MAKE SURE THAT THEY FOLLOWED A SPECIFIC ROUTE

21  SO THAT THEY DON'T GET STUCK IN THE WET MUDDY AREAS OF WHERE

22  THE WATER WAS.

23  **Q.**  OKAY.  DID HE INDICATE ANYTHING ELSE ABOUT THE TYPE OF

24  LANDS ON THE PROPERTY?

25  **A.**  NO.

HAMIDI – DIRECT / LEE

1    **Q.**   DID THERE COME A TIME WHEN YOU LEARNED THAT TRUCKS HAD

2    BEEN STOPPED AT THE NEWARK AREA 4 PROPERTY AND THAT THE

3    DUMPING OPERATION HAD BEEN SHUT DOWN?

4    **A.**   YES.

5    **Q.**   DO YOU RECALL APPROXIMATELY WHEN THAT WAS?

6    **A.**   SOMETIME IN SEPTEMBER OF 2014.

7    **Q.**   DID YOU REACH OUT TO MR. LUCERO AFTER THAT UPON LEARNING

8    THAT THE SITE HAD BEEN SHUT DOWN?

9    **A.**   YEAH.  WE WERE REALLY SHOCKED AND WE WANTED -- THE POLICE

10   WOULDN'T LET GO OF THE TRUCKS.  THEY WERE HOLDING THEM THERE.

11   AND WE WERE CALLING HIM AND KEVIN OLIVERO TO TRY AND RESOLVE

12   THE MATTER BECAUSE OUR TRUCKS WERE HELD BY THE POLICE.

13   **Q.**   WHAT DID MR. LUCERO SAY TO YOU?

14   **A.**   I -- ON THAT PARTICULAR DAY I DIDN'T GET AHOLD OF

15   MR. LUCERO.  I SPOKE WITH KEVIN OLIVERO, AND HE SAID THAT HE

16   WAS HEADING OVER THERE TO THE POLICE STATION WITH, YOU KNOW,

17   ALL OF HIS PAPERWORK AND I.D. AND STUFF, AND THAT HE WAS GOING

18   TO MAKE SURE THAT THE TRUCKS WERE RELEASED.

19   **Q.**   DID THERE COME A TIME WHEN YOU CONFRONTED MR. LUCERO ABOUT

20   WHY THE OPERATION HAD BEEN SHUT DOWN?

21   **A.**   I REMEMBER HAVING A CONVERSATION WITH HIM VIA PHONE, AND I

22   DID DISCUSS, YOU KNOW, WHAT IS GOING ON, YOU KNOW, YOU TOLD US

23   YOU HAD AUTHORIZATION?  AND HE SPECIFIED THAT HE DOESN'T EVEN

24   KNOW WHAT'S GOING.  IT WAS A SURPRISE TO HIM.  HE DID HAVE

25   AUTHORIZATION, AND THAT HE WASN'T DOING ANYTHING ILLEGAL.

1    **Q.**  OKAY.  AND THE AUTHORIZATION THAT HE'S REFERENCING, DID HE

2    PROVIDE THAT AUTHORIZATION AT A LATER POINT IN TIME?

3    **A.**  HE SAID HE WAS GOING TO, AND THEN I CAME TO KNOW THAT HE

4    SENT IT TO KEVIN SINGH BECAUSE THEN KEVIN SINGH FORWARDED ME

5    THE LETTER.

6    **Q.**  AND IS THAT THE EXHIBIT 35 THAT YOU SEE ON YOUR SCREEN?

7    **A.**  YES.

8    **Q.**  IS THAT THE AUTHORIZATION THAT HE WAS REFERENCING?

9    **A.**  YES.

10           **MS. LEE:**  OKAY.  I HAVE NO FURTHER QUESTIONS FOR THIS

11   WITNESS.

12           **MS. HANSEN:**  YOUR HONOR, AT THIS TIME I WOULD ASK THE

13   COURT TO READ THE LIMITING INSTRUCTION.

14           **THE COURT:**  LADIES AND GENTLEMEN, JUST AS A REMINDER,

15   YOU ARE HERE ONLY TO DETERMINE WHETHER THE DEFENDANT IS GUILTY

16   OR NOT GUILTY OF THE CHARGES IN THE INDICTMENT.  THE DEFENDANT

17   IS NOT ON TRIAL FOR ANY CONDUCT OR OFFENSE NOT CHARGED IN THE

18   INDICTMENT.

19           **MS. HANSEN:**  NO QUESTIONS.

20           **THE COURT:**  ALL RIGHT.  THANK YOU, MS. HAMIDI.  YOU

21   ARE EXCUSED.

22      AND THE UNITED STATES MAY CALL ITS NEXT WITNESS.

23           **THE CLERK:**  COME UP TO THE WITNESS STAND FOR ME,

24   PLEASE.  RAISE YOUR RIGHT HAND FOR ME, PLEASE, ONCE YOU GET UP

25   THERE.

1          (**KELLY HARDWICKE**, CALLED AS A WITNESS FOR THE GOVERNMENT,

2     HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS:)

3               **THE WITNESS:**  YES.

4               **THE CLERK:**  YOU MAY BE SEATED AND ONCE SEATED I'M

5     GOING TO ASK THAT YOU PLEASE STATE AND SPELL YOUR FIRST AND

6     LAST NAME FOR THE RECORD.

7               **THE WITNESS:**  KELLY HARDWICKE, K-E-L-L-Y,

8     H-A-R-D-W-I-C-K-E.

9               **THE CLERK:**  THANK YOU.

10              **THE COURT:**  YOU MAY PROCEED.

11              **MR. KEARNEY:**  THANK YOU, YOUR HONOR.

12                        **DIRECT EXAMINATION**

13    BY MR. KEARNEY:

14    **Q.**  MS. HARDWICKE, GOOD MORNING.  CAN YOU MOVE THAT MICROPHONE

15    CLOSER TO YOU, IF POSSIBLE?

16    **A.**  YES.

17    **Q.**  THANK YOU.

18         MS. HARDWICKE, PLEASE TELL US WHAT YOUR OCCUPATION IS.

19    **A.**  I'M AN ECOLOGICAL CONSULTANT.

20    **Q.**  AND WHO WITH?

21    **A.**  WITH H.T. HARVEY & ASSOCIATES.

22    **Q.**  MS. HARDWICKE, WE ARE GETTING AHEAD OF OURSELVES BUT YOU

23    HOLD A PH.D.; IS THAT CORRECT?

24    **A.**  THAT'S TRUE.

25    **Q.**  SO WITH YOUR PERMISSION, I AM JUST GOING TO CALL YOU

HARDWICKE – DIRECT / KEARNEY

1    DOCTOR INSTEAD OF MISS?

2    **A.**   OKAY.

3    **Q.**   DR. HARDWICKE, YOU ARE AN ECOLOGICAL CONSULTANT WITH H.T.

4    HARVEY & ASSOCIATES; IS THAT RIGHT?

5    **A.**   THAT'S RIGHT.

6    **Q.**   WHAT IS H.T. HARVEY & ASSOCIATES?

7    **A.**   WE ARE AN ECOLOGICAL CONSULTING FIRM SO BASICALLY WE ARE

8    HIRED BY A VARIETY OF DIFFERENT TYPE OF CLIENTS.  THEY COULD

9    BE GOVERNMENT AGENCIES LIKE CITIES OR COUNTIES OR THEY COULD

10   BE PRIVATE DEVELOPERS, AND WE DO A VARIETY OF SERVICES RELATED

11   TO HELPING THEM OUT WITH CEQA, THE CALIFORNIA ENVIRONMENTAL

12   QUALITY ACT, PERMITTING FOR WETLANDS AND OTHER REGULATED

13   HABITATS AND SPECIAL STATUS SPECIES SURVEYS AND CONSULTATION

14   PERMIT APPLICATIONS.

15   **Q.**   I'M GOING TO -- WITH YOUR PERMISSION, I'M JUST GOING TO

16   REFER TO YOUR COMPANY AS "HARVEY" AS OPPOSED TO SAYING H.T.

17   HARVEY & ASSOCIATES EVERY TIME.

18   **A.**   THAT'S FINE, YEAH.

19   **Q.**   DOES HARVEY HAVE A FOCUS WITHIN THE FIELD OF ECOLOGICAL

20   CONSULTING THAT IS THEIR PRIMARY FOCUS?

21   **A.**   YES.  WE FOCUS TIGHTLY ON ECOLOGY SO A LOT OF CONSULTING

22   FIRMS THAT DO SIMILAR STUFF TO WHAT WE DO ARE MORE

23   ENVIRONMENTAL CONSULTING FIRMS, SO THEY WILL ALSO INCLUDE

24   SPECIALTIES RELATED TO URBAN PLANNING AND THOSE SORTS OF

25   THINGS.  WE JUST FOCUS ON BIOLOGY.

HARDWICKE – DIRECT / KEARNEY

1   **Q.**  AND WITHIN THE BIOLOGICAL FOCUS THAT HARVEY HAS, WHAT ARE

2   THE TYPICAL TASKS THAT HARVEY UNDERTAKES?

3   **A.**  SO ESSENTIALLY WE WILL BE HIRED BY PEOPLE WHO WANT THEIR

4   PROPERTIES EVALUATED OR WHO WANT THEIR PROJECTS EVALUATED FOR

5   WHAT SORTS OF BIOLOGICAL RESOURCES COULD BE ON THE SITE AND

6   HOW THOSE RESOURCES COULD BE AFFECTED.  WE WILL DO AN ANALYSIS

7   OF WHAT KIND OF IMPACTS COULD OCCUR, AND THEN WE WILL ALSO

8   PRESCRIBE MITIGATION MEASURES TO REDUCE THOSE IMPACTS TO LESS

9   THAN SIGNIFICANT LEVELS.

10  **Q.**  WHEN YOU SAY THAT ONE OF THE THINGS YOU LOOK AT ARE WHAT

11  BIOLOGICAL RESOURCES MAY BE ON A SITE OR NOT, WHAT IS --

12  PLEASE TELL US, WHAT IS A BIOLOGICAL RESOURCE?

13  **A.**  BIOLOGICAL RESOURCE COULD BE ANYTHING THAT IS ALIVE, BUT,

14  YOU KNOW, PARTICULARLY WE WORRY ABOUT THE STUFF THAT IS

15  PROTECTED BY LAW.  SO WE WILL LOOK AT SPECIES THAT ARE LISTED

16  UNDER THE FEDERAL OR STATE ENDANGERED SPECIES ACTS OR ARE ON

17  ONE OF THE LISTS LIKE THE CALIFORNIA NATIVE PLANT SOCIETY LIST

18  FOR RARE SPECIES.

19      WE'LL ALSO LOOK FOR SENSITIVE AND REGULATED HABITATS,

20  WHICH ARE HABITATS EITHER PROTECTED BY SOME SORT OF STATE OR

21  FEDERAL LAW OR A HABITAT THAT IS DISPROPORTIONATELY RARE ON

22  THE LANDSCAPE AND CONTRIBUTES A LOT OF FUNCTIONS AND VALUES

23  THAT MORE COMMON HABITATS DON'T.

24  **Q.**  WHEN YOU REFER TO THE TERM "BIOLOGY," YOU ARE TALKING

25  ABOUT THINGS THAT ARE ALIVE?

1    **A.**  THAT'S RIGHT.

2    **Q.**  YOU MENTIONED THAT PART OF WHAT HARVEY DOES IS MITIGATION

3    ANALYSIS, I AM HOPING I AM GETTING THAT CORRECT?

4    **A.**  THAT'S RIGHT.

5    **Q.**  PLEASE TELL US ABOUT THAT.

6    **A.**  UNDER THE CALIFORNIA ENVIRONMENTAL QUALITY ACT, BASICALLY

7    YOU NEED TO DISCLOSE THE IMPACTS THAT YOU'RE HAVING TO THE

8    ENVIRONMENT.  WE SPECIFICALLY FOCUS ON BIOLOGICAL RESOURCES.

9    SO, FOR EXAMPLE, IF A SITE IS, YOU KNOW –– SUPPORTS A

10   FEDERALLY LISTED SPECIES, LIKE THE CALIFORNIA RIDGWAY'S RAIL,

11   WE WILL ––

12   **Q.**  I'M SORRY, THE CALIFORNIA WHAT?

13   **A.**  CALIFORNIA RIDGWAY'S RAIL, SORRY.

14   **Q.**  IS THAT A ––

15   **A.**  IT'S A BIRD.

16   **Q.**  YOU ARE NOT TALKING ABOUT A WHALE?  YOU ARE TALKING

17   ABOUT ––

18   **A.**  A RAIL.

19   **Q.**  THAT IS R-A-I-L?

20   **A.**  THAT'S RIGHT.

21   **Q.**  OKAY.  THANK YOU.

22   **A.**  SO, FOR EXAMPLE, IF WE HAD A SITE THAT COULD SUPPORT THAT

23   SPECIES OR THAT WAS KNOWN TO SUPPORT THAT SPECIES, ANY SORT OF

24   CONSTRUCTION THAT YOU MIGHT DO NEAR THE SITE DURING THE TIME

25   THAT THOSE BIRDS ARE NESTING, FOR EXAMPLE, COULD CAUSE THEIR

HARDWICKE – DIRECT / KEARNEY

1  NESTS TO FAIL.  THERE ARE SO FEW OF THESE BIRDS LEFT, THERE IS

2  ABOUT A THOUSAND LEFT IN THE BAY AREA, THAT IF YOU HAVE ANY

3  NESTS FAIL, THAT COULD BE SIGNIFICANTLY DETRIMENTAL TO THE

4  POPULATION.  SO WE WOULD PRESCRIBE MEASURES THAT WOULD PREVENT

5  THOSE SORTS OF IMPACTS FROM HAPPENING, SO YOU CAN SAY THAT YOU

6  HAD LESS THAN A SIGNIFICANT IMPACT ON THE RAIL.

7  Q.  ALL RIGHT.

8  A.  FOR EXAMPLE.

9  Q.  OKAY.  THANK YOU.

10     DR. HARDWICKE, IS ONE OF THE THINGS THAT –– ONE OF THE

11  TASKS HARVEY UNDERTAKES WETLAND DELINEATION?

12  A.  YES.

13  Q.  I WONDER IF YOU CAN TELL US WHAT THAT MEANS?

14  A.  WETLAND DELINEATION IS THE PROCESS OF USING THE GUIDANCE

15  ISSUED BY THE U.S. ARMY CORPS OF ENGINEERS TO BASICALLY

16  DETERMINE WHAT AREAS AND WHERE THESE AREAS ARE, THE LIMITS OF

17  THEIR BOUNDARIES, THAT WOULD BE CONSIDERED JURISDICTIONAL

18  UNDER THE CLEAN WATER ACT.

19  Q.  ALL RIGHT.  WE WILL BE TALKING ABOUT THIS IN A MOMENT, SO

20  WE MIGHT AS WELL DISCUSS IT.  YOU MENTIONED THE MANUAL; IS

21  THAT RIGHT?

22  A.  I HAVEN'T YET, BUT THE GUIDANCE –– THE PRIMARY GUIDANCE

23  FROM THE CORPS OF ENGINEERS IS THE 1987 WETLAND DELINEATION

24  MANUAL.

25  Q.  MAYBE I MISHEARD YOUR ANSWER EARLIER.

HARDWICKE – DIRECT / KEARNEY

1    WHAT IS THE ROLE OF THE U.S. ARMY CORPS OF ENGINEERS

2    RELATING TO WETLANDS IN THIS COUNTRY?

3    **A.**  THEY ADMINISTER THE CLEAN WATER ACT AND THE RIVERS AND

4    HARBORS ACT.

5    **Q.**  SO THE U.S. ARMY CORPS OF ENGINEERS, ARE THEY THE MAIN

6    FEDERAL BODY THAT HAS ADMINISTRATIVE OR OVERSIGHT

7    RESPONSIBILITY OF FEDERAL WETLANDS?

8    **A.**  YES, THEY DO.  AND THEN THE EPA ALSO HELPS THEM TO

9    ADMINISTER CLEAN WATER ACT PERMITTING.

10   **Q.**  AND DOES THE U.S. ARMY CORPS OF ENGINEERS PUBLISH OR ISSUE

11   A MANUAL THAT HELPS IN THE SCIENCE OF WETLAND DELINEATION?

12   **A.**  THEY DO.  THE PRIMARY MANUAL WAS PUBLISHED IN 1987 AND

13   THAT IS SORT OF THE BASIS FOR WETLAND DELINEATION.  AND THEN

14   SINCE THAT TIME THEY'VE RELEASED A NUMBER OF DIFFERENT PIECES

15   OF GUIDANCE, AND MOST PARTICULARLY THEY ISSUED SEVERAL

16   REGIONAL SUPPLEMENTS TO THAT 1987 DELINEATION MANUAL THAT

17   BASICALLY FOCUS INDICATORS OF WETLANDS TO THE REGION THAT

18   YOU'RE IN.  THE ONE THAT WE HAVE HERE IS THE ARID WEST.

19         **MR. KEARNEY:**  YOUR HONOR, I JUST WANT TO SHOW THE

20   WITNESS PHYSICALLY EXHIBIT 226.

21   **BY MR. KEARNEY:**

22   **Q.**  IS THIS THE U.S. ARMY CORPS OF ENGINEERS -- I WILL READ IT

23   SO I DON'T GET THE TITLE WRONG, THE CORPS OF ENGINEERS

24   WETLANDS DELINEATION MANUAL THAT YOU ARE REFERRING TO?

25   **A.**  THAT'S RIGHT.

HARDWICKE – DIRECT / KEARNEY

1    **Q.**  AND THIS IS CONSIDERED TO BE A -- SOMEWHAT OF A SEMINAL

2    PUBLICATION REGARDING THE SCIENCE OF WETLAND DELINEATION.  IS

3    THAT FAIR?

4    **A.**  THAT'S RIGHT.  IT SETS FORTH A METHOD BY WHICH YOU CAN

5    EVALUATE A SITE AND DETERMINE WHETHER IT IS TO BE CONSIDERED A

6    JURISDICTIONAL WETLAND OR NOT.

7    **Q.**  AND THAT METHOD IS THE -- WE ARE GETTING AHEAD OF

8    OURSELVES BUT IS THAT THE BASIC THREE-PARAMETER APPROACH?

9    **A.**  YES, IT IS CALLED THE THREE-PARAMETER.

10   **Q.**  WE WILL COME BACK TO THAT, DOCTOR.

11       YOU ALSO MENTIONED THAT IN ADDITION TO THE ARMY CORPS OF

12   ENGINEERS MANUAL, THERE ARE REGIONAL SUPPLEMENTS TO THAT

13   MANUAL; IS THAT RIGHT?

14   **A.**  THAT'S RIGHT.

15   **Q.**  WHAT IS A REGIONAL SUPPLEMENT?

16   **A.**  THE REGIONAL SUPPLEMENTS ARE BASICALLY JUST COMPANION

17   GUIDANCE THAT SORT OF CLARIFY AND SET FORTH SOME NEW DATA

18   FORMS AND OTHER PROCEDURES.  THE 1987 MANUAL COVERED ALL

19   WETLANDS OVER ALL AREAS OF THE UNITED STATES, AND AS YOU CAN

20   IMAGINE, WETLANDS SOMEPLACE LIKE ALASKA ARE GOING TO BE A

21   LITTLE BIT DIFFERENT THAN WETLANDS IN FLORIDA.  SO IT

22   ESSENTIALLY JUST, YOU KNOW -- MAKE SURE THAT FOR YOUR REGION

23   YOU HAVE THE BEST INDICATORS AND THE BEST DATA TO WORK WITH

24   WHEN DETERMINING IF YOU HAVE A WETLAND OR NOT.

25   **Q.**  AND THE REGION THAT WE ARE HERE -- WE ARE IN HERE IN

1    CALIFORNIA IS CALLED WHAT, DR. HARDWICKE?

2    **A.**   IT IS -- IN THIS PARTICULAR PART OF CALIFORNIA IT IS THE

3    ARID WEST REGION.

4    **Q.**   I'M HOLDING EXHIBIT 227, IT'S ANOTHER DEMONSTRATIVE.  IT'S

5    ENTITLED REGIONAL SUPPLEMENT TO THE CORPS OF ENGINEERS WETLAND

6    DELINEATION MANUAL:  ARID WEST REGION VERSION 2.0.  IS THAT

7    THE MANUAL -- THE U.S. ARMY CORPS OF ENGINEERS SUPPLEMENT TO

8    THE MANUAL THAT APPLIES TO THE REGION WE ARE IN HERE?

9    **A.**   THAT'S RIGHT.

10   **Q.**   DO ALL THE REGIONS IN THE UNITED STATES HAVE A NAME?

11   **A.**   YEAH, THEY DO.

12   **Q.**   AND OUT HERE IT IS CALLED THE ARID WEST REGION; IS THAT

13   RIGHT?

14   **A.**   THAT IS RIGHT.

15   **Q.**   WE WILL TALK MORE ABOUT THAT IN A MOMENT.

16       THE CORPS, WHO AUTHORS BOTH OF THESE DOCUMENTS, DO THEY

17   HAVE PERMITTING AUTHORITY OR DO THEY HAVE SOLE PERMITTING

18   AUTHORITY OVER WETLANDS IN THIS COUNTRY?

19   **A.**   THEY HAVE PERMITTING AUTHORITY.  THEY DON'T HAVE SOLE

20   PERMITTING AUTHORITY.  CLEAN WATER ACT PERMITS ALSO HAVE TO BE

21   CERTIFIED BY YOUR STATE REGIONAL WATER QUALITY CONTROL BOARDS.

22   **Q.**   ALL RIGHT.  SO IF I AS A LANDOWNER HAD FEDERAL WETLAND ON

23   MY PROPERTY, WITHOUT GETTING PERMISSION FROM U.S. ARMY CORPS

24   OF ENGINEERS AND WHATEVER REGIONAL BODIES WERE RELEVANT, COULD

25   I GIVE SOMEBODY PERMISSION TO GO DUMP ON MY WETLAND?

1    **A.**  THAT WOULD BE AGAINST THE CLEAN WATER ACT.

2    **Q.**  SO IS IT FAIR TO SAY THAT THERE IS NO LEGALLY PERMITTED

3    DUMPING INTO A WETLAND WITHOUT THE U.S. ARMY CORPS OF

4    ENGINEERS' APPROVAL?

5    **A.**  YES, THAT'S TRUE.  THERE ARE A NUMBER OF ACTIVITIES THAT

6    ARE CONSIDERED EXEMPT BUT, YOU KNOW, THEY ARE VERY TIGHTLY

7    DEFINED.

8    **Q.**  WHAT IS CONSIDERED TO BE AN EXEMPT ACTIVITY?

9    **A.**  FOR EXAMPLE, MAINTENANCE OF AGRICULTURAL DITCHES.

10   **Q.**  ALL RIGHT.  SO THERE ARE CERTAIN -- IF YOU ARE A LANDOWNER

11   AND YOU HAVE TO DO SOME AGRICULTURAL MAINTENANCE, PERHAPS THAT

12   COULD BE DONE WITHOUT GETTING FORMAL CORPS APPROVAL.  IS THAT

13   A FAIR STATEMENT?

14   **A.**  THAT'S RIGHT.

15   **Q.**  OKAY.  THE THREE-PARAMETER APPROACH -- WE WILL COME BACK

16   TO THIS IN A MOMENT, BUT JUST SO WE ALL HAVE IT IN OUR MINDS,

17   WHAT ARE THE THREE PARAMETERS THAT THE MANUAL -- AND THE

18   SUPPLEMENT AS WELL; IS THAT CORRECT?

19   **A.**  UH-HUH.

20   **Q.**  USE TO GUIDE WETLAND DELINEATION?

21   **A.**  THE THREE PARAMETERS ARE WETLAND VEGETATION, WETLAND

22   SOILS, AND WETLAND HYDROLOGY.

23   **Q.**  SO YOU LOOK AT VEGETATION, SOILS, AND HYDROLOGY?

24   **A.**  RIGHT.  WHEREVER YOU HAVE ALL THREE OF THOSE CO-OCCURRING,

25   THAT'S SUPPOSED TO BE A WETLAND.

1   **Q.**  OKAY.  THE LAST GENERAL QUESTION I HAVE BEFORE WE MOVE ON,

2   DO YOU KNOW WHY THE REGIONAL SUPPLEMENT -- THE REGIONAL CORPS

3   SUPPLEMENT FOR CALIFORNIA, THIS PART OF CALIFORNIA, IS LABELED

4   THE ARID WEST REGION?

5   **A.**  YEAH, BECAUSE IT IS PRETTY DRY HERE ACTUALLY.  WE HAVE

6   USUALLY LESS THAN -- DEPENDING ON WHERE YOU ARE IT VARIES, BUT

7   USUALLY LESS THAN 20 INCHES PER YEAR OF ANNUAL RAINFALL AND

8   THAT IS PRETTY LOW COMPARED TO OTHER PARTS OF THE COUNTRY.  WE

9   ALSO HAVE A VERY LONG DRY PERIOD, WHERE THINGS ALMOST

10  COMPLETELY DRY OUT, AND A LOT OF WETLANDS ARE SEASONAL AND A

11  LOT OF STREAMS ARE SEASONAL FOR THAT REASON.

12  **Q.**  DOES THAT MEANS WE CAN'T HAVE WETLANDS OUT HERE IN THE

13  WEST?

14  **A.**  NOT AT ALL.

15  **Q.**  DR. HARDWICKE, TO ENGAGE IN WETLAND DELINEATION, DO YOU

16  HAVE TO UNDERGO TRAINING?

17  **A.**  YOU DON'T HAVE TO GO -- UNDERGO SPECIFIC TRAINING BUT IT'S

18  A REALLY GOOD IDEA TO BECAUSE IT IS A COMPLICATED PROCESS.

19  **Q.**  HAVE YOU RECEIVED ANY SPECIFIC TRAINING IN WETLAND

20  DELINEATION?

21  **A.**  YES, I TOOK A 40-HOUR COURSE IN BASIC WETLAND DELINEATION

22  FROM THE WETLAND TECHNICAL INSTITUTE AND THEN I TOOK ANOTHER

23  24-HOUR COURSE FROM THE SAME ORGANIZATION ON ADVANCED

24  HYDROLOGY AND SOILS.

25  **Q.**  AND BEYOND THOSE TWO TRAINING PROGRAMS YOU ATTENDED, HAVE

HARDWICKE – DIRECT / KEARNEY

1    YOU ACTUALLY DONE WETLAND DELINEATION IN THE FIELD?

2    **A.**  YES.  I'VE CONTRIBUTED TO APPROXIMATELY 68 WETLAND

3    DELINEATION PROJECTS OVER THE COURSE OF MY CAREER, AND THOSE

4    ARE JUST THE ONES THAT I HAD A LOT TO DO WITH.  I WAS EITHER

5    PERFORMING THE FIELD WORK AND/OR I WROTE THE REPORT AND/OR I

6    MANAGED THE WORK.

7    **Q.**  SO BEYOND THOSE 68 DELINEATIONS, HAVE YOU WORKED ON A

8    LESSER -- TO A LESSER EXTENT ON OTHER WETLAND DELINEATION

9    PROJECTS?

10   **A.**  YES.  AND WE HAVE ALSO DONE PEER REVIEWS OF OTHER FIRMS'

11   WETLAND DELINEATIONS, AND THINGS LIKE THAT.

12   **Q.**  OKAY.  SO LET'S TALK ABOUT YOU FOR A MOMENT.

13       TELL US ABOUT YOUR EDUCATION, PLEASE.

14   **A.**  YEAH, I GOT MY BACHELOR'S IN BIOLOGY FROM REED COLLEGE IN

15   PORTLAND, OREGON, AND THEN I RECEIVED MY DOCTORATE FROM

16   COLORADO STATE UNIVERSITY IN ECOLOGY.

17   **Q.**  LET'S TALK ABOUT YOUR BACHELOR'S FIRST, IF WE MAY.  WHAT

18   WAS YOUR -- YOU SAID YOUR MAJOR WAS WHAT, DR. HARDWICKE?

19   **A.**  BIOLOGY.

20   **Q.**  AND WITHIN THE BIOLOGY MAJOR, DID YOU HAVE A FOCUS?

21   **A.**  YES, PLANT ECOLOGY AND PLANT BIOLOGY.

22   **Q.**  AND WITHIN THE FOCUS OF PLANT BIOLOGY, WAS THERE A

23   SPECIFIC AREA WITHIN EVEN THAT FOCUS THAT YOU WERE ENGAGED IN?

24   **A.**  YEAH, PLANT ECOLOGY.

25   **Q.**  ALL RIGHT.  AS PART OF YOUR PLANT ECOLOGY FOCUS IN YOUR

HARDWICKE – DIRECT / KEARNEY

1  UNDERGRADUATE DEGREE, DID YOU TAKE ANY COURSES IN PLANT

2  IDENTIFICATION OR HAVE ANY TRAINING IN THAT REGARD?

3  **A.**  YES.

4  **Q.**  PLEASE TELL US ABOUT THAT.

5  **A.**  I TOOK A COURSE, I BELIEVE IT WAS MY SOPHOMORE YEAR, THAT

6  WAS SPECIFICALLY ON PLANT IDENTIFICATION, AND THAT WAS ALL THE

7  COURSE DID WAS COVER IDENTIFICATION OF VARIOUS TYPES OF PLANTS

8  AND HOW YOU DO THAT.

9  **Q.**  DID YOU -- AS PART OF THAT COURSE, DID YOU HAVE TESTING

10  THAT YOU HAD TO COMPLETE TO PROVE THAT YOU COULD IDENTIFY

11  PLANTS?

12  **A.**  YES, WE HAD BOTH WRITTEN TESTS AND LAB PRACTICALS.

13  **Q.**  AFTER YOUR UNDERGRADUATE DEGREE AND BEFORE YOUR DOCTORATE

14  DID YOU GO STRAIGHT THROUGH SCHOOL, OR DID YOU WORK FOR A

15  WHILE?

16  **A.**  I WORKED FOR A LITTLE WHILE, FOR ABOUT THREE YEARS.

17  **Q.**  PLEASE TELL US ABOUT THAT.

18  **A.**  I WORKED AS A BIOLOGIST FOR A COUNTY PARKS DEPARTMENT IN

19  EL PASO COUNTY, COLORADO, AND THEN I WORKED AT THE SALK

20  INSTITUTE IN LA JOLLA, CALIFORNIA.

21  **Q.**  AS A PARKS BIOLOGIST IN COLORADO, WHAT WERE YOUR

22  RESPONSIBILITIES GENERALLY?

23  **A.**  A LOT OF VEGETATION SAMPLING, WHERE I WOULD NEED TO

24  IDENTIFY PLANTS, AND I ALSO MAPPED HABITATS, AND I DID SOME

25  SMALL MAMMAL TRAPPING.

1  **Q.**  AND THEN YOU WORKED AT THE SALK INSTITUTE; IS THAT

2  CORRECT?

3  **A.**  YES.

4  **Q.**  S-A-L-K?

5  **A.**  YES.

6  **Q.**  PLEASE TELL US ABOUT THAT.

7  **A.**  THAT PRIMARILY ENTAILED MEDICAL RESEARCH, AND I WORKED IN

8  THE CELLULAR AND MOLECULAR IMAGING LAB, WHICH, YOU KNOW, YOU

9  BASICALLY WORK WITH MICROSCOPES AND TAKE PICTURES OF CELLS.

10  **Q.**  THEN AFTER THE SALK INSTITUTE, DID YOU GO BACK AND GET

11  YOUR PH.D.?

12  **A.**  YES.

13  **Q.**  FROM WHAT INSTITUTION DID YOU GET YOUR PH.D. FROM?

14  **A.**  COLORADO STATE UNIVERSITY.

15  **Q.**  AND WHAT YEAR WAS THAT?

16  **A.**  THAT WAS 2006.

17  **Q.**  AND, AGAIN, DR. HARDWICKE, WHAT WAS YOUR PH.D. IN?  WHAT

18  WAS YOUR MAJOR?

19  **A.**  ECOLOGY.

20  **Q.**  MAYBE WE SHOULD STOP HERE JUST FOR A SECOND AND TALK ABOUT

21  ECOLOGY FOR A MOMENT.  I THINK WE ALL KNOW THAT WORD.  IN

22  TERMS OF THE ACADEMIC CONTEXT, WHAT DOES IT MEAN WHEN YOU

23  STUDY ECOLOGY AS A MAJOR?

24  **A.**  SO ECOLOGY BASICALLY MEANS THE STUDY OF THE HOME.  AND SO

25  IT'S REALLY JUST THE STUDY OF NATURAL SYSTEMS.  SO COMMUNITIES

HARDWICKE – DIRECT / KEARNEY

1    OF ANIMALS AND PLANTS AND HOW THEY INTERACT, FOOD WEBS, YOU

2    KNOW, SPECIES, RICHNESS, WHEN YOU FIND SPECIES, WHEN YOU

3    DON'T.  EVOLUTION IS KIND OF IN THERE AS WELL.

4    **Q.**  THE ECOLOGY DEPARTMENT AT COLORADO STATE IN THE PH.D.

5    PROGRAM, WAS IT -- WAS THERE A PARTICULAR PROGRAM THAT YOU

6    WERE UNDER OR A DEPARTMENT THAT YOU WERE UNDER WHEN YOU WERE

7    GETTING THAT DEGREE?

8    **A.**  YES, IT WAS CALLED THE GRADUATE DEGREE PROGRAM IN ECOLOGY.

9    **Q.**  ALL RIGHT.  SO WITHIN YOUR ECOLOGY STUDIES IN YOUR PH.D.

10   PROGRAM, I WILL ASK THIS AGAIN, DID YOU ALSO HAVE AN AREA OF

11   EMPHASIS THERE?

12   **A.**  YES.  I WORKED ON PLANTS MOST FREQUENTLY AND SPECIFICALLY

13   MY DISSERTATION WAS ON POLLINATOR ECOLOGY, WHICH IS BASICALLY

14   INSECTS VISITING PLANTS.

15   **Q.**  THE ONE WE ALL KNOW IS BEES, BUT I ASSUME THERE ARE

16   OTHERS; IS THAT RIGHT?

17   **A.**  YEAH, I HAD A LOT OF FLIES AND BEETLES AND BUTTERFLIES AS

18   WELL.

19   **Q.**  AS PART OF YOUR PH.D. STUDIES, DR. HARDWICKE, DID YOU ALSO

20   HAVE PLANT IDENTIFICATION INSTRUCTION, TRAINING, OR PRACTICAL

21   EXPERIENCE?

22   **A.**  YES, I DID.  I TOOK ANOTHER PLANT IDENTIFICATION COURSE.

23   I ALSO HAD TO IDENTIFY PLANTS IN THE COURSE OF MY DISSERTATION

24   WORK.  I TAUGHT A PLANT IDENTIFICATION COURSE AS -- FIRST AS A

25   GRADUATE TEACHING ASSISTANT FOR SEVERAL YEARS, AND THEN ONCE I

HARDWICKE – DIRECT / KEARNEY

1  FINISHED MY PH.D., I WORKED AS AN ADJUNCT PROFESSOR FOR THE

2  UNIVERSITY AND I WAS THE PRIMARY INSTRUCTOR FOR THE PLANT

3  IDENTIFICATION CLASS.

4  **Q.**  WHAT WAS YOUR DISSERTATION IN, IF I CAN ASK, DOCTOR?

5  **A.**  POLLINATION FOOD WEBS BASICALLY.

6  **Q.**  LET'S MOVE ON FROM ACADEMICS TO YOUR PRACTICAL EXPERIENCE,

7  IF WE MAY.

8  YOU SAID THAT YOU GOT YOUR PH.D. IN 2006; IS THAT RIGHT?

9  **A.**  THAT'S RIGHT.

10  **Q.**  WHEN DID YOU START WORKING AT HARVEY?

11  **A.**  IN THE FALL OF 2006.

12  **Q.**  WHERE IS H.T. HARVEY LOCATED?

13  **A.**  IT IS LOCATED IN LOS GATOS, CALIFORNIA.

14  **Q.**  SO YOU'VE BEEN AT HARVEY NOW FOR OVER A DECADE?

15  **A.**  THAT'S RIGHT.

16  **Q.**  IS THERE A PARTICULAR GROUP WITHIN HARVEY THAT YOU ARE

17  ASSIGNED TO OR THAT YOU WORK WITHIN?

18  **A.**  YES, I AM THE PRINCIPAL FOR THE PLANT ECOLOGY GROUP.

19  **Q.**  AND I THINK YOU ANSWERED THIS QUESTION EARLIER, BUT WITHIN

20  THAT GROUP FOR HARVEY, HAVE YOU ENGAGED IN WETLAND

21  DELINEATION?

22  **A.**  YES.

23  **Q.**  ON HOW MANY OCCASIONS?

24  **A.**  AT LEAST 68 WITH DIRECT AND SIGNIFICANT INPUTS TO THE

25  PRODUCT.

HARDWICKE – DIRECT / KEARNEY

1    **Q.**  THAT WAS THE NUMBER YOU MENTIONED BEFORE?

2    **A.**  YES.

3    **Q.**  IS PART OF THE WETLAND DELINEATION PROCESS ENGAGING WITH

4    U.S. ARMY CORPS OF ENGINEERS?

5    **A.**  YES.

6    **Q.**  I WONDER IF YOU CAN DESCRIBE THAT TO US, PLEASE.

7    **A.**  YEAH.  SO YOU BASICALLY GO OUT TO A SITE AND YOU MAP IT,

8    AND THEN YOU SEND A REQUEST TO THE ARMY CORPS OF ENGINEERS,

9    YOU ASK THEM TO VERIFY YOUR MAPPING, IS WHAT IT'S CALLED.

10   THEY COME OUT TO THE SITE USUALLY AND THEY TAKE A LOOK AT IT

11   WITH YOU.  THEY -- YOU'VE DUG HOLES TO LOOK AT THE SOILS.

12   THEY MAY OPEN UP SOME OF THOSE HOLES AGAIN TO TAKE A LOOK AND

13   SEE IF THEY AGREE WITH YOUR DETERMINATIONS.

14       AND THEN THEY DECIDE WHETHER THEY ACCEPT YOUR MAP AS IS OR

15   IF THEY WANT TO REQUEST ANY CHANGES TO IT.  IF THEY REQUEST

16   CHANGES, YOU ENACT THE CHANGES, YOU SEND THEM BACK THE EDITED

17   MAP, AND THEY STAMP IT.

18   **Q.**  SO IS INTERACTION WITH THE U.S. ARMY CORPS A FAIRLY

19   ROUTINE PART OF THE WETLAND DELINEATION WORK THAT YOU DO?

20   **A.**  ABSOLUTELY.

21   **Q.**  ALSO FOR HARVEY, DO YOU DO RARE PLANT SURVEYS?

22   **A.**  YES.

23   **Q.**  PLEASE TELL US ABOUT THAT.

24   **A.**  SO WE WILL BASICALLY LOOK THROUGH A SITE.  WE WILL WALK

25   TRANSECTS THROUGH THE ENTIRE SITE.  WE WILL IDENTIFY EVERY

HARDWICKE – DIRECT / KEARNEY

1   PLANT THAT'S THERE TO A LEVEL SUFFICIENT TO DETERMINE WHETHER

2   IT'S RARE OR NOT, AND THEN WE WILL MAP ANY RARE SPECIES WE

3   FIND.

4   **Q.**   YOU DID SOME TRANSECT WORK IN THIS CASE; IS THAT RIGHT?

5   **A.**   THAT IS RIGHT.

6   **Q.**   WE WILL GET TO THAT IN A MOMENT.

7       WITHIN YOUR -- THOSE RARE PLANT SURVEYS ARE -- IS WETLAND

8   VEGETATION INCLUDED IN SOME OF THEM?

9   **A.**   YES.

10  **Q.**   DO YOU WRITE MANAGEMENT PLANS FOR SITES ON OCCASION THAT

11  YOU ANALYZE?

12  **A.**   YES, WE DO.

13  **Q.**   EXPLAIN WHAT YOU DO THERE.

14  **A.**   SO IF YOU HAVE IMPACTS TO A SENSITIVE HABITAT OR IF YOU

15  HAVE IMPACTS THAT COULD AFFECT A LISTED SPECIES, AS PART OF

16  YOUR MITIGATION YOU MAY HAVE TO BASICALLY PRESERVE ANOTHER

17  PIECE OF LAND, AND THEN THAT LAND WILL HAVE TO BE MANAGED.

18  YOU CAN'T JUST LEAVE IT TO, YOU KNOW, SIT AND COLLECT WEEDS OR

19  SOMETHING LIKE THAT.  SO YOU HAVE TO HAVE A PLAN WRITTEN THAT

20  WILL BASICALLY EXPLAIN WHAT THE GOALS ARE FOR YOUR MANAGEMENT,

21  WHEN THINGS ARE GOING BADLY AND WHEN THINGS SHOULD BE CHANGED

22  ACCORDING TO YOUR PLAN, AND WHAT SOME OF THE SUCCESS CRITERIA

23  ARE.

24  **Q.**   AS PART OF YOUR WETLAND DELINEATIONS DO YOU ROUTINELY --

25  YOU TALKED ABOUT BOTANY ALREADY, PLANTS, BUT DO YOU ENGAGE IN

1   A HYDROLOGIC ANALYSIS AND A SOIL ANALYSIS AS WELL?

2   **A.**  YES.

3   **Q.**  AGAIN, BACK TO THE THREE-PARAMETER APPROACH, IS -- EVERY

4   TIME YOU DELINEATE A WETLAND, ARE YOU LOOKING AT A SITE'S

5   VEGETATION, HYDROLOGY, AND SOILS?

6   **A.**  ALWAYS WE ARE LOOKING AT THOSE THREE THINGS FOR THE ARMY

7   CORPS OF ENGINEERS GUIDANCE.

8          **MR. KEARNEY:**  THANK YOU, DOCTOR.

9       I WOULD LIKE TO OFFER DR. HARDWICKE AS THIS TIME, SIR, AS

10  AN EXPERT IN PLANT ECOLOGY, WETLAND DELINEATION, AND WETLAND

11  ECOLOGY.

12          **THE COURT:**  ANY OBJECTION?

13          **MS. HANSEN:**  SUBJECT TO PRIOR OBJECTIONS, NO.

14          **THE COURT:**  UNDERSTOOD.

15      DR. HARDWICKE IS RECOGNIZED AS AN EXPERT IN THOSE

16  DISCIPLINES AND MAY OFFER OPINIONS BASED ON THAT EXPERTISE.

17          **MR. KEARNEY:**  THANK YOU.

18  **BY MR. KEARNEY:**

19  **Q.**  DR. HARDWICKE, WE ARE OBVIOUSLY HERE TALKING ABOUT WORK

20  DONE AT NEWARK AREA 4 IN NEWARK, CALIFORNIA.  DID YOU HAVE A

21  DIRECT HAND IN ANALYZING THAT SITE?

22  **A.**  YES, I DID.

23  **Q.**  AND THAT WAS -- WE WILL GET TO THAT, THAT WAS -- YOU

24  WORKED ON A REPORT THAT WAS AUTHORED IN 2007; IS THAT RIGHT?

25  **A.**  THAT'S RIGHT.

HARDWICKE – DIRECT / KEARNEY

1    **Q.**   BUT I WANT TO TALK JUST GENERALLY ABOUT HARVEY'S

2    EXPERIENCE WITH THAT SITE.  BEYOND THE REPORT THAT YOU

3    AUTHORED, HAS HARVEY BEEN LOOKING AT THAT SITE FOR SOME TIME?

4    **A.**   YES, WE HAVE.

5    **Q.**   IN 2002, AUGUST 9TH OF 2002, DID HARVEY ISSUE A BIOTIC

6    CONSTRAINTS AND OPPORTUNITIES ANALYSIS OF NEWARK AREA 4?

7    **A.**   YES, WE DID.

8    **Q.**   I WONDER IF YOU CAN TELL THE JURY WHAT A BIOTIC

9    CONSTRAINTS AND OPPORTUNITIES ANALYSIS IS.

10   **A.**   SURE.  SO A BIOTIC CONSTRAINTS REPORT IS A REPORT THAT IS

11   FOR THE APPLICANT'S BENEFIT OR THE PROJECT OWNER'S BENEFIT,

12   AND IT BASICALLY SAYS, HERE IS WHAT YOU HAVE ON YOUR SITE IN

13   TERMS OF BIOLOGICAL RESOURCES, WHETHER IT'S WETLANDS, RIPARIAN

14   RIPARIAN, SPECIAL STATUS SPECIES OF SOME SORT, AND THEN WE

15   EXPLAIN WHAT IT IS LIKELY TO MEAN FOR YOU, WHAT SORT OF

16   DIFFERENT PROCESSES YOU ARE GOING TO NEED TO GO INTO WITH

17   VARIOUS FEDERAL AND STATE AGENCIES, AND ESSENTIALLY JUST LET

18   PEOPLE KNOW WHAT IS ON THEIR SITE SO THEY CAN PERFORM DUE

19   DILIGENCE, AND STUFF LIKE THAT.

20   **Q.**   SO IF YOU ARE A LANDOWNER AND YOU WANT TO KNOW WHAT YOU

21   CAN AND CAN'T BUILD OR WHERE YOU CAN AND CAN'T BUILD --

22   **A.**   RIGHT.

23   **Q.**   -- YOU WOULD HIRE HARVEY TO DO A CONSTRAINTS ANALYSIS TO

24   FIGURE OUT WHAT AREAS YOU NEEDED TO AVOID, WHAT SPECIES YOU

25   MAY NEED TO PROTECT, THAT KIND OF THING?

1    **A.**   RIGHT.  OR IF YOU WANTED TO IMPACT THOSE RESOURCES OR

2    SPECIES, WHAT PERMITS YOU WOULD NEED TO GET.

3    **Q.**   SO THAT ANALYSIS CONDUCTED BY YOUR COMPANY WAS DONE IN

4    2002 OF THE NEWARK SITE; IS THAT RIGHT?

5    **A.**   YES.

6    **Q.**   WAS THAT BIOTIC CONSTRAINTS ANALYSIS UPDATED IN CALENDAR

7    YEAR 2006?

8    **A.**   IT WAS.

9    **Q.**   AND THAT WAS THE UPDATED AND EXPANDED NEWARK GENERAL PLAN

10   AREAS 3 AND 4 BIOTIC CONSTRAINTS AND OPPORTUNITIES ANALYSIS?

11   **A.**   UH-HUH.

12   **Q.**   WHAT GENERALLY WAS BEING DONE WITH THAT UPDATED REPORT,

13   DR. HARDWICKE?

14   **A.**   THERE HAD BEEN SOME AREAS ADDED TO THE ANALYSIS, AND IT

15   HAD ALSO BEEN FOUR YEARS SINCE OUR PRIOR CONSTRAINTS REPORT,

16   SO WE WANTED TO UPDATE IT FOR OUR POTENTIALLY CHANGED

17   CONDITIONS.

18        AND ALSO, I -- I BELIEVE THAT -- I WASN'T WORKING AT

19   HARVEY AT THAT TIME, BUT I BELIEVE THAT THE SOBRATO

20   CORPORATION, WHO WE WERE WORKING FOR, WANTED A MORE DETAILED

21   CONSTRAINTS ANALYSIS THAN WHAT THEY HAD FROM 2002.

22   **Q.**   SO SOBRATO HIRED HARVEY AGAIN TO UPDATE ITS PREVIOUS WORK?

23   **A.**   YES.

24   **Q.**   IN 2009, WE HAVE ALREADY TALKED ABOUT THE DELINEATION IN

25   THIS CASE.  2007, WE WILL COME BACK TO THAT.

1          BUT IN 2009, DID HARVEY ALSO AUTHOR A NEWARK AREAS 3 AND 4

2     SPECIFIC PLAN DRAFT ENVIRONMENTAL IMPACT REPORT, BIOLOGICAL

3     RESOURCES TECHNICAL REPORTS?

4     **A.**  YES, WE DID.

5     **Q.**  ALL RIGHT.  AND THAT'S A MOUTHFUL.  CAN YOU TELL US WHAT

6     THAT IS?

7     **A.**  SO AN EIR IS THE DOCUMENT THAT IS USED FOR PROJECTS UNDER

8     THE CALIFORNIA ENVIRONMENTAL QUALITY ACT, AND IT HAS MULTIPLE

9     SECTIONS.  ONLY ONE OF THOSE SECTIONS IS BIOLOGY.  SO OTHER

10    SECTIONS MIGHT BE TRAFFIC OR AIR QUALITY, THINGS LIKE THAT.

11         SO WE AUTHOR A REPORT THAT TALKS ABOUT JUST THE BIOLOGICAL

12    RESOURCES AND IMPACTS TO THOSE.  IT'S TAKEN BY A PLANNING FIRM

13    AND PUT INTO THE FINAL -- OR THE EIR AS AN APPENDIX.  AND THEY

14    ALSO PULL LANGUAGE FROM OUR REPORT TO PUT INTO THE MAIN

15    CHAPTER OF THE EIR FOR BIOLOGY.

16    **Q.**  DID YOU WORK ON THAT REPORT?

17    **A.**  YES.

18    **Q.**  DID THAT REPORT IDENTIFY SENSITIVE HABITAT AND WETLANDS ON

19    THE PROPERTY?

20    **A.**  YES.

21    **Q.**  IN MARCH OF 2014, DID HARVEY PREPARE A REVISION TO THE

22    DRAFTS ENVIRONMENTAL IMPACT REPORT?

23    **A.**  YES.

24    **Q.**  AND WHAT DID THAT ENTAIL?

25    **A.**  THE PROJECT HAD BEEN SUED -- WE ARE TALKING ABOUT 2014?

1    **Q.**  2014.

2    **A.**  THE PROJECT HAD BEEN SUED, THE EIR HAD BEEN SUED BASICALLY

3    BY A COLLECTION OF ENVIRONMENTALIST GROUPS BASICALLY LOOKING

4    TO GET MORE DETAIL IN THE CALIFORNIA ENVIRONMENTAL QUALITY

5    DOCUMENT AND CHALLENGING SOME OF THE FINDINGS RELATED TO

6    WHETHER SOME OF THESE IMPACTS COULD BE MITIGATED OR NOT.  AND

7    IN OUR SECTION WE WERE ASKED TO ESSENTIALLY ADDRESS WEED

8    CONTROL BETTER THAN HAD BEEN DONE IN THE FIRST DRAFT.

9    **Q.**  SO FROM 2002 TO 2014, HARVEY HAS BEEN PREPARING REPORTS ON

10   THE NEWARK SITE.  IS THAT A FAIR STATEMENT?

11   **A.**  YES.  AND EVEN SOME WORK HAS HAPPENED ON SECTIONS OF IT

12   BEFORE THAT AS WELL.

13   **Q.**  AND DO YOU KNOW WHEN THAT WAS?  WAS IT IN THE 2000'S, THE

14   1990'S?

15   **A.**  IN THE 1990'S, MY PRIOR SUPERVISOR, PAT BOURSIER, WORKED

16   FOR A DIFFERENT LANDOWNER WHO OWNS ONE OF THE PARCELS WITHIN

17   AREA 4.  I BELIEVE THEY HAD A CEASE AND DESIST ORDER BECAUSE

18   THEY HAD PLACED SOME FILL INTO WETLANDS.

19       PRIOR TO THAT, THE CALIFORNIA DEPARTMENT OF FISH AND GAME

20   HAD HIRED ONE OF OUR MAMMALOGISTS TO LOOK FOR SALT MARSH

21   HARVEST MOUSE ON THE SITE.

22   **Q.**  SO FROM THE 1990'S THROUGH 2014, HARVEY HAS BEEN PRODUCING

23   REPORTS ON THE NEWARK SITE?

24   **A.**  YEAH.

25   **Q.**  IS THAT TRUE?

HARDWICKE – DIRECT / KEARNEY

1    **A.**  UH-HUH.

2    **Q.**  ARE YOU FAMILIAR WITH ALL THESE REPORTS, DOCTOR?

3    **A.**  YES, AT LEAST PASSINGLY.

4    **Q.**  ALL RIGHT.  AND HAVE WETLANDS BEEN IDENTIFIED IN ALL OF

5    THEM?

6    **A.**  YES.

7    **Q.**  NOW LET'S TALK ABOUT THE NEWARK AREA 4 DELINEATION OF

8    WETLANDS REPORT THAT WAS PRODUCED IN 2007 THAT YOU WORKED

9    DIRECTLY ON, IF I MAY.

10          **MR. KEARNEY:**  YOUR HONOR, THIS IS EXHIBIT 37.  I'M

11   JUST GOING TO USE IT AS A DEMONSTRATIVE AT THIS TIME.  I AM

12   NOT GOING TO INTRODUCE IT.

13   **BY MR. KEARNEY:**

14   **Q.**  DOCTOR, THIS IS THE H.T. HARVEY AND ASSOCIATES REPORT

15   ENTITLED "NEWARK AREAS 3 AND 4 NEWARK, ALAMEDA COUNTY,

16   CALIFORNIA PRELIMINARY DELINEATION OF WETLANDS AND OTHER

17   WATERS."

18        THIS IS -- DID YOU CO-AUTHOR THIS REPORT?

19   **A.**  YES.

20   **Q.**  IT'S BIG.  DO YOU KNOW HOW MANY PAGES IT IS?

21   **A.**  IT IS OVER 200 PAGES.

22   **Q.**  OKAY.  WHAT WERE YOU TRYING TO DO IN THIS DOCUMENT?

23   **A.**  WE WERE TRYING TO ACCURATELY AND DEFENSIVELY MAP ALL

24   WETLANDS AND WHAT ARE CALLED "OTHER WATERS" WHICH ARE

25   BASICALLY OPEN WATER AREAS THAT DON'T HAVE WETLAND VEGETATION

HARDWICKE – DIRECT / KEARNEY

1    IN THEM ON THE SITE.

2    **Q.**  AND AS PART OF THE PREPARATION OF THIS REPORT, WAS FIELD

3    WORK CONDUCTED BY YOURSELF AND OTHER MEMBERS OF THE HARVEY

4    STAFF?

5    **A.**  YES.

6    **Q.**  WHAT YEAR, WHAT CALENDAR YEAR, YOURSELF, DR. HARDWICKE,

7    DID YOU ACTUALLY GO ONTO THE LAND IN YOUR WORK IN PREPARATION

8    FOR WRITING THIS REPORT?

9    **A.**  THE FALL OF 2006.

10   **Q.**  DID -- DURING THAT TIME PERIOD, WAS THERE ANOTHER HARVEY

11   EMPLOYEE WHO WENT MORE THAN YOU DID TO THAT SITE?

12   **A.**  FROM THE PERIOD BETWEEN FALL OF 2006 AND WHEN WE AUTHORED

13   THE 2007 REPORT, I WAS THE EMPLOYEE WHO WAS MOST FREQUENTLY ON

14   THE SITE.

15   **Q.**  DO YOU HAVE ANY RECOLLECTION, DOCTOR, OF DURING THAT 2006,

16   2000 TIME PERIOD -- I'M SORRY.  THE 2006, 2007 TIME PERIOD,

17   HOW MANY TIMES YOU ACTUALLY PHYSICALLY WENT ON THE LAND TO DO

18   SOME WORK?

19   **A.**  DURING THE PERIOD BETWEEN FALL OF 2006 AND SPRING OF 2007,

20   I WAS THERE 22 SEPARATE TIMES.

21   **Q.**  OKAY.

22       AND WAS THAT A -- WAS THERE A SEASONAL VARIATION OF YOUR

23   VISITS WHERE -- CAN YOU TELL US ANYTHING ABOUT THAT?

24   **A.**  YES.  WE STARTED OFF.  WE INSTALLED SOME GROUND WATER

25   MONITORING PITS, AND THEN IT BECAME ONE OF MY PRIMARY TASKS

1   WAS EVERY TWO WEEKS TO VISIT THE SITE, TO GO TO ALL SORTS OF,

2   YOU KNOW, DIFFERENT SET AREAS ON THE SITE, AND TO TAKE PHOTOS

3   FOR PHOTO DOCUMENTATION.  AND THIS WAS SO THAT WE COULD

4   DEMONSTRATE WHERE THE SITE WAS PONDING UP OR STAYING SATURATED

5   FOR LONG PERIODS OF TIME.

6   **Q.**  SO YOU WERE, YOU WERE GOING OUT THERE EVERY COUPLE OF

7   WEEKS DURING THAT 2006, 2007 FRAMEWORK?

8   **A.**  YES.

9   **Q.**  OR THEREABOUTS?

10  **A.**  UH-HUM.

11  **Q.**  WHO WAS THE CLIENT THAT YOU WERE PREPARING THAT ANALYSIS

12  FOR?

13  **A.**  THE SOBRATO DEVELOPMENT CORPORATION.

14  **Q.**  WE'VE HEARD A LOT ABOUT THEM.  AS A -- DR. HARDWICKE, WHEN

15  YOU GET HIRED BY A DEVELOPER --

16  **A.**  UH-HUH.

17  **Q.**  -- TRYING TO DEVELOP, BUILD ON THE LAND --

18  **A.**  UH-HUH.

19  **Q.**  -- ARE YOU GIVEN MARCHING ORDERS LIKE, HEY, KEEP THE

20  WETLANDS TO A MINIMUM?

21      DO YOU HAVE ANY KIND OF A PHILOSOPHY IMPOSED ON YOU IN

22  CONDUCTING YOUR WORK?

23  **A.**  WE DON'T HAVE A PHILOSOPHY IMPOSED ON US.  WE WOULDN'T

24  WORK WITH CLIENTS WHO TRIED TO DO THAT.

25      BUT, YOU KNOW, BASICALLY WHAT WE TOLD SOBRATO IS THAT THIS

HARDWICKE – DIRECT / KEARNEY

1    IS A SITE THAT HAS A LOT OF WETLANDS, AND IT'S VERY

2    COMPLICATED BECAUSE IT'S BEEN FARMED FOR MANY YEARS.  YOU'RE

3    GOING TO NEED A HIGHER THAN NORMAL LEVEL OF EFFORT TO GET A

4    GOOD DELINEATION OF THIS PROPERTY.  YOU HAVE TO SPEND MONEY ON

5    THE DELINEATION TO MAXIMIZE YOUR DEVELOPABLE AREA.

6    **Q.**  ALL RIGHT.

7    **A.**  SO THAT WAS WHAT THEY HIRED US EXPECTING THAT WE WOULD DO.

8    **Q.**  AND ANY DELINEATION YOU COME UP WITH OF WETLANDS, YOU HAVE

9    TO TAKE TO THE U.S. ARMY CORPS OF ENGINEERS AND DEFEND

10   BASICALLY.  IS THAT A FAIR STATEMENT?

11   **A.**  UH-HUH.

12   **Q.**  SO DID YOU CONDUCT, BEFORE YOU ACTUALLY WENT AND BEGAN

13   YOUR PHYSICAL ANALYSIS OF THE LAND IN 2006, DID YOU CONDUCT

14   ANY PRELIMINARY RESEARCH, DR. HARDWICKE, BEFORE YOU ACTUALLY

15   WENT OUT THERE?

16   **A.**  YES.  I REVIEWED THE CONSTRAINTS REPORTS THAT THE COMPANY

17   HAD PUT TOGETHER PRIOR TO ME STARTING THERE.  AND I ALSO

18   REVIEWED PUBLICLY AVAILABLE DATA SOURCES LIKE TOPOGRAPHIC

19   MAPS, NRCS SOILS MAPPING, THE NATIONAL WETLAND INVENTORY,

20   HISTORIC AERIAL PHOTOGRAPHS.

21   **Q.**  YOU MENTIONED THAT WHEN YOU DO A DELINEATION, YOU --

22   THERE'S A -- THERE'S A SURVEY METHODOLOGY THAT THE U.S. ARMY

23   CORPS GIVES TO YOU; IS THAT RIGHT?

24   **A.**  THAT'S RIGHT.

25   **Q.**  WE MENTIONED THAT EARLIER, THE THREE-PARAMETER APPROACH?

1 **A.** UH-HUH.

2 **Q.** LET'S TALK MORE ABOUT THAT, IF WE MAY.

3 **A.** OKAY.

4 **Q.** I THINK YOU MENTIONED THAT THE THREE PARAMETERS THAT THE

5 CORPS SAYS YOU SHOULD ANALYZE ARE VEGETATION, SOILS, AND

6 HYDROLOGY.

7 REGARDING VEGETATION, JUST GENERALLY SPEAKING, WHAT ARE

8 YOU LOOKING FOR?

9 **A.** YOU'RE LOOKING TO SEE IF YOU HAVE A WETLAND VEGETATION

10 COMMUNITY. AND THERE ARE A COUPLE OF DIFFERENT TESTS THAT THE

11 ARMY CORPS GIVES YOU TO DETERMINE WHETHER YOU HAVE A WETLAND

12 VEGETATION COMMUNITY. BUT ESSENTIALLY ALL OF THE WETLAND

13 SPECIES THAT YOU MIGHT ENCOUNTER ARE GIVEN A SCORE IN TERMS OF

14 HOW OFTEN THOSE PLANTS ARE FOUND IN WETLANDS. AND IF YOU FIND

15 THAT YOUR VEGETATION COMMUNITY IS DOMINATED BY THOSE PLANTS

16 THAT HAVE A WETLAND SCORE, THEN YOU HAVE A WETLAND VEGETATION

17 COMMUNITY.

18 **Q.** ARE THE -- IS THE VEGETATION THAT'S FOUND IN A WETLAND, IN

19 ADDITION TO HAVING A SCORE, ARE THEY -- ARE THEY DESCRIBED

20 WITH DIFFERENT TERMS?

21 **A.** YES.

22 **Q.** PLEASE TELL US ABOUT THAT.

23 **A.** SO THE DIFFERENT TYPES THAT YOU CAN HAVE ARE UPLAND,

24 FACULTATIVE UPLAND, FACULTATIVE, FACULTATIVE WETLAND, AND

25 OBLIGATE.

1    **Q.**  SO UPLAND VEGETATION IS NOT WETLAND VEGETATION, I PRESUME;

2    IS THAT RIGHT?

3    **A.**  IT IS HARDLY, IF EVER, FOUND IN WETLANDS.

4    **Q.**  OKAY.  AND THEN THAT'S ON ONE SIDE OF THE SCALE.

5    THEN ON THE OTHER SIDE OF THE SCALE YOU HAVE OBLIGATE

6    VEGETATION; IS THAT RIGHT?

7    **A.**  RIGHT.

8    **Q.**  TELL THE JURY WHAT OBLIGATE VEGETATION IS.

9    **A.**  IT MEANS VEGETATION THAT'S FOUND IN A WETLAND.  99 PERCENT

10    OR MORE PERCENT OF THE TIME THAT YOU FIND IT, IT'S IN A

11    WETLAND.

12    **Q.**  SO AN OBLIGATE SPECIES, IF YOU HAVE AN OBLIGATE SPECIES,

13    YOU HAVE A WETLAND.  IS THAT A FAIR STATEMENT?

14    **A.**  BASICALLY YES.  YES.

15    **Q.**  AND THEN YOU HAVE JUST BELOW OBLIGATE, YOU HAVE

16    FACULTATIVE SPECIES WET; IS THAT RIGHT?

17    **A.**  RIGHT.

18    **Q.**  TELL US WHAT THAT MEANS, PLEASE.

19    **A.**  FACULTATIVE WET SPECIES IS FOUND BETWEEN 66 AND 99 PERCENT

20    OF THE TIME THAT THAT PLANT OCCURS IT IS IN A WETLAND.

21    **Q.**  I WONDER AS WE GO THROUGH THIS LIST, GIVE US AN EXAMPLE,

22    PLEASE, OF AN OBLIGATE PLANT SPECIES.  THAT'S THE OVER

23    99 PERCENT UPPER MOST ONE.

24    **A.**  PICKLEWEED IS A GOOD ONE.

25    **Q.**  SO IF YOU HAVE PICKLEWEED, YOU HAVE A WETLAND.  IS THAT A

1    FAIR STATEMENT?

2    **A.**   YEAH, ALMOST ALWAYS.

3    **Q.**   CAN YOU GIVE US AN EXAMPLE OF A FACULTATIVE WET SPECIES?

4    **A.**   YEAH.  A FACULTATIVE WET SPECIES WOULD BE SOMETHING LIKE

5    SALT GRASS.

6    **Q.**   SO IF YOU HAVE SALT GRASS PRESENT, THE ODDS OF HAVING A

7    WETLAND ARE BETWEEN 66 AND 99 PERCENT AT THAT SITE; IS THAT

8    FAIR?

9    **A.**   YEAH.  I MEAN YOU HAVE TO LOOK AT THE SOILS AND HYDROLOGY

10   AS WELL, BUT THE SALT GRASS, IT MORE OFTEN OCCURS IN WETLANDS

11   THAN UPLANDS FOR SURE.

12   **Q.**   AND THEN AS YOU GO THROUGH, THERE'S FACULTATIVE,

13   FACULTATIVE DRY, AND THEN UPLAND VEGETATION; IS THAT RIGHT?

14   **A.**   THAT'S RIGHT.

15   **Q.**   OKAY.

16       SO WHEN YOU ARE LOOKING AT A SITE, THE FIRST PARAMETER OF

17   THE VEGETATIVE PARAMETER OR ONE OF THE PARAMETERS YOU ARE

18   CLASSIFYING THE SPECIES YOU ARE OBSERVING IN TERMS OF ITS...

19   THIS CHART WE ARE TALKING ABOUT OBLIGATE THROUGH UPLAND?

20   **A.**   UH-HUH.

21   **Q.**   WHAT ARE YOU LOOKING FOR WHEN YOU LOOK AT SOILS?

22   **A.**   YOU ARE LOOKING PRIMARILY AT SOIL COLOR AND SOIL TEXTURE.

23       BASICALLY SOILS THAT HAVE DEVELOPED UNDER WETLAND

24   CONDITIONS, THEY HAVE DIFFERENT COLORS THAN UPLAND SOILS.

25   THEY TEND TO BE DARKER COLORED A LOT OF TIMES AND THEY ALSO

HARDWICKE – DIRECT / KEARNEY

```
1    TEND TO BE WASHED OUT AND MORE GRAY THAN BROWN.

2         FINALLY, YOU CAN GET WEIRD LITTLE COLORATIONS IN THE SOIL

3    THAT ARE INDICATIVE OF WETLANDS.  SO IT WILL BE A GRAY MATRIX

4    WITH MAYBE LITTLE RUSTY ORANGE SPOTS.

5    Q.   WHAT CAUSES THE RUSTY ORANGE SPOTS IN THIS WETLAND SOIL?

6    A.   SO THE -- WHEN YOU HAVE A SOIL THAT'S WETTED FOR A LONG

7    TIME, BASICALLY ALL OF THE LITTLE CREATURES THAT LIVE IN THE

8    SOIL, THEY USE UP ALL THE OXYGEN, AND IT BECOMES ANAEROBIC,

9    MEANING THAT THERE IS NO OXYGEN LEFT IN THE WATER.  WHEN THAT

10   HAPPENS, IRON BECOMES A DIFFERENT FORM OF IRON AND IT'S

11   COLORLESS AND ALSO VERY WATER SOLUBLE.

12        SO BASICALLY THE IRON WHICH GIVES SOILS ITS REDDISH COLOR

13   WASHES OUT OF THE SOIL.  BUT THEN THERE ARE ROOTS IN THE SOIL

14   IF IT'S A WETLAND THAT'S VEGETATED.  AND SO WHAT HAPPENS WITH

15   ROOTS IS THAT THE ABOVE-GROUND TISSUE OF THE PLANT IS ABLE TO

16   BREATHE, AND THEN IT SENDS THE OXYGEN DOWN INTO ITS ROOTS

17   WHERE IT'S RELEASED, AND THAT ALLOWS JUST AROUND THE ROOTS FOR

18   LITTLE POCKETS OF RED OXIDIZED FORM OF IRON TO BE FORMED.  SO

19   IT'S ALMOST LIKE RUSTING RIGHT AROUND THE ROOTS.

20   Q.   ALL RIGHT.  THANK YOU, DOCTOR.

21        MADAME CLERK MENTIONED TO YOU EARLIER THERE'S WATER

22   AVAILABLE.  IF YOU WANT TO POUR YOURSELF SOME NOW.  WE HAVE

23   BEEN GOING FOR --

24   A.   THAT WOULD BE GREAT.

25                  (PAUSE IN THE PROCEEDINGS.)
```

1   **Q.** ALL SET?

2   **A.** UH-HUH.

3   **Q.** ALL RIGHT.

4   SO WE'VE TALKED ABOUT VEGETATION, WE'VE TALKED ABOUT SOIL,

5   AND THE THIRD LEG OF THE THREE-PARAMETER ANALYSIS THE CORPS

6   RECOMMENDS IS HYDROLOGY; IS THAT RIGHT?

7   **A.** THAT'S RIGHT.  YOU'RE LOOKING FOR ACTIVE WETLAND

8   HYDROLOGY.

9   **Q.** WHAT IS ACTIVE WETLAND HYDROLOGY?

10  **A.** IT'S WHEN YOU HAVE AN AREA THAT'S EITHER INUNDATED WHICH

11  MEANS IT'S PONDED, IT HAS STANDING WATER ON IT, OR IT'S

12  SATURATED, WHICH MEANS THE SOIL IS BASICALLY WATER LOGGED TO

13  THE POINT WHERE IT CAN'T HOLD ANY MORE WATER AND IT'S MUD.

14  IT HAS TO BE LIKE THAT FOR AT LEAST TWO TO THREE WEEKS

15  CONSECUTIVELY WITHIN THE GROWING SEASON.

16  **Q.** ALL RIGHT.

17  DR. HARDWICKE, DID YOU PREPARE A KIND OF WORKING DIAGRAM

18  OR A DIAGRAM OF THE WORK THAT YOU AND YOUR TEAM PERFORMED ON

19  THE NEWARK SITE THAT LED UP TO THE 2007 WETLAND DELINEATION?

20  **A.** YES.

21  **MR. KEARNEY:**  YOUR HONOR, THIS IS EXHIBIT 1138.  IT

22  HAS BEEN PREVIOUSLY ADMITTED.  I HAVE A BLOWUP OF IT AND I'D

23  LIKE TO DISPLAY IT TO THE JURY.

24  MAY I SET THAT UP, SIR?

25  **THE COURT:**  YOU MAY.

1        **MR. KEARNEY:**  YOUR HONOR, IS THIS AN APPROPRIATE

2   SPOT?  I KNOW IT WILL INTERFERE WITH YOUR VIEW A LITTLE BIT,

3   OR WE CAN PUT IT OVER THERE?

4        **THE COURT:**  I WOULD PREFER IT TO BE THERE, IF YOU

5   COULD.

6        **MR. KEARNEY:**  I HOPE EVERYBODY CAN SEE THIS.

7        **THE CLERK:**  YOU WANT TO PUT IT BETWEEN THE PODIUM AND

8   COUNSEL TABLE RIGHT IN THERE?

9        **THE COURT:**  THAT WOULD BE FINE, TOO, AS LONG AS I'M

10  NOT BLOCKED IN MY VIEW OF THE JURY.

11        **MS. HANSEN:**  YOUR HONOR, MAY I MOVE TO BE ABLE TO SEE

12  WHAT IS HAPPENING ON THE MAP?

13        **THE COURT:**  YOU MAY.

14        **MS. HANSEN:**  THANK YOU.

15        **MR. KEARNEY:**  IS THIS WHAT YOU HAD IN MIND, SIR?

16        **THE COURT:**  THAT SHOULD BE FINE.

17  **BY MR. KEARNEY:**

18  **Q.**  DR. HARDWICKE, IS THERE A MICROPHONE HANDY FOR YOU?

19       YOU CAN BLOCK ME, IT'S OKAY.  IF YOU WANT TO STAND CLOSER

20  DOWN HERE SOMEWHERE.  JUST MAKE SURE THESE JURORS ON THE END

21  CAN SEE.

22        **MR. KEARNEY:**  YOUR HONOR, I WONDER IF WE CAN ALSO

23  PUBLISH THIS AS WELL?

24        **THE CLERK:**  WENDY TOOK IT DOWN.

25        **MR. KEARNEY:**  OKAY.

```
 1                    (DISPLAYED ON SCREEN.)

 2              THE COURT:  YES.

 3              MR. KEARNEY:  ALL RIGHT.  WITH THE COURT'S

 4     PERMISSION, I'M GOING TO MOVE SLIGHTLY, IF I MAY.

 5              THE COURT:  CERTAINLY.

 6     BY MR. KEARNEY:

 7     Q.  SO IF DO YOU RECOGNIZE THIS EXHIBIT?

 8     A.  YES, I DO.

 9     Q.  WHAT IS IT?

10     A.  IT'S OUR PRELIMINARY WETLAND DELINEATION MAP.

11     Q.  PLEASE, DR. HARDWICKE, TELL US WHAT WE ARE LOOKING AT

12     HERE.

13         IS THIS -- FIRST OF ALL, DOES THIS REFLECT THE WORK THAT

14     YOU PERFORMED ON THE NEWARK SITE THAT LED UP TO YOUR 2007

15     WETLAND DELINEATION?

16     A.  YES, IT DOES.  EVERY ONE OF THESE LITTLE DOTS IS WHERE WE

17     DUG A SOIL PIT OF SOME SORT.

18     Q.  SO HAS SOMEONE GONE THROUGH THE TROUBLE TO ACTUALLY COUNT

19     THOSE NUMBER OF SOIL PITS THAT WERE DUG AS PART OF YOUR

20     ANALYSES?

21     A.  YES.  I HAD OUR GIS ANALYST, THAT'S BASICALLY A MAPPING

22     GUY, I HAD HIM COUNT THE NUMBER OF PITS THAT WE HAD.

23         AND WE HAD APPROXIMATELY 200 SOIL SATURATION MONITORING

24     POINTS AND WE HAD 79 SOIL SAMPLE POINTS THAT WERE FORMALLY

25     RECORDED IN THE WETLAND DELINEATION REPORT.
```

HARDWICKE – DIRECT / KEARNEY

1   **Q.**  SO EACH ONE OF THESE LITTLE CIRCLES YOU MENTIONED, YOU

2   SAID 229; IS THAT RIGHT?

3   **A.**  I THINK TOTAL IS SOMETHING ABOUT 240 BECAUSE SOME OF OUR

4   SOIL SATURATION MONITORING POINTS WERE RE-PURPOSED INTO THE

5   OTHER TYPE OF PIT.

6   **Q.**  ALL RIGHT.  ARE ALL 240 OF THOSE... THOSE SOIL PITS THE

7   SAME?

8   **A.**  NO, NOT AT ALL.

9   **Q.**  PLEASE TELL US THE DIFFERENCES BETWEEN THEM.

10   **A.**  SO BASICALLY WE DIDN'T PUT A LOT OF MONITORING EFFORT INTO

11   AREAS THAT WE KNEW WERE VERY WET BECAUSE WE ALREADY KNEW THAT

12   THEY WERE WET.

13       SIMILARLY, WE ALSO DIDN'T PUT A LOT OF EFFORT INTO AREAS

14   THAT WE KNEW WERE FULLY UPLANDS.  THE UPLANDS ON THIS MAP ARE

15   SHOWN IN YELLOW AND THE WETLANDS ARE SHOWN IN GREEN.

16       SO WHAT WE WERE REALLY INTERESTED IN INVESTIGATING WERE

17   THE AREAS WHERE THE WETLANDS TRANSITIONED INTO THE UPLANDS.

18       YOU CAN SEE A LONG LINE OF MONITORING PITS RIGHT THERE

19   (INDICATING).  BASICALLY WHAT WE WERE DOING IS TRYING TO LOOK

20   AT THOSE PITS THAT CHARACTERIZED A WETLAND; THEY HAD WETLAND

21   VEGETATION COMMUNITY, WETLAND SOILS, AND EVIDENCE OF WETLAND

22   HYDROLOGY FROM THOSE THAT DIDN'T HAVE ONE OR MORE OF THOSE

23   THINGS.

24   **Q.**  LET ME STOP YOU THERE FOR A MOMENT.

25   **A.**  SURE.

HARDWICKE – DIRECT / KEARNEY

1   **Q.**   YOU MENTIONED BEFORE THAT THERE -- SOME OF THESE HOLES

2   WERE CALLED, YOU REFERRED TO THEM AS SOIL SATURATION PITS; IS

3   THAT RIGHT?

4   **A.**   THAT'S RIGHT.

5   **Q.**   TELL US WHAT A SOIL SATURATION PIT IS.

6   **A.**   SO WHEN WE FIRST STARTED THE DELINEATION, WE NEEDED TO

7   FIGURE OUT WHERE THE WATER WAS COMING FROM.  IS IT COMING

8   PRIMARILY FROM RAIN?  PRIMARILY FROM GROUND WATER?

9        SO WE TOOK OUT AN AUGER AND AUGERED DOWN 4 TO 6 FEET IN A

10   LOT OF LOCATIONS TO LOOK AND SEE IF GROUND WATER WOULD COME UP

11   DURING THE SEASONAL RISE INTO THAT PIT.

12        WE ALSO AT ONE POINT HAD A POWER AUGER THAT WENT DOWN

13   ABOUT TWO AND A HALF FEET TO DO THE SAME THING THAT WOULD

14   ALLOW US TO DIG A LOT OF HOLES VERY QUICKLY.

15   **Q.**   LET ME STOP YOU THERE.

16        SO AN AUGER IS -- WHAT IS AN AUGER?

17   **A.**   IT'S SORT OF A LIKE A SHOVEL, BUT IT'S KIND OF MORE LIKE A

18   POST HOLE DIGGER, IF YOU KNOW WHAT THOSE ARE.  IT TAKES A

19   CIRCULAR OR CYLINDRICAL CHUNK OF SOIL OUT OF THE GROUND AND

20   THEY CAN HAVE LONG HANDLES SO YOU CAN MAKE A VERY DEEP HOLE.

21   **Q.**   SO THE SOIL SATURATION HOLES THAT YOU ARE TALKING ABOUT

22   NOW, HOW DEEP WOULD YOU GO DOWN, DR. HARDWICKE, TO THOSE

23   HOLES?

24   **A.**   IT WAS VARIABLE.  BUT IN SOME PLACES WE WENT DOWN TO

25   6 FEET.  IN OTHER PLACES IT WAS CLOSER TO TWO AND A HALF FEET.

1    **Q.**  AGAIN, ONE OF THE THINGS YOU ARE LOOKING FOR IS TO SEE HOW

2    QUICKLY, IF AT ALL, THOSE HOLES FILL UP WITH WATER?

3    **A.**  THAT'S RIGHT.

4    **Q.**  DOES THAT GIVE YOU A SENSE OF THE GROUND WATER INFLUENCE

5    ON THE LAND WHEN YOU DO THAT?

6    **A.**  YES, IT DOES.

7        SO IF THE HOLES DO FILL UP WITH WATER AND IT HASN'T

8    RAINED, YOU KNOW WHERE THE WATER IS COMING FROM, IT'S COMING

9    FROM BELOW.  AND IF THE WATER RISES TO A CERTAIN POINT AND

10   STOPS THERE, YOU KNOW THAT'S WHERE THE GROUND WATER TABLE IS.

11   **Q.**  SO THOSE ARE THE SOIL SATURATION HOLES.

12       IS THERE ANOTHER TYPE OF HOLE THAT YOU DRILLED ON THE

13   LAND?

14   **A.**  YES.  WE ALSO THEN PUT IN FORMAL SOIL SAMPLING POINTS, AND

15   EACH OF THOSE HAD A TWO-PAGE ARMY CORPS DATA FORM ASSOCIATED

16   WITH THEM.

17   **Q.**  YOU SAID THAT THOSE HOLES, THE SOIL SAMPLING HOLES HAD A

18   FORM ATTACHED WITH THEM?

19   **A.**  YEAH, A FORMAL TWO-PAGE DATA FORM FROM THE ARMY CORPS OF

20   ENGINEERS MANUAL FILLED OUT FOR EVERY SINGLE ONE OF THOSE.

21   **Q.**  THOSE -- SO WE HAVE SOIL SATURATION HOLES AND THESE FORMAL

22   DATA POINTS; IS THAT RIGHT?

23   **A.**  THAT'S RIGHT.

24   **Q.**  WHEN YOU -- DOCTOR, WHEN YOU LOOK AT THESE, THE HOLES THAT

25   ARE SCATTERED THROUGHOUT THIS DIAGRAM, CAN YOU TELL WHICH ONES

1    ARE WHICH?

2    **A.**   YES.  WE HAVE DIFFERENT COLORS.  THE FORMAL SOIL SAMPLE

3    POINTS ARE BRIGHT RED, WHEREAS THE MONITORING POINTS ARE MORE

4    OF AN ORANGE COLOR.  AND THE FORMAL ONES ALL HAVE A LABEL ON

5    THEM AS WELL THAT TIES THEM TO THE CORRECT DATA FORM.

6    **Q.**   SO, FOR INSTANCE, THIS RED DOT IN THE CENTER OF THIS

7    EXHIBIT JUST TO THE EAST OF THE DUCK POND HAS A SP30 NEXT TO

8    IT.  AM I READING IT CORRECTLY?

9    **A.**   RIGHT.

10   **Q.**   WHAT IS THAT SP30 SIGNIFY?

11   **A.**   IN THE REPORT THERE IS A DATA FORM THAT IS ALSO CALLED

12   SP30, AND IT HAS A VARIETY OF DATA TAKEN AT THIS LOCATION THAT

13   CHARACTERIZES THE VEGETATION SOILS AND HYDROLOGY.

14   **Q.**   HOW MANY OF THESE FORMAL DATA POINTS WERE THERE, THE ONES

15   THAT HAVE THE WHITE LETTERING NEXT TO THEM?

16   **A.**   79.

17   **Q.**   SO FOR THOSE 79 HOLES, ARE YOU AUGERING DOWN TO THE SAME

18   DEPTH AS THE OTHER ONES, OR DIFFERENT DEPTH?

19   **A.**   NO.  THE CORPS STANDARD IS TYPICALLY 22 INCHES, SOMETIMES

20   LESS, DEPENDING ON IF YOU HIT A RESTRICTIVE LAYER, WHICH A

21   RESTRICTIVE LAYER IS BASICALLY A LAYER OF HARD SOIL THAT

22   DOESN'T ALLOW WATER TO COME UP AND IT USUALLY DOESN'T ALLOW

23   WATER TO GO DOWN VERY EASILY TOO.

24       SO WE WOULD DEFINITELY TAKE ALL THE FORMAL SOIL SAMPLE

25   POINTS TO THE LEVEL THAT THEY NEEDED, BUT THEY TYPICALLY WERE

HARDWICKE – DIRECT / KEARNEY

1    NOT 4 FEET DEEP.

2    **Q.**   SO 22 INCHES IS ALMOST 2 FEET DEEP?

3    **A.**   YES.   THEY ARE WET AT THE SURFACE.   DEEP WATER DOESN'T

4    MAKE A WETLAND.   IT NEEDS TO BE RIGHT UP AT THE SURFACE WHERE

5    THE PLANTS WILL BE AFFECTED.

6    **Q.**   FOR ALL OF THE 79 FORMAL DATA POINTS YOU CREATED, TWO-PAGE

7    WETLAND FORMS THAT YOU FILLED OUT AS PART OF YOUR REPORT; IS

8    THAT TRUE?

9    **A.**   UH-HUH -- YES.

10   **Q.**   BEFORE WE HAVE YOU SIT BACK DOWN, THERE IS A LINEAR ASPECT

11   TO SOME OF THESE HOLES OR PITS; IS THAT RIGHT?

12   **A.**   THAT'S RIGHT.

13   **Q.**   I WONDER IF YOU CAN TELL US WHAT THAT LINEARITY OR WHY

14   THEY ARE LINEAR?

15   **A.**   THOSE ARE PIT TRANSECTS AND WE ARE BASICALLY INSTALLING

16   PITS IN A LINE.   AND THESE ARE IN AREAS WHERE THE LAND IS

17   TRANSITIONING FROM UPLAND TO WETLAND AND WE DIDN'T KNOW

18   EXACTLY WHERE YOU SHOULD DRAW THE LINE BETWEEN WETLAND AND

19   UPLAND BECAUSE IT'S A VERY GRADUAL TRANSITION.

20       SO IF YOU INSTALL A LINE OF PITS LIKE THIS, YOU SHOULD

21   HAVE SOME POINT WHERE ONE PIT IS GOING TO HAVE MORE WETLAND

22   CHARACTERISTICS AND THEN THE NEXT PIT DOWN THE LINE IS GOING

23   TO HAVE MORE UPLAND CHARACTERISTICS, AND THEN YOU DRAW YOUR

24   LINE IN BETWEEN THOSE TWO.

25       SO WE HAVE A LOT OF TRANSECTS UP HERE, FOR INSTANCE,

1   THAT'S BECAUSE THIS AREA WAS CONFUSING AND WE NEEDED TO KNOW

2   WHERE TO SET THE LINE, SO WE USED A LOT OF TRANSECTS TO FIGURE

3   THAT OUT.

4   **Q.**  WHEN YOU SAY YOU'RE TRYING TO FIGURE OUT WHERE TO SET THE

5   LINE, THAT'S THE EDGE OF THIS GREEN LINE GOING TO THE END OF

6   THE YELLOW UPLAND AREA; IS THAT RIGHT?

7   **A.**  THAT'S RIGHT.  WE WOULD TAKE A SUBMETER GPS UNIT AND WE

8   WOULD WALK A LINE THAT SAID THIS IS OUR DETERMINATION OF WHERE

9   IT'S WETLAND AND WHERE IT'S UPLAND, AND MAP IT ONTO THE

10  GROUND.

11  **Q.**  THE LAST THING I AM GOING TO ASK YOU GENERALLY IS, FOR

12  EACH ONE OF THE DATA FORMS FOR THE 79 FORMAL SAMPLING POINTS,

13  DID YOU RECORD THAT THREE-PARAMETER BUNCH OF DATA, VEGETATION,

14  SOIL, AND HYDROLOGY?

15  **A.**  YES, WE DID.

16  **Q.**  OKAY.

17      I'M GOING TO THINK ASK YOU TO SIT BACK DOWN -- OH.

18  ACTUALLY, NO, BEFORE I DO THAT, YOU INDICATED THAT YOU -- ONE

19  OF THE THREE PARAMETERS YOU LOOK AT IS HYDROLOGY?

20  **A.**  YES, THAT'S CORRECT.

21  **Q.**  EXCUSE ME FOR HAVING YOU STAND JUST FOR ANOTHER MOMENT.

22      THERE ARE WHITE CIRCLES THROUGHOUT THIS DIAGRAM.  DOES

23  THAT REPRESENT HYDROLOGY?

24  **A.**  YES, IT DOES.  THIS IS A COMPLICATED SITE.  THERE IS A LOT

25  OF DIFFERENT THINGS GOING ON IN TERMS OF --

1    **Q.**   I AM GOING TO MOVE THIS CHAIR FOR YOU.

2    **A.**   SURE.

3        -- IN TERMS OF WHAT'S MAKING IT WET.  SO THE NO. 1,

4    THERE'S ONE HERE AND THEN THERE'S ONE DOWN HERE (INDICATING).

5    THAT'S AREAS THAT WERE PRIMARILY DRIVEN BY A HIGH GROUND WATER

6    TABLE.  SO GROUND WATER WAS HIGH IN AN ENTIRE LARGE AREA.  AND

7    THAT WAS WHAT WAS PRIMARILY DRIVING THE WETLANDS IN THOSE

8    LOCATIONS.

9        THEN NO. 2 ARE RIGHT THERE.  AND THOSE WETLANDS WERE

10   PRIMARILY DRIVEN BY SURFACE RUNOFFS OR RAIN WATER THAT WOULD

11   COLLECT IN SMALL DEPRESSIONS.

12       AND THEN WE ALSO HAD NO. 3 RIGHT THERE AND THERE

13   (INDICATING), AND THOSE WETLANDS ARE DRIVEN BY SEEPS WHICH IS

14   BASICALLY GROUND WATER BUT IT'S COMING OUT OF A MUCH SMALLER,

15   MORE FOCUSED AREA.

16   **Q.**   THE NAME "SEEP" IMPLIES KIND OF A... KIND OF A SEEPING --

17   IS THAT JUST IN TERMS OF THE VELOCITY OF IT COMING UP OR THE

18   AREA IT COVERS?

19       TELL US SOMETHING ABOUT THAT.

20   **A.**   YEAH, IT BASICALLY -- THEY TEND TO FORM WHERE THERE IS A

21   SOIL LAYER UNDERGROUND THAT WATER CAN TRAVEL THROUGH MUCH MORE

22   EASILY, AND THAT LAYER EXTENDS TO THE SURFACE.  SO WATER

23   THAT'S UNDERGROUND CAN BASICALLY MOVE UP USING THAT MORE

24   POROUS SOIL AND DISCHARGE AT THE SURFACE, OR NEARER TO THE

25   SURFACE.

1    **Q.**  SO THE WATER THAT -- ACTUALLY, LET'S STOP THERE.  HAVE YOU

2    TAKE A SEAT, IF YOU DON'T MIND, AND RELAX FOR A MINUTE WHILE I

3    TAKE THIS DOWN.

4                    (PAUSE IN THE PROCEEDINGS.)

5         SO ON THE SCREEN NOW IS THE LOWER LEGEND FROM THIS

6    EXHIBIT, EXHIBIT 1138; IS THAT RIGHT?

7    **A.**  THAT'S RIGHT.

8    **Q.**  AND YOU LIST 1, GROUND WATER, 2, SURFACE PRECIPITATION,

9    AND 3, SEEP AS SOME OF THE HYDROLOGICAL SOURCES OF WATER ON

10   THE LAND?

11   **A.**  THAT'S RIGHT.

12           **MR. KEARNEY:**  I WONDER IF WE CAN BLOW UP, AGENT SU,

13   THIS NO. 3 HERE IN THE SOUTHERN WETLAND.

14        I WONDER IF YOU CAN DO A LITTLE BROADER VIEW, LITTLE

15   BROADER CHUNK OF THE REAL ESTATE OUT THERE.

16   **BY MR. KEARNEY:**

17   **Q.**  DR. HARDWICKE, YOU FOUND THAT THERE WAS A SEEP THAT CAME

18   TO THE SURFACE OF THIS LAND IN THE KIND OF THE RIGHT PART OF

19   THE SOUTHERN FILL AREA THAT YOU MARKED WITH A 3; IS THAT

20   RIGHT?

21   **A.**  THAT'S RIGHT.

22   **Q.**  PART OF YOUR ANALYSIS OF THE SITE IS SEEING HOW WATER

23   MOVES ON THE LAND; IS THAT RIGHT?

24   **A.**  THAT'S RIGHT.

25   **Q.**  THE WATER FROM THE SEEP, WHERE DOES IT GO BASED ON YOUR

HARDWICKE – DIRECT / KEARNEY

1    ANALYSIS?

2    **A.**  SO IT BASICALLY SPILLS OUT FROM THE SEEPAGE AREA.  SO YOU

3    CAN KIND OF SEE THE SLIGHTLY DARKER GREEN.  THAT'S FROM THE

4    AERIAL PHOTOGRAPH BELOW OUR GREEN COLOR ON OUR MAPPING.

5        AND THIS WAS THE WETTEST PART OF THE SEEP THE PART THAT

6    WAS MOST CONTINUOUSLY WET FOR THE LONGEST PERIOD OF TIME.  THE

7    WATER PROCEEDS DOWN FROM THERE, ENTERS INTO AS DRAINAGE DITCH,

8    AND THEN FLOWS THIS DIRECTION (INDICATING).

9    **Q.**  WHAT IS THE TERMINUS OF THAT DRAINAGE DITCH?  YOU

10   INDICATED A FLOW FROM RIGHT TO LEFT ON THIS EXHIBIT.  WHERE IS

11   THE TERMINUS OF THAT DRAINAGE DITCH?

12   **A.**  THERE IS PART OF IT THAT COMES HERE AND THEN THERE'S A

13   LITTLE BREAK FOR A ROAD ENTRANCE AND THEN THERE'S ANOTHER

14   TERMINUS RIGHT HERE (INDICATING).

15   **Q.**  AND AS YOU ARE GOING LEFT ON THE DIAGRAM, WHERE DOES IT

16   CONTINUE?

17        **MR. KEARNEY:**  AGENT SU, I WONDER IF YOU CAN BLOW IT

18   UP FOR US.

19        **THE WITNESS:**  IT CONTINUES –– SORRY.

20       IT CONTINUES ALONG THE SOUTHERN BOUNDARY OF THIS FIELD AND

21   IT GOES THIS WAY (INDICATING).  HERE IT ENTERS A CULVERT, AND

22   THEN IT DISCHARGES INTO A DIFFERENT DITCH THAT WAS EXCAVATED

23   TO CREATE THIS LEVEE OVER HERE.  THEY SOMETIMES CALL IT THE

24   BORROW PIT.

25

1    **BY MR. KEARNEY:**

2    **Q.**  HAVE YOU SEEN THAT FLOW OF WATER YOURSELF WITH YOUR OWN

3    EYES, DR. HARDWICKE, DURING YOUR ANALYSES OF THE SITE?

4    **A.**  ABSOLUTELY.

5    **Q.**  OKAY.

6        **MR. KEARNEY:**  YOUR HONOR, THIS MIGHT BE A GOOD TIME,

7    IT'S A NATURAL BREAK IN THE TESTIMONY.  I'M HAPPY TO KEEP

8    GOING IF YOU --

9        **THE COURT:**  I THINK THIS PROBABLY MAKES SENSE.  IT'S

10   ABOUT 11:40.  SO WHY DON'T WE TAKE OUR SECOND RECESS, LADIES

11   AND GENTLEMEN, AND WE'LL BE BACK AT FIVE MINUTES TO NOON.

12       **MR. KEARNEY:**  THANK YOU, YOUR HONOR.

13       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

14       **THE CLERK:**  YOU MAY BE SEATED.

15       **THE COURT:**  JUST TWO HOUSEKEEPING THINGS FOR YOU ALL.

16   ONE IS, I'M DEBATING WHETHER TO GIVE MODEL INSTRUCTION

17   4.14 ABOUT OPINION EVIDENCE, EXPERT WITNESS AFTER THIS WITNESS

18   TESTIFIES.  IT CAN BE DONE NOW OR IT CAN BE DONE SIMPLY IN THE

19   CLOSING INSTRUCTIONS.  BUT GIVEN THAT THIS IS THE FIRST PERSON

20   THAT HAS BEEN ADMITTED AS AN EXPERT, IT MIGHT MAKE SENSE TO

21   JUST GIVE THAT AFTER THIS WITNESS'S TESTIMONY.

22       **MR. KEARNEY:**  I COMPLETELY UNDERSTAND THAT, YOUR

23   HONOR.  THE ONLY THOUGHT THAT COMES TO THE GOVERNMENT'S MIND

24   IS IF WE GIVE IT JUST AFTER THIS WITNESS'S TESTIMONY, IT MAY

25   SEEM TO THE JURY LIKE THE COURT FELT COMPELLED TO DO IT.

1        I WOULD SIMPLY ASK THE COURT TO CONSIDER IF YOU DO GIVE IT

2   NOW, TO SAY I'M NOT PICKING ON DR. HARDWICKE, I'M NOT GOING TO

3   GIVE THIS AFTER EVERY EXPERT, SHE'S JUST THE FIRST, SOMETHING

4   LIKE THAT.

5        **THE COURT:**  THAT'S A VERY FAIR POINT.

6        **MR. KEARNEY:**  THANK YOU.

7        **MS. HANSEN:**  FINE.  THANK YOU.

8        **THE COURT:**  ALL RIGHT.

9        AND THEN SECOND, IT DOES SEEM TO ME THAT AT SOME POINT DO

10  THE PARTIES INTEND TO PUT IN A STIPULATION ABOUT MOWRY SLOUGH

11  BEING A TRADITIONAL NAVIGABLE WATER?  WE PROBABLY SHOULD DO

12  THAT.  IT'S IN THE INSTRUCTION, BUT IT'S IN THE INSTRUCTION

13  BECAUSE I UNDERSTAND THE PARTIES ARE AGREEING TO IT.

14       **MS. HANSEN:**  IT IS AGREED.  IT IS STIPULATED.

15       **THE COURT:**  WE WOULD NEED TO PUT A STIPULATION IN ON

16  THAT POINT, WOULDN'T WE, AT SOME POINT?

17       **MS. HANSEN:**  SURE.

18       **MR. KEARNEY:**  OR CAN WE JUST -- DO YOU WANT A WRITTEN

19  STIPULATION?  WE ARE HAPPY TO DRAFT ONE.

20       **THE COURT:**  I THINK JUST SOMETHING TO READ TO THEM IS

21  THE RIGHT APPROACH.

22       **MR. KEARNEY:**  WE WILL DRAFT SOMETHING UP FOR THE

23  COURT TO READ.

24       **THE COURT:**  THAT SOUNDS GOOD.

25       **MR. KEARNEY:**  THANK YOU.

1      **THE COURT:**  THANKS.

2      **MR. KEARNEY:**  OKAY.

3      (RECESS TAKEN AT 11:40 A.M.; RESUMED AT 11:53 A.M.)

4      **THE CLERK:**  REMAIN SEATED.  COME TO ORDER.  THIS

5  COURT IS BACK IN SESSION.

6      READY FOR THE JURY?

7      **THE COURT:**  FOR HOUSEKEEPING, DO WE HAVE AT LEAST

8  ANOTHER WITNESS OR TWO LINED UP JUST IN CASE?  I'D SAY IT'S

9  UNLIKELY, BUT DO WE?

10      **MR. KEARNEY:**  WE DON'T, SIR.  WE JUST -- I STILL HAVE

11  A SIZEABLE CHUNK TO GET THROUGH WITH THE DOCTOR.  I WOULD

12  IMAGINE, I THINK, WE WON'T HAVE MUCH TIME TO FILL UP THE HOUR

13  OR HOUR AND 15 MINUTES.

14      **THE COURT:**  ALL RIGHT.  I JUST WANT TO BE SURE THAT

15  BEARS OUT.

16      **MR. KEARNEY:**  I THINK THAT WE WILL BE FINE, SIR.

17      **THE COURT:**  ALL RIGHT.

18      **THE CLERK:**  READY?

19      (PROCEEDINGS HELD IN THE PRESENCE OF THE JURY.)

20      **THE CLERK:**  YOU MAY BE SEATED.

21      **THE COURT:**  YOU MAY CONTINUE, MR. KEARNEY.

22      **MR. KEARNEY:**  THANK YOU, YOUR HONOR.

23  BY MR. KEARNEY:

24  Q.  DR. HARDWICKE, WHEN WE LEFT OFF, WE WERE TALKING ABOUT HOW

25  THAT SEEP MARKED IN NO. 3 THERE ON THE... THE RIGHT SIDE OF

1    1138 DRAINS DOWNWARDS INTO THAT CHANNEL.

2         HOW ABOUT THE SLOPE OF THAT ENTIRE... FIELD BELOW THE

3    DRAINAGE CHANNEL THAT 3 IS INCLUDED IN.  JUST GENERALLY, DO

4    YOU HAVE A SENSE OF HOW --

5    **A.**   YEAH.  IT BASICALLY SLOPES DOWN AND THEN SLIGHTLY TO THE

6    WEST.  AND THEN THE GROUND RISES AGAIN, WHICH IS WHY WE HAVE

7    AN AREA OF UPLANDS MAPPED RIGHT HERE (INDICATING).  THEN THE

8    LAND SURFACE FALLS OFF AGAIN TOWARDS THE WEST.

9    **Q.**   ALL RIGHT.  AND SO YOU'RE FAMILIAR WITH THE RAILROAD

10   TRACKS IN THE TOP RIGHT OF THIS... THIS DIAGRAM?

11   **A.**   YES.

12   **Q.**   DOES THAT REPRESENT SOMEWHAT OF A HIGH POINT TO THIS LAND?

13   **A.**   YES.

14   **Q.**   AND DOES THE LAND SLOPE DOWNWARD FROM THERE TOWARDS THE

15   LATERAL DRAINAGE DITCH WE ARE TALKING ABOUT?

16   **A.**   YES, IT DOES.

17   **Q.**   OKAY.

18        DR. HARDWICKE, BASED ON THIS, I'M GOING TO CALL IT THIS

19   AUGER MAP THAT WE HAVE BEEN TALKING ABOUT, DID HARVEY PRODUCE

20   A FORMALIZED FINAL MAP OF WETLANDS DURING YOUR 2007 WETLAND

21   DELINEATION?

22   **A.**   YES.  SO WE PUT A DRAFT MAP IN OUR REPORT.  AND THEN WHEN

23   WE SUBMITTED IT TO THE CORPS, WE CORRESPONDED WITH THEM.  WE

24   KNEW IT WAS GOING TO BE A LARGE VERIFICATION EFFORT BECAUSE

25   IT'S A LARGE AND COMPLICATED SITE WITH A LOT OF WETLANDS.

1    SO WE SENT THE ARMY CORPS IN THE SUMMER OF 2007 AN E-SIZE

2    MAP WHICH IS THE SIZE THAT WE JUST HAD UP ON THE -- PAPER

3    FOR PEOPLE TO LOOK AT RIGHT NOW.  AND WE INCLUDED OUR

4    TOPOGRAPHIC LINES ON THAT MAP.  AND THAT WAS THE MAP THAT THE

5    ARMY CORPS BROUGHT TO THE SITE WITH THEM TO TAKE A LOOK AT.

6    THE ARMY CORPS, I BELIEVE, WAS ON-SITE WITH MY SUPERVISOR

7    FOR THREE DAYS EVALUATING THE WETLANDS WITH HIM, AND AFTER

8    THAT THEY WANTED EDITS TO APPROXIMATELY 5 ACRES OF WETLANDS.

9    **Q.**  ALL RIGHT.  AND AFTER THAT PROCESS WAS CONDUCTED THERE WAS

10   A FINAL MAP PREPARED BY HARVEY FOR THAT 2007 PRELIMINARY

11   DELINEATION?

12   **A.**  THAT'S RIGHT.

13   **MR. KEARNEY:**  MAY WE BRING UP EXHIBIT 3, AGENT SU?

14   (DISPLAYED ON SCREEN.)

15   **BY MR. KEARNEY:**

16   **Q.**  AND, DR. HARDWICKE, DO YOU RECOGNIZE THIS MAP?

17   **A.**  YES, I DO.

18   **Q.**  WHAT IS IT?

19   **A.**  THIS IS THE MAP WITH THE PRELIMINARY DELINEATION OF WATERS

20   MAPPING, AND THEN IT'S OVERLAID ON TOP OF THAT MAPPING ARE

21   AREAS WHERE EXTRANEOUS FILL HAD BEEN PLACED.

22   **Q.**  ALL RIGHT.  AND WE'LL GET TO THAT.

23   IF WE CAN JUST KIND OF MENTALLY REMOVE THE FILL AREAS,

24   THAT WAS THE CULMINATION OF YOUR WORK ON THE SITE BETWEEN 2006

25   AND 2007; IS THAT RIGHT?

1   **A.**  YES.

2   **Q.**  I WONDER IF YOU CAN WALK US THROUGH THE COLOR ON THIS MAP.

3       WE HAVE ALREADY TALKED ABOUT THE YELLOW BEING UPLAND.

4   THERE'S A COUPLE OF SHADES OF GREEN THERE.  I WONDER IF YOU

5   CAN DESCRIBE FOR US.

6   **A.**  AGAIN, THE DIFFERENT COLORS OF GREEN, IT'S ALL SUPPOSED TO

7   BE THIS COLOR OF GREEN (INDICATING).

8       I THINK MY LASER POINTER IS GETTING A LITTLE TIRED.

9       SO THAT'S THE COLOR THAT WE ARTIFICIALLY ADDED TO THE MAP.

10  AND WE PUT IT OVER AN AERIAL PHOTOGRAPH BASE.  SO IF THERE ARE

11  DARKER SPOTS IN THE AERIAL PHOTOGRAPH, THEY WILL SHOW UP AS A

12  SLIGHTLY DARKER GREEN BECAUSE THE GREEN IS A LITTLE BIT

13  TRANSPARENT.

14  **Q.**  SO THE -- ALL THE GREEN --

15      **MR. KEARNEY:**  IF WE CAN REMOVE THE LEGEND FOR A

16  MOMENT, AGENT SU.

17  **BY MR. KEARNEY:**

18  **Q.**  SO ALL THE GREEN ON THIS DIAGRAM, THE DARKER GREEN, THE

19  LIGHTER GREEN, IS THAT ALL MEANT BY YOU TO DEPICT WETLAND?

20  **A.**  THAT'S RIGHT.  IT'S ALL WETLAND.

21  **Q.**  ALL RIGHT.

22      **MR. KEARNEY:**  NOW, IF WE CAN -- THE VERTICAL LEGEND

23  ON THE RIGHT, AGENT SU, IF WE CAN PULL IT UP, PLEASE.

24  **BY MR. KEARNEY:**

25  **Q.**  THIS IS THE LEGEND THAT GOES WITH THAT MAP; IS THAT

1    CORRECT?

2    **A.**  THAT'S RIGHT.

3    **Q.**  I WONDER IF YOU CAN WALK US THROUGH THAT AND TELL US WHAT

4    WE ARE LOOKING AT.

5    **A.**  SO WE HAVE OUR PROJECT BOUNDARY OR SOMETIMES WHAT WE CALL

6    OUR STUDY AREA.  AND WE'RE SAYING THIS IS THE AREA ON THE

7    GROUND WHERE WE EVALUATED IT FOR WETLANDS AND "WATERS OF THE

8    UNITED STATES".

9    **Q.**  ON THIS DIAGRAM IT IS A BLACK DOTTED LINE --

10   **A.**  YES.

11   **Q.**  -- AROUND THE ENTIRE AREA OF NEWARK AREA 4?

12   **A.**  THAT'S RIGHT.  IT GOES ALL THE WAY AROUND.

13   **Q.**  OKAY.

14   **A.**  THE RED OUTLINE IS GOING TO BE WHERE THE FILL WAS PLACED.

15   THIS PARTICULAR VERSION OF THE MAP WAS CREATED IN RESPONSE TO

16   HAVING THE REPORT OF THE FILL BEING BROUGHT ON-SITE AND US

17   BEING ASKED TO MAP IT.

18        AND THIS IS THE ORIGINAL LEGEND FROM OUR IDENTIFICATION OF

19   WATERS MAP.

20        AND SO AQUATIC, THAT'S -- ANOTHER WORD FOR THAT THAT WE

21   USE IN OUR REPORT IS OTHER WATERS.  AND IT JUST MEANS AREAS

22   THAT ARE MET BUT THEY ARE OPEN WATER.  THEY DON'T HAVE

23   VEGETATION IN THEM, OR THEY HAVE LESS THAN 5 PERCENT

24   VEGETATION COVER.

25        AND WETLANDS HAVE ALL THREE PARAMETERS.  THEY HAVE WETLAND

1    VEGETATION, WETLAND SOILS, AND WETLAND HYDROLOGY. AND THEN

2    UPLAND HAS NOT ALL THREE OF THOSE PARAMETERS OR IN OTHER WAYS

3    ARE JUST NOT WET.

4    **Q.** SO THE TOTAL NUMBER OF ACREAGE OF WETLAND IN AREA 4 BASED

5    ON YOUR WORK WAS 247.2 ACRES; IS THAT RIGHT?

6    **A.** THAT'S CORRECT. THAT WAS THE AMENDED ACREAGE AFTER THE

7    CORPS REQUESTED A LITTLE BIT OF EDITS.

8    **Q.** DID THE CORPS WANT ADDITIONAL LAND BROUGHT IN AS WETLAND

9    OR LESS LAND? TELL US ABOUT THAT.

10   **A.** THEY WANTED ABOUT FIVE MORE ACRES, I BELIEVE, BROUGHT

11   IN -- OR MAYBE IT WAS FOUR MORE ACRES BROUGHT IN AS WETLAND.

12   **Q.** THE -- AND THEN THE AQUATIC THE 29.5 ACRES; IS THAT RIGHT?

13   **A.** YES, THAT'S RIGHT.

14   **Q.** THAT'S THE BLUE AREA ON THE DIAGRAM. WHAT AREAS ARE

15   THOSE?

16   **A.** THAT WOULD BE THE OLD DUCK PONDS. WE ALSO HAVE AN AQUATIC

17   AREA WHERE WE DIDN'T HAVE GOOD VEGETATION COVER AND A

18   LONG-TERM PONDING UP HERE IN THE NORTHERN FIELD (INDICATING).

19   AND YOU CAN'T SEE IT, BUT THERE'S ANOTHER POND SITE KIND OF

20   DOWN IN THE CORNER HERE.

21       THERE'S ALSO A HISTORIC SLOUGH CHANNEL THAT STILL IS ON

22   THE SITE THAT WAS MAPPED AS AQUATIC. AND THEN CERTAIN PARTS

23   OF THE DITCHES THAT WERE WIDER AND/OR DIDN'T HAVE VEGETATION

24   IN THEM, WE MAPPED THOSE AS OTHER WATERS OR AQUATIC HABITAT.

25   **Q.** WOULD THAT, FOR INSTANCE, BE THE BORROW PIT?

HARDWICKE – DIRECT / KEARNEY

1    **A.**  YES.

2    **Q.**  YOU SAID THAT THERE WAS A HISTORIC SLOUGH CHANNEL ON THE

3    LAND THAT YOU FOUND?

4    **A.**  YES.

5    **Q.**  I WONDER IF YOU CAN TELL US ABOUT THAT.

6    **A.**  THAT'S THIS FEATURE RIGHT HERE (INDICATING).  AND

7    BASICALLY THERE IS A GROUP OF SCIENTISTS CALLED THE SAN

8    FRANCISCO BAY ESTUARY INSTITUTE.  AND THEY TOOK OLD SURVEY

9    MAPS FROM THE 1800'S AND THE EARLY 1900'S, AND THEY LOOKED FOR

10   BASICALLY THE HISTORIC MARGINS OF THE BAY BEFORE IT HAD BEEN

11   ALL FILLED AND DIKED.  THEY DREW IN THOSE OLD SLOUGH CHANNELS

12   AND THEN THEY DIGITIZED THAT LAYER.

13       THERE'S ANOTHER MAP IN OUR REPORT THAT SHOWS THAT THIS

14   CHANNEL, IT IS ACTUALLY RIGHT ON AN OLD HISTORIC SLOUGH

15   CHANNEL --

16   **Q.**  ALL RIGHT.

17   **A.**  -- FROM THE BAY.

18   **Q.**  JUST FOR THE RECORD, YOU ARE REFERRING TO A LINE ON THE

19   MAP WHICH IS IN THE EXTREME LOWER PORTION OF THE MAP EXTENDS

20   ROUGHLY FROM WHERE THE PUMP IS UP TOWARDS THE STEVENSON GATE.

21   IS THAT KIND OF A ROUGHLY FAIR STATEMENT?

22   **A.**  THAT'S RIGHT.

23   **Q.**  SO THAT WAS -- BEFORE THE LEVEE WAS BUILT, THAT WAS PART

24   OF THE BAY; IS THAT RIGHT?

25   **A.**  THAT'S RIGHT.

1    **Q.**  IN CREATING --

2          **MR. KEARNEY:**  WE CAN TAKE THE LEGEND AWAY NOW, AGENT

3    SU, IF THAT'S OKAY.

4    **BY MR. KEARNEY:**

5    **Q.**  IN MAKING YOUR DETERMINATION ABOUT HOW MUCH WETLAND WAS ON

6    THIS SITE AND HOW MUCH UPLAND WAS ON THE SITE, DID YOU TAKE

7    INTO ACCOUNT THE FACT THAT THE SITE HAD BEEN FARMED AND DISKED

8    OVER THE YEARS?

9    **A.**  OH, ABSOLUTELY.  YES.

10   **Q.**  PLEASE TELL US ABOUT THAT.

11   **A.**  THE SITE HAD BEEN FARMED FOR A NUMBER OF YEARS, SINCE THE

12   '50S IN SOME OF THE AREAS.  AND SO IT'S HIGHLY MANIPULATED.

13   IT IS NOT -- IT DOESN'T FUNCTION EXACTLY LIKE A TYPICAL

14   NATURAL SOIL THAT HASN'T BEEN DISKED REPEATEDLY OVER AND OVER

15   AGAIN.

16       SO WHEN YOU DISK AN AREA LIKE THIS, THERE'S SEVERAL THINGS

17   THAT ARE GOING TO HAPPEN.  ONE IS YOU'RE GOING TO CONTINUALLY

18   KEEP MIXING THE SOILS UP.  YOU ALSO KIND OF FLUFF THEM, WHICH,

19   IN THE AREAS THAT ARE DRYER, WILL ACTUALLY HELP THEM DRY OUT

20   MORE AND WILL ALLOW YOU TO PLANT CROPS AND GROW CROPS THAT

21   WAY.

22       THE OTHER THING THAT HAPPENS AS YOU CONTINUALLY PLOW OVER

23   THE SURFACE YEAR AFTER YEAR, YOU CREATE A LAYER ABOUT 10 TO

24   14 INCHES DOWN THAT NEVER GETS PLOWED BUT INSTEAD JUST GETS

25   COMPACTED OVER TIME.  IT'S CALLED THE PLOW LAYER AND THAT CAN

1   PERCH WATER, BASICALLY KEEP WATER CLOSE TO THE SURFACE THAT

2   FALLS FROM RAIN.  SO WE HAD TO TAKE ALL OF THAT INTO

3   CONSIDERATION.

4       THE DISKING ALSO WILL ESSENTIALLY MAKE EVERYTHING MUCH

5   FLATTER SO THAT IT DOESN'T HAVE THE SAME SORTS OF NATURAL, FOR

6   LACK OF A BETTER TERM, STEEP WALL DEPRESSIONS.  EVERYTHING IS

7   SORT OF SMEARED ACROSS THE LANDSCAPE.

8       WETLAND AND UPLAND TRANSITION BOUNDARIES GET A LOT WIDER

9   AGAIN BECAUSE THINGS ARE SMEARED BASICALLY.

10      AND FINALLY THE SITE WAS PLANTED IN UPLAND COVER CROP

11  VEGETATION, SO WE HAD TO TAKE THAT INTO ACCOUNT.  THERE WERE

12  AREAS THAT WERE GROWING WHEAT BECAUSE THAT WAS WHAT HAD BEEN

13  PLANTED, BUT THEY WOULDN'T GROW WHEAT UNLESS IT HAD BEEN PLANT

14  THERE.

15  **Q.**  ALL RIGHT.

16      DID THE MANUAL AND THE REGIONAL SUPPLEMENT BOTH GIVE

17  GUIDANCE ON HOW TO ASSESS LAND THAT HAD BEEN PARTIALLY FARMED

18  IN THE PAST?

19  **A.**  YES, THEY DO.

20  **Q.**  DID YOU USE THAT GUIDANCE IN MAKING YOUR ASSESSMENT, YOUR

21  WETLAND DELINEATION IN 2007?

22  **A.**  WE DID.

23  **Q.**  DOES THE FACT THAT OVER THE DECADES THERE HAVE BEEN SOME

24  FARMING AND DISKING ON THIS PROPERTY AFFECT YOUR OPINION AS TO

25  WHERE THE JURISDICTIONAL WETLANDS ARE ON THIS PROPERTY?

HARDWICKE – DIRECT / KEARNEY

1  **A.**  NO, BECAUSE THERE WOULD BE WETLANDS WHETHER YOU FARMED IT

2  OR NOT.

3  **Q.**  AND WHY IS THAT?

4  **A.**  THE AREA IS VERY WET.

5  **Q.**  OKAY.  DOCTOR, I WANT TO MOVE INTO SITE HYDROLOGY IF WE

6  MAY NOW.

7      YOU TOLD US BEFORE THAT PART OF YOUR ASSESSMENT OF THE

8  SITE IS SEEING HOW WATER MOVES AROUND THE SITE; IS THAT RIGHT?

9  **A.**  THAT'S RIGHT.

10  **Q.**  AND WHY DO YOU WANT TO KNOW THAT AS PART OF YOUR WETLAND

11  DELINEATION?

12  **A.**  IT'S ALWAYS BENEFICIAL TO UNDERSTANDING THE SITE TO KNOW

13  WHERE THE WATER IS COMING FROM AND WHERE IT'S GOING.

14      ADDITIONALLY, THERE HAVE BEEN A COUPLE OF COURT CASES

15  RELATED TO THE CLEAN WATER ACT, AND THOSE LOOK AT THE

16  BASICALLY WHETHER WATERS ARE CONNECTED TO ONE ANOTHER IN TERMS

17  OF WHETHER THEY CAN BE CLAIMED AS JURISDICTIONAL BY THE UNITED

18  STATES.

19      AND SO WE ALWAYS LOOK TO PROVIDE THAT INFORMATION TO THE

20  CORPS IN TERMS OF HOW WATER MOVES AROUND THE SITE AND WHERE IT

21  GOES SO THAT THEY CAN DETERMINE CONNECTIVITY FOR THEIR

22  GUIDANCE PURPOSES.

23  **Q.**  ALL RIGHT.

24      **MR. KEARNEY:**  AGENT SU, IF YOU CAN DRAW UP THE LOWER

25  LEFT LEGEND, PLEASE.

1  **BY MR. KEARNEY:**

2  **Q.**  DR. HARDWICKE, YOU ALREADY TOLD US THAT THE -- THERE IS

3  GROUND WATER ON THE SITE; IS THAT CORRECT?

4  **A.**  THAT'S RIGHT.

5  **Q.**  AND DID YOU, AS PART OF YOUR WETLAND DELINEATION, INCLUDE

6  WHICH -- HOW THE HYDROLOGY ON THE LAND IS MOST INFLUENCED?

7  **A.**  YES.

8  **Q.**  AND DID YOU PREPARE A CHART OF THAT?

9  **A.**  YES.

10  **Q.**  AND IS THAT WHAT WE ARE LOOKING FOR HERE IN THE BOTTOM

11  LEFT OF EXHIBIT 3?

12  **A.**  THAT'S RIGHT.

13  **Q.**  SO IS THIS A RANKING 1 THROUGH 3, OR ARE THEY ALL EQUAL?

14  TELL US ABOUT THAT.

15  **A.**  THEY'RE JUST DIFFERENT TYPES OF WETLAND HYDROLOGY.  SO THE

16  GROUND WATER, AGAIN, THAT'S A BIG AREA OF HIGH GROUND WATER

17  TABLE SO IT'S NOT LOCALIZED.  IT COVERS MULTIPLE ACRES.  OR IN

18  ONE CASE OVER A HUNDRED ACRES BY THE DUCK POND.

19  THE SURFACE PRECIPITATION, THAT'S LITERALLY JUST RAINFALL

20  THAT FALLS, HITS THE GROUND SURFACE.  IT'S A NICE CLAY SOIL.

21  IT DOESN'T ALLOW THE WATER TO INFILTRATE DOWN BELOW, AND IT

22  CREATES A WETLAND AT THE SURFACE.

23  AND THEN SEEPS ARE MORE PRECISE SORT OF SMALLER AREAS OF

24  GROUND WATER DISCHARGED AT THE SURFACE.

25  **MR. KEARNEY:**  WE CAN TAKE THAT LEGEND OFF NOW, AGENT

1    SU.   THANK YOU.

2    **BY MR. KEARNEY:**

3    **Q.**  YOU INDICATED THAT THE POND IN THE CENTER, THE LARGE POND

4    IN THE CENTER OF THE EXHIBIT IS INFLUENCED BY GROUND WATER; IS

5    THAT RIGHT?

6    **A.**  THAT'S RIGHT.  AND THE SURROUNDING WETLANDS ARE AS WELL.

7    **Q.**  PLEASE TELL US ABOUT THAT.

8    **A.**  SO THIS AREA IS DEFINITELY THE WETTEST AREA OF THE SITE.

9    IT'S PERENNIALLY WET.

10   IT ACTUALLY HAS AN ARTESIAN.  THAT'S WHERE WATER LITERALLY

11   COMES TO THE SURFACE AND FLOWS OUT WHERE YOU CAN SEE IT.

12   IT'S AN, EVEN THOUGH WE ARE CLOSE TO THE BAY, THERE IS A

13   LOT OF FRESH WATER INFLUENCE TO THE GROUND WATER IN THIS

14   LOCATION.  AND THEN BASICALLY THE SOILS ARE ALL HISTORICALLY

15   TIDAL BAY MUD SOILS.  SO THEY HAVE A LOT OF SALT IN THEM.

16   AS YOU GO AWAY FROM THE POND ITSELF, YOU START TO GET MORE

17   AND MORE SALT MARSH PLANTS, BUT THE GROUND IS STILL HEAVILY

18   SATURATED WITH WATER.  AND IT'S VERY MUSHY IN THIS AREA.

19   **Q.**  I WANT TO TALK TO YOU ABOUT THIS NO. 1 HERE IN THE CENTER

20   PART OF THE SOUTHERN SECTION TO THE RIGHT OF THE POND ON

21   EXHIBIT 3 (INDICATING).

22   THAT REPRESENTS AN ARTESIANING OF GROUND WATER; IS THAT

23   RIGHT?

24   **A.**  RIGHT.

25   **Q.**  IS THAT ACTUALLY WHERE THE WATER COMES UP OR DO YOU KNOW?

1    **A.**  NO, I DON'T ACTUALLY KNOW BECAUSE IT COMES UP SOMEWHERE

2    UNDERNEATH THIS WATER THAT IS PERENNIALLY PONDED.

3        AT SOME POINT THIS POND -- SOMEBODY ATTEMPTED TO DRAIN IT,

4    AND THAT'S WHEN THEY DISCOVERED THE PRESENCE OF THE

5    ARTESIANING IS WHAT I HEARD.

6    **Q.**  THAT DUCK POUND THERE IS GROUND WATER FED.

7        IS THAT A FAIR STATEMENT?

8    **A.**  YES.

9    **Q.**  OKAY.  YOU MENTIONED 64 AND WE'LL GO BACK INTO THAT.  I

10   WOULD LIKE TO SHOW YOU A PHOTOGRAPH.  IT IS 656-001.

11           **MR. KEARNEY:**  MAY I APPROACH, YOUR HONOR?

12           **THE COURT:**  YOU MAY.

13               (EXHIBIT HANDED TO WITNESS.)

14   **BY MR. KEARNEY:**

15   **Q.**  DR. HARDWICKE, TAKE A LOOK AT THAT.

16       DO YOU RECOGNIZE WHAT IS DEPICTED IN THAT PHOTOGRAPH?

17   **A.**  YES, I DO.

18   **Q.**  THAT PHOTOGRAPH IS DATED FEBRUARY THE 15TH OF 2017.  WERE

19   YOU ACTUALLY ON-SITE THAT DAY WHEN THIS PHOTOGRAPH WAS TAKEN?

20   **A.**  I WAS.

21   **Q.**  DID YOU PHYSICALLY SEE WHAT WE ARE LOOKING AT THERE?

22   **A.**  I DID.

23   **Q.**  IS THAT A -- WHAT WE ARE LOOKING AT THERE, IS THAT A FAIR

24   AND ACCURATE DEPICTION OF WHAT YOU SAW ON THE DAY IN QUESTION?

25   **A.**  YES.  THIS IS THE SEEP OUTLET BY THE SOUTHERN FILL AREA.

1    SO THE LITTLE 3 THAT WE HAVE THAT WAS FURTHEST TO THE EAST ON

2    THE MAP.

3              **MR. KEARNEY:**  YOUR HONOR, MAY WE –– I WOULD LIKE TO

4    ADMIT THAT, IF WE MAY.

5              **MS. HANSEN:**  NO OBJECTION.

6              **THE COURT:**  EXHIBIT 656 IS ADMITTED.

7              **MR. KEARNEY:**  THANK YOU.

8              (GOVERNMENT'S EXHIBIT 656 RECEIVED IN EVIDENCE)

9    **BY MR. KEARNEY:**

10   **Q.**  SO IN THE PREVIOUS EXHIBIT, EXHIBIT 3, THIS IS THE

11   GENERALIZED HARVEY MAP, YOU HAD PUT A 3 ON YOUR MAP INDICATING

12   WHERE THE SEEP HAPPENED.

13        IS THIS A VISUAL DEPICTION OF THAT SAME SEEP THAT YOU

14   DESCRIBED WITH THE NO. 3?

15   **A.**  YES.  OUR NO. 3 WOULD BE LOCATED SOMEWHERE AROUND HERE

16   (INDICATING).  THIS WAS WHERE THE WATER WOULD SPILL OUT AND

17   THEN SPILL THIS WAY (INDICATING) AND THEN DOWN INTO THIS AREA

18   AS WELL (INDICATING).

19   **Q.**  AND THEN THE WATER THAT'S SPILLED OUT INTO THIS RIGHT-HAND

20   SECTION OF POND (INDICATING), WHERE WOULD THAT GO FROM THERE

21   BASED ON YOUR ANALYSIS OF THE HYDROLOGY ON THE SITE,

22   DR. HARDWICKE?

23   **A.**  THAT AREA TO THE RIGHT?  MOST OF THAT WOULD ACTUALLY STAY.

24   THAT'S KIND OF A DEEPER DEPRESSION THAT HAD BEEN DUG AT ONE

25   POINT.  I THINK SOMEBODY WAS TRYING TO SET UP ANOTHER HUNTING

1    AREA OR DUCK AREA, OR SOMETHING LIKE THAT.  SO THAT WATER

2    MOSTLY STAYS IN THAT DEPRESSION UNTIL IT DRIES DOWN.

3        THIS WATER (INDICATING), THIS DRAINS THIS WAY

4    (INDICATING), AND THEN IT ENTERS THAT DITCH THAT WE WERE

5    TALKING ABOUT AND DRAINS TO THE EAST.

6    **Q.**  ARE SEEPS --

7    **A.**  TO THE WEST.  SORRY.

8    **Q.**  ARE SEEPS LIKE THIS, DOCTOR, INDEPENDENT OF RAIN WATER?

9    **A.**  YES, THEY ARE.  IT WAS A -- IT WAS ORIGINALLY RAIN WATER,

10   BUT WHO KNOWS HOW LONG AGO, AND NOW IT'S COMING FROM THE

11   GROUND WATER.

12   **Q.**  ALL RIGHT.

13       CAN YOU TELL US, DR. HARDWICKE, HOW --

14           **MR. KEARNEY:**  PERHAPS WE CAN PULL UP EXHIBIT 3 AGAIN,

15   AGENT SU.

16                   (DISPLAYED ON SCREEN.)

17       CAN YOU TELL US, BASED ON YOUR OWN ANALYSIS, HOW WATER

18   GETS OFF THIS SITE?

19   **A.**  YES.

20       SO FOR THIS PORTION OF THE SITE (INDICATING) THE WATER

21   DRAINS INTO THIS DRAINAGE DITCH.  IT ENTERS A CULVERT HERE

22   INTO THE BORROW DITCH AREA WHICH IS BASICALLY ANOTHER DITCH

23   THAT RUNS PARALLEL TO THIS CURVEY LEVEE BY THE SLOUGH.  AND IT

24   COMES ALL THE WAY DOWN TO THIS POINT (INDICATING).  AND THEN

25   THERE'S A PUMP THAT PUMPS IT OUT OVER THE LEVEE INTO THE

1    SLOUGH.

2        THEN UP HERE (INDICATING), THIS PART OF THE SITE IS

3    SEPARATED BECAUSE THIS IS AN EXTENSION OF THE ALAMEDA FLOOD

4    CONTROL CHANNEL.  SO IT'S WALLED OFF BY LEVEES ON EITHER SIDE.

5        UP HERE (INDICATING), WHAT HAPPENS IS THAT WATER DRAINS

6    FROM THE NORTHEAST DOWN TO THE SOUTHWEST.  AND THEN WHEN I WAS

7    WORKING ON THE SITE IN 2006 AND 2007, THERE WAS A PARTIALLY

8    BLOCKED CULVERT THAT ALLOWED WATER TO GO OUT INTO THE SLOUGH.

9    NOW THERE IS WHAT'S CALLED A DUCKBILL CULVERT THAT'S MORE

10   FULLY FUNCTIONING AND IT IS SUPPOSED TO BASICALLY LET WATER

11   OUT BUT NOT LET WATER IN.

12   **Q.**  SO THE -- AND WE'VE HEARD THIS TESTIMONY BEFORE, BUT THERE

13   IS TWO WAYS WATER GETS OFF THE SITE, THROUGH THE CULVERT IN

14   THE NORTH AND A PUMP IN THE SOUTH; IS THAT RIGHT?

15   **A.**  THAT'S RIGHT.

16   **Q.**  SO, DR. HARDWICKE, BOTH OF THOSE ARE MAN-MADE; IS THAT

17   TRUE?

18   **A.**  THAT'S RIGHT.

19   **Q.**  DOES IT MATTER FOR CLEAN WATER ACT JURISDICTIONAL ANALYSIS

20   WHETHER THE WATER THAT GOES INTO A WATER BODY LIKE MOWRY

21   SLOUGH, A TRADITIONALLY NAVIGABLE WATER, IS IMPACTED BY A

22   MAN-MADE OBJECT OR A NATURAL OBJECT?

23   **A.**  NO, NO, IT'S NOT.  AND, YOU KNOW, THIS WATER, IT WOULDN'T

24   NEED MAN-MADE OBJECTS TO GET OUT TO THE SLOUGH IF IT DIDN'T

25   HAVE THE MAN-MADE LEVEES IN BETWEEN THE SITE AND THE SLOUGH.

HARDWICKE – DIRECT / KEARNEY

1    **Q.**  IN FACT, MAN-MADE LEVEES ARE NOT PART OF THE... THE

2    EQUATION, EITHER?

3    **A.**  THAT'S RIGHT.

4    **Q.**  YOU LOOK AT THE HYDROLOGY ASSUMING THOSE ARE ABSENT; IS

5    THAT TRUE?

6    **A.**  RIGHT.

7            **MR. KEARNEY:**  I WOULD LIKE TO APPROACH, IF I MAY,

8    YOUR HONOR?

9            **THE COURT:**  YOU MAY.

10   **BY MR. KEARNEY:**

11   **Q.**  DR. HARDWICKE, PLEASE TAKE A LOOK AT EXHIBIT 17.

12           **THE CLERK:**  17?

13           **MR. KEARNEY:**  17.

14   **BY MR. KEARNEY:**

15   **Q.**  IS THAT A DIAGRAM THAT YOU PREPARED?

16   **A.**  THE BASE MAPPING LAYER WE PREPARED AND THE FILL POLYGONS

17   OR THE SHAPES OF THE FILL WE PREPARED.  BUT THE REST OF IT WE

18   DID NOT PREPARE.

19   **Q.**  ALL RIGHT.

20       IS THE -- WHAT IS THAT -- THE YELLOW LINES, THE BLUE LINES

21   ON THAT DIAGRAM, WHAT ARE THEY INTENDED TO SHOW, IF YOU KNOW?

22   **A.**  IT LOOKS LIKE THE -- THERE'S A BRIGHT YELLOW LINE AND IT'S

23   LABELED TRIBUTARY A.  AND THAT'S THE DRAINAGE DITCH I WAS

24   TALKING ABOUT THAT DRAINS THE SEEP AREA FROM THE EAST TO THE

25   WEST OF THE SITE.

1          THERE IS A BLUE LINE LABELED TRIBUTARY B, AND IT'S A DARK

2    BLUE LINE AND THAT GOES THROUGH THE BORROW DITCH AREA.

3          THEN THERE IS A LIGHTER BLUE LINE CALLED TRIBUTARY 1

4    THAT'S UP IN THE NORTH, AND THAT'S BASICALLY WHERE WATER

5    DRAINS TO THAT DUCKBILL CULVERT.

6    **Q.**  EVEN THOUGH YOU DIDN'T PREPARE THIS DIAGRAM, IS THIS,

7    BASED ON YOUR OWN ASSESSMENT OF THE SITE'S HYDROLOGY, AN

8    ACCURATE DEPICTION OF HOW WATER MOVES OFF THE LAND IN NEWARK

9    AREA 4?

10   **A.**  YES.

11          **MR. KEARNEY:**  YOUR HONOR, I WOULD LIKE TO ADMIT THIS,

12   IF WE MAY.

13          **MS. HANSEN:**  NO OBJECTION.

14          **THE COURT:**  SO EXHIBIT 17 IS ADMITTED.

15          (GOVERNMENT'S EXHIBIT 17 RECEIVED IN EVIDENCE)

16          **MR. KEARNEY:**  I WOULD LIKE TO PUBLISH IT.

17          **THE CLERK:**  YOU DON'T HAVE TO ASK.

18          **MR. KEARNEY:**  PERHAPS.

19                    (DISPLAYED ON SCREEN.)

20      IS THERE ANY WAY WE CAN INCREASE THAT?  FOCUS JUST A

21   LITTLE BIT, AGENT SU?

22   **BY MR. KEARNEY:**

23   **Q.**  YOU MENTIONED EARLIER ABOUT THE YELLOW LINE, THE BLUE

24   LINE, AND THE -- WHAT'S LABELED TRIBUTARY 1 UP TOP THERE.

25          WITHOUT TALKING ABOUT LABELS FOR A MOMENT, TAKING THE WORD

1   "TRIBUTARY" OUT OF THE EQUATION, IS THIS AN ACCURATE DEPICTION

2   OF HOW WATER MOVES ON THE SITE?

3   **A.**   YES.  I WOULD AGREE THAT THE WATER IN THIS AREA ALL COMES

4   THROUGH HERE AND THEN EXITS THIS POINT (INDICATING).  AND THAT

5   THE WATER IN THIS AREA (INDICATING), IT DRAINS TO HERE

6   (INDICATING), GOES THROUGH THIS CULVERT, AND THEN DRAINS TO

7   THE SOUTH TOWARDS THAT PUMP THAT WE JUST TALKED ABOUT.

8   **Q.**   WITHOUT -- REGARDING THE NORTHERN AREA, IT'S LABELED

9   TRIBUTARY 1 THERE, BUT TAKING THAT TERMINOLOGY OUT OF IT, DOES

10  THE WATER MOVING THROUGH THAT AREA FROM THE NORTH FILL AREA

11  INTO THE SLOUGH CONTRIBUTE FLOW OR WATER TO THE SLOUGH?

12  **A.**   YES, IT DOES.

13  **Q.**   AND THE SAME QUESTION DOWN BELOW.  THE WATER MOVING DOWN

14  THE YELLOW LINE FROM RIGHT TO LEFT AND DOWN THE BLUE LINE TO

15  THE PUMP, DO THOSE IN COMBINATION SUPPLY OR CONTRIBUTE WATER

16  TO MOWRY SLOUGH?

17  **A.**   YES, THEY DO.

18  **Q.**   OKAY.  I WANT TO SHOW YOU A PHOTOGRAPH I BELIEVE YOU TOOK,

19  DOCTOR.  THIS IS EXHIBIT 253.

20          **MR. KEARNEY:**  MAY I APPROACH?

21          **THE COURT:**  YOU MAY.

22                  (EXHIBIT HANDED TO WITNESS.)

23  **BY MR. KEARNEY:**

24  **Q.**   DO YOU RECOGNIZE WHAT IS DEPICTED IN THAT PHOTOGRAPH,

25  DOCTOR?

1    **A.**  YES, I DO.

2    **Q.**  WHAT IS IT?

3    **A.**  THIS IS FROM THE SOUTHERN LEVEE ADJACENT TO MOWRY SLOUGH

4    ON THE SITE SORT OF LOOKING OUT OVER THE BORROW PIT AREA.

5    **Q.**  IS THAT A FAIR AND ACCURATE DEPICTION OF THAT BORROW PIT

6    AS YOU SAW IT?

7    **A.**  YES.  IT WAS ALWAYS FILLED WITH WATER.

8         **MR. KEARNEY:**  YOUR HONOR, I WOULD LIKE TO MOVE THIS

9    INTO EVIDENCE, IF WE MAY.

10        **MS. HANSEN:**  NO OBJECTION.

11        **THE COURT:**  IT'S ADMITTED.

12        (GOVERNMENT'S EXHIBIT 253 RECEIVED IN EVIDENCE)

13   **BY MR. KEARNEY:**

14   **Q.**  DOCTOR, DO YOU REMEMBER WHAT DATE YOU TOOK THIS

15   PHOTOGRAPH?

16   **A.**  NO.

17   **Q.**  WOULD THIS HAVE BEEN DURING YOUR 2007 ANALYSIS OF THE

18   SITE?

19   **A.**  YES.  IT WOULD HAVE BEEN SOMETIME DURING THE FALL OF 2006

20   OR THE EARLY WINTER OF 2007.

21   **Q.**  BUT THIS IS WHAT THE BORROW PIT LOOKS LIKE IN WHAT PORTION

22   OF ITS RUN?

23   **A.**  SORT OF ON THE MORE NORTHERLY PORTION, IF I RECALL

24   CORRECTLY.  IT'S DEFINITELY FILLED WITH WATER.  I NEVER SAW IT

25   EMPTY AT ANY TIME OF YEAR ANY OF THE TIMES I WAS OUT THERE,

1    AND THAT PUMP IS ALWAYS PUTTING OUT A GOOD AMOUNT OF WATER

2    INTO THE SLOUGH.

3    **Q.**  ALL RIGHT.  AND IF YOU -- AS YOU'RE LOOKING AT THIS

4    EXHIBIT, WHICH WAY IS THE PUMP?  DOWN TO THE LEFT OR TO THE

5    RIGHT?

6    **A.**  IT'S TO THE RIGHT.

7    **Q.**  OKAY.

8        I WOULD LIKE TO SHOW YOU AN EXHIBIT, PREVIOUSLY BEEN

9    ADMITTED, YOUR HONOR.  THIS IS EXHIBIT 262.

10                      (DISPLAYED ON SCREEN.)

11       DO YOU RECOGNIZE THIS AREA THAT'S DEPICTED THERE?

12   **A.**  YES, I DO.

13   **Q.**  WHAT IS IT?

14   **A.**  THIS IS THE NORTHERN FIELD, IS WHAT WE CALLED IT WHEN I

15   WAS DOING THE DELINEATION WORK.  THE LEVEE THAT YOU SEE HERE

16   (INDICATING) THIS IS THE NORTHERN LEVEE FOR THE ALAMEDA FLOOD

17   CONTROL CHANNEL.

18       THIS IS WHAT WE CALL THE PICK 'N PULL.  IT'S SORT OF A CAR

19   WRECKING YARD, JUNK YARD TYPE AREA.  AND THIS IS WHERE THAT

20   AREA EXTENDS FURTHEST OUT TOWARDS THE LEVEE AND KIND OF MAKES

21   A CONSTRICTION POINT BETWEEN THE AREA THAT'S BEEN FILLED TO

22   MAKE THIS JUNK YARD AND THE LEVEE ITSELF.

23   **Q.**  AND THAT WATER PROCEEDS WHERE FROM THAT PHOTOGRAPH?

24   **A.**  THE WATER ORIGINATES OUT IN THIS FIELD (INDICATING) AND

25   THEN FLOWS DOWN TOWARDS THE LEVEE AND ALSO TOWARDS THE

1    FOREGROUND OF THE PICTURE.  AND THEN IT CONTINUES TO FLOW

2    PASSED THIS CONSTRICTION POINT TOWARDS THIS SECTION OF THE

3    PICTURE (INDICATING).

4    **Q.**  OKAY.  THANK YOU.

5        AND THEN I'LL SHOW YOU QUICKLY THE... ANOTHER PHOTOGRAPH

6    THAT'S BEEN ADMITTED 259.

7                    (DISPLAYED ON SCREEN.)

8        IS THAT THE TERMINUS OF WHERE THAT WATER FOR THE NORTHERN

9    AREA GOES, THAT PIPE?

10   **A.**  YEAH.  THIS IS THE ENTRANCE TO THE CULVERT WHERE THIS AREA

11   DISCHARGES INTO THE SLOUGH.

12   **Q.**  THANK YOU.

13        **MR. KEARNEY:**  YOUR HONOR, I AM INFORMED THAT 262 MAY

14   NOT BE IN EVIDENCE.  I WONDER IF WE CAN ADMIT THAT AT THIS

15   TIME.

16        **MS. HANSEN:**  NO OBJECTION.

17        **THE COURT:**  262 IS ADMITTED.

18        (GOVERNMENT'S EXHIBIT 262 RECEIVED IN EVIDENCE)

19   BY MR. KEARNEY:

20   **Q.**  DR. HARDWICKE, WERE YOU THE PERSON ON THE HARVEY TEAM THAT

21   WAS CONDUCTING THE WETLAND DELINEATION IN 2006 AND 2007

22   CHARGED WITH PHOTO DOCUMENTING THE SITE?

23   **A.**  THAT'S RIGHT.

24   **Q.**  I WOULD LIKE TO SHOW YOU A FEW PHOTOGRAPHS THAT YOU TOOK

25   DURING THAT PROCESS.

1          MR. KEARNEY:  MAY I APPROACH, SIR.

2          THE COURT:  YES.

3               (EXHIBIT HANDED TO WITNESS.)

4    BY MR. KEARNEY:

5    Q.  DO YOU RECOGNIZE THAT PHOTOGRAPH?

6    A.  YES, I DO.

7    Q.  IS THAT AN ACCURATE DEPICTION OF THE SCENE AS YOU SAW IT

8    BACK DURING YOUR WORK IN PRODUCING THAT DELINEATION MAP IN

9    2007?

10   A.  YES, IT IS.  THIS IS THE DUCK POND AREA FROM THE WESTERN

11   LEVEE.  I'M LOOKING AT IT, THE PG&E TOWERS.

12          MR. KEARNEY:  YOUR HONOR, MAY WE ADMIT THAT INTO

13   EVIDENCE?

14          THE COURT:  I DON'T THINK WE GOT AN EXHIBIT NUMBER.

15          THE CLERK:  WE DIDN'T.

16          MR. KEARNEY:  250.

17          MS. HANSEN:  ONE MOMENT, YOUR HONOR.

18               (PAUSE IN THE PROCEEDINGS.)

19          MS. HANSEN:  NO OBJECTION.

20          THE COURT:  250 IS ADMITTED.

21       (GOVERNMENT'S EXHIBIT 250 RECEIVED IN EVIDENCE)

22               (DISPLAYED ON SCREEN.)

23   BY MR. KEARNEY:

24   Q.  DR. HARDWICKE, YOU TOLD US EARLIER THAT THIS IS THE

25   PERMANENT BODY OF WATER ON THAT PROPERTY THAT IS FED BY THE

1    ARTESIAN SPRING; IS THAT RIGHT?

2    **A.**  THAT'S RIGHT.

3    **Q.**  OKAY.  DURING YOUR ANALYSIS IN 2006 AND '07, THIS WAS

4    PERMANENTLY PONDED; IS THAT RIGHT?

5    **A.**  YES.

6    **Q.**  THERE ARE WHAT APPEAR TO BE WATER FOUL OR BIRDS ON THAT

7    BODY OF WATER; AM I SEEING THAT CORRECTLY?

8    **A.**  YES.

9    **Q.**  ARE THEY SIGNIFICANT?  IS THEIR PRESENCE SIGNIFICANT TO

10   YOU, DOCTOR?

11   **A.**  THEY ARE SHORE BIRDS AND DUCKS THAT UTILIZE WATER.  SO

12   GENERALLY WHAT I SAW OUT THERE WERE SHORE BIRDS LIKE GREATER

13   YELLOW LEGS, SANDPIPERS, AVOCETS.  AND THEN OTHER TYPES OF

14   SPECIES THAT MIGHT OCCUR AWAY FROM THE ACTUAL BAY OR COAST

15   SHORELINE, LIKE DIFFERENT TYPES OF DUCKS LIKE MALLARDS,

16   AMERICAN COOTS, THAT TYPE OF THING.

17   **Q.**  WHAT IS THE SIGNIFICANCE OF THOSE DUCKS ON THAT POND TO

18   YOU?

19   **A.**  THAT IT'S BEING UTILIZED BY WILDLIFE IN THE AREA AS A

20   SPECIAL RESOURCE.

21   **Q.**  ARE THOSE THE SAME TYPE OF SHORE BIRDS THAT USE MOWRY

22   SLOUGH AS WELL?

23   **A.**  YES.

24   **Q.**  I WOULD LIKE TO SHOW YOU ANOTHER EXHIBIT, 251.

25          **MR. KEARNEY:**  MAY I APPROACH?

```
 1              (EXHIBIT HANDED TO WITNESS.)

 2    BY MR. KEARNEY:

 3    Q.  IS THAT ANOTHER PHOTOGRAPH YOU TOOK DURING YOUR 2007

 4    DELINEATION?

 5    A.  YES, IT IS.

 6    Q.  WHAT DOES THAT REPRESENT?

 7        WHAT ARE WE LOOKING AT?

 8    A.  THIS IS THE AREA WHERE THE NORTHERN FIELD DRAINS INTO THE

 9    CULVERT OUT TO MOWRY SLOUGH.  IT SHOWS THE AREA AS I SAW IT AT

10    THE TIME WHERE IT HAD NOT THAT MUCH PICKLEWEED VEGETATION

11    BECAUSE IT HAD BEEN PONDED FOR A LONG TIME, AND THAT KILLED

12    SOME OF THE PICKLEWEED OFF.  AND THERE ARE SOME BIRDS

13    UTILIZING THE PONDED AREA BY THE CULVERT.

14    Q.  IS THAT A FAIR AND ACCURATE DEPICTION OF THE SCENE AS YOU

15    FOUND IT DURING THE WORK ON YOUR 2007 DELINEATION?

16    A.  ABSOLUTELY.

17           MR. KEARNEY:  MAY WE ADMIT THAT INTO EVIDENCE, YOUR

18    HONOR?

19           MS. HANSEN:  NO OBJECTION.

20           THE COURT:  ADMITTED.

21        (GOVERNMENT'S EXHIBIT 251 RECEIVED IN EVIDENCE)

22                    (DISPLAYED ON SCREEN.)

23    BY MR. KEARNEY:

24    Q.  DOCTOR, YOU -- I DON'T WANT TO GO BACK INTO THE

25    DESCRIPTION, BUT THERE ARE BIRDS IN THAT SECTION AS WELL; IS
```

1   THAT RIGHT?

2   **A.**  YES, THERE ARE.

3   **Q.**  AND I WANT TO ASK YOU THE SAME QUESTIONS, WOULD YOUR

4   ANSWERS BE THE SAME REGARDING THE BIRDS IN THE SOUTHERN PONDED

5   AREA AS TO THESE?

6       ARE THESE THE TYPE OF BIRDS THAT YOU SAW ON THE LAND AND

7   ALSO USED MOWRY SLOUGH?

8   **A.**  YES.  UH-HUH.

9   **Q.**  OKAY.

10                  (PAUSE IN THE PROCEEDINGS.)

11      I WOULD LIKE TO SHOW YOU EXHIBIT 254 AT THIS TIME.

12          **MR. KEARNEY:**  MAY I APPROACH?

13                  (EXHIBIT HANDED TO WITNESS.)

14  **BY MR. KEARNEY:**

15  **Q.**  IS THAT ANOTHER PHOTOGRAPH YOU TOOK, DOCTOR, DURING YOUR

16  DELINEATION WORK BACK IN -- THAT LED TO YOUR REPORT IN 2007?

17  **A.**  YES.

18  **Q.**  WHAT ARE WE LOOKING AT THERE?

19  **A.**  THIS LOOKS LIKE THE WESTERN TERMINUS OF THE DRAINAGE DITCH

20  THAT GOES ALONG THE SOUTHERN BOUNDARY OF THE MIDDLE FIELD

21  WHERE THE SOUTHERN FILL AREA IS NOW.

22  **Q.**  ALL RIGHT.

23      I WONDER IF WE CAN -- BEFORE WE -- I'M GOING TO SEEK TO

24  ADMIT THIS, YOUR HONOR.

25      IS THAT A FAIR AND ACCURATE DEPICTION OF THE SCENE AS YOU

```
 1    SAW IT DURING YOUR WORK BACK IN 2006, 2007?

 2    A.  YES.  IF ANYTHING, THE WATER LEVEL LOOKS A LITTLE BIT ON

 3    THE LOW SIDE IN THIS PICTURE.

 4           MR. KEARNEY:  MAY WE ADMIT THIS IN EVIDENCE, SIR?

 5           MS. HANSEN:  NO OBJECTION.

 6           THE COURT:  ADMITTED.

 7         (GOVERNMENT'S EXHIBIT 254 RECEIVED IN EVIDENCE)

 8           MR. KEARNEY:  BEFORE WE PUBLISH THIS PHOTOGRAPH, CAN

 9    WE PULL UP EXHIBIT 3 VERY QUICKLY TO PLACE IT ON THE MAP?

10           THE COURT:  YOU MAY.

11    BY MR. KEARNEY:

12    Q.  DR. HARDWICKE, DO YOU STILL HAVE THE LASER THERE IN FRONT

13    OF YOU?

14           THE CLERK:  LET ME KNOW ARE YOU POSTING 3?

15           MR. KEARNEY:  YES, PLEASE, PUBLISH 3.

16        AND CAN WE BLOW UP THE CENTER SECTION, PLEASE?

17               (DISPLAYED ON SCREEN.)

18    BY MR. KEARNEY:

19    Q.  THIS PHOTOGRAPH THAT WE ARE ABOUT TO LOOK AT, WHERE IS IT

20    ON THIS MAP IF YOU SEE THE SPOT.

21    A.  I THINK I'M ACTUALLY -- SO THIS IS THE LEVEE TOP.  MY CAR

22    IS PROBABLY RIGHT ABOUT HERE (INDICATING) WHEN I'M TAKING THAT

23    PICTURE.

24    Q.  SO THIS IS THE FAR WESTERN END OF THIS DRAINAGE DITCH THAT

25    RUNS HORIZONTALLY ACROSS THE SOUTHERN SECTION OF LAND; IS THAT
```

1    RIGHT?

2    **A.**  THAT'S RIGHT.

3    **Q.**  OKAY.

4        **MR. KEARNEY:**  IF WE CAN PUBLISH NOW 254.

5                (DISPLAYED ON SCREEN.)

6    **BY MR. KEARNEY:**

7    **Q.**  THAT IS THE DRAINAGE DITCH AS IT GETS DOWN TOWARDS THE

8    CONFLUENCE WITH THE BORROW PIT; IS THAT RIGHT?

9    **A.**  THAT'S RIGHT.  AND THE CULVERT IS NOT VISIBLE IN THIS

10   PICTURE, BUT IT'S JUST, YOU KNOW, OFF TO THE RIGHT THERE.

11   **Q.**  YOU INDICATED THIS -- THE LEVEL THIS WATER SEEMS LOW TO

12   YOU?

13   **A.**  YES.

14   **Q.**  AND IS THAT WATER STATIC OR IS IT FLOWING IN A PARTICULAR

15   DIRECTION?

16   **A.**  IT'S FLOWING FROM THE EAST TOWARDS THE WEST.  AND IT WOULD

17   ENTER THE CULVERT.  YOU CAN ACTUALLY SEE THE FLOW GOING INTO

18   THE CULVERT.  THERE WOULD BE SORT OF A SUCKING AS THE WATER

19   ENTERED THE CULVERT.

20   **Q.**  ALL RIGHT.  THANK YOU.

21       I WOULD LIKE TO SHOW YOU A PHOTOGRAPH WHICH HAS BEEN

22   MARKED 264 FOR IDENTIFICATION.

23                (EXHIBIT HANDED TO WITNESS.)

24       YOU RECOGNIZE WHAT IS DEPICTED IN THAT PHOTOGRAPH, DOCTOR?

25   **A.**  YES.  THIS IS THE NORTHERN FIELD FROM THE ALAMEDA FLOOD

1    CONTROL CHANNEL LEVEE.

2    **Q.**  DID YOU TAKE THIS PHOTOGRAPH?

3    **A.**  I BELIEVE SO.

4    **Q.**  IS THAT THE SCENE -- IS THAT A FAIR AND ACCURATE DEPICTION

5    OF THE SCENE AS YOU SAW IT DURING YOUR DELINEATION WORK BACK

6    IN 2006 AND 2007?

7    **A.**  YES.  THERE WAS A RELATIVELY WET JANUARY THAT YEAR, AND

8    AFTER THE SERIES OF STORMS IN JANUARY, THE AREA WAS PONDED FOR

9    SEVERAL MONTHS.

10           **MR. KEARNEY:**  MAY WE ADMIT THIS INTO EVIDENCE, YOUR

11   HONOR?

12           **MS. HANSEN:**  YOUR HONOR, MAY I GET ANOTHER DATE FOR

13   THE PHOTO, PLEASE?

14   **BY MR. KEARNEY:**

15   **Q.**  DOCTOR, DO YOU HAVE A DATE FOR THAT PHOTOGRAPH?

16   **A.**  I DON'T KNOW WHAT DATE I WOULD HAVE TAKEN THIS PHOTOGRAPH

17   BECAUSE I WENT EVERY TWO WEEKS.  MY GUESS WOULD BE IT IS

18   JANUARY OR LATER.

19   **Q.**  OF?

20   **A.**  OF 2007.

21           **MS. HANSEN:**  NO OBJECTION, YOUR HONOR.

22           **THE COURT:**  IT'S ADMITTED.

23        (GOVERNMENT'S EXHIBIT 264 RECEIVED IN EVIDENCE)

24           **THE CLERK:**  264, CORRECT?

25           **MR. KEARNEY:**  YES.

1          **THE COURT:**  YES.

2     **BY MR. KEARNEY:**

3     **Q.**  DOCTOR, WHAT ARE WE LOOKING AT HERE?

4     **A.**  WE ARE LOOKING AT THE NORTHERN FIELD FROM THE ALAMEDA

5     FLOOD CONTROL CHANNEL LEVEE.  AND WE'RE LOOKING BASICALLY TO

6     THE SLIGHTLY SOUTH BUT MAINLY WEST TOWARDS WHERE THEY HAVE ALL

7     THESE STORAGE CONTAINERS AND OTHER THINGS FOR THE JUNK YARD

8     AREA.

9          AND THEN THERE'S PONDED WATER.  YOU CAN SEE WHERE THE SITE

10    HAD BEEN DISKED EARLIER IN THE SEASON WHEN IT WAS DRIER.  YOU

11    CAN SEE THAT -- THE LINES SHOWING UP FROM THE DISKING.

12    **Q.**  THANK YOU.

13         IS -- ARE YOU LOOKING AT WETLAND THERE?

14    **A.**  YES.

15         **MR. KEARNEY:**  MAY I HAVE ONE MOMENT, YOUR HONOR,

16    PLEASE?

17                   (PAUSE IN THE PROCEEDINGS.)

18         **MR. KEARNEY:**  YOUR HONOR, I HAVE 275 IN MY HAND.  I

19    WOULD LIKE TO APPROACH, IF I MAY?

20         **THE COURT:**  YOU MAY.

21                   (EXHIBIT HANDED TO WITNESS.)

22    **BY MR. KEARNEY:**

23    **Q.**  DR. HARDWICKE, DO YOU RECOGNIZE THAT PHOTOGRAPH?

24    **A.**  YES, I DO.

25    **Q.**  DID YOU TAKE IT?

1    **A.**  YES.

2    **Q.**  WHAT ARE WE LOOKING AT, DOCTOR?

3    **A.**  WE'RE LOOKING AT THE EASTERN END OF THE DRAINAGE DITCH

4    THAT GOES ALONG THE SOUTHERN BOUNDARY OF THE MIDDLE FIELD.

5    **Q.**  AND, AGAIN, IS THIS THE SAME TIME FRAME WE TALKED ABOUT,

6    LATE 2006, EARLY 2007?

7    **A.**  YES.  THIS, IN PARTICULAR, BASED ON THE VEGETATION HEIGHT

8    AND COLOR, I AM GUESSING THIS WOULD BE MARCH OF 2007.

9    **Q.**  ALL RIGHT.  IS THAT A FAIR AND ACCURATE DEPICTION OF THE

10   SCENE AS YOU SAW IT BACK IN THE EARLY PART OF 2007?

11   **A.**  YES.

12          **MR. KEARNEY:**  MAY I ADMIT THIS INTO EVIDENCE, YOUR

13   HONOR?

14          **MS. HANSEN:**  NO OBJECTION.

15          **THE COURT:**  275 IS ADMITTED.

16       (GOVERNMENT'S EXHIBIT 275 RECEIVED IN EVIDENCE)

17   **BY MR. KEARNEY:**

18   **Q.**  AND THIS IS THE EASTERN END OR KIND OF THE ORIGINATION END

19   OF THE DRAINAGE DITCH WE HAVE BEEN TALKING ABOUT TODAY

20   WHICH -- IS THAT CORRECT?

21   **A.**  THAT'S RIGHT.

22   **Q.**  THE SOUTHERN FILL AREA THAT WAS DUMPED ON, IS THAT KIND OF

23   GREEN PATCH ON THE RIGHT?

24   **A.**  IT'S ALL OF THIS RIGHT HERE (INDICATING).  THIS IS

25   VEGETATION THAT IS PRIMARILY PLANTED COVER CROP IN THIS

1    PICTURE FROM MARCH OF 2007, AND THEN YOU CAN SEE THE

2    DIFFERENCE BETWEEN THE SORT OF BROWNER VEGETATION, THAT'S

3    PICKLEWEED.

4    **Q.**  IS THE WATER AS DEPICTED IN THIS DIAGRAM, DR. HARDWICKE,

5    IS THAT PART OF A FLOW THAT CONTINUES TO -- TOWARD THE LEVEE?

6    **A.**  YES.

7    **Q.**  OKAY.  ALL RIGHT.  THANK YOU.

8        DOCTOR, I WANT TO SHOW YOU SOME PHOTOGRAPHS THAT HAVE BEEN

9    PREVIOUSLY ADMITTED IN THIS CASE THAT WERE TAKEN IN THE FIRST

10   WEEK OF SEPTEMBER 2014.

11       THESE FIRST FEW ARE GOING TO BE JUST A COUPLE OF DAYS

12   BEFORE THE FILL WAS DISCOVERED IN THIS CASE.

13       I WOULD LIKE TO SHOW YOU 105 -- 1058-0044.

14                     (DISPLAYED ON SCREEN.)

15       DO YOU RECOGNIZE THE AREA OF NEWARK AREA 4 THAT'S

16   DEPICTED?

17   **A.**  YES.  THIS IS THE NORTHERN FIELD (INDICATING).

18       UP HERE, YOU CAN'T SEE IT IN THE PICTURE, BUT THE LEVEE

19   FOR THE ALAMEDA FLOOD CONTROL CHANNEL IS UP HERE.  THIS IS

20   GETTING CLOSE TO THE CONSTRUCTION POINT WHERE THE JUNK YARD

21   GETS CLOSEST TO THE LEVEE.

22       THIS VEGETATION IS PICKLEWEED PRIMARILY.  AND THIS MOUND

23   OF SOIL THAT'S LOOSE AND LOWLY AND SORT OF A LIGHT BROWN

24   COLOR, THAT IS SOILS THAT ARE NOT NATURAL TO THIS SITE.  THE

25   SOILS ON THE SITE DIDN'T LOOK ANYTHING LIKE THIS.

1    **Q.**   DR. HARDWICKE, YOU TOLD US EARLIER IN YOUR TESTIMONY TODAY

2    THAT HYDRIC SOILS THAT ARE TYPICAL OF WETLANDS THEY GET A LOT

3    OF WATER HAVE A CERTAIN HUE TO THEM; IS THAT RIGHT?

4    **A.**   THAT'S RIGHT.

5    **Q.**   WHAT IS THAT HUE OR COLOR?

6    **A.**   THEY CALL IT LOW CHROMA.   THAT JUST MEANS IT DOESN'T HAVE

7    A LOT OF BROWN AND YELLOW COLORS IN IT.   THE BROWN AND YELLOW

8    COLORS COME FROM IRON.   AND IN WETLAND SOILS, A LOT OF THE

9    IRON HAS BEEN WASHED OUT.

10       SO THIS IS SORT OF A LIGHT BROWN THAT LOOKS VERY MUCH LIKE

11   AN UPLAND SOIL.   AND IT ALSO IS VERY ROCKY.   AND IT'S A

12   RELATIVELY COARSE TEXTURED COMPARED TO THE SOILS ON THE SITE

13   WHICH ARE PRIMARILY CLAYS.

14   **Q.**   THE VEGETATION VISIBLE HERE IS PICKLEWEED; IS THAT RIGHT?

15   **A.**   THAT'S RIGHT.

16   **Q.**   YOU SAID THAT PICKLEWEED IS AN OBLIGATE SPECIES OF

17   WETLANDS; IS THAT RIGHT?

18   **A.**   YES.

19   **Q.**   IF YOU HAVE BEEN PICKLEWEED OVER 99 PERCENT OF THE TIME

20   YOU HAVE WETLAND?

21   **A.**   THAT'S RIGHT.

22   **Q.**   SO WE ARE LOOKING AT WETLAND HERE, ESSENTIALLY; IS THAT A

23   FAIR STATEMENT?

24   **A.**   YES.   OF COURSE ALSO BECAUSE I STUDIED THIS AREA DURING

25   THE DELINEATION, I KNOW IT'S A WETLAND.

HARDWICKE – DIRECT / KEARNEY

1    **Q.**  ALL RIGHT.

2       I WANT TO ASK YOU, DOES THIS IMAGE HERE SHOW DUMPING ONTO

3    WETLAND?

4    **A.**  YES, IT DOES.

5    **Q.**  AND HOW CAN YOU MAKE THAT STATEMENT?

6    **A.**  SO THIS SOIL IS LOOSE.  YOU CAN ACTUALLY SEE TIRE TRACKS

7    WHERE IT'S BEEN RECENTLY DEPOSITED.  IT'S NOT BEEN PACKED DOWN

8    BY REPEATED DISKING AND IT'S SORT OF SPILLING OVER THE

9    PICKLEWEED.

10       IT'S HARD TO TELL ON THE SCREEN, BUT UP CLOSER I CAN SEE

11   THAT THERE ARE LIKE BROKEN STEMS OF THE PICKLEWEED WHERE IT'S

12   BEEN KILLED BY THE FILL PLACEMENT.

13       AND ON TOP OF THAT, THIS PICKLEWEED IS VERY THICK AND

14   LUSH, AND IT WOULDN'T JUST CUT OFF LIKE THAT.  SO IT'S AN

15   INDICATOR THAT SOMETHING HAS BEEN PLACED ON TOP OF IT.

16   **Q.**  WHEN YOU SAY IT WOULDN'T BE CUT OFF, THAT PICKLEWEED COMES

17   TO SOMEWHAT OF AN ABRUPT END; IS THAT A FAIR STATEMENT?

18   **A.**  YEAH.

19   **Q.**  IT'S BECAUSE FILL WAS PLACED ON IT IN YOUR ESTIMATION; IS

20   THAT TRUE?

21   **A.**  WHEN YOU SEE A NICE CLEAN EDGE LIKE THIS, IT WOULD BE UP

22   AGAINST A LEVEE OR SOMETHING LIKE THAT.  AND IN THIS CASE, I

23   KNOW FROM PREVIOUSLY ON THE SITE, THERE WERE NO RISES OR

24   LEVEES OR ANYTHING IN THAT LOCATION, IT WAS JUST FLAT FIELD

25   PREVIOUSLY.

1    **Q.**  ALL RIGHT.

2       I WANT TO TALK TO YOU, IF WE MAY, ABOUT --

3          **MR. KEARNEY:**  I GUESS WE CAN LEAVE THIS IMAGE, BACK

4    OFF A LITTLE BIT, AGENT SU, AND JUST FOCUS IN ON THE

5    PICKLEWEED, IF WE MAY.

6    **BY MR. KEARNEY:**

7    **Q.**  I WOULD LIKE TO TALK TO YOU ABOUT THE MATURITY, IF I MAY,

8    OF THIS PICKLEWEED HERE.

9       ARE YOU FAMILIAR WITH HOW PICKLEWEED GROWS?

10   **A.**  UH-HUH.  YES.

11   **Q.**  HOW DOES IT START, IF YOU CAN TELL US, AND MATURE THROUGH

12   ITS LIFE?

13   **A.**  YEAH.  THIS IS PERENNIAL PICKLEWEED.  SO IT LIVES FOR

14   MULTIPLE YEARS.  IT'S ACTUALLY A SMALL SHRUB, EVEN THOUGH IT

15   DOESN'T REALLY LOOK LIKE THAT.  IT HAS THE TYPE OF STRUCTURE

16   OF A SHRUB.

17      SO WHEN IT FIRST STARTS OUT, WHEN IT FIRST GERMINATES,

18   IT'S JUST BASICALLY TINY LITTLE SINGULAR STOCKS AND THERE'S NO

19   WOODY GROWTH.  AND THEN AS IT GETS OLDER AND OLDER, LIKE ANY

20   SHRUB, IT STARTS TO BRANCH OUT, STARTS TO MAKE MORE AND MORE

21   BRANCHES AND AT THE BASE IT DEVELOPS WOODINESS TO THE STEM.

22   **Q.**  BASED ON YOUR KNOWLEDGE OF PICKLEWEED AND BOTANY AND PLANT

23   IDENTIFICATION, CAN YOU SAY ANYTHING ABOUT HOW LONG THIS STAND

24   OF PICKLEWEED WOULD HAVE BEEN ON THIS PARTICULAR AREA OF

25   NEWARK AREA 4?

1    **A.**  WITH THIS AMOUNT OF COVER, THIS VEGETATION HEIGHT, AND THE

2    AMOUNT OF WOODY GROWTH THAT I AM SEEING DOWN AT THE BASE, I

3    WOULD SAY MULTIPLE YEARS.

4         **MR. KEARNEY:**  IF WE CAN GO BACK TO THE BROAD IMAGE OF

5    THIS PHOTOGRAPH PLEASE.

6    **BY MR. KEARNEY:**

7    **Q.**  DR. HARDWICKE, I SEE IN THE UPPER RIGHT PORTION OF THIS

8    PHOTOGRAPH SOME KIND OF A ALMOST LINEAR PATH OF GRAY SOILS IT

9    LOOKS LIKE.

10        DO YOU SEE WHAT I AM REFERRING TO?

11   **A.**  THIS RIGHT HERE (INDICATING)?

12   **Q.**  YES.

13   **A.**  YES.

14   **Q.**  WHAT ARE THOSE?  ARE THOSE -- IS THAT NATIVE SOIL?

15   **A.**  IT LOOKS LIKE IT.  IT LOOKS LIKE WHAT HAS HAPPENED IS THAT

16   AS SOME SORT OF ACTIVITY WAS HAPPENING, A LAYER OF SURFACE

17   SOIL AND VEGETATION GOT SCRAPED OFF EXPOSING THE NATIVE SOILS

18   BENEATH.

19   **Q.**  SO THIS COLOR, THIS GRAY COLOR HERE IS WHAT THE NATIVE

20   SOIL SHOULD LOOK LIKE THERE; IS THAT RIGHT OR IS IT --

21   **A.**  YEAH.  THAT'S WHAT A LOT OF THE SOIL ON THE SITE LOOKS

22   LIKE IS A GRAYISH COLOR.  SOMETIMES IT'S DARKER, SOMETIMES

23   IT'S LIGHTER, BUT IT'S ALL VERY GRAYISH.

24   **Q.**  ALL RIGHT.  SO THIS IS EVIDENCE OF A DISTURBANCE OF THIS

25   PART OF THE WETLAND; IS THAT RIGHT?

HARDWICKE – DIRECT / KEARNEY

1    **A.**  YES.

2    **Q.**  THE WETLAND -- STRIKE THAT.

3         THE PICKLEWEED THERE, IS IT ALIVE?

4    **A.**  YES.

5    **Q.**  HOW DO YOU KNOW?

6    **A.**  BECAUSE IT'S GREEN AND GROWING.  THIS NICE GREEN COLOR YOU

7    SEE, THAT'S ALL NEW GROWTH.

8    **Q.**  WHAT IS GREEN GROWING NEW GROWTHY PICKLEWEED SIGNIFY TO

9    YOU?

10   **A.**  SO PICKLEWEED OCCURS NEAR TIDAL CHANNELS.  AND IN THOSE

11   SETTINGS IT CAN BE GREEN PRETTY MUCH ANY TIME OF THE YEAR.

12        BUT IN A SETTING LIKE THIS WHERE YOU DON'T HAVE TIDAL

13   WATER COMING UP AND BASICALLY WASHING OVER THE PICKLEWEED A

14   COUPLE OF TIMES A DAY, THE PICKLEWEED TAKES ON MORE OF A

15   SEASONAL ASPECT.  SO, YOU KNOW, IT'S REALLY HAPPY WHEN THERE'S

16   WATER.  IF THERE'S ENOUGH WATER.

17        IF THERE'S TOO MUCH WATER, IT CAN DROWN, BASICALLY,

18   BECAUSE IT NEEDS TO BE, YOU KNOW, BASICALLY HAVE ITS FEET DRY

19   A COUPLE OF TIMES A DAY IS HOW IT EVOLVED WITH THE TIDAL

20   CURRENTS.

21        ESSENTIALLY IN THIS SORT OF SETTING, THIS AMOUNT OF

22   GREENNESS SHOWS IT IS GETTING PLENTY OF WATER TO REMAIN HAPPY

23   AND CONTINUE TO GROW.

24   **Q.**  SO DURING YOUR VISITS TO THE SITE, CAN YOU TELL US

25   ANYTHING ABOUT HOW FAR INTO THE FIELD THE PICKLEWEED STAND

1    THAT YOU ARE LOOKING AT HERE WOULD HAVE EXTENDED UP UNTIL IT

2    GOT COVERED BY THE DUMPING?

3            MS. HANSEN:  OBJECTION, YOUR HONOR.  THE WITNESS WAS

4    NOT ON THE SITE AT THIS TIME.  THIS IS 2014.  IF HE CAN LAY A

5    FOUNDATION.

6            THE COURT:  FAIR ENOUGH.  SUSTAINED.

7    BY MR. KEARNEY:

8    Q.  YOU EXAMINED THIS SAME FIELD DURING YOUR WORK; IS THAT

9    RIGHT?

10   A.  THAT'S RIGHT.

11   Q.  YOU WORKED ON THE SITE 2006, 2007.  YOU WORKED -- DID YOU

12   WORK ON THE REPORT --

13           MS. HANSEN:  OBJECTION LEADING.  PERHAPS THE

14   WITNESS --

15           MR. KEARNEY:  THIS IS AN EXPERT.  I CAN LEAD AN

16   EXPERT, YOUR HONOR.

17           THE COURT:  OVERRULED.

18   BY MR. KEARNEY:

19   Q.  YOU WORKED ON THIS SITE 2006, 2007; IS THAT RIGHT, DOCTOR?

20   A.  THAT'S RIGHT.

21   Q.  AND YOU WORKED ON A REPORT ON THIS LAND IN 2009 AS WELL;

22   IS THAT RIGHT?

23   A.  THAT'S RIGHT.

24   Q.  DURING YOUR WORK ON THIS SITE, DID YOU DEVELOP AN OPINION

25   AS TO HOW THIS NORTHERN FIELD IS VEGETATED?

HARDWICKE – DIRECT / KEARNEY

1    **A.**   YES.

2    **Q.**   AND WHAT IS THAT OPINION?

3    **A.**   PICKLEWEED EXTENDED ALONG THE AREA BY THE PICK 'N PULL

4    FAIRLY FAR NORTH INTO THE FIELD.  SO I DON'T KNOW IF WE CAN

5    SHOW THE MAP AGAIN AND I CAN KIND OF POINT TO THAT.

6    **Q.**   EXHIBIT 3?

7    **A.**   YES.

8                        (DISPLAYED ON SCREEN.)

9        SO WE OBSERVED PICKLEWEED GOING UP TO APPROXIMATELY HERE

10   (INDICATING) WITHIN THE FIELD.

11   **Q.**   I'M SORRY, SAY THAT AGAIN, PLEASE?

12   **A.**   WE SAW PICKLEWEED GOING UP TO APPROXIMATELY HERE WITHIN

13   THE FIELD AND IT ALSO RAN ALONG THE EDGE OF THE LEVEE HERE

14   (INDICATING).

15       SO OUTER IN THESE MORE TRANSITIONAL AREAS HERE AND HERE

16   (INDICATING), THERE WAS VERY LITTLE OR NO PICKLEWEED, AND IT

17   WAS OTHER TYPES OF TRANSITIONAL WETLAND PLANTS, BUT THIS WAS

18   BASICALLY 100 PERCENT PICKLEWEED WHERE IT WAS VEGETATED ALL

19   ALONG THE LEVEE HERE.

20   **Q.**   ALL RIGHT.

21   **A.**   CLOSE TO WHAT WE HAVE AS OPEN WATER.

22   **Q.**   I'M GOING TO TRY TO SUMMARIZE WHAT YOU SAID MOVING THE

23   LASER AROUND.  IF I GET THIS WRONG, CORRECT ME, PLEASE.

24       FOR THE RECORD, YOU WERE REFERRING TO THE GREEN

25   CROSSHATCHED AREA THERE IN THE NORTHERN FILL JUST TO THE RIGHT

1    OF THE PICK 'N PULL PROCEEDING KIND OF OUT OF THAT AREA

2    EASTWARD ALONG THE LEVEE IN THE GENERAL DIRECTION OF THE

3    RAILROAD TRACKS.  IS THAT A FAIR STATEMENT?

4    **A.**  THAT'S RIGHT.

5    **Q.**  SO THAT THIS CROSSHATCHED AREA HERE (INDICATING), BASED ON

6    YOUR KNOWLEDGE OF THE SITE, WAS THAT A FIELD VEGETATED BY

7    PICKLEWEED?

8    **A.**  YES, SOME OF THAT CROSSHATCHED AREA WAS.

9    **Q.**  IS THAT WHAT CAUSED YOU TO CHARACTERIZE THAT AS A WETLAND

10   BACK DURING YOUR DELINEATION?

11   **A.**  IT WAS ONE OF THE REASONS.  SO WE ALSO, YOU KNOW, OBSERVED

12   LONG-TERM PONDING IN THAT AREA AND SOIL SATURATION WHERE IT

13   WAS JUST WATER-LOGGED SOIL FOR MANY MONTHS ON END.

14   **Q.**  YOU SAID THAT PICKLEWEED ITSELF LIKES WHAT TYPE OF WATER?

15   **A.**  IT LIKES SALINE WATER.  SO IT'S ADAPTED TO HANDLE SALTY

16   CONDITIONS.

17        AND IT ALSO IS A LITTLE BIT UNUSUAL FOR TERRESTRIAL

18   WETLANDS BECAUSE IT'S A TIDAL WETLAND SPECIES.  AND WHAT IT

19   REALLY LIKES IS HAVING A LOT OF WATER, BUT IT LIKES TO DRY OUT

20   PERIODICALLY IN BETWEEN HAVING A LOT OF WATER.

21   **Q.**  THE NAME PICKLEWEED, WE'VE TALKED ABOUT IT SO MUCH IN THIS

22   TRIAL, WHERE DOES THE NAME PICKLEWEED COME FROM?  IS THERE A

23   SALINE OR SALTINESS TO IT OR SOMETHING?

24   **A.**  YES.  YOU CAN EAT IT.  AND IT DOES TASTE A LITTLE BIT LIKE

25   A PICKLE.  IT'S VERY SALTY.  THEY HAVE SPECIALIZED CELLS THAT

1    STORE AND THEN EXUDE SALT FROM THE LEAVES.

2    **Q.**  SO THAT HEALTHY STAND OF PICKLEWEED WE SAW IN THE

3    PHOTOGRAPH WOULD INDICATE THAT THOSE PLANTS WERE HAVING NO

4    PROBLEM GETTING SOME KIND OF SALTY WATER TO SUSTAIN THEM.

5        IS THAT A FAIR STATEMENT?

6    **A.**  THAT'S RIGHT.

7    **Q.**  OKAY.

8        I WOULD LIKE TO SHOW YOU ANOTHER PHOTOGRAPH NOW.  THIS IS

9    PREVIOUSLY ADMITTED, YOUR HONOR, 1141, 1141-0057.

10                   (DISPLAYED ON SCREEN.)

11       DOCTOR, DO YOU RECOGNIZE WHAT IS BEING DEPICTED IN THIS

12   PHOTOGRAPH?

13   **A.**  YES.  THIS IS THE NORTHERN FIELD AREA LOOKING OUT TOWARDS

14   MOWRY BOULEVARD.  AND IT LOOKS LIKE IT'S TAKEN FROM THE

15   ALAMEDA FLOOD CONTROL LEVEE A LITTLE BIT FURTHER TO THE EAST

16   THAN SOME OF THE OTHER PICTURES WE'VE RECENTLY SEEN.

17   **Q.**  THE VEGETATION WE ARE LOOKING AT THERE IN THE FOREGROUND,

18   WHAT IS IT?

19   **A.**  THERE IS PICKLEWEED IN THIS VEGETATION.  THERE'S ALSO SALT

20   GRASS.

21   **Q.**  IS THIS, BY LOOKING AT THIS VEGETATION, CAN YOU TELL IF

22   THIS IS A WETLAND OR NOT?

23   **A.**  YES.

24   **Q.**  IT IS A WETLAND?

25   **A.**  YEAH, AND ALSO FROM MY PRIOR WORK.

1    **Q.**  ALL RIGHT.

2        THE... I WANT TO ASK YOU IF YOU SEE EVIDENCE OF DUMPING

3    ONTO WETLAND VEGETATION OR WETLAND IN THIS PHOTOGRAPH?

4    **A.**  I DO.  I SEE A LOT OF VEGETATION DISTURBANCE IN AREAS

5    WHERE THE MAT OF PICKLEWEED AND SALT GRASS HAS BEEN BASICALLY

6    TORN UP FROM THE EDGE.  I CAN SEE THESE BROWNER, MORE

7    YELLOW-COLORED SOILS IN THE BACKGROUND THAT ARE INCONSISTENT

8    WITH SOILS ON THE SITE.

9    **Q.**  ALL RIGHT.

10       THE... YOU TALKED ABOUT BEFORE WHEN PLANTS WERE CUT OFF

11   ABRUPTLY LIKE AS EVIDENCE OF FILL GOT PLACED RIGHT ON THEM, DO

12   YOU SEE THAT KIND OF EVIDENCE IN THIS PHOTOGRAPH AS WELL?

13   **A.**  I DO.  THIS LOOKS LIKE, YOU KNOW, I'M NOT SURE BASED FROM

14   THIS PICTURE WHETHER THIS IS MATERIAL THAT'S BEEN DEPOSITED ON

15   TOP.  IT'S A LITTLE HARD TO TELL.  BUT THERE ARE SOME ROCKS

16   AND OTHER MATERIAL THAT, AGAIN, DON'T LOOK LIKE WHAT YOU WOULD

17   FIND ON THE SITE IN THE SITE SOIL.

18       SO I THINK THAT THERE HAS BEEN SOME SCRAPING, SOME MIXING

19   OF THE NEW DEPOSITED SOIL WITH SOME OF THE SOILS THAT WERE

20   ALREADY ON THE SITE.  AND JUST BASICALLY REMOVAL OF VEGETATION

21   WALL THAT WAS HAPPENING.

22   **Q.**  THIS IS NOT THE GREATEST PHOTOGRAPH, I GUESS, BUT AS YOU

23   LOOK AT THIS SITE, DO YOU SEE ANY ISOLATED PATCHES OF

24   PICKLEWEED IN THAT FIELD?

25   **A.**  I DO.  YOU CAN SEE A LITTLE PATCH RIGHT THERE AND LITTLE

HARDWICKE – DIRECT / KEARNEY

```
1    PATCHES RIGHT THERE (INDICATING).

2              MR. KEARNEY:   YOUR HONOR, THE WITNESS HAS JUST DRAWN

3    AROUND -- LASED AROUND LITTLE CLUMPS OF VEGETATION KIND OF

4    GOING DOWN THE CENTER PART OF THIS EXHIBIT 1114-0057.

5    BY MR. KEARNEY:

6    Q.  WHEN YOU LOOK AT THIS PHOTOGRAPH, DR. HARDWICKE, IS THIS

7    EVIDENCE OF DUMPING ONTO A WETLAND?

8    A.  YES.

9    Q.  I WOULD LIKE TO SHOW YOU -- BY THE WAY, THE GREEN COLOR IN

10   THE FOREGROUND OF THIS SALT GRASS AND PICKLEWEED IS... AGAIN,

11   IS THAT SIGNIFICANT TO YOU?

12   A.  YES.  IT SHOWS THAT THE PLANTS WERE GETTING ENOUGH WATER

13   AND WERE HAVING GOOD CONDITIONS AT THAT POINT IN TIME.

14   Q.  I WOULD LIKE TO SHOW YOU ONE MORE FROM THIS SERIES -- OR

15   TWO MORE FROM THE SERIES, IF I MAY.

16             MR. KEARNEY:   I BELIEVE THESE ARE ALL ADMITTED INTO

17   EVIDENCE, YOUR HONOR.  THIS NEXT ONE TAKEN BY A WOMAN NAMED

18   CARIN HIGH.  1141-0058, PLEASE.

19                   (DISPLAYED ON SCREEN.)

20   BY MR. KEARNEY:

21   Q.  I WOULD LIKE TO ASK YOU THE SAME QUESTION I JUST ASKED YOU

22   BEFORE:  WHAT IS SIGNIFICANT TO YOU ABOUT THIS PHOTOGRAPH?

23   A.  THIS SHOWS THE SAME BASICALLY PERSPECTIVE THAT WE HAD

24   BEFORE BUT IT LOOKS LIKE THE PERSON HOLDING THE CAMERA HAS

25   TURNED ABOUT A QUARTER TURN TO THE LEFT AND ARE NOW SHOOTING
```

1    MORE TOWARDS THE JUNK YARD AREA THAN THEY ARE TOWARDS MOWRY

2    BOULEVARD.

3    **Q.**  DO YOU SEE ISOLATED CLUMPS OF PICKLEWEED OUT INTO THE

4    FIELD OF THIS PHOTOGRAPH?

5    **A.**  YES, I DO.

6    **Q.**  YOU KNOW THIS FIELD, DOCTOR, FROM YOUR OWN WORK.  WOULD

7    THERE BE -- WOULD THERE NORMALLY BE ISOLATED PATCHES OF

8    PICKLEWEED OR WOULD IT BE MORE OF A CARPET OR MAT OF

9    PICKLEWEED IF THIS WERE IN ITS NATURAL STATE?

10   **A.**  IF IT WERE IN ITS, YOU KNOW, TYPICAL STATE FROM THE

11   FARMING THAT HAS BEEN ONGOING, I WOULD EXPECT THAT BY THE TIME

12   YOU GET ONLY ISOLATED BITS OF PICKLEWEED, IT'S STILL GROWING

13   IN AND AMONG OTHER VEGETATION TYPES, SO THE MORE MARGINAL OR

14   TRANSITIONAL WETLAND SPECIES THAT WOULD OCCUR ON THE SITE.

15   AND IT WOULDN'T JUST BE OUT IN THE OPEN LIKE THAT IN THE

16   MIDDLE OF A BARE FIELD.

17        AND THEN I WOULD EXPECT THAT YOU WOULD START HAVING MORE

18   OF A CARPET OF PICKLEWEED ONCE YOU GET CLOSER TO THE ACTUAL

19   WALL FOR THE JUNK YARD.

20   **Q.**  ALL RIGHT.  IS THIS EVIDENCE OF DUMPING ONTO PICKLEWEED IN

21   YOUR MIND?

22   **A.**  YES.

23   **Q.**  ONE MORE PHOTOGRAPH IN THE SERIES, EXHIBIT 1048-51.

24        (PAUSE IN THE PROCEEDINGS.)

25        **MR. KEARNEY:**  I'M SORRY, AGENT SU, 1048-51.

1           1058?

2       I AM UNDERSTANDABLY CORRECTED BY AGENT SU.

3           **THE CLERK:**  WHY DON'T YOU REPEAT WHAT THE EXHIBIT

4    NUMBER IS.

5           **MR. KEARNEY:**  I THINK I SHOULD HAVE PROBABLY SAID

6    1058-51 WHICH I THINK HAS ALREADY BEEN ADMITTED.

7       I MAY I HAVE A COPY HERE, AGENT SU.

8               (PAUSE IN THE PROCEEDINGS.)

9       MAY I HAVE ONE MOMENT, YOUR HONOR, PLEASE?

10          **THE COURT:**  YES.

11              (PAUSE IN THE PROCEEDINGS.)

12          **MR. KEARNEY:**  YOUR HONOR, I'LL COME BACK TO THIS.  I

13   DON'T THINK WE WILL FINISH TODAY ANYWAY.  I WILL COME BACK TO

14   THIS RIGHT PHOTOGRAPH.

15   **BY MR. KEARNEY:**

16   Q.  DR. HARDWICKE, I WANT TO SHOW YOU SOME AERIAL VIEWS OF THE

17   SAME FIELD, IF I MAY.  THEY ARE BOTH PREVIOUSLY ADMITTED.

18      EXHIBIT 132, PLEASE.

19          **MR. KEARNEY:**  YOUR HONOR, WE HAVE NOW FOUND THE RIGHT

20   PHOTOGRAPH.  THIS IS 1058-0041.

21          **THE COURT:**  ALL RIGHT.

22              (DISPLAYED ON SCREEN.)

23          **MR. KEARNEY:**  SO IT WAS TAKEN BY MR. MILLER, I

24   BELIEVE.

25          **THE WITNESS:**  SO THIS IS THE NORTHERN FIELD AGAIN.

```
 1    BEFORE WE WERE LOOKING AT PICTURES THAT WERE TAKEN BY SOMEBODY
 2    STANDING MAYBE OVER HERE (INDICATING) AND SHOOTING OUT THAT
 3    WAY (INDICATING).  NOW WE ARE CLOSER TO THE SLOUGH.  WE'RE
 4    FURTHER TO THE WEST AND CLOSER TO THAT CONSTRUCTION POINT
 5    WHERE THE JUNK YARD COMES CLOSEST TO THE LEVEE.
 6        THERE ARE PILES OF LOOSE MATERIAL WITH WHEEL ROTS.  I'M
 7    GOING RIGHT UP TO WHERE YOU SEE THIS PICKLEWEED HERE
 8    (INDICATING) AND THERE'S A BARREN AREA HERE (INDICATING).
 9        THIS MATERIAL, IT WOULDN'T BE PILED UP LIKE THIS IN THE
10    NORMAL OPERATIONS OF THE SITE BECAUSE, AGAIN, THEY ARE TRYING
11    TO FARM EVERYTHING THAT THEY CAN AND THEY LIKE IT TO BE PLANED
12    AND LEVEL AND DISKED AS OPPOSED TO BASICALLY STOCKPILED SOIL.
13    Q.  THIS VEGETATION WE ARE SEEING IN THE FOREGROUND?
14    A.  THIS IS ALL PICKLEWEED.
15        AND EVEN THIS REDDISH STUFF THAT'S COMING A LITTLE BIT UP
16    THE SIDE OF THE LEVEE, THIS IS LITTLE BIT DRYER PICKLEWEED AND
17    THEN YOU CAN SEE DOWN BELOW WHERE IT'S GREENER.  THIS IS WHERE
18    IT'S GETTING MORE WATER.
19        IF THIS WAS TAKEN IN SEPTEMBER, THAT'S JUST ABOUT THE
20    DRIEST TIME OF YEAR OUT THERE.
21    Q.  ALL RIGHT.  SO IT'S GETTING WATER SOMEHOW?  IS THAT A FAIR
22    STATEMENT?
23    A.  YES.
24    Q.  AGAIN, HOW WOULD YOU CHARACTERIZE THE MATURITY OF THE
25    PICKLEWEED YOU ARE SEEING THERE IN THIS EXHIBIT?
```

HARDWICKE – DIRECT / KEARNEY

1    **A.**   IT LOOKS MATURE.  IT LOOKS LIKE IT HAS BEEN THERE FOR

2    MULTIPLE YEARS.

3    **Q.**   TAKE A LOOK DR. HARDWICKE, IF YOU WILL, JUST WITH THE

4    LEVEL OF THE GROUND EXTENDING BEYOND THAT PICKLEWEED INTO THE

5    FIELD.

6         DOES THAT STRIKE YOU AS SIGNIFICANT AT ALL?

7    **A.**   YEAH.  SO PICTURES ARE NOTORIOUS FOR, YOU KNOW, BEING

8    DIFFICULT TO ACCURATELY DETERMINE ELEVATION DIFFERENCES.  SO

9    STUFF THAT IS MUCH TALLER THAN OTHER STUFF SOMETIMES DOESN'T

10   LOOK THAT WAY AND VICE VERSA.

11        BUT THIS AREA WAS SORT OF A LOW POINT RIGHT AROUND THE

12   CORNER OF THE JUNK YARD (INDICATING) AND NOW IT LOOKS LIKE IT

13   HAS BEEN RAISED UP SO THAT IT'S, YOU KNOW, BASICALLY LEVEL ALL

14   THE WAY ACROSS.  AND THAT'S NOT REALLY HOW IT WAS ORIGINALLY.

15   **Q.**   THIS PICKLEWEED THAT WE'RE SEEING IN THE FOREGROUND YOU

16   DESCRIBED EARLIER, THAT'S HEALTHY, ALIVE PICKLEWEED.

17        IS THAT FAIR?

18   **A.**   YES, THAT'S RIGHT.

19   **Q.**   WOULD THAT NORMALLY HAVE KIND OF TURNED THE CORNER AND

20   GONE UP INTO THE FIELD?

21   **A.**   YES.  SO ON THE MAP WHERE I WAS POINTING, WE HAD KIND OF

22   LIKE A QUARTER CIRCLE OF WETLANDS MAPPED IN THIS AREA.  AND

23   THE PICKLEWEED EXTENDED UP INTO THAT QUARTER CIRCLE.  YOU

24   KNOW, PROBABLY APPROXIMATELY TO HERE (INDICATING).

25   **Q.**   WHEN YOU SAY "TO HERE" THERE'S A –– THERE'S KIND OF A ––

1    CORRECT ME IF I'M WRONG, THERE'S KIND OF A GREEN BAND THAT

2    RUNS ALONG THAT NORTHERN FIELD; IS THAT RIGHT?

3    **A.**  YEAH.

4          **MS. HANSEN:**  YOUR HONOR, I OBJECT TO THIS LINE OF

5    QUESTIONING.  THE WITNESS WAS NOT ON THE PROPERTY IN 2014.

6    CAN WE PLEASE HAVE A FOUNDATION FOR HER TESTIMONY?

7          **THE COURT:**  OVERRULED.

8    BY MR. KEARNEY:

9    **Q.**  AGAIN, PLEASE CHARACTERIZE IT YOURSELF BESIDES JUST

10   LASING.

11       THE PICKLEWEED WOULD HAVE EXTENDED SOME DISTANCE INTO THE

12   NORTHERN... NORTHERN AREA THERE; IS THAT RIGHT?

13   **A.**  YEAH.  BASED ON MY MEMORY, YOU HAD PICKLEWEED EXTENDING AT

14   LEAST 200 FEET AND POSSIBLY FARTHER UP THIS WALL OF THE JUNK

15   YARD THAT'S MADE OUT OF CORRUGATED SHEET METAL (INDICATING).

16   **Q.**  HOW ABOUT INTO THE FIELD ITSELF?  WOULD SOME OF IT HAVE

17   EXTENDED INTO THE FIELD ITSELF?

18   **A.**  YES.  SOME OF IT WOULD HAVE EXTENDED INTO THE FIELD ITSELF

19   AND ALSO THERE WAS PICKLEWEED RUNNING ALONG ADJACENT TO THE

20   LEVEE GOING OUT TO THE EAST.

21   **Q.**  IS THIS PHOTOGRAPH EVIDENCE OF FILL MATERIAL BEING DUMPED

22   ONTO WETLAND?

23   **A.**  YES.

24   **Q.**  I WOULD LIKE TO SHOW YOU NOW EXHIBIT 132.  THIS IS AN

25   AERIAL IMAGE TAKEN ON OCTOBER THE 8TH, 2014.

1          DOCTOR, THIS IS ALREADY ADMITTED IN EVIDENCE.

2                    (DISPLAYED ON SCREEN.)

3          WE HAVE HEARD TESTIMONY THIS IS THE NORTHERN FILL AREA.

4     DO YOU RECOGNIZE WHAT WE ARE SEEING HERE?

5     **A.**   YES.  SO THIS IS BASICALLY... THIS IS THE CORRUGATED SHEET

6     METAL FENCE TO THE PICK 'N PULL THAT WE WERE JUST DISCUSSING.

7          THERE'S PICKLEWEED, AND I CAN TELL BECAUSE UP IN THIS

8     LOCATION, THE SORT OF REDDISH COLOR, THE KIND OF BLOBINESS TO

9     IT, THAT'S PRETTY TYPICAL SIGNATURE FOR PICKLEWEED.

10         THESE SIGNATURES ARE PROBABLY SOME COMBINATION OF

11    PICKLEWEED AND SALT GRASS.  AND BASICALLY YOU CAN SEE THIS

12    LIGHT SORT OF MORE BROWNISH YELLOWISH SOIL MATERIAL HAS BEEN

13    PUSHED UP OVER THESE MATS OF VEGETATION.

14    **Q.**   I'M GOING TO SHOW YOU OR DIRECT YOUR ATTENTION TO ONE

15    FINGER OF THIS LIGHT MATERIAL OR TWO FINGERS THERE

16    (INDICATING.  IS THAT WHAT YOU ARE REFERRING TO AS MATERIAL

17    BEING PUSHED OVER VEGETATION?

18    **A.**   YEAH.  SO YOU CAN SEE THESE VEGETATION MATS.  THEIR

19    NATURAL SHAPE IS TO SPREAD OUT FROM A CENTER AREA, AND THEY

20    HAVE SORT OF ROUNDED BASICALLY BORDER TO THEM.

21         THEY DON'T TEND TO HAVE A BORDER LIKE THIS (INDICATING)

22    WHERE THERE'S LIKE A SHAPE CUT OUT OF THE, FOR LACK OF A

23    BETTER WORD, COLONIES ON A PETRI DISH.  THIS HAPPENED BECAUSE

24    THERE WAS A DISTURBANCE TO THE VEGETATION.

25    **Q.**   HOW ABOUT THE COLOR OF THE MATERIAL THAT WAS PLACED ON TOP

1    OF THAT VEGETATION; DOES THAT TELL YOU ANYTHING ABOUT HOW IT

2    GOT THERE?

3    **A.**  YEAH.  THE COLOR IS COMPLETELY INCONSISTENT WITH THE

4    NATIVE SOILS OF THE SITE.  THERE WERE NO SOILS ON THE SITE

5    THAT LOOKED ANYTHING LIKE THIS, INCLUDING ON LEVEES BECAUSE

6    THE LEVEES HAD BEEN CONSTRUCTED OUT OF SOILS FROM THE SITE

7    ITSELF.

8    **Q.**  THIS GREEN VEGETATION THAT THESE LIGHT COLORED SOILS WERE

9    PLACED ON TOP OF, IS THAT WETLAND VEGETATION?

10   **A.**  YES.

11   **Q.**  IS THIS EVIDENCE IN YOUR MIND OF DUMPING ONTO WETLAND?

12   **A.**  YES.

13          **MR. KEARNEY:**  MAY WE HAVE EXHIBIT 128, YOUR HONOR,

14   WHICH IS -- WHICH IS ALSO -- I'M SORRY, 165, WHICH WAS

15   PREVIOUSLY ADMITTED.

16                    (DISPLAYED ON SCREEN.)

17   **BY MR. KEARNEY:**

18   **Q.**  THIS IS A DIFFERENT VIEW OF THE SAME THING, DOCTOR.

19       IS -- DOES THIS CONSTITUTE EVIDENCE IN YOUR MIND OF

20   DUMPING ONTO WETLAND?

21   **A.**  YES, IT DEFINITELY LOOKS LIKE IT.  YOU CAN SEE -- WELL,

22   FIRST OF ALL, I KNOW FROM MY PRIOR WORK THAT THIS AREA MET THE

23   CHARACTERISTICS OF A WETLAND.

24       YOU CAN ALSO SEE THESE CHARACTERISTIC WETLAND VEGETATION

25   SIGNATURES, HERE'S SOME OF THE PICKLEWEED BY THE LEVEE THAT WE

1    WERE SEEING BEFORE.

2         AND WHERE -- WHEN I WAS LOOKING AT THE SITE, THE

3    DISTURBANCE TO THE SOIL WAS FROM DISKING.  SO IT WAS VERY

4    REGULAR.  IT WAS STRIPEY LINES THAT ALL WENT THE SAME

5    DIRECTION.  IT DOESN'T MAKE ANY SENSE TO PLOW AND PLANT A SITE

6    WHERE YOU'RE BASICALLY DRIVING THE TRACTOR AROUND IN CIRCLES,

7    OR WHATEVER.  SO THIS KIND OF (INDICATING) CRAZINESS SHOWS A

8    LOT OF DISTURBED SOIL SURFACE.

9    **Q.**  HOW ABOUT THE -- WHAT DO YOU TAKE AWAY, DOCTOR, WHEN YOU

10   LOOK AT THE GREENNESS OF THE VEGETATION THAT'S SHOWN IN THIS

11   PHOTOGRAPH?

12   **A.**  IT LOOKS LIKE EVERYTHING WAS GROWING WELL AND IT WAS

13   GETTING ENOUGH WETLAND HYDROLOGY TO PERSIST IT IN WETLAND,

14   BASICALLY WETLAND PLANT.

15   **Q.**  ALL RIGHT.  THANK YOU.

16        ONE LAST ONE IN THIS SERIES.  CAN WE HAVE EXHIBIT 128,

17   PLEASE.

18                     (DISPLAYED ON SCREEN.)

19        THIS IS ANOTHER CLOSE-UP VIEW OF THAT SAME FIELD, DOCTOR.

20   SAME QUESTIONS.

21        DOES THE IMPACT MARK OF THE LIGHT FILL MATERIAL ONTO THE

22   GREEN VEGETATION TELL YOU ANYTHING OR IS THAT SIGNIFICANT TO

23   YOU?

24   **A.**  YES.  IT LOOKS LIKE EXTRANEOUS MATERIAL HAS BEEN PUSHED UP

25   OVER THESE WETLAND PLANTS.

1   **Q.**  YOU INDICATED THAT THE WETLAND PLANTS KIND OF GROW AT A

2   MORE, DID YOU SAY ROUNDED OR WITH ROUND EDGES?

3        WHAT DID YOU SAY IN THAT REGARD?

4   **A.**  YEAH, THEY ARE CLONAL PLANTS, MEANING LIKE A SPIDER PLANT

5   OR SOMETHING THAT YOU MIGHT HAVE AT YOUR HOUSE.  THEY DON'T

6   USUALLY REPRODUCE FROM SEEDS AS MUCH AS THEY CONTINUE TO GROW

7   FROM ROOTS THAT ARE ALREADY IN THE GROUND.  SO THEY GROW

8   OUTWARDS FROM THE POINT WHERE THEY STARTED.

9   **Q.**  SO THEY GROW OUTWARDS ALONG THE GROUND?

10  **A.**  YES.

11  **Q.**  DO YOU SEE EVIDENCE OF THAT OUTWARD GROWTH IN ANY OF THE

12  STANDS OF VEGETATION IN THIS PHOTOGRAPH?

13  **A.**  YES, I DO.

14  **Q.**  PLEASE TELL US ABOUT THAT.

15  **A.**  SO YOU CAN BASICALLY SEE THAT -- KIND OF, YOU CAN KIND OF

16  IMAGINE HOW THIS WOULD GROW SIMILAR TO COLONIES, BACTERIAL

17  COLONIES ON A PETRI DISH.

18       HOW IT WOULD START SMALL, AND THEN AS IT USED MORE

19  RESOURCES AND IT GREW AND GREW AND ADDED MORE STEMS,

20  BASICALLY, IT'S GOING TO COME OUT FROM THAT CENTER.

21       AND THEN THIS AREA WITH THE DISTURBED PICKLEWEED THAT'S

22  MORE SPARSE, THAT DOESN'T LOOK QUITE AS HEALTHY, BUT, YOU

23  KNOW, IT'S STILL PICKLEWEED.

24  **Q.**  ALL RIGHT.

25       AND, AGAIN, IS THIS EVIDENCE IN YOUR MIND OF DUMPING ONTO

1    WETLAND?

2    **A.**  YES.

3    **Q.**  I WOULD LIKE TO MOVE INTO THE SOUTHERN FILL AREA.

4        **MR. KEARNEY:**  YOUR HONOR, THIS IS ANOTHER BIG BLOCK.

5    DOES THE COURT WANT ME TO KEEP GOING AT THIS STAGE?

6        **THE COURT:**  WE ARE AT ABOUT TEN AFTER.  WHY DON'T WE

7    BREAK HERE FOR THE DAY.

8        **MR. KEARNEY:**  OKAY.  THANK YOU, YOUR HONOR.

9        **THE COURT:**  ALL RIGHT.  LADIES AND GENTLEMEN, SO WE

10   WILL BREAK FOR THE DAY AT THIS POINT.  WE'LL SEE YOU TOMORROW

11   MORNING.  WE WILL BE READY TO GET STARTED RIGHT AT 8:30.

12       AND JUST CONTINUE TO REMEMBER NO DISCUSSIONS ABOUT THE

13   CASE OF ANY TYPE OR THE ISSUES INVOLVED IN IT BY ANY MEANS

14   WHATSOEVER, INCLUDING ORAL, WRITING, PHONE, SOCIAL MEDIA, NO

15   NEWS REPORTS, OR ANY OTHER INFORMATION ABOUT THE CASE OR

16   ANYONE ASSOCIATED WITH IT.  NO RESEARCH OF ANY KIND ABOUT THE

17   CASE OR THE ISSUES INVOLVED IN IT.

18       AND CONTINUE, PLEASE, TO KEEP AN OPEN MIND UNTIL ALL THE

19   EVIDENCE HAS BEEN PRESENTED, YOU'VE HEARD MY INSTRUCTIONS, AND

20   THE CASE HAS BEEN SUBMITTED TO YOU AND YOU'VE HAD THE CHANCE

21   TO HEAR THE VIEWS OF YOUR FELLOW JURORS.

22       WITH THAT, HAVE A GOOD REST OF YOUR DAY AND WE WILL SEE

23   YOU TOMORROW MORNING.

24       (PROCEEDINGS HELD OUTSIDE THE PRESENCE OF THE JURY.)

25       **THE CLERK:**  YOU MAY BE SEATED.

1           **THE COURT:**  THERE IS ONE ISSUE I WOULD LIKE THE

2    PARTIES TO BRIEF BECAUSE I THINK IT WILL BE A RECURRING ISSUE

3    AND IT WOULD BE GOOD TO HAVE A DEFINITIVE ANSWER.

4       IT REALLY CONCERNS THE USE OF ONE EXPERT'S OPINION TO

5    IMPEACH ANOTHER EXPERT.  THERE WAS A HEARSAY OBJECTION THAT

6    WAS LODGED THAT I OVERRULED.  I SUSPECT THIS MAY COME UP FOR

7    BOTH SIDES OVER THE COURSE OF THE REST OF THE TRIAL.

8       I WASN'T ABLE IN QUICK LOOKING TO FIND ANY CRIMINAL CASES

9    REGARDING THAT PRINCIPLE, ALTHOUGH THE LOOKING WAS VERY QUICK,

10   BUT I DID FIND A CIVIL CASE *IN RE: HANFORD NUCLEAR RESERVATION*

11   *LITIGATION*, WHICH IS 534 F. 3D 986.  IT'S A NINTH CIRCUIT CASE

12   FROM 2007.

13      AND THE LANGUAGE THAT I THOUGHT WAS POTENTIALLY APPLICABLE

14   WAS ON PAGE 1012.  AND THE CONCLUSION WAS ESSENTIALLY, EXPERT

15   A'S STATEMENTS, SAYS THE PERSON'S NAME, SHOULD NOT HAVE BEEN

16   USED TO IMPEACH EXPERT B BECAUSE THEY WERE INADMISSIBLE

17   HEARSAY ON WHICH EXPERT B DID NOT RELY.  WE AGREE WITH THE

18   FIFTH CIRCUIT, THE REPORTS OF OTHER EXPERTS CANNOT BE ADMITTED

19   EVEN AS IMPEACHMENT EVIDENCE UNLESS THE TESTIFYING EXPERT

20   BASED HIS OPINION ON THE HEARSAY IN THE EXAMINED REPORT OR

21   TESTIFIED DIRECTLY FROM THE REPORT.

22      THEN, AGAIN, THERE MAY BE OTHER APPLICATIONS OF THAT

23   PRINCIPLE THAT THE PARTIES CAN POINT ME TO, BUT IF YOU CAN, IN

24   TWO PAGES OR LESS, EVEN IF THERE'S JUST A CITE RIGHT ON POINT,

25   YOU CAN BRING IT TO MY ATTENTION ONE WAY OR ANOTHER.

1    BUT BY TOMORROW, IF YOU CAN ADDRESS THAT QUESTION.  IF

2    *HANFORD* IS JUST OFF BASE, TELL ME THAT.  IF THERE'S AUTHORITY

3    THAT YOU THINK IS MORE ON POINT, TELL ME THAT.  BUT I WOULD

4    LIKE A BRIEFED ANSWER TO THAT QUESTION SO I CAN ADDRESS THAT

5    EVIDENTIARY ISSUE.

6              **MR. KEARNEY:**  THANK YOU, SIR.

7              **MS. HANSEN:**  YES, YOUR HONOR.

8              **THE COURT:**  ALL RIGHT.

9              (PROCEEDINGS ADJOURNED AT 1:13 P.M.)

10

11                    **CERTIFICATE OF REPORTER**

12        I, DIANE E. SKILLMAN, OFFICIAL REPORTER FOR THE

13   UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY

14   CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

15   RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

16

17                    *Diane E. Skillman*

18        DIANE E. SKILLMAN, CSR 4909, RPR, FCRR

19             TUESDAY, FEBRUARY 13, 2018

20

21

22

23

24

25

**DIANE E. SKILLMAN, OFFICIAL COURT REPORTER, USDC**