STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:         Angela_Hansen@fd.org

Counsel for Defendant Lucero

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LUCERO,<br><br>Defendant. | **Case No.:** CR 16–107 HSG<br><br>**DECLARATION OF JORDAN SCHAER IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDA**<br><br>**Court:**          Courtroom 2, 4th Floor<br>**Hearing Date:**  January 14, 2019<br>**Hearing Time:**  2:00 p.m. |

I, Jordan Schaer, declare the following:

1.  I am employed as an Assistant Paralegal at the Office of the Federal Public Defender for the Northern District of California. I am assigned to the above-captioned case. I have a Bachelor of Arts degree in Computer Science and Sociology from the University of California, Berkeley. I have worked at the Office of the Federal Public Defender since August 2017.

    a.  My responsibilities include analyzing data from the United States Sentencing Commission. In November 2017, I attended a two-day training on best practices in analyzing USSC's data facilitated by Dr. Paul Hofer of

the Sentencing Resource Counsel. In addition, I have reviewed the

following documentation from the United States Sentencing Commission:

    i. "Variable Codebook for Individual Offenders" available at: https://www.ussc.gov/sites/default/files/pdf/research-and-publications/datafiles/USSC_Public_Release_Codebook_FY99_FY17.pdf

    ii. "Effective Use of Federal Sentencing Data" available at: https://www.ussc.gov/sites/default/files/pdf/research-and-publications/datafiles/20131122-ACS-Presentation.pdf

   b. I have compiled reports from USSC data which were either cited or

   submitted via ECF in other appointed cases in this district:

    i. *United States of America v. Brian McKenna* (CR 17-465 CRB), ECF # 33-1 and 33-2 filed on 3/15/18;

    ii. *United States of America v. Adam Abrams* (CR 17-141 JSW), ECF # 24, filed on 6/13/18;

    iii. *United States of America v. Wesley Krohn* (CR 17-612 HSG), ECF # 22-2 filed on 8/13/18;

    iv. *United States of America v. Ridell Lambert* (CR 18-149 YGR), ECF # 32-1 filed on 12/7/18;

    v. *United States of America v. Jeremy Harris* (CR 18-243 EMC), ECF # 28 filed on 1/3/19.

2. I used datafiles available from the United States Sentencing Commission on individual offenders from 2010 to 2017 to provide relevant information to above-captioned counsel and to create Exhibit K in support of defendant's sentencing memoranda and

3. First, I directly downloaded copies of the USSC datafiles from 2010 to 2017 from https://www.ussc.gov/research/datafiles/commission-datafiles. I converted the files to Comma Separated Values format and merged the items into one file using statistical software SPSS and statistical programming language R.

4. Next, I conferred with above-captioned counsel to determine which variables would best answer our research questions.

5. I imported the datafiles into Microsoft PowerBI to analyze the data by preparing graphs, tables and charts.

6. For accuracy and reliability in all exhibits, I set variable SOURCES to 1 to filter

for only cases with known court findings.

7. I used the variable ADJ_BHI in conjunction with setting variable GDLINEHI to "2Q1.3" to find the number of times USSC reported Special Offense Characteristic 2Q1.3(b)(1) was applied from 2010 to 2017.

    a. Nationwide:

| 2Q1.3(b)(1) Enhancement: | Number of cases: |
|---|---|
| 0 | 46 (18.25%) |
| 2 | 1 (0.4%) |
| 3 | 1 (0.4%) |
| 4 | 93 (36.9%) |
| 5 | 2 (0.79%) |
| 6 | 108 (42.86%) |
| 8 | 1 (0.4%) |
| **Total** | **252** |

    b. In the Ninth Circuit:

| 2Q1.3(b)(1) Enhancement: | Number of cases: |
|---|---|
| 0 | 11 (18.03%) |
| 3 | 1 (1.64%) |
| 4 | 25 (40.98%) |
| 6 | 24 (39.34%) |
| **Total** | **61** |

8. I used the variable ADJ_DHI in conjunction with setting variable GDLINEHI to "2Q1.3" to find the number of times USSC reported Special Offense Characteristic 2Q1.3(b)(3) was applied from 2010 to 2017.

    a. Nationwide:

| 2Q1.3(b)(3) Enhancement: | Number of cases: |
|---|---|
| 0 | 222 (88.1%) |
| 2 | 1 (0.4%) |

| 4 | 29 (11.51%) |
| Total | 252 |

b.  In the Ninth Circuit:

| 2Q1.3(b)(3) Enhancement: | Number of cases: |
| --- | --- |
| 0 | 58 (95%) |
| 4 | 3 (4.92%) |
| Total | 61 |

9.  I created Exhibit K, which is a summary chart of Federal Environmental Cases.

   a.  I found the cases in this exhibit by searching each districts' PACER website criminal reports for the statutes charged in the above-captioned case, 33 USC § 1311, and 33 USC § 1319, and 33 USC § 1344.

   b.  Above-captioned counsel and I identified cases in the USSC datafiles that were of interest but with different convicted statutes. I subsequently found those cases by searching PACER for those statutes of conviction in addition to querying PACER for the statutes at issue in this case.

   c.  After identifying cases of interest, I reviewed the documents available on PACER for each case.

10. I used the variable SENTTOT0 in conjunction with setting the variable GDLINEHI to "2Q1.3" to find information about sentencing trends.

   a.  I found the average total amount of months in prison with controlling guideline 2Q1.3 to be 3.13 months in prison.

   b.  I also used the variable SENTTOT0 while setting variable GDLINEHI to either "2Q1.2" or "2Q1.3" and variable XFOLSOR to 20 for further information on sentencing trends. I found the average sentence to be 18.26 months for the 12 people with final offense level 20 sentenced under 2Q1.2 or 2Q1.3.

   c.  6 cases of the 252 cases did not include sentencing information in the

variable SENTTOT0.

11. I used variable SENTIMP in conjunction with setting variable GDLINEHI to "2Q1.3" to categorize the types of sentences imposed.

    a. Nationwide:

| 2Q1.3 Type of Sentence Imposed: | Number of cases: |
|---|---|
| No Prison | 158 (74.53%) |
| Prison | 41 (19.34%) |
| Prison and Confinement Conditions | 13 (6.13%) |
| **Total** | **212** |

    b. I used Microsoft PowerBI to create a pie chart with the above information.

    c. Of the 252 cases, 40 did not include information for the variable SENTIMP. These cases were excluded.

    d. With the variable SENTTOT0, I found that 178 (72.36%) cases were reported to have been sentenced to no time (0 months) in prison. The variable SENTTOT0 does not include alternative confinement. (e.g. A sentence of 0 months in prison and 6 months of alternative confinement would have a SENTTOT0 value of 0.)

12. I used the variable BOOKER2 in conjunction with setting variable GDLINEHI to "2Q1.3" to categorize the USSC datafiles with respect to variance/departure from the Sentencing Guidelines.

| 2Q1.3 Type of Sentence Imposed: | Number of cases: |
|---|---|
| Above Range | 2 (0.79%) |
| Within Range | 86 (34.13%) |
| Government Sponsored Below Range | 74 (29.37%) |
| Below Range | 90 (35.71%) |
| **Total** | **252** |

a.  I also used the variable BOOKER2 without controlling for guideline section in order to compare variance rates between 2Q1.3 and nationwide trends.

| Type of Sentence Imposed: | Number of cases: |
|---|---|
| Above Range | 11,426 (2.15%) |
| Within Range | 256,728 (48.31%) |
| Government Sponsored Below Range | 154,007 (28.98%) |
| Below Range | 109,285 (20.56%) |
| Total | 531,454 |

b.  I used Microsoft PowerBI to create pie charts with the above information.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 7, 2019, in Oakland, California.

JORDAN SCHAER