| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | PHILIP J. KEARNEY (CABN 114978) |
| 5 | SHIAO LEE (CABN 257413)<br>Assistant United States Attorneys |
| 6 | 450 Golden Gate Ave., Box 36055 |
| 7 | San Francisco, California 94102<br>Telephone: (415) 436-7023 |
| 8 | Fax: (415) 436-7234<br>E-Mail: philip.kearney@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 16-00107-HSG |
| Plaintiff, | ) ) ) | **STIPULATED MOTION TO EXTEND GOVERNMENT RESPONSE DATE FROM FEBRUARY 13, 2019 TO FEBRUARY 19, 2019; ORDER TO EXTEND GOVERNMENT RESPONSE DATE.** |
| v. | ) ) ) | |
| JAMES PHILIP LUCERO, | ) ) | |
| Defendant. | ) ) ) | |

The sentencing hearing in the above-captioned matter has been continued from February 15, 2019, to February 25, 2019 at 10:00 a.m. (Doc. 266). Consequently, the government requests additional time to respond to the *Defendant's Objections To The Pre-Sentence Investigation Report, Sentencing Guidelines and Restitution* (Doc. 256) ("Objections"). The Court initially requested the government's response (if any) to these Objections by February 13, 2019 at 2:00 p.m. (Doc. 264).

//

//

//

Stipulated Motion to Extend Government's Response
CR 16-00107-HSG                                                        1

For this reason, the parties respectfully request that the government's response date to the Objections be extended to February 19, 2019.

IT IS SO STIPULATED.

DATED: February 12, 2019	Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
PHILIP J. KEARNEY
SHIAO LEE
Assistant United States Attorneys

DATED: February 12, 2019	STEVEN G. KALAR
Federal Public Defender

_____/s/_____
ANGELA HANSEN
Assistant Federal Public Defender

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the government's response date to the defendant's Objections be extended until February 19, 2019.

DATED: February 13, 2019

HAYWOOD S. GILLIAM, JR.
United States District Court Judge

Stipulated Motion to Extend Government's Response
CR 16-00107-HSG                    2