DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP J. KEARNEY (CABN 114978)
SHIAO C. LEE (CABN 257413)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7023
    Fax: (415) 436-7234
    philip.kearney@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-107 HSG |
| Plaintiff, | **UNITED STATES' MOTION TO WITHDRAW RESTITUTION DEMAND AND VACATE RESTITUTION HEARING DATE;** [~~PROPOSED~~] **ORDER** |
| v. | |
| JAMES PHILIP LUCERO, | Date: May 28, 2019 |
| Defendant. | Time: 2:00 p.m. |
| | Court: Hon. Haywood S. Gilliam, Jr. |

After his conviction by jury of three counts of violating the Clean Water Act, the defendant was sentenced on February 25, 2019. Dkt. 272. The sentence included a concurrent thirty-month prison term on all counts, a subsequent one-year period of supervised release, a $300 special assessment, and a number of both standard and special terms of supervision. Dkt. 274. One special condition of supervision included a requirement to pay any restitution imposed by the Judgment. *Id.* The Court scheduled a hearing for May 28, 2019, to determine the appropriate amount of restitution to be paid by the defendant for his illegal dumping. Dkt. 272.

After further consideration, and after further discussion with corporate counsel representing the victim landowners in this matter, the government hereby withdraws its previous request (*see* Dkt. 260 at 2) to seek a monetary restitution award in this criminal action. As such, the government also

concurrently moves to vacate the Restitution Hearing scheduled for May 28, 2019.

Dated: May 20, 2019                                    Respectfully submitted,

                                                                DAVID L. ANDERSON
United States Attorney

                                        /s/
                                        PHILIP J. KEARNEY
                                        SHIAO C. LEE
                                        Assistant United States Attorneys

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the Restitution Hearing in the above-entitled matter previously scheduled for May 28, 2019, is vacated.

DATED: 5/21/2019

HAYWOOD S. GILLIAM, JR.
United States District Court Judge